**EXHIBIT C**

List of Bank Accounts

(Attached)

| Bank | Account Category | Account Name | Account Type | Account Number | Balance at 6/28/2024 |
|---|---|---|---|---|---|
| BOA | ZBA Hierarchy | CHICKEN SOUP FOR THE SOUL Entertainment | Master | 008670****** | $(1,930.09) |
| BOA | ZBA Hierarchy | GFBS2, LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | CSSESIG, LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | HALCYON TELEVISION, LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | LANDMARK STUDIO GROUP | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | TOFG LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | TOFG LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | SCREEN MEDIA VENTURES, LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | GFBS2, LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | HALCYON STUDIOS, LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | HALCYON STUDIOS, LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | CSSESIG, LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | HALCYON TELEVISION LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | CHICKEN SOUP FOR THE SOUL STUDIO | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | SCREEN MEDIA VENTURES, | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | CRACKLE PLUS, LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | PIVOTSHARE, INC. | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | PIVOTSHARE, INC. | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | CHICKEN SOUP FOR THE | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | CHICKEN SOUP FOR THE SOUL Entertainment | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | CRACKLE PLUS, LLC | Subsidiary | 008670****** | $ - |
| BOA | ZBA Hierarchy | LANDMARK STUDIO GROUP LLC | Subsidiary | 008670****** | $ - |
| | | | | | |
| BOA | ZBA Hierarchy | REDBOX AUTOMATED RETAIL LLC | Master | 4880346***** | $ 969.70 |
| BOA | ZBA Hierarchy | REDBOX AUTOMATED RETAIL LLC | Subsidiary | 4880346***** | $ - |
| BOA | ZBA Hierarchy | REDBOX AUTOMATED RETAIL LLC | Subsidiary | 4880346***** | $ - |
| BOA | CDA Hierarchy | REDBOX AUTOMATED RETAIL LLC | | 4880346***** | $ - |
| BOA | CDA Hierarchy | REDBOX AUTOMATED RETAIL LLC | | 0033598***** | $ - |
| BOA | Standalone | REDBOX INCENTIVES LLC | | 4880346***** | $ - |
| BOA | Standalone | REDWOOD INTERMEDIATE, LLC | | 4880346***** | $ - |
| BOA | Standalone | REDBOX ENTERTAINMENT INC. | | 8580001***** | $ - |
| | | | | | |
| SVB | Standalone | Redbox Automated Retail, LLC - | | 33035***** | |
| SVB | Standalone | Redbox Automated Retail, LLC - Collateral MMA | | 33035***** | |
| | | | | | |
| US Bank | Standalone | Redbox Entertainment, LLC | | | |
| US Bank | Standalone | Redbox Entertainment, LLC Shadow in the Cloud | | | |
| | | | | | |
| CHASE | Standalone | TOFG 1 | | 7295***** | $ - |
| CHASE | Standalone | TOFG 2 | | 7318***** | $ - |
| | | | | | |
| MS | Brokerage | Chicken Soup for the Soul Entertainment Inc. | | 422-******-*** | |
| MS | Brokerage | Crackle Plus, LLC | | 422-******-*** | |
| MS | Brokerage | Screen Media Ventures, LLC | | 422-******-*** | |
| MS | Brokerage | TOFG LLC | | 422-******-*** | |

| Bank | Account Category | Account Name | Account Type | Account Number | Balance at 6/28/2024 |
|---|---|---|---|---|---|
| MS | Brokerage | Pivotshare, Inc. | | 422-******-*** | |
| MS | Brokerage | Halcyon Studios, LLC | | 422-******-*** | |
| MS | Brokerage | Halcyon Television, LLC | | 422-******-*** | |
| MS | Brokerage | Chicken Soup for the Soul Studios LLC | | 422-******-*** | |
| MS | Brokerage | CSSESIG, LLC | | 422-******-*** | |
| MS | Brokerage | Landmark Studio Group LLC | | 422-******-*** | |
| MS | Brokerage | GFBS2, LLC | | 422-******-*** | |
| MS | Brokerage | RB Second Merger, LLC | | 422-******-*** | |
| MS | Brokerage | BD Productions, LLC | | 422-******-*** | |
| MS | Brokerage | Chcicken Soup for the Soul Productions LLC | | 422-******-*** | |
| MS | Brokerage | CSS AVOD Inc. | | 422-******-*** | |
| MS | Brokerage | ITBB, LLC | | 422-******-*** | |
| MS | Brokerage | PH2017, LLC | | 422-******-*** | |
| MS | Brokerage | RSHOOD2017, LLC | | 422-******-*** | |
| MS | Brokerage | Safehaven 2020 Inc. | | 422-******-*** | |
| MS | Brokerage | The Fixer 2018 LLC | | 422-******-*** | |
| MS | Brokerage | VRP2018 LLC | | 422-******-*** | |