# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1] | Case No. 24-11442 (TMH) |
| Debtors. | (Joint Administration Requested) |
| | **Re: Docket No. 28** |

## CERTIFICATE OF SERVICE

I, Emily R. Mathews, do hereby certify that on July 1, 2024 (via e-mail), I caused a copy of the foregoing *HPS Investment Partners, LLC's Omnibus Objection to the Debtors' DIP Motion, Cash Management Motion, Management Services Fee Motion, and Wages Motion* [Docket No. 28] to be served as indicated on the attached list:

/s/ *Emily R. Mathews*
Emily R. Mathews (No. 6866)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

RLF1 31177448V.1

Service List

| DESCRIPTION | NAME | EMAIL | SERVICE |
|---|---|---|---|
| PROPOSED COUNSEL TO THE DEBTORS | ASHBY & GEDDES, P.A. | RPALACIO@ASHBYGEDDES.COM GTAYLOR@ASHBYGEDDES.COM | E-mail |
| OFFICE OF THE UNITED STATES TRUSTEE | OFFICE OF THE UNITED STATES TRUSTEE | jane.m.leamy@usdoj.gov | E-mail |
| DIP LENDER | OWLPOINT IP OPPORTUNITIES JVF I LP | LOANOPS@ARENACO.COM SSINGH@OWLPOINTCAPITAL.COM | E-mail |
| PROPOSED COUNSEL TO THE DEBTORS | REED SMITH LLP | LSIZEMORE@REEDSMITH.COM | E-mail |
| PROPOSED COUNSEL TO THE DEBTORS | REED SMITH LLP | MECKARD@REEDSMITH.COM | E-mail |
| PROPOSED COUNSEL TO THE DEBTORS | REED SMITH LLP | MPCOOLEY@REEDSMITH.COM | E-mail |