IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

**Chicken Soup for the Soul Entertainment, Inc.,**

                                                                                    **Chapter 11**
                                                                                     **Case No. 24-11442-TMH**

Debtor(s)

_____

### NOTICE OF GOVERNMENT ATTORNEY APPEARANCE
### AND GOVERNMENT ATTORNEY CERTIFICATION

      NOTICE IS GIVEN that the undersigned counsel, Scott Andron, pursuant to Local Rule 9010-1(e)(i) and the below certification, Local Form 105a, hereby enters an appearance on behalf of Creditor, Broward County, Florida, c/o the Records, Taxes, and Treasury Division, 115 S. Andrews Avenue, Suite A-100, Fort Lauderdale, FL, 33301, in the above-referenced matter. All parties are requested to take notice of said appearance and to serve copies of any and all pleadings, notices, and pertinent documentation in this cause upon said counsel.

                            Respectfully submitted this 2nd day of July 2024,

                                                Andrew J. Meyers
                                                Broward County Attorney
                                                Governmental Center, Suite 423
                                                115 South Andrews Avenue
                                                Fort Lauderdale, Florida 33301
                                                Telephone:    (954) 357-7600
                                                Telecopier:    (954) 357-7641

                                                By     <u>/s/ Scott Andron</u>
                                                         Scott Andron
                                                       Assistant County Attorney
                                                       Florida Bar No.112355
                                                       sandron@broward.org