# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11442<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF ALL NOTICES, PLEADINGS, AND ORDERS

**PLEASE TAKE NOTICE**, that A.Y. Strauss LLC and Sullivan Hazeltine Allinson LLC, co-counsel to Sony DADC US Inc., hereby enters their appearance in the above-captioned cases pursuant to 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), and request that all notices given or required to be given in the above-captioned cases and all papers served or required to be served in these cases, be served upon the undersigned at the following addresses:

| | |
|---|---|
| Heike M. Vogel, Esq.<br>Eva M. Thomas<br>A.Y. Strauss LLC<br>290 West Mount Pleasant Avenue, Suite 3260<br>Livingston, New Jersey 07039<br>Tel. (973) 287-0966<br>Fax (973) 533-0127<br>hvogel@aystrauss.com<br>ethomas@aystrauss.com | William A. Hazeltine, Esq.<br>Sullivan Hazeltine Allinson LLC<br>919 N. Market Street, Suite 420<br>Wilmington, Delaware 19801<br>Tel. (302) 428-8191<br>Fax (302) 428-8195 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in this case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of All Notices, Pleadings, and Orders, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by Sony DADC US Inc. of its: (i) right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (ii) right to trial by jury in any proceeding as to any and all matters so triable; (iii) right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and / or (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

*[remainder of page intentionally left blank]*

Dated: July 8, 2024
       Wilmington, DE

                        SULLIVAN HAZELTINE ALLINSON LLC

                        */s/ William A. Hazeltine*
                        William A. Hazeltine (No. 3294)
                        919 N. Market Street, Suite 420
                        Wilmington, Delaware 19801
                        Tel. (302) 428-8191
                        Fax (302) 428-8195
                        Email: whazeltine@sha-llc.com

                                    -and-

**A.Y. STRAUSS LLC**
Heike M. Vogel, Esq.
Eva M. Thomas, Esq.
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039
Tel. (973) 287-0966
Fax (973) 533-0127

*Counsel to Sony DADC US Inc.*