# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1] | Case No. 24-11442 |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO RULE 9010-2(b)(i) OF THE LOCAL RULES OF BANKRUPTCY PRACTICE AND PROCEDURE

**PLEASE TAKE NOTICE**, pursuant to Del. Bankr. L.R. 9010-2(b)(i), that Reed Smith LLP, and each of its attorneys who have appeared herein, withdraw their appearances for the Debtors. Reed Smith is informed that the Debtors will continue to be represented herein by Pachulski Stang Ziehl & Jones LLP.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

Dated: July 8, 2024  
      Wilmington, Delaware

Respectfully submitted,

| | |
|---|---|
| Michael P. Cooley (admitted *pro hac vice*)<br>REED SMITH LLP<br>2850 N. Harwood St., Suite 1500<br>Dallas, TX 75201<br>Telephone:  469.680.4200<br>MPCooley@ReedSmith.com | /s/ *Mark W. Eckard*<br>Mark W. Eckard (DE BAR No. 4542)<br>REED SMITH LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone:  302.778.7500<br>MEckard@ReedSmith.com |
| Luke A. Sizemore (admitted *pro hac vice*)<br>REED SMITH LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone:  412.288.3334<br>LSizemore@ReedSmith.com | Jordan W. Siev (admitted *pro hac vice*)<br>Ian M. Turetsky (admitted *pro hac vice*)<br>REED SMITH LLP<br>599 Lexington Avenue,  22nd Floor<br>New York, New York  10022<br>Telephone:  212.521.5400<br>JSiev@ReedSmith.com<br>ITuretsky@ReedSmith.com |