# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11442 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date:  July 10, 2024 at 2:00 p.m.  (ET)** |

## NOTICE OF ZOOM STATUS CONFERENCE[2]

**PLEASE TAKE NOTICE** that a status conference will be held by Zoom on **July 10, 2024 at 2:00 p.m. (Eastern Time)**.

| | |
|---|---|
| Dated:  July 8, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Richard M. Pachulski (*pro hac vice* pending)<br>Alan J. Kornfeld (admitted *pro hac vice*)<br>Debra I. Grassgreen (*pro hac vice* pending)<br>James E. O'Neill (DE Bar No. 4042)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100 ǀ Facsimile: (302) 652-4400<br>Email:   rpachulski@pszjlaw.com<br>            akornfeld@pszjlaw.com<br>            dgrassgreen@pszjlaw.com<br>            joneill@pszjlaw.com<br>            sgolden@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] The hearing will be conducted entirely via Zoom videoconference.  You may register to monitor or appear at the hearing by following this link: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.