Chicken Soup for the Soul Ent
24-11442

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Peter | Graham | 120dB Films | 120dB Films | Video and Audio |
| stephen | hays | | 120db films | Video and Audio |
| Richard | Aguilar | Adams and Reese LLP | Automotive Rentals | Video and Audio |
| Seth | Niederman | Fox Rothschild LLP | Automotive Rentals, Inc. | Video and Audio |
| Barry | Kazan | Mintz & Gold LLP | Bart M. Schwartz | Video and Audio |
| Allison | Pridmore | Mintz & Gold LLP | Bart M. Schwartz | Video and Audio |
| Marc | Lebowitz | Lebowitz Law Office LLC | Capella Intl. Inc. | Video and Audio |
| Drew | McGehrin | c/o Duane Morris LLP | Chubb Insurance Companies | Video and Audio |
| Jerome | Davis | FTI Consulting Inc. | Debtors | Video and Audio |
| Steven | Golden | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Debra | Grassgreen | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Michael | Healy | FTI Consulting, Inc. | Debtors | Video and Audio |
| Patricia | Jeffries | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Alan | Kornfeld | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Max | Litvak | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| James | O&#039;Neill | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Richard | Pachulski | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Malhar | Pagay | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Bart | Schwartz | | Debtors | Video and Audio |
| Robert | Warshauer | | Debtors | Video and Audio |
| John | Young | | Debtors | Video and Audio |
| Matthew | Petrie | Greenberg Traurig, LLP | Greenberg Traurig | Audio Only |
| David | Ahdoot | Bush Gottlieb, a Law Corporation | Guilds and affiliated funds | Video and Audio |
| Susan | Kaufman | Law Office of Susan E. Kaufman, LLC | Guilds and affiliated funds | Video and Audio |
| Joseph | Kohanski | Bush Gottlieb, a Law Corporation | Guilds and affiliated funds | Video and Audio |
| Kirk | Prestegard | Bush Gottlieb, a Law Corporation | Guilds and affiliated funds | Video and Audio |
| Emily | Mathews | Richards, Layton & Finger | HPS | Video and Audio |
| Russell | Silberglied | Richards, Layton & Finger | HPS | Video and Audio |
| Matthew | Brod | Milbank LLP | HPS Investment Partners, LLC | Video and Audio |
| Andrew | Leblanc | Milbank LLP | HPS Investment Partners, LLC | Video and Audio |
| Danielle | Lee Sauer | Milbank LLP | HPS Investment Partners, LLC | Video and Audio |
| Brett | Lowe | Milbank LLP | HPS Investment Partners, LLC | Video and Audio |
| Robert | Marsters | Milbank LLP | HPS Investment Partners, LLC | Video and Audio |

