**EXHIBIT "II"**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Camden Vicinage)

| | |
|---|---|
| AUTOMOTIVE RENTALS, INC., and ARI FLEET LT,<br><br>Plaintiffs,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC, and CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.,<br><br>Defendants. | Civ. A. No. 24-5901(CPO)(SAK)<br><br>**ORDER** |

**THIS MATTER**, having been opened to the Court by Plaintiffs Automotive Rentals Inc. *d/b/a* ARI and ARI Fleet LT (collectively, "**ARI**" or "**Plaintiffs**") by and through their counsel, upon motion for a Preliminary Injunction and issuance of a Writ of Replevin pursuant to Fed. R. Civ. P. 64, Fed. R. Civ. P. 65 and L. Civ. R. 65.1(a) (ECF No. 2); the Court, having reviewed the papers submitted by the parties (ECF Nos. 13 & 21); the Court, having held oral argument on the application on May 29, 2024; for the reasons set forth on the record, and for good cause otherwise shown;

**IT IS** on this 7th day of June 2024,

**ORDERED** that Plaintiffs' motion for a preliminary injunction is **DENIED**;

1

**ORDERED** that Plaintiffs' motion for the issuance of a Writ of Replevin is **GRANTED**;

**IT IS FURTHER ORDERED** as follows:

1. Pursuant to Fed. R. Civ. P. 64 and N.J. Stat. Ann. § 2B:50-1, *et seq.*, a pre-judgment Writ of Replevin shall issue contemporaneously with this Order, directing the U.S. Marshal to take possession of the vehicles that are (a) owned by ARI, whose leases by ARI to Redbox Automated Retail, LLC have been terminated, and (b) the subject of this lawsuit, which includes, without limitation, the vehicles identified on attached Exhibit 1 (the "**Vehicles**"), and deliver the Vehicles to ARI. To the extent Plaintiffs seek to have individuals other than the U.S. Marshal designated to take such actions, Plaintiffs must file an appropriate motion seeking such relief, together with factual and legal support for the request.

2. To assist in the repossession process, no later than close of business on May 31, 2024, Redbox Automated Retail, LLC and Chicken Soup for the Soul Entertainment, Inc. (collectively, the "**Defendants**") shall provide Plaintiffs with a written list identifying (a) each of the Vehicles, (b) where each of the Vehicles is physically located, (c) the name of each of the individual(s) in possession of each of the Vehicles, and (d) the last known physical address, email address and telephone number (land line and/or cell phone number) of each such individual. Such information shall be deemed confidential and shall not be disclosed by

Plaintiffs for any purpose other than to effectuate repossession of the Vehicles. Should any such information regarding the location or possession of any of the Vehicles change, Defendants, shall within twenty-four (24) hours of any such changes, inform Plaintiffs in writing of each of such change along with all updated.

3. Defendants are hereby prohibited from directly and/or indirectly taking any action that would hinder or otherwise impede Plaintiffs' repossession efforts with respect to the Vehicles, including, without limitation, any action to withhold the delivery of the keys to Vehicles to the U.S. Marshal, or such other law enforcement officer as may be capable of executing on this Order, or such repossession companies or persons employed ARI, to take possession of the Vehicles.

4. Defendants shall, within three (3) days of the date of this Order, inform every individual who is in possession of, uses and/or operates any of the Vehicles to immediately cease all personal use of the Vehicles, and to remove all personal property, effects and belongings owned by such individuals or the Defendants from the Vehicles. Defendants shall, within three (3) days of the date of this Order, inform every individual who is in possession of, uses or operates any of the Vehicles that they are not to take any action to impede any repossession efforts.

