EXHIBIT "III"

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# (Camden Vicinage)

| | |
|---|---|
| AUTOMOTIVE RENTALS, INC., and ARI FLEET LT,<br><br>Plaintiffs,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC, and CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.,<br><br>Defendants. | Civ. A. No. 24-5901(CPO)(SAK)<br><br>**WRIT OF REPLEVIN** |

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY TO THE UNITED STATES MARSHAL'S OFFICE:**

**YOU ARE COMMANDED** to cause to be taken and delivered to Automotive Rentals, Inc. and ARI Fleet LT (collectively "ARI"), the following:

The goods which defendants Redbox Automated Retail LLC and Chicken Soup for the Soul Entertainment, Inc. (collectively "Defendants") have unjustly detained and refused to return to ARI, as set forth in this action, which have not otherwise been seized under any process, execution, or attachment against property of Defendants, kept and/or maintained in any such location as the goods may be stored:

    A.    All vehicle listed on Exhibit A, which exhibit is attached hereto and made part hereof.

1

B.  All parts and accessories at any location to which such vehicles listed in Exhibit A are maintained.

**NOW, THEREFORE**, you are ordered and hereby required to take the above-described property from Defendants' and deliver it to ARI at any destination(s) provided to you by ARI. In order to effectuate the purposes of this Writ and in the event that Defendants do not provide access to the property, you are further ordered to allow for the disabling or changing of any locks which might secure any premises on which such goods are located, including the removal and replacement of locks or cutting any chains which are restricting access and replacing the same after execution, and otherwise to take such actions and remove such barriers as are necessary to enforcement of all aspects of this Writ.

_Denise Wall_
~~Clerk of the Court~~, Deputy Clerk

Dated: 6/27/2024

2

|    | VIN               | Type          | Year | Make   | Model                 |
|----|-------------------|---------------|------|--------|-----------------------|
| 1  | JF2SKAEC5PH548388 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 2  | JF2SKAEC5PH551176 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 3  | JF2SKAEC3PH546767 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 4  | JF2SKAEC2PH514988 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 5  | JF2SKAEC9PH546479 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 6  | JF2SKAEC8PH515921 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 7  | JF2SKAEC6PH533009 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 8  | JF2SKAEC5PH541991 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 9  | JF2SKAECXPH542943 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 10 | JF2SKAEC2PH515588 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 11 | JF2SKAEC9PH515703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 12 | JF2SKAEC5PH542249 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 13 | JF2SKAECXPH534048 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 14 | JF2SKAEC5PH473689 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 15 | JF2SKAEC8PH515904 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 16 | JF2SKAEC7PH533052 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 17 | JF2SKAEC6PH549565 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 18 | JF2SKAEC7PH541474 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 19 | JF2SKAEC7PH543242 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 20 | JF2SKAEC7PH546397 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 21 | JF2SKAEC8PH547428 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 22 | JF2SKAECXPH551481 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 23 | JF2SKAEC0PH515783 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 24 | JF2SKAEC5PH542123 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 25 | JF2SKAECXPH545941 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 26 | JF2SKAEC7PH535691 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 27 | JF2SKAEC7PH536596 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 28 | JF2SKAEC9PH534736 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 29 | JF2SKAEC3PH538393 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 30 | JF2SKAEC0PH536102 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 31 | JF2SKAEC1PH536576 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 32 | JF2SKAEC2PH537896 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 33 | JF2SKAECXPH543767 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 34 | JF2SKAEC2PH543424 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 35 | JF2SKAEC3PH533923 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 36 | JF2SKAEC0PH514651 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 37 | JF2SKAEC5PH536936 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 38 | JF2SKAEC1PH537355 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 39 | JF2SKAEC2PH547523 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 40 | JF2SKAEC1PH551157 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 41 | JF2SKAEC1PH540935 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 42 | JF2SKAEC6PH542034 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 43 | JF2SKAEC8PH515515 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 44 | JF2SKAEC6PH544267 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 45 | JF2SKAEC0PH540845 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 46 | JF2SKAEC1PH537873 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

|    | VIN               | Type         | Year | Make   | Model                  |
|----|-------------------|--------------|------|--------|------------------------|
| 47 | JF2SKAEC1PH533631 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 48 | JF2SKAEC9PH520271 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 49 | JF2SKAEC5PH541215 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 50 | JF2SKAEC4PH540525 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 51 | JF2SKAEC0PH520126 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 52 | JF2SKAEC5PH543322 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 53 | JF2SKAEC1PH534648 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 54 | JF2SKAEC8PH546232 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 55 | JF2SKAEC9PH514602 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 56 | JF2SKAEC9PH516043 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 57 | JF2SKAEC9PH541217 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 58 | JF2SKAEC8PH542780 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 59 | JF2SKAEC2PH551068 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 60 | JF2SKAEC9PH540150 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 61 | JF2SKAEC6PH543698 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 62 | JF2SKAEC1PH550784 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 63 | JF2SKAEC9PH532825 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 64 | JF2SKAECXPH542778 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 65 | JF2SKAEC6PH546424 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 66 | JF2SKAEC8PH540785 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 67 | JF2SKAEC1PH546301 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 68 | JF2SKAEC5PH551887 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 69 | JF2SKAEC8PH537272 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 70 | JF2SKAEC0PH541686 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 71 | JF2SKAEC3PH534683 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 72 | JF2SKAEC4PH537527 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 73 | JF2SKAEC0PH536438 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 74 | JF2SKAEC9PH531142 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 75 | JF2SKAEC0PH535239 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 76 | JF2SKAEC7PH536274 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 77 | JF2SKAEC3PH536482 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 78 | JF2SKAEC0PH535550 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 79 | JF2SKAEC4PH543795 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 80 | JF2SKAEC2PH536375 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 81 | JF2SKAEC2PH536442 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 82 | JF2SKAECXPH536852 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 83 | JF2SKAEC4PH520095 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 84 | JF2SKAEC1PH513962 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 85 | JF2SKAEC6PH543975 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 86 | JF2SKAEC6PH543491 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 87 | JF2SKAEC8PH540995 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 88 | JF2SKAEC5PH537021 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 89 | JF2SKAEC2PH540703 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 90 | JF2SKAEC9PH543677 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 91 | JF2SKAEC8PH546652 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |
| 92 | JF2SKAEC7PH547470 | Sport Utility| 2023 | Subaru | ForesterPremium (CVT)  |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 93  | JF2SKAEC3PH543853 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 94  | JF2SKAEC7PH550806 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 95  | JF2SKAEC7PH550921 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 96  | JF2SKAEC1PH548405 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 97  | JF2SKAEC0PH514262 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 98  | JF2SKAEC1PH538182 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 99  | JF2SKAEC2PH534805 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 100 | JF2SKAEC4PH544896 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 101 | JF2SKAEC7PH520074 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 102 | JF2SKAEC8PH519953 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 103 | JF2SKAECXPH534616 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 104 | JF2SKAEC4PH519674 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 105 | JF2SKAEC8PH533366 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 106 | JF2SKAEC4PH537169 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 107 | JF2SKAEC5PH519716 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 108 | JF2SKAEC2PH519978 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 109 | JF2SKAEC4PH537575 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 110 | JF2SKAEC5PH537584 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 111 | JF2SKAEC6PH537903 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 112 | JF2SKAEC4PH538001 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 113 | JF2SKAECXPH528587 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 114 | JF2SKAEC0PH533653 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 115 | JF2SKAEC4PH543666 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 116 | JF2SKAEC6PH457212 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 117 | JF2SKAEC1PH463466 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 118 | JF2SKAECXPH456550 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 119 | JF2SKAEC5PH465088 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 120 | JF2SKAEC7PH457171 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 121 | JF2SKAECXPH456922 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 122 | JF2SKADC4NH522590 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 123 | JF2SKAEC5PH444337 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 124 | JF2SKAEC3PH441033 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 125 | JF2SKAEC0PH464575 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 126 | JF2SKAEC7PH455128 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 127 | JF2SKAEC7PH455792 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 128 | JF2SKAEC6PH456934 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 129 | JF2SKAEC0PH475365 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 130 | JF2SKAEC8PH463383 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 131 | JF2SKAEC9PH456474 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 132 | JF2SKAEC4PH459489 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 133 | JF2SKAEC7PH456800 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 134 | JF2SKAEC0PH461806 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 135 | JF2SKAEC3PH458012 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 136 | JF2SKAEC9PH416170 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 137 | JF2SKAEC4PH464501 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 138 | JF2SKAEC2PH456817 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

|     | VIN               | Type         | Year | Make   | Model                  |
|-----|-------------------|--------------|------|--------|------------------------|
| 139 | JF2SKAECXPH457262 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 140 | JF2SKAEC7PH456201 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 141 | JF2SKAEC7PH456960 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 142 | JF2SKAEC8PH462797 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 143 | JF2SKAEC7PH463083 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 144 | JF2SKAEC4PH457841 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 145 | JF2SKAEC5PH457914 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 146 | JF2SKAEC7PH457364 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 147 | JF2SKAEC1PH462821 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 148 | JF2SKAEC7PH456988 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 149 | JF2SKAEC4PH455734 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 150 | JF2SKAEC4PH455622 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 151 | JF2SKAEC9PH446415 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 152 | JF2SKAEC4PH455703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 153 | JF2SKAEC9PH455115 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 154 | JF2SKAEC3PH455997 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 155 | JF2SKAECXPH454135 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 156 | JF2SKADCXNH521864 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 157 | JF2SKAEC3PH455935 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 158 | JF2SKAEC6PH458053 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 159 | JF2SKADC3NH524332 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 160 | JF2SKAEC5PH460277 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 161 | JF2SKAEC9PH441487 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 162 | JF2SKAEC1PH452970 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 163 | JF2SKAEC6PH462989 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 164 | JF2SKAECXPH458024 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 165 | JF2SKAECXPH456449 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 166 | JF2SKAEC2PH457143 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 167 | JF2SKAEC5PH456519 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 168 | JF2SKAEC6PH455055 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 169 | JF2SKAECXPH455088 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 170 | JF2SKAEC3PH457409 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 171 | JF2SKAEC8PH455672 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 172 | JF2SKAEC4PH462862 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 173 | JF2SKAEC0PH459974 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 174 | JF2SKAECXPH456760 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 175 | JF2SKAEC0PH432659 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 176 | JF2SKAEC9PH420560 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 177 | JF2SKAEC1PH441371 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 178 | JF2SKAEC4PH446452 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 179 | JF2SKAEC8PH441786 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 180 | JF2SKAEC9PH437844 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 181 | JF2SKAECXPH435441 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 182 | JF2SKAEC2PH440049 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 183 | JF2SKAEC4PH439954 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 184 | JF2SKAEC8PH438242 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

|     | VIN               | Type          | Year | Make   | Model                  |
| --- | ----------------- | ------------- | ---- | ------ | ---------------------- |
| 185 | JF2SKAEC7PH438586 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 186 | JF2SKAEC4PH438139 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 187 | JF2SKAEC0PH414095 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 188 | JF2SKAEC2PH438947 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 189 | JF2SKAEC8PH441125 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 190 | JF2SKAEC3PH441730 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 191 | JF2SKADC6PH412594 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 192 | JF2SKADC3PH413279 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 193 | JF2SKADC0PH416219 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 194 | JF2SKAEC4PH427951 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 195 | JF2SKAEC0PH421757 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 196 | JF2SKADC1PH413359 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 197 | JF2SKAEC3PH416908 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 198 | JF2SKADC8NH482854 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 199 | JF2SKAEC1PH421864 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 200 | JF2SKADC5NH524929 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 201 | JF2SKADC6NH520663 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 202 | JF2SKADC5PH416121 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 203 | JF2SKADC1PH416147 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 204 | JF2SKADC8PH416744 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 205 | JF2SKADC1PH412521 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 206 | JF2SKADC7PH412751 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 207 | JF2SKADC4PH413131 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 208 | JF2SKADC9PH414114 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 209 | JF2SKADC0NH485330 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 210 | JF2SKADC3PH416778 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 211 | JF2SKADC5PH413445 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 212 | JF2SKADC4PH414036 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 213 | JF2SKADC5PH416667 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 214 | JF2SKADC5NH521786 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 215 | JF2SKADC8NH510667 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 216 | JF2SKADCXNH518155 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 217 | JF2SKADC1NH518741 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 218 | JF2SKADC6NH521196 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 219 | JF2SKADC8NH523077 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 220 | NM0LS7S27N1532231 | Van           | 2022 | Ford   | Transit ConnectXL      |
| 221 | JF2SKADC1NH484185 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 222 | JF2SKADC7NH487706 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 223 | JF2SKADC2NH480727 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 224 | JF2SKADC3NH491302 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 225 | JF2SKADC7NH493442 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 226 | JF2SKADC5NH482066 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 227 | JF2SKADC8NH487830 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 228 | JF2SKADC5NH483850 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 229 | JF2SKADC3NH469638 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |
| 230 | JF2SKADC9NH481969 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT)  |

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 231 | JF2SKADC8NH486144 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 232 | JF2SKADC1NH482355 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 233 | JF2SKADC0NH481147 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 234 | JF2SKADC6NH473747 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 235 | JF2SKADCXNH479535 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 236 | JF2SKADC6NH484828 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 237 | JF2SKADC2NH484549 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 238 | JF2SKADC4NH483550 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 239 | JF2SKADC7NH480979 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 240 | JF2SKADC0NH483920 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 241 | JF2SKADC2NH480937 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 242 | JF2SKADC1NH480816 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 243 | JF2SKADC3NH484317 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 244 | NM0LS7S27N1520709 | Van | 2022 | Ford | Transit ConnectXL |
| 245 | JF2SKAJC5MH585197 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 246 | JF2SKAJC7MH588084 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 247 | JF2SKAJC6MH589579 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 248 | JF2SKAJC0MH575130 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 249 | JF2SKAJC5MH587998 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 250 | JF2SKAJC2MH572696 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 251 | JF2SKAJC2MH573573 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 252 | JF2SKAJC6MH588478 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 253 | JF2SKAJC5MH589198 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 254 | JF2SKAJC0MH588797 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 255 | JF2SKAJCXMH581727 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 256 | JF2SKAJC4MH587863 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 257 | JF2SKAJCXMH556682 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 258 | JF2SKAJC4MH575602 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 259 | JF2SKAJCXMH566032 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 260 | JF2SKAJC7MH556221 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 261 | JF2SKAJC8MH571102 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 262 | JF2SKAJC0MH571871 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 263 | JF2SKAJCXMH572509 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 264 | JF2SKAJC4MH571064 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 265 | JF2SKAJC4MH571131 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 266 | JF2SKAJC7MH578901 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 267 | JF2SKAJC4MH570089 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 268 | JF2SKAJC1MH570549 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 269 | JF2SKAJC5MH570165 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 270 | JF2SKAJC1MH570082 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 271 | JF2SKAJC0MH580456 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 272 | JF2SKAJC7MH574296 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 273 | JF2SKAJC7MH575089 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 274 | JF2SKAJC6MH574841 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 275 | JF2SKAJC5MH572756 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 276 | JF2SKAJC0MH575208 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 277 | JF2SKAJC0MH573622 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 278 | JF2SKAJC2MH580507 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 279 | 1FTBR1Y88MKA40349 | Van | 2021 | Ford | Transit-250 CargoBase |
| 280 | JF2SKAJC6MH556601 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 281 | JF2SKAJC0MH561129 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 282 | JF2SKAJCXMH561736 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 283 | JF2SKAJC1MH561561 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 284 | JF2SKAJCXMH556374 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 285 | JF2SKAJC2MH561181 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 286 | JF2SKAJC3MH556913 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 287 | JF2SKAJC3MH556698 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 288 | JF2SKAJC7MH556462 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 289 | JF2SKAJC1MH548986 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 290 | JF2SKAJCXMH531474 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 291 | JF2SKAJC0MH562541 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 292 | JF2SKAJC8MH556339 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 293 | JF2SKAJC2MH534207 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 294 | JF2SKAJC4MH541322 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 295 | JF2SKAJC0MH541186 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 296 | JF2SKAJC7MH579689 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 297 | JF2SKAJC7LH598502 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 298 | JF2SKAGC5LH584914 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 299 | JF2SKAJC2LH594096 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 300 | JF2SKAGC9LH589727 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 301 | JF2SKAJC3LH562273 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 302 | JF2SKAJC1LH540577 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 303 | 1N4AL3AP1FN333494 | Car | 2015 | Nissan | Altima2.5 S (CVT) |
| 304 | 1N4AL3AP4FC238679 | Car | 2015 | Nissan | Altima2.5 S (CVT) |
| 305 | JF2SJADC9GH550018 | Sport Utility | 2016 | Subaru | Forester2.5i Premium (CVT) |
| 306 | 4S3BNAC65G3047730 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 307 | 4S3BNAC68G3050153 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 308 | 4S3BNAC64G3051526 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 309 | 1N4AL3AP6GN357730 | Car | 2016 | Nissan | Altima2.5 S (CVT) |
| 310 | 1N4AL3AP5GN357122 | Car | 2016 | Nissan | Altima2.5 S (CVT) |
| 311 | 4S3BNAC68G3053487 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 312 | JF2SJAEC7HH580599 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 313 | JF2SJAECXHH578975 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 314 | 1N4AL3APXHC277019 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 315 | 1N4AL3AP2HC276852 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 316 | 1N4AL3AP8HC281005 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 317 | JF2SJAGC4JH602755 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 318 | JF2SJAGC2JH604410 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 319 | JF2SJAGC8JH604640 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 320 | JF2SJAGC3JH608854 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 321 | JF2SJAGC0JH608116 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 322 | JF2SJAGC3JH609910 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |

|     | VIN               | Type          | Year | Make   | Model                  |
| --- | ----------------- | ------------- | ---- | ------ | ---------------------- |
| 323 | JTDKBRFU6J3074332 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 324 | JTDKBRFUXJ3073524 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 325 | JTDKBRFU6J3604525 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 326 | JTDKBRFU6J3074153 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 327 | JTDKBRFU6J3073830 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 328 | JTDKBRFU0J3073452 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 329 | JTDKBRFU5J3073348 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 330 | JTDKBRFU9J3073353 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 331 | JTDKBRFU7J3074176 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 332 | JTDKBRFU1J3078367 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 333 | JTDKBRFU2J3074327 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 334 | JTDKBRFU7J3073559 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 335 | JTDKBRFUXJ3073975 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 336 | JTDKBRFU5J3073799 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 337 | JTDKBRFU8J3074218 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 338 | JTDKBRFU6J3073374 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 339 | JTDKBRFUXJ3073149 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 340 | JTDKBRFUXJ3073636 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 341 | JTDKBRFU6J3073732 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 342 | JTDKBRFU3J3074529 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 343 | JTDKBRFU7J3074050 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 344 | JTDKBRFU0J3073886 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 345 | JTDKBRFUXJ3078545 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 346 | JTDKBRFU7J3074131 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 347 | JTDKBRFU6J3074282 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 348 | JTDKBRFU2J3074862 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 349 | JTDKBRFU6J3597706 | Car           | 2018 | Toyota | PriusTwo (CVT)         |
| 350 | JF2SKAGC0KH574421 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 351 | JF2SKAGC8KH552862 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 352 | JF2SKAGC1KH560589 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 353 | JF2SKAGC6KH562256 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 354 | JF2SKAGC0KH561538 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 355 | JF2SKAGC9KH562008 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 356 | JF2SKAGC3KH560772 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 357 | JF2SKAGC9KH562073 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 358 | JF2SKAGC6KH560782 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 359 | JF2SKAGC6KH566923 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 360 | JF2SKAGC3KH566815 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 361 | JF2SKAGC0KH576394 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 362 | JF2SKAGC1KH566117 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 363 | JF2SKAGC0KH575794 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 364 | JF2SKAGC6KH561219 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 365 | JF2SKAGC9KH562381 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 366 | JF2SKAGC4KH555080 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 367 | JF2SKAGCXKH555911 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |
| 368 | JF2SKAGC2KH555112 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)  |

|  | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 369 | JF2SKAGC5KH562314 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 370 | JF2SKAGC4KH560067 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 371 | JF2SKAGCXKH565290 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 372 | JF2SKAGC4KH569450 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 373 | JF2SKAGC9KH563871 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 374 | JTMMWRFV5KD024457 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 375 | 2T3MWRFVXKW039247 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 376 | 2T3MWRFV2KW041056 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 377 | 2T3MWRFV9KW041068 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 378 | 2T3MWRFV3KW042166 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 379 | 2T3MWRFVXKW039667 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 380 | 2T3MWRFV5KW041357 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 381 | 2T3MWRFV1KW039721 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 382 | 2T3MWRFV9KW039689 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 383 | 2T3MWRFV6KW040749 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 384 | 2T3MWRFV6KW040072 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 385 | 2T3MWRFV1KW039654 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 386 | 2T3MWRFV4KW041737 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 387 | 2T3MWRFV6KW040783 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 388 | 2T3MWRFV6KW033834 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 389 | 2T3MWRFV3KW040398 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 390 | 2T3MWRFV0KW040116 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 391 | 2T3MWRFV4KW040099 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 392 | 2T3MWRFV6KW040069 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 393 | 2T3MWRFV4KW039602 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 394 | 2T3MWRFV3KW041700 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 395 | 2T3MWRFV2KW040375 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 396 | 2T3MWRFV2KW041705 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 397 | 2T3MWRFV0KW041380 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 398 | 2T3MWRFVXKW039345 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 399 | 2T3MWRFV3KW039011 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 400 | 2T3MWRFV7KW040128 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 401 | 2T3MWRFV8KW038999 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 402 | 2T3MWRFV4KW041074 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 403 | 2T3MWRFV5KW039236 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 404 | 2T3MWRFV9KW039286 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 405 | 2T3MWRFV4KW040054 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 406 | 2T3MWRFV9KW039708 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 407 | 2T3MWRFV2KW040120 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 408 | 2T3MWRFV8KW041739 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 409 | 2T3MWRFV6KW041271 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 410 | 2T3MWRFV6KW040394 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 411 | 2T3MWRFV3KW041292 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 412 | 2T3MWRFV3KW038909 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 413 | 2T3MWRFV4KW040135 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 414 | 2T3MWRFV5KW039740 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |

|  | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 415 | 2T3MWRFV9KW040129 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 416 | 2T3MWRFV3KW039171 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 417 | 2T3LWRFV4KW015330 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 418 | 4S3BNAC69G3049612 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 419 | JF2SKAGC3KH554213 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 420 | 2T3MWRFV5KW040807 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 421 | 2T3MWRFV5KW041424 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 422 | 2T3MWRFV3KW039736 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 423 | 2T3MWRFV6KW041089 | Sport Utility | 2019 | Toyota | Rav4 HybridLE (CVT) |
| 424 | JF2SJAEC9HH583598 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 425 | JTDKBRFU8J3065177 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 426 | JF2SKAGC0KH562415 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 427 | JF2SKAGC0KH566917 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 428 | 2T3MWRFV6KW039259 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 429 | 2T3MWRFV2KW040019 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 430 | 2T3MWRFV5KW041309 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 431 | 2T3MWRFV3KW039008 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 432 | JF2SKAGC3KH548721 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 433 | 2T3MWRFV3KW041678 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 434 | JF2SKAGC9KH565748 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 435 | JF2SJAGC2JH606528 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 436 | JF2SKAGC7KH552139 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 437 | 2T3MWRFV6KW040413 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |