**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11442 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: TBD** |

**NOTICE OF HEARING REGARDING MOTION OF AUTOMOTIVE RENTALS, INC.**
**AND ARI FLEET LT FOR RELIEF FROM AUTOMATIC STAY**

PLEASE TAKE NOTICE that on July 10, 2024, Automotive Rentals, Inc. ("**Automotive Rentals**") and ARI Fleet LT ("**Fleet**," and together with Automotive Rentals, "**ARI**"), filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") a *Motion of Automotive Rentals, Inc., and AR Fleet LT for Relief from Automatic Stay* (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief sought in the Motion will be scheduled for a date to be determined before the Honorable Thomas M. Horan, United States Bankruptcy Judge.  The hearing date specified above may be a preliminary hearing or may be consolidated with a final hearing, as determined by the Court.

PLEASE TAKE FURTHER NOTICE that responses (and the supporting documentation required by Local Rule 4001-1(c)), if any, to the Motion, must be filed with the Court, 824 Market

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).  The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

160498958.1

Street, 3rd Floor, Wilmington, Delaware 19801 will be due at a date to be determined. An additional notice will be filed and served when such deadlines have been set.

PLEASE TAKE FURTHER NOTICE that the attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

Dated:   July 10, 2024

       Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE 4588)
1201 North Market Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 654-7444
Facsimile: (302) 656-8920
sniederman@foxrothschild.com

-and-

**ADAMS AND REESE LLP**

*/s/ Richard A. Aguilar*
Richard A. Aguilar (LA #17439)
(*pro hac vice* pending)
Mark J. Chaney III (LA #35704)
(*pro hac vice* pending)
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Phone: (504) 581-3234
Facsimile: (504) 566-0210
richard.aguilar@arlaw.com
mark.chaney@arlaw.com

*Counsel for Automotive Rentals, Inc.*
*and ARI Fleet LT*

2

160498958.1