# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Chicken Soup for the Soul Entertainment, Inc.  
132 East Putnam Avenue  
Floor 2W  
Cos Cob, CT 06807  

**EIN:** 81−2560811  
Chicken Soup for the Soul Entertainment  

**Chapter:** 11  

**Case No.:** 24−11442−TMH  

## NOTICE OF CONVERSION

**NOTICE IS HEREBY GIVEN** that the debtor(s) chapter petition has been converted to a chapter petition on .

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Related J/A Debtors are listed below

| Case No. | Debtor | EIN |
|---|---|---|
| 24−11443 | 757 Film Acquisition LLC | 35−2344300 |
| 24−11444 | Chicken Soup for the Soul Studios, LLC | 87−3789993 |
| 24−11445 | Chicken Soup for the Soul Television Group, LLC | |
| 24−11446 | Crackle Plus, LLC | |
| 24−11447 | CSS AVOD Inc. | 86−3704038 |
| 24−11448 | CSSESIG, LLC | 87−3227150 |
| 24−11449 | Digital Media Enterprises LLC | |
| 24−11450 | Halcyon Studios, LLC | 87−1043312 |
| 24−11451 | Halcyon Television, LLC | 86−3689873 |
| 24−11452 | Landmark Studio Group LLC | 84−3073671 |
| 24−11453 | Locomotive Global, Inc. | 46−1962094 |
| 24−11454 | Pivotshare, Inc. | 27−2852165 |
| 24−11455 | RB Second Merger Sub LLC | 88−3670754 |
| 24−11456 | Redbox Automated Retail, LLC | 26−0100436 |
| 24−11457 | Redbox Entertainment, LLC | 85−4007085 |
| 24−11458 | Redbox Holdings, LLC | 85−3377338 |
| 24−11459 | Redbox Incentives LLC | 80−0771123 |
| 24−11460 | Redwood Intermediate, LLC | 87−3142733 |
| 24−11462 | Screen Media Films, LLC | 00−0000000 |
| 24−11461 | Screen Media Ventures, LLC | 52−2172466 |

NOTE: If you previously filed a Proof of Claim in this case, you do not need to file another Proof of Claim. If you previously filed a Motion/Request for Allowance and/or payment of an administrative expense claim that has not yet been ruled upon, you will receive written notice in the future when your administrative expense claim(s) will be scheduled for hearing.

Dated: 7/11/24

(VAN–031)