IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Chicken Soup for the Soul ) | (Jointly Administered) |
| Entertainment, Inc., *et al.* ) | |
| ) | Case No. 24-11442 (TMH) |
| Debtors. ) | |

**VERIFIED STATEMENT OF BUSH GOTTLIEB AND
LAW OFFICE OF SUSAN E. KAUFMAN, LLC PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the law firms of Bush Gottlieb, a Law Corporation and Law Office of Susan E. Kaufman, LLC give notice of representation of more than one creditor in the above-captioned bankruptcy cases, and state as follows:

1.  Bush Gottlieb and Law Office of Susan E. Kaufman, LLC represent the following creditors (hereinafter the "Union Entities"):

> Directors Guild of America, Inc.
> 7920 Sunset Boulevard
> Los Angeles, CA 90046
> (310) 289-2000
>
> Screen Actors Guild – American Federation of Television and Radio Artists
> 5757 Wilshire Boulevard
> Los Angeles, CA 90036
> (323) 954-1600
>
> Writers Guild of America, West, Inc.
> 7000 West Third Street
> Los Angeles, CA 90048
> (323) 951-4000
>
> Directors Guild of America-Producer Pension and Health Plans
> 5055 Wilshire Blvd., Ste. 600
> Los Angeles, CA 90036
> (323) 866-2255

       Motion Picture Industry Pension and Health Plans
       11365 Ventura Boulevard
       Studio City, CA  91604
       (818) 769-0007

       Screen Actors Guild-Producers Pension Plan and SAG-AFTRA Health Plan
       3601 West Olive Avenue, 2nd Floor
       Burbank, CA  91510-7830
       (818) 973-4444

       Writers' Guild-Industry Health Fund
       Producer-Writers Guild of America Pension Plan
       1015 North Hollywood Way
       Burbank, CA  91505
       (818) 846-1015

       2.       The Union Entities are unable to estimate liquidated claims at this time due to pre-petition failure or inability of the Debtors to provide audit access, periodic reports, or payments as required under applicable collective bargaining agreements.  Post-petition, the Union Entities will need to work with the Chapter 7 Trustee to obtain the necessary reporting.   Further note that significant film rights held by the Debtors are subject to prior and senior encumbrances in favor of one or more Union Entities.

       3.       Bush Gottlieb is the long-standing outside counsel to the Union Entities in connection with insolvency and collection matters and Susan E. Kaufman of Law Office of Susan E. Kaufman, LLC has previously worked with Bush Gottlieb on Delaware bankruptcy matters.

       4.       Upon information and belief, Bush Gottlieb and Law Office of Susan E. Kaufman, LLC have no claims or interest against the Debtors.

| | |
|---|---|
| Date: July 15, 2024 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC |
| | |
| | */s/ Susan E. Kaufman*  |
| | Susan E. Kaufman, (DSB# 3381) |
| | 919 North Market Street, Suite 460 |
| | Wilmington, DE 19801 |
| | (302) 472-7420 |
| | (302) 792-7420 Fax |
| | skaufman@skaufmanlaw.com |
| | |
| | and |
| | |
| | Joseph A. Kohanski |
| | David E. Ahdoot |
| | Kirk Prestegard |
| | BUSH GOTTLIEB |
| | A Law Corporation |
| | 500 North Central Avenue, Suite 800 |
| | Glendale, California 90103 |
| | (818) 973-3200 (telephone) |
| | (818) 973-3201 (facsimile) |
| | jkohanski@bushgottlieb.com |
| | |
| | *Attorneys for the Union Entities* |