IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (TMH)<br><br>(Jointly Administered)<br><br>**Related D.I. 141** |

### ORDER REGARDING MOTION TO SCHEDULE AN EXPEDITED HEARING AND SHORTEN THE TIME PERIOD FOR NOTICE OF HEARING ON THE MOTION OF AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT FOR RELIEF FROM STAY

Upon the motion (the "Motion to Expedite") of Automotive Rentals, Inc. ("**Automotive Rentals**") and ARI Fleet LT ("**Fleet**", and together with Automotive Rentals, "**ARI**"), requesting the entry of an order shortening the time period and limiting notice for the hearing on the *Motion of Automotive Rentals, Inc. and ARI Fleet LT for Relief from Automatic Stay* (the "Motion"), as more fully set forth in the Motion to Expedite; and the Court having jurisdiction to consider the Motion to Expedite and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that the relief sought in the Motion to Expedite is proper, as set forth herein; and after due deliberation and sufficient cause appearing therefore,

it is HEREBY ORDERED THAT:

1. The Motion to Expedite is granted, as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

2.	The hearing to consider the relief requested in the Motion will held on July 19, 2024 at 2:00 p.m. (the "Hearing").

3.	Objections or responses to the Motion may be filed and heard up to and including the Hearing.

4.	A copy of this Order, together with the Motion, and the proposed Order filed with the Motion, shall be served *via* email, overnight mail, or federal express delivery on: (i) the Trustee; (ii) the Office of the United States Trustee for the District of Delaware; (iii) counsel for the Debtors; and (iv) those persons who have requested notice pursuant to Fed. R. Bankr. P. 2002.

Dated: July 16, 2024

_____
Craig T. Goldblatt
United States Bankruptcy Judge