# EXHIBIT 2

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

September 20, 2023

Redbox Automated Retail, LLC
One Tower Lane, Suite 900
Oakbrook Terrace, Illinois 60181
Attention: George Latzo
Copy To: Legal Department

Dear Mr. Latzo:

Pursuant to Section 9.1(b) of the Kiosk Operating Agreement ("Kiosk Agreement") between CVS Pharmacy, Inc. ("CVS") and Redbox Automate Retail, LLC ("Redbox") effective January 1, 2016, as amended, CVS hereby notifies Redbox that it does not intend to renew the Kiosk Agreement when it expires as scheduled on December 31, 2023. Thus no "Renewal Term", as defined in Section 9.1(b) shall commence, and the Kiosk Agreement will expire and be of no effect at 11:59 p.m. (Central time) on December 31, 2023, pursuant to Section 9.1(a) (as amended).

Please reach out to Tamara Seals to plan for the smooth surrender of premises as set forth in Section 6.7 of the Kiosk Agreement.

This letter shall be without prejudice to all rights and remedies that CVS possesses against Redbox under the Kiosk Agreement or applicable law, all of which are hereby reserved.

Sincerely,

Jacob Trombino | Executive Director, Divisional Merch – O/S/ Vendor
p 401-770-3787 | jacob.trombino@cvshealth.com
CVS Health | One CVS Drive, Mail Code 1082, Woonsocket, RI 02895