# EXHIBIT 4

**Tyler Johannes**

| | |
|---|---|
| **From:** | Kirstin Ives |
| **Sent:** | Wednesday, February 7, 2024 2:54 PM |
| **To:** | Marcus, Caryn |
| **Cc:** | Tyler Johannes |
| **Subject:** | RE: CVS-Redbox dispute |
| **Attachments:** | CVS Closed 5324-Redbox - 5510 - Invoice-246826.pdf |

Hi Caryn,

Attached is an example invoice for only the removal and transportation costs to move a kiosk from one CVS to another CVS location.  It does not reflect any storage costs and, therefore, is not representative of a realistic solution.

By the end of this week, CVS needs a firm commitment from Redbox and schedule to remove the kiosks from locations that have closed or are closing and being turned over to landlords this month, or we will have no choice but to move forward with filing suit.

Best,

Kirstin

Kirstin B. Ives

FALKENBERG IVES LLP
230 W. Monroe, Suite 2220
Chicago, IL 60606
Direct | 312.566.4803   Fax | 312.566.4810
kbi@falkenbergives.com | www.falkenbergives.com

---

**From:** Kirstin Ives
**Sent:** Monday, February 5, 2024 8:19 AM
**To:** 'Marcus, Caryn' <cmarcus@graubard.com>
**Cc:** Tyler Johannes <tgj@falkenbergives.com>
**Subject:** RE: CVS-Redbox dispute

Good morning Caryn,

Following up on the below.  Thanks.

Kirstin

Kirstin B. Ives

FALKENBERG IVES LLP
230 W. Monroe, Suite 2220
Chicago, IL 60606
Direct | 312.566.4803   Fax | 312.566.4810
kbi@falkenbergives.com | www.falkenbergives.com

**From:** Kirstin Ives
**Sent:** Thursday, February 1, 2024 11:35 AM
**To:** 'Marcus, Caryn' <cmarcus@graubard.com>
**Cc:** Tyler Johannes <tgj@falkenbergives.com>
**Subject:** RE: CVS-Redbox dispute

Hi Caryn,

Thanks for getting back to us.  However, we are going to need more specifics than that.  Is your client willing to provide a firm commitment that it will remove the kiosks from CVS's closing stores by a date certain and from the remaining stores within a certain time frame?  Thanks.

Kirstin

Kirstin B. Ives

FALKENBERG IVES LLP

230 W. Monroe, Suite 2220
Chicago, IL 60606
Direct | 312.566.4803   Fax | 312.566.4810
kbi@falkenbergives.com | www.falkenbergives.com

**From:** Marcus, Caryn <cmarcus@graubard.com>
**Sent:** Thursday, February 1, 2024 11:30 AM
**To:** Kirstin Ives <kbi@falkenbergives.com>
**Cc:** Tyler Johannes <tgj@falkenbergives.com>
**Subject:** RE: CVS-Redbox dispute

Hi Kristin,
    We are looking into the cost and timing of removal.  I will let you know as soon as they advise me of timing.  Thank you.


Regards,
Caryn




**Caryn L. Marcus**
Special Counsel
Graubard Miller
The Chrysler Building | 405 Lexington Avenue - 44th Floor | New York, New York 10174-4499
Direct Dial: (212) 818-8695 | Fax: (212) 818-8881
Visit our website at http://www.graubard.com

*The information contained in this e-mail message is privileged and confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or is the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail or by telephone (212-818-8800) and delete the original message from your system. Thank you.*

**From:** Kirstin Ives <<u>kbi@falkenbergives.com</u>>
**Sent:** Thursday, February 1, 2024 11:02 AM
**To:** Marcus, Caryn <<u>cmarcus@graubard.com</u>>
**Cc:** Tyler Johannes <<u>tgj@falkenbergives.com</u>>
**Subject:** RE: CVS-Redbox dispute

Hi Caryn,

I have not heard back from them on that (and do not necessarily know that I will).  Let me know when we can connect after your call.  Thanks.

Kirstin B. Ives

FALKENBERG IVES LLP

230 W. Monroe, Suite 2220
Chicago, IL 60606
Direct | 312.566.4803   Fax | 312.566.4810
<u>kbi@falkenbergives.com</u> | <u>www.falkenbergives.com</u>

**From:** Marcus, Caryn <<u>cmarcus@graubard.com</u>>
**Sent:** Thursday, February 1, 2024 9:20 AM
**To:** Kirstin Ives <<u>kbi@falkenbergives.com</u>>
**Cc:** Tyler Johannes <<u>tgj@falkenbergives.com</u>>
**Subject:** RE: CVS-Redbox dispute

Hi Kristin,
     The meeting was changed to later today.  Were you able to find out how much it cost CVS when it moved one of the kiosks to another CVS location?  Thank you.


Regards,
Caryn




**Caryn L. Marcus**
Special Counsel
Graubard Miller
The Chrysler Building | 405 Lexington Avenue - 44th Floor | New York, New York 10174-4499
Direct Dial: (212) 818-8695 | Fax: (212) 818-8881
Visit our website at <u>http://www.graubard.com</u>

*The information contained in this e-mail message is privileged and confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or is the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail or by telephone (212-818-8800) and delete the original message from your system. Thank you.*

**From:** Kirstin Ives <kbi@falkenbergives.com>
**Sent:** Thursday, February 1, 2024 9:44 AM
**To:** Marcus, Caryn <cmarcus@graubard.com>
**Cc:** Tyler Johannes <tgj@falkenbergives.com>
**Subject:** RE: CVS-Redbox dispute

Hi Caryn,

Can you please provide an update from your meeting with your client yesterday?  My client needs to determine if it is going to go ahead and file.  Thanks.

Kirstin

Kirstin B. Ives

FALKENBERG IVES LLP

230 W. Monroe, Suite 2220
Chicago, IL 60606
Direct | 312.566.4803   Fax | 312.566.4810
kbi@falkenbergives.com | www.falkenbergives.com

**From:** Marcus, Caryn <cmarcus@graubard.com>
**Sent:** Monday, January 29, 2024 12:26 PM
**To:** Kirstin Ives <kbi@falkenbergives.com>; Lou Occhicone <locchicone@chickensoupforthesoul.com>
**Cc:** Tyler Johannes <tgj@falkenbergives.com>; Eunice Reger <ereger@chickensoupforthesoul.com>
**Subject:** RE: CVS-Redbox dispute

# I am free after 11:00 EST



**Caryn L. Marcus**
Special Counsel
Graubard Miller
The Chrysler Building | 405 Lexington Avenue - 44th Floor | New York, New York 10174-4499
Direct Dial: (212) 818-8695 | Fax: (212) 818-8881
Visit our website at http://www.graubard.com

*The information contained in this e-mail message is privileged and confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or is the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail or by telephone (212-818-8800) and delete the original message from your system. Thank you.*

**From:** Kirstin Ives <kbi@falkenbergives.com>
**Sent:** Monday, January 29, 2024 1:06 PM
**To:** Lou Occhicone <locchicone@chickensoupforthesoul.com>; Marcus, Caryn <cmarcus@graubard.com>
**Cc:** Tyler Johannes <tgj@falkenbergives.com>; Eunice Reger <ereger@chickensoupforthesoul.com>
**Subject:** RE: CVS-Redbox dispute

Hi Lou and Caryn,

How does tomorrow morning work for you?  I am free any time until 11:30 a.m. central.

Kirstin

Kirstin B. Ives

FALKENBERG IVES LLP

230 W. Monroe, Suite 2220
Chicago, IL 60606
Direct | 312.566.4803   Fax | 312.566.4810
kbi@falkenbergives.com | www.falkenbergives.com

**From:** Lou Occhicone <locchicone@chickensoupforthesoul.com>
**Sent:** Monday, January 29, 2024 12:03 PM
**To:** Kirstin Ives <kbi@falkenbergives.com>; Marcus, Caryn <cmarcus@graubard.com>
**Cc:** Tyler Johannes <tgj@falkenbergives.com>; Eunice Reger <ereger@chickensoupforthesoul.com>
**Subject:** Re: CVS-Redbox dispute

Hi Kirstin:

I hope this email finds you well.

Adding our outside counsel, Caryn Marcus.

We are interested in resolving this.

Please let us know your availability for a call.

Thank you.

Best,

Lou


---
**Lou Occhicone**
SVP, Business Affairs & Distribution
*Chicken Soup for the Soul Entertainment*
Office: 203.861.4000


**From:** Kirstin Ives <kbi@falkenbergives.com>
**Date:** Friday, January 26, 2024 at 8:15 AM
**To:** Lou Occhicone <locchicone@chickensoupforthesoul.com>
**Cc:** Tyler Johannes <tgj@falkenbergives.com>
**Subject:** CVS-Redbox dispute

Good morning Mr. Occhicone,

I represent CVS Pharmacy, Inc. and received your contact information from Jim Snell.  I appreciate your willingness to communicate with us.

As the attached letter details, now that the contract between CVS and Redbox has terminated, CVS needs Redbox to comply with the terms of the parties' agreement and remove the Redbox kiosks from CVS stores immediately.  CVS is prepared to file in Court next week should we not be able to reach a satisfactory agreement regarding removal.  Please let me know if Redbox is interested in discussing resolving this dispute.  Thank you for your consideration.

Best,

Kirstin


Kirstin Ives

Falkenberg Ives LLP

230 W. Monroe, Suite 2220

Chicago, IL 60606

kbi@falkenbergives.com

(312) 566-4803