### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (TMH)<br><br>Jointly Administered<br><br>**Objections due by: July 30, 2024 at 4:00 pm**<br>**Hearing Date: August 13, 2024 at 10 am (ET)** |

## NOTICE OF MOTION

TO: (A) COUNSEL FOR THE DEBTOR; (B) COUNSEL FOR THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (C) THE CHAPTER 7 TRUSTEE; (D) PARTIES REQUESTING NOTICES; AND (E) KNOWN PARTIES HAVING AN INTEREST IN THE SUBJECT PROPERTY AS SET FORTH IN THE ATTACHED CERTIFICATE OF SERVICE:

**PLEASE TAKE NOTICE** that, CVS Pharmacy, Inc. ("Movant") has filed the attached *Motion of CVS Pharmacy, Inc. for an Order Modifying the Automatic Stay Pursuant To 11 U.S.C. §§ 105(A) and 362(D) to Permit Cvs Pharmacy, Inc. to Remove and Dispose of Kiosks* (the "Motion").[1]

**PLEASE TAKE FURTHER NOTICE** that, any objections or responses to the relief requested in the Motion must be filed and served so as to be received on or before March 22, 2023 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections to the Motion must be served upon the undersigned counsel to Movant so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT, A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **August 13, 2024 at 10:00 a.m. (ET)** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801 (THE "HEARING").

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| Dated: July 16, 2024 | **COOCH AND TAYLOR, P.A.**<br><br>/s/ *R. Grant Dick IV*<br>R. Grant Dick IV (No. 5123)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 984-3800<br>Facsimile: (302) 984-3989<br>Email: gdick@coochtaylor.com<br><br>*Counsel for CVS Pharmacy, Inc.* |