<u>**CERTIFICATE OF SERVICE**</u>

I, R. Grant Dick IV, hereby certify that on July 16, 2024, I caused a copy of the foregoing to be served on the parties and in the manner listed below and electronically through the CM/ECF system.

<u>**Via Email and Hand Delivery**</u>

Richard M. Pachulski
Debra I. Grassgreen
James E. O'Neill
Steven W. Golden
919 N. Market Street, 17th Floor
Wilmington, DE 19801
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com
sgolden@pszjlaw.com

Office of the United States Trustee
Attn: Hannah McCollum, Esq.
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
Hannah.McCollum@usdoj.gov


William A. Hazeltine, Esq.
SULLIVAN HAZELTINE ALLINSON LLC
919 N. Market Street, Suite 420
Wilmington, Delaware 19801
whazeltine@sha-llc.com

Joseph C. Barsalona II
PASHMAN STEIN WALDER HAYDEN P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
jbarsalona@pashmanstein.com


Karen C. Bifferato
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com

Seth A. Niederman
FOX ROTHSCHILD LLP
1201 North Market Street, Suite 1200
Wilmington, DE 19801
sniederman@foxrothschild.com


Kevin G. Collins
BARNES & THORNBURG LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
kcollins@btlaw.com

Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com


Morgan L. Patterson
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
morgan.patterson@wbd-us.com

**Via Email and FedEx**

George L. Miller
Chapter 7 Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

**Via First Class Mail and Email**

Leib M. Lerner
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, California 90071
leib.lerner@alston.com

Heike M. Vogel, Esq.
Eva M. Thomas
A.Y. STRAUSS LLC
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039
hvogel@aystrauss.com
ethomas@aystrauss.com

A.J. Webb
Joy D. Kleisinger
FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
awebb@fbtlaw.com
jkleisinger@fbtlaw.com.

David J. Coyle
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, OH 43604
dcoyle@shumaker.com

Jamie Kirk
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, Texas 75251
jamie.kirk@oag.texas.gov

Richard A. Aguilar
Mark J. Chaney III
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
richard.aguilar@arlaw.com
mark.chaney@arlaw.com

Don Stecker
LINEBARGER    GOGGAN    BLAIR    &
SAMPSON, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@lgbs.com

Paul J. Laurin
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
plaurin@btlaw.com

Nicola G. Suglia, Esquire
Allison L. Domowitch, Esquire
FLEISCHER, FLEISCHER & SUGLIA, P.C.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053
nsuglia@fleischerlaw.com

Joseph A. Kohanski, Esquire
David E. Ahdoot, Esquire
Kirk Prestegard, Esquire
BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, CA 91203
jkohanski@bushgottlieb.com
dahdoot@bushgottlieb.com
kprestegard@bushgottlieb.com

Julie Anne Parsons
MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
P.O. Box 1269
Round Rock, TX78680-1269
jparsons@mvbalaw.com

John Kendrick Turner
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
dallas.bankruptcy@lgbs.com

Cathy A. Hinger
Claire J. Rauscher
WOMBLE BOND DICKINSON (US) LLP
2001 K. Street, NW
Suite 400 South
Washington, D.C. 20006
cathy.hinger@wbd-us.com
claire.rauscher@wbd-us.com

Tara L. Grundemeier
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
Houston, TX 77253-3064
houston_bankruptcy@lgbs.com

Samuel C. Wisotzkey
KOHNER, MANN & KAILAS, S.C.
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com

Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida33301
sandron@broward.org

Laura J. Monroe
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P.O. Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

Hiram Gutierrez
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
P.O. Box 2916
McAllen, TX 78502
edinburgbankruptcy@pbfcm.com

Diane W. Sanders
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
PO Box 17428
Austin, TX 78760-7428
austin.bankruptcy@lgbs.com

William Reily, Esq.
PAUL HASTINGS LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606
williamreily@paulhastings.com

Frank A. Merola, Esq.
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
frankmerola@paulhastings.com

Christopher J. Giaimo
SQUIRE PATTON BOGGS (US) LLP
2550 M St. NW
Washington, DC 20037
christopher.giaimo@squirepb.com

Dated: July 16, 2024

/s/ *R. Grant Dick IV*
R. Grant Dick IV (#5123)