**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al* [1] | Case No. 24-11442 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR JULY 19, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE
HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted in-person.[2] All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.[3]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Hearing will be held before the Honorable Craig T. Goldblatt.

[3] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing. Please do not contact the Court to confirm registration or request the link. All participants must use their full name when registering and logging into Zoom or you will not be granted access to the hearing.

**MATTERS GOING FORWARD**:

1. Motion of Automotive Rentals, Inc. and ARI Fleet LT for Relief from the Automatic Stay
   [Filed 7/10/2024; Docket No. 116]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Motion for Order Scheduling Expedited Hearing and Shortening Time Period for Notice of Hearing on the Motion of Automotive Rentals, Inc. and ARI Fleet LT for Relief from Stay<br>[Filed 7/15/2024; Docket No. 141] |
   | | (b) | Order Regarding Motion to Schedule Expedited Hearing and Shortening Time Period for Notice of Hearing on the Motion of Automotive Rentals, Inc. and ARI Fleet LT for Relief from Stay<br>[Filed 7/16/2024; Doc. No. 143] |

   Objection Deadline: At or prior to the hearing.

   Responses Received: None as of this filing.

   Status: This matter is going forward; however, the Trustee does not oppose the Motion.

Dated: July 17, 2024
      Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Proposed counsel to George L. Miller, Chapter 7 Trustee*