**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
List of Jointly Administered/Associated Cases with Meeting of Creditors information.

## Case # 24-11442(TMH)Chicken Soup for the Soul Entertainment, Inc.

**341(a) meeting to be held on 8/20/2024 at 11:00 AM (Zoom) Go to www.Zoom.us/join - Miller: Meeting ID 653 180 0746, Passcode 7131311419, Phone 1 (267) 362-3487.**

To file an electronic claim, go to the United States Bankruptcy Court - District of Delaware website (http://www.deb.uscourts.gov), and click on the Programs & Services button, then select "Claims Information. A Proof of Claim form will be automatically generated after input of the necessary information has been completed.

To file a paper claim, obtain a Proof of Claim form ("Official Form B410") from the United States Courts website http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx#official.

Please note: It is only necessary to file a Proof of Claim **in the specific case for which you are a creditor**. If you are only a creditor in one of the cases, but not all, it is only necessary to file one claim, in that specific case for which you are a creditor. If you previously filed a Proof of Claim in this case, you do not need to file another Proof of Claim. If you previously filed a Motion/Request for Allowance and/or payment of an administrative expense claim that has not yet been ruled upon, you will receive written notice in the future when your administrative expense claim(s) will be scheduled for hearing.

### Jointly Administered Cases

24−11443(TMH) 757 Film Acquisitions, LLC.
24−11444(TMH) Chicken Soup for the Soul Studios, LLC.
24−11445(TMH) Chicken Soup for the Soul Television Group, LLC
24−11446(TMH) Crackle Plus, LLC
24−11447(TMH) CSS AVOD Inc.
24−11448(TMH) CSSESIG. LLC.
24−11449(TMH) Digital Media Enterprises, LLC.
24−11450(TMH) Halcyon Studios, LLC.
24−11451(TMH) Halcyon Television, LLC.
24−11452(TMH) Landmark Studio Group, LLC.
24−11453(TMH) Locomotive Global, Inc.
24−11454(TMH) Pivotshare, Inc.
24−11455(TMH) RB Second Merger Sub, LLC.
24−11456(TMH) Redbox Automated Retail, LLC.
24−11457(TMH) Redbox Entertainment, LLC.
24−11458(TMH) Redbox Holdings, LLC
24−11459(TMH) Redbox Incentives, LLC.
24−11460(TMH) Redwood Intermediate, LLC.
24−11461(TMH) Screen Media Ventures, LLC.
24−11462(TMH) Screen Media Films, LLC.