Chicken Soup for the Soul Ent
24-11442

| First | Last | Firm | Role | Media |
|---|---|---|---|---|
| Dennis | Dunne | Milbank LLP | HPS Investments Partners, LLC | Video and Audio |
| Daniel | Radi | Province | Independent | Audio Only |
| Rose | Bagley | Kramer Levin | interested party | Video and Audio |
| Tiffany | Cobb | Vorys, Sater, Seymour and Pease LLP | Interested Party | Audio Only |
| Dan | Forman | Kramer Levin | Interested Party | Video and Audio |
| Marlie | Golden | Kramer Levin | interested party | Audio Only |
| Jessica | Graber | Kramer Levin | Interested Party | Video and Audio |
| Emily | Mandell | Kramer Levin | interested party | Video and Audio |
| Kevin | McColgan | BRG | interested party | Audio Only |
| Michele | Michaelis | BDO USA | interested party | Audio Only |
| Jennifer | Sharret | Kramer Levin | interested party | Video and Audio |
| David | Simonds | Hogan Lovells US LLP | interested party | Audio Only |
| Nir | Maoz | KTBS Law LLP | Interested party | Video and Audio |
| Matthew | Friedrick | Paul Hastings LLP | Lionsgate | Video and Audio |
| Michael | Magzamen | Paul Hastings LLP | MidGap | Video and Audio |
| Frank | Merola | Paul Hastings LLP | MidCap | Audio Only |
| Timothy | Wagner | | MidCap | Video and Audio |
| Julie | Parsons | McCreary, Veselka, Bragg, & Allen, P.C. | monitoring only | Video and Audio |
| Becky | Yerak | Wall Street Journal | Multiple Texas taxing entities | Audio Only |
| Andriy | Stepanyants | | News Corp | Audio Only |
| Molly | Sigler | Barnes & Thornburg LLP | Observer | Audio Only |
| Dennis | O&#039;Donne | DLA Piper | Owlpoint | Video and Audio |
| John | D&#039;U | | Party in Interest | Video and Audio |
| Eric | Schwartz | Sony Pictures Entertainment | self | Audio Only |
| Leib | Lerner | | Sony Pictures Entertainment | Video and Audio |
| Elisa | Hyder | Duane Morris LLP | Sony Pictures Entertainment Inc. | Video and Audio |
| Kimberly | Cohen | c/o Shipman & Goodwin LLP | The Chubb Companies | Video and Audio |
| Nicole | Lapenta | Shipman & Goodwin, LLP | U.S. Bank | Video and Audio |
| Lee | Rooney | Dundon | UCC | Video and Audio |
| Alec | Rovitz | Dundon | UCC | Audio Only |
| Joseph | Cudia | U.S. Trustee | United States Trustee | Audio Only |
| Katherine | Dolan | Chicken Soup for the Soul, LLC | William Rouhana and Chicken Soup for the Soul, LLC | Video and Audio |
| Amanda | Edwards | Chicken Soup for the Soul, LLC | William Rouhana and Chicken Soup for the Soul, LLC | Video and Audio |
| Cathy | Hinger | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | Video and Audio |

Chicken Soup for the Soul Ent
24-11442

| Morgan | Patterson | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | Video and Audio |
|---|---|---|---|---|
| Claire | Rauscher | Womble Bond | William Rouhana and Chicken Soup for the Soul, LLC | Video and Audio |
| William | Rouhana | Chicken Soup for the Soul, LLC | William Rouhana and Chicken Soup for the Soul, LLC | Video and Audio |
| Arthur | Almeida | Province, LLC | | Video and Audio |
| Eitan | Arom | | | Audio Only |
| Dina | Awshah | Faegre Drinker Biddle & Reath | | Audio Only |
| Alix | Brozman | Reorg | | Audio Only |
| James | Burbage | | | Video and Audio |
| Nicole | Chen | | | Audio Only |
| Catherine | Corey | | | Audio Only |
| Matthew | Feldman | | | Video and Audio |
| Graham | Fisher | | | Video and Audio |
| Tomas | Flanagan | Solomon Partners | | Audio Only |
| Julian | Gurule | O&#039;Melveny & Myers LLP | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Katherine | Holman | BDO | | Audio Only |
| Adam | Kaplan | BDO USA, P.C. | | Audio Only |
| Jeff | Kaplan | | | Video and Audio |
| Andrew | Kotliar | MEP Capital | | Audio Only |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | | Video and Audio |
| Matthew | Kremer | O&#039;Melveny & Myers LLP | | Audio Only |
| Jennifer | Lappe | | | Audio Only |
| R. | McNeill | Potter Anderson & Corroon LLP | | Video and Audio |
| Theresa | Mistretta | Potter | | Video and Audio |
| Leo | Muchnik | | | Audio Only |
| Gabriel | Olivera | O&#039;Melveny & Myers LLP | | Audio Only |
| Jared | Rogers | | | Audio Only |
| Jeremy | Ryan | Potter Anderson & Corroon | | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Kate | Thomas | Reorg | | Audio Only |
| Alex | Wittenberg | Law360 | | Audio Only |
| Howard | Wu | | | Audio Only |
| Donghao | yan | Morrison & Foerster | | Audio Only |