_____
Hon. Christine P. O'Hearn, U.S.D.J.

3

# EXHIBIT 1

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 1 | JF2SKAEC5PH548388 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 2 | JF2SKAEC5PH551176 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 3 | JF2SKAEC3PH546767 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 4 | JF2SKAEC2PH514988 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 5 | JF2SKAEC9PH546479 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 6 | JF2SKAEC8PH515921 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 7 | JF2SKAEC6PH533009 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 8 | JF2SKAEC5PH541991 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 9 | JF2SKAECXPH542943 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 10 | JF2SKAEC2PH515588 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 11 | JF2SKAEC9PH515703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 12 | JF2SKAEC5PH542249 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 13 | JF2SKAECXPH534048 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 14 | JF2SKAEC5PH473689 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 15 | JF2SKAEC8PH515904 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 16 | JF2SKAEC7PH533052 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 17 | JF2SKAEC6PH549565 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 18 | JF2SKAEC7PH541474 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 19 | JF2SKAEC7PH543242 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 20 | JF2SKAEC7PH546397 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 21 | JF2SKAEC8PH547428 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 22 | JF2SKAECXPH551481 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 23 | JF2SKAEC0PH515783 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 24 | JF2SKAEC5PH542123 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 25 | JF2SKAECXPH545941 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 26 | JF2SKAEC7PH535691 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 27 | JF2SKAEC7PH536596 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 28 | JF2SKAEC9PH534736 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 29 | JF2SKAEC3PH538393 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 30 | JF2SKAEC0PH536102 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 31 | JF2SKAEC1PH536576 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 32 | JF2SKAEC2PH537896 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 33 | JF2SKAECXPH543767 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 34 | JF2SKAEC2PH543424 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 35 | JF2SKAEC3PH533923 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 36 | JF2SKAEC0PH514651 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 37 | JF2SKAEC5PH536936 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 38 | JF2SKAEC1PH537355 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 39 | JF2SKAEC2PH547523 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 40 | JF2SKAEC1PH551157 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 41 | JF2SKAEC1PH540935 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 42 | JF2SKAEC6PH542034 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 43 | JF2SKAEC8PH515515 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 44 | JF2SKAEC6PH544267 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 45 | JF2SKAEC0PH540845 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 46 | JF2SKAEC1PH537873 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 47 | JF2SKAEC1PH533631 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 48 | JF2SKAEC9PH520271 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 49 | JF2SKAEC5PH541215 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 50 | JF2SKAEC4PH540525 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 51 | JF2SKAEC0PH520126 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 52 | JF2SKAEC5PH543322 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 53 | JF2SKAEC1PH534648 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 54 | JF2SKAEC8PH546232 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 55 | JF2SKAEC9PH514602 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 56 | JF2SKAEC9PH516043 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 57 | JF2SKAEC9PH541217 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 58 | JF2SKAEC8PH542780 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 59 | JF2SKAEC2PH551068 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 60 | JF2SKAEC9PH540150 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 61 | JF2SKAEC6PH543698 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 62 | JF2SKAEC1PH550784 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 63 | JF2SKAEC9PH532825 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 64 | JF2SKAECXPH542778 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 65 | JF2SKAEC6PH546424 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 66 | JF2SKAEC8PH540785 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 67 | JF2SKAEC1PH546301 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 68 | JF2SKAEC5PH551887 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 69 | JF2SKAEC8PH537272 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 70 | JF2SKAEC0PH541686 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 71 | JF2SKAEC3PH534683 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 72 | JF2SKAEC4PH537527 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 73 | JF2SKAEC0PH536438 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 74 | JF2SKAEC9PH531142 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 75 | JF2SKAEC0PH535239 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 76 | JF2SKAEC7PH536274 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 77 | JF2SKAEC3PH536482 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 78 | JF2SKAEC0PH535550 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 79 | JF2SKAEC4PH543795 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 80 | JF2SKAEC2PH536375 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 81 | JF2SKAEC2PH536442 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 82 | JF2SKAECXPH536852 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 83 | JF2SKAEC4PH520095 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 84 | JF2SKAEC1PH513962 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 85 | JF2SKAEC6PH543975 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 86 | JF2SKAEC6PH543491 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 87 | JF2SKAEC8PH540995 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 88 | JF2SKAEC5PH537021 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 89 | JF2SKAEC2PH540703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 90 | JF2SKAEC9PH543677 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 91 | JF2SKAEC8PH546652 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 92 | JF2SKAEC7PH547470 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 93  | JF2SKAEC3PH543853 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 94  | JF2SKAEC7PH550806 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 95  | JF2SKAEC7PH550921 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 96  | JF2SKAEC1PH548405 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 97  | JF2SKAEC0PH514262 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 98  | JF2SKAEC1PH538182 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 99  | JF2SKAEC2PH534805 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 100 | JF2SKAEC4PH544896 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 101 | JF2SKAEC7PH520074 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 102 | JF2SKAEC8PH519953 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 103 | JF2SKAECXPH534616 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 104 | JF2SKAEC4PH519674 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 105 | JF2SKAEC8PH533366 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 106 | JF2SKAEC4PH537169 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 107 | JF2SKAEC5PH519716 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 108 | JF2SKAEC2PH519978 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 109 | JF2SKAEC4PH537575 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 110 | JF2SKAEC5PH537584 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 111 | JF2SKAEC6PH537903 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 112 | JF2SKAEC4PH538001 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 113 | JF2SKAECXPH528587 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 114 | JF2SKAEC0PH533653 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 115 | JF2SKAEC4PH543666 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 116 | JF2SKAEC6PH457212 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 117 | JF2SKAEC1PH463466 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 118 | JF2SKAECXPH456550 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 119 | JF2SKAEC5PH465088 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 120 | JF2SKAEC7PH457171 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 121 | JF2SKAECXPH456922 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 122 | JF2SKADC4NH522590 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 123 | JF2SKAEC5PH444337 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 124 | JF2SKAEC3PH441033 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 125 | JF2SKAEC0PH464575 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 126 | JF2SKAEC7PH455128 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 127 | JF2SKAEC7PH455792 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 128 | JF2SKAEC6PH456934 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 129 | JF2SKAEC0PH475365 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 130 | JF2SKAEC8PH463383 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 131 | JF2SKAEC9PH456474 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 132 | JF2SKAEC4PH459489 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 133 | JF2SKAEC7PH456800 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 134 | JF2SKAEC0PH461806 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 135 | JF2SKAEC3PH458012 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 136 | JF2SKAEC9PH416170 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 137 | JF2SKAEC4PH464501 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 138 | JF2SKAEC2PH456817 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

|  | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 139 | JF2SKAECXPH457262 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 140 | JF2SKAEC7PH456201 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 141 | JF2SKAEC7PH456960 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 142 | JF2SKAEC8PH462797 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 143 | JF2SKAEC7PH463083 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 144 | JF2SKAEC4PH457841 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 145 | JF2SKAEC5PH457914 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 146 | JF2SKAEC7PH457364 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 147 | JF2SKAEC1PH462821 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 148 | JF2SKAEC7PH456988 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 149 | JF2SKAEC4PH455734 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 150 | JF2SKAEC4PH455622 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 151 | JF2SKAEC9PH446415 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 152 | JF2SKAEC4PH455703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 153 | JF2SKAEC9PH455115 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 154 | JF2SKAEC3PH455997 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 155 | JF2SKAECXPH454135 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 156 | JF2SKADCXNH521864 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 157 | JF2SKAEC3PH455935 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 158 | JF2SKAEC6PH458053 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 159 | JF2SKADC3NH524332 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 160 | JF2SKAEC5PH460277 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 161 | JF2SKAEC9PH441487 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 162 | JF2SKAEC1PH452970 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 163 | JF2SKAEC6PH462989 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 164 | JF2SKAECXPH458024 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 165 | JF2SKAECXPH456449 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 166 | JF2SKAEC2PH457143 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 167 | JF2SKAEC5PH456519 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 168 | JF2SKAEC6PH455055 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 169 | JF2SKAECXPH455088 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 170 | JF2SKAEC3PH457409 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 171 | JF2SKAEC8PH455672 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 172 | JF2SKAEC4PH462862 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 173 | JF2SKAEC0PH459974 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 174 | JF2SKAECXPH456760 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 175 | JF2SKAEC0PH432659 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 176 | JF2SKAEC9PH420560 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 177 | JF2SKAEC1PH441371 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 178 | JF2SKAEC4PH446452 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 179 | JF2SKAEC8PH441786 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 180 | JF2SKAEC9PH437844 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 181 | JF2SKAECXPH435441 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 182 | JF2SKAEC2PH440049 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 183 | JF2SKAEC4PH439954 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 184 | JF2SKAEC8PH438242 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 185 | JF2SKAEC7PH438586 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 186 | JF2SKAEC4PH438139 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 187 | JF2SKAEC0PH414095 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 188 | JF2SKAEC2PH438947 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 189 | JF2SKAEC8PH441125 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 190 | JF2SKAEC3PH441730 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 191 | JF2SKADC6PH412594 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 192 | JF2SKADC3PH413279 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 193 | JF2SKADC0PH416219 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 194 | JF2SKAEC4PH427951 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 195 | JF2SKAEC0PH421757 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 196 | JF2SKADC1PH413359 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 197 | JF2SKAEC3PH416908 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 198 | JF2SKADC8NH482854 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 199 | JF2SKAEC1PH421864 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 200 | JF2SKADC5NH524929 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 201 | JF2SKADC6NH520663 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 202 | JF2SKADC5PH416121 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 203 | JF2SKADC1PH416147 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 204 | JF2SKADC8PH416744 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 205 | JF2SKADC1PH412521 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 206 | JF2SKADC7PH412751 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 207 | JF2SKADC4PH413131 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 208 | JF2SKADC9PH414114 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 209 | JF2SKADC0NH485330 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 210 | JF2SKADC3PH416778 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 211 | JF2SKADC5PH413445 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 212 | JF2SKADC4PH414036 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 213 | JF2SKADC5PH416667 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 214 | JF2SKADC5NH521786 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 215 | JF2SKADC8NH510667 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 216 | JF2SKADCXNH518155 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 217 | JF2SKADC1NH518741 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 218 | JF2SKADC6NH521196 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 219 | JF2SKADC8NH523077 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 220 | NM0LS7S27N1532231 | Van | 2022 | Ford | Transit ConnectXL |
| 221 | JF2SKADC1NH484185 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 222 | JF2SKADC7NH487706 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 223 | JF2SKADC2NH480727 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 224 | JF2SKADC3NH491302 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 225 | JF2SKADC7NH493442 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 226 | JF2SKADC5NH482066 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 227 | JF2SKADC8NH487830 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 228 | JF2SKADC5NH483850 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 229 | JF2SKADC3NH469638 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 230 | JF2SKADC9NH481969 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |

|  | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 231 | JF2SKADC8NH486144 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 232 | JF2SKADC1NH482355 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 233 | JF2SKADC0NH481147 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 234 | JF2SKADC6NH473747 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 235 | JF2SKADCXNH479535 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 236 | JF2SKADC6NH484828 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 237 | JF2SKADC2NH484549 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 238 | JF2SKADC4NH483550 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 239 | JF2SKADC7NH480979 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 240 | JF2SKADC0NH483920 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 241 | JF2SKADC2NH480937 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 242 | JF2SKADC1NH480816 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 243 | JF2SKADC3NH484317 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 244 | NM0LS7S27N1520709 | Van | 2022 | Ford | Transit ConnectXL |
| 245 | JF2SKAJC5MH585197 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 246 | JF2SKAJC7MH588084 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 247 | JF2SKAJC6MH589579 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 248 | JF2SKAJC0MH575130 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 249 | JF2SKAJC5MH587998 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 250 | JF2SKAJC2MH572696 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 251 | JF2SKAJC2MH573573 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 252 | JF2SKAJC6MH588478 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 253 | JF2SKAJC5MH589198 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 254 | JF2SKAJC0MH588797 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 255 | JF2SKAJCXMH581727 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 256 | JF2SKAJC4MH587863 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 257 | JF2SKAJCXMH556682 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 258 | JF2SKAJC4MH575602 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 259 | JF2SKAJCXMH566032 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 260 | JF2SKAJC7MH556221 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 261 | JF2SKAJC8MH571102 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 262 | JF2SKAJC0MH571871 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 263 | JF2SKAJCXMH572509 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 264 | JF2SKAJC4MH571064 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 265 | JF2SKAJC4MH571131 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 266 | JF2SKAJC7MH578901 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 267 | JF2SKAJC4MH570089 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 268 | JF2SKAJC1MH570549 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 269 | JF2SKAJC5MH570165 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 270 | JF2SKAJC1MH570082 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 271 | JF2SKAJC0MH580456 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 272 | JF2SKAJC7MH574296 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 273 | JF2SKAJC7MH575089 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 274 | JF2SKAJC6MH574841 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 275 | JF2SKAJC5MH572756 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 276 | JF2SKAJC0MH575208 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 277 | JF2SKAJC0MH573622 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 278 | JF2SKAJC2MH580507 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 279 | 1FTBR1Y88MKA40349 | Van | 2021 | Ford | Transit-250 CargoBase |
| 280 | JF2SKAJC6MH556601 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 281 | JF2SKAJC0MH561129 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 282 | JF2SKAJCXMH561736 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 283 | JF2SKAJC1MH561561 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 284 | JF2SKAJCXMH556374 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 285 | JF2SKAJC2MH561181 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 286 | JF2SKAJC3MH556913 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 287 | JF2SKAJC3MH556698 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 288 | JF2SKAJC7MH556462 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 289 | JF2SKAJC1MH548986 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 290 | JF2SKAJCXMH531474 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 291 | JF2SKAJC0MH562541 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 292 | JF2SKAJC8MH556339 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 293 | JF2SKAJC2MH534207 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 294 | JF2SKAJC4MH541322 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 295 | JF2SKAJC0MH541186 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 296 | JF2SKAJC7MH579689 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 297 | JF2SKAJC7LH598502 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 298 | JF2SKAGC5LH584914 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 299 | JF2SKAJC2LH594096 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 300 | JF2SKAGC9LH589727 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 301 | JF2SKAJC3LH562273 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 302 | JF2SKAJC1LH540577 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 303 | 1N4AL3AP1FN333494 | Car | 2015 | Nissan | Altima2.5 S (CVT) |
| 304 | 1N4AL3AP4FC238679 | Car | 2015 | Nissan | Altima2.5 S (CVT) |
| 305 | JF2SJADC9GH550018 | Sport Utility | 2016 | Subaru | Forester2.5i Premium (CVT) |
| 306 | 4S3BNAC65G3047730 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 307 | 4S3BNAC68G3050153 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 308 | 4S3BNAC64G3051526 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 309 | 1N4AL3AP6GN357730 | Car | 2016 | Nissan | Altima2.5 S (CVT) |
| 310 | 1N4AL3AP5GN357122 | Car | 2016 | Nissan | Altima2.5 S (CVT) |
| 311 | 4S3BNAC68G3053487 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 312 | JF2SJAEC7HH580599 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 313 | JF2SJAECXHH578975 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 314 | 1N4AL3APXHC277019 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 315 | 1N4AL3AP2HC276852 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 316 | 1N4AL3AP8HC281005 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 317 | JF2SJAGC4JH602755 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 318 | JF2SJAGC2JH604410 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 319 | JF2SJAGC8JH604640 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 320 | JF2SJAGC3JH608854 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 321 | JF2SJAGC0JH608116 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 322 | JF2SJAGC3JH609910 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 323 | JTDKBRFU6J3074332 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 324 | JTDKBRFUXJ3073524 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 325 | JTDKBRFU6J3604525 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 326 | JTDKBRFU6J3074153 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 327 | JTDKBRFU6J3073830 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 328 | JTDKBRFU0J3073452 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 329 | JTDKBRFU5J3073348 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 330 | JTDKBRFU9J3073353 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 331 | JTDKBRFU7J3074176 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 332 | JTDKBRFU1J3078367 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 333 | JTDKBRFU2J3074327 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 334 | JTDKBRFU7J3073559 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 335 | JTDKBRFUXJ3073975 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 336 | JTDKBRFU5J3073799 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 337 | JTDKBRFU8J3074218 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 338 | JTDKBRFU6J3073374 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 339 | JTDKBRFUXJ3073149 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 340 | JTDKBRFUXJ3073636 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 341 | JTDKBRFU6J3073732 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 342 | JTDKBRFU3J3074529 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 343 | JTDKBRFU7J3074050 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 344 | JTDKBRFU0J3073886 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 345 | JTDKBRFUXJ3078545 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 346 | JTDKBRFU7J3074131 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 347 | JTDKBRFU6J3074282 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 348 | JTDKBRFU2J3074862 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 349 | JTDKBRFU6J3597706 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 350 | JF2SKAGC0KH574421 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 351 | JF2SKAGC8KH552862 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 352 | JF2SKAGC1KH560589 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 353 | JF2SKAGC6KH562256 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 354 | JF2SKAGC0KH561538 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 355 | JF2SKAGC9KH562008 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 356 | JF2SKAGC3KH560772 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 357 | JF2SKAGC9KH562073 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 358 | JF2SKAGC6KH560782 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 359 | JF2SKAGC6KH566923 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 360 | JF2SKAGC3KH566815 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 361 | JF2SKAGC0KH576394 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 362 | JF2SKAGC1KH566117 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 363 | JF2SKAGC0KH575794 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 364 | JF2SKAGC6KH561219 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 365 | JF2SKAGC9KH562381 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 366 | JF2SKAGC4KH555080 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 367 | JF2SKAGCXKH555911 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 368 | JF2SKAGC2KH555112 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |

|  | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 369 | JF2SKAGC5KH562314 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 370 | JF2SKAGC4KH560067 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 371 | JF2SKAGCXKH565290 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 372 | JF2SKAGC4KH569450 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 373 | JF2SKAGC9KH563871 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 374 | JTMMWRFV5KD024457 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 375 | 2T3MWRFVXKW039247 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 376 | 2T3MWRFV2KW041056 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 377 | 2T3MWRFV9KW041068 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 378 | 2T3MWRFV3KW042166 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 379 | 2T3MWRFVXKW039667 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 380 | 2T3MWRFV5KW041357 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 381 | 2T3MWRFV1KW039721 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 382 | 2T3MWRFV9KW039689 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 383 | 2T3MWRFV6KW040749 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 384 | 2T3MWRFV6KW040072 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 385 | 2T3MWRFV1KW039654 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 386 | 2T3MWRFV4KW041737 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 387 | 2T3MWRFV6KW040783 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 388 | 2T3MWRFV6KW033834 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 389 | 2T3MWRFV3KW040398 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 390 | 2T3MWRFV0KW040116 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 391 | 2T3MWRFV4KW040099 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 392 | 2T3MWRFV6KW040069 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 393 | 2T3MWRFV4KW039602 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 394 | 2T3MWRFV3KW041700 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 395 | 2T3MWRFV2KW040375 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 396 | 2T3MWRFV2KW041705 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 397 | 2T3MWRFV0KW041380 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 398 | 2T3MWRFVXKW039345 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 399 | 2T3MWRFV3KW039011 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 400 | 2T3MWRFV7KW040128 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 401 | 2T3MWRFV8KW038999 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 402 | 2T3MWRFV4KW041074 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 403 | 2T3MWRFV5KW039236 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 404 | 2T3MWRFV9KW039286 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 405 | 2T3MWRFV4KW040054 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 406 | 2T3MWRFV9KW039708 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 407 | 2T3MWRFV2KW040120 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 408 | 2T3MWRFV8KW041739 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 409 | 2T3MWRFV6KW041271 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 410 | 2T3MWRFV6KW040394 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 411 | 2T3MWRFV3KW041292 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 412 | 2T3MWRFV3KW038909 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 413 | 2T3MWRFV4KW040135 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 414 | 2T3MWRFV5KW039740 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 415 | 2T3MWRFV9KW040129 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 416 | 2T3MWRFV3KW039171 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 417 | 2T3LWRFV4KW015330 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 418 | 4S3BNAC69G3049612 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 419 | JF2SKAGC3KH554213 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 420 | 2T3MWRFV5KW040807 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 421 | 2T3MWRFV5KW041424 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 422 | 2T3MWRFV3KW039736 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 423 | 2T3MWRFV6KW041089 | Sport Utility | 2019 | Toyota | Rav4 HybridLE (CVT) |
| 424 | JF2SJAEC9HH583598 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 425 | JTDKBRFU8J3065177 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 426 | JF2SKAGC0KH562415 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 427 | JF2SKAGC0KH566917 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 428 | 2T3MWRFV6KW039259 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 429 | 2T3MWRFV2KW040019 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 430 | 2T3MWRFV5KW041309 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 431 | 2T3MWRFV3KW039008 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 432 | JF2SKAGC3KH548721 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 433 | 2T3MWRFV3KW041678 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 434 | JF2SKAGC9KH565748 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 435 | JF2SJAGC2JH606528 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 436 | JF2SKAGC7KH552139 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 437 | 2T3MWRFV6KW040413 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |