

Redbox Automated Retail, LLC
1 Tower Lane Suite 800
Oakbrook Terrace, IL 60181
877-219-9625

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/16/2024 |
| Period End Date | 06/29/2024 |
| Pay Date | 07/05/2024 |
| Document | 115176010 |

**Net Pay**  $1,851.31

## Pay Details

**MARGARET JONES**
8073 JANES AVE
UNIT 3
WOODRIDGE, IL 60517
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 0206920 | Pay Group | Bi-Weekly |
| SSN | XXX-XX-2622 | Location | Illinois |
| Job | Logistics Analyst | Function | OPS - Operations |
| Pay Rate | $34.6600 | Cost Center | 500068 - Operations |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Float Hol Pay | 0.000000 | $0.00 | $831.84 |
| Group Term Life | | $1.59 | $22.26 |
| Holiday Pay | 8.000000 | $277.28 | $1,663.68 |
| Overtime | 0.000000 | $0.00 | $103.99 |
| Paid Time Off | 8.000000 | $277.28 | $3,188.72 |
| Regular Pay | 64.250000 | $2,226.90 | $33,169.62 |

Total Hours Worked  64.250000     Total Hours  80.250000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan 1 | No | $52.98 | $741.72 | $0.00 | $0.00 |
| AD&D | No | $1.85 | $25.90 | $0.00 | $0.00 |
| Child Life | No | $0.69 | $9.66 | $0.00 | $0.00 |
| Dental | Yes | $33.84 | $473.76 | $31.90 | $446.60 |
| EE Sup Life | No | $8.42 | $117.88 | $0.00 | $0.00 |
| Group Term Life | No | $1.59 | $22.26 | $0.00 | $0.00 |
| Medical | Yes | $201.95 | $2,827.30 | $494.44 | $6,922.16 |
| Vision | Yes | $5.45 | $76.30 | $9.86 | $138.04 |
| Vol Sps Life | No | $8.42 | $117.88 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.64 | $8.96 |
| Basic EE Life | No | $0.00 | $0.00 | $3.47 | $48.58 |
| LTD | Yes | $0.00 | $0.00 | $9.01 | $126.14 |
| STD | Yes | $0.00 | $0.00 | $14.78 | $206.92 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $303.47 | $2,205.84 |
| Employee Medicare | $36.86 | $516.24 |
| Social Security Employee Tax | $157.59 | $2,207.37 |
| IL State Income Tax | $118.63 | $1,662.38 |

**Paid Time Off**

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Floating Holida | 24.0000 | 0.0000 | 0.0000 |
| Paid Time Off | 56.0000 | 7.0900 | 76.5100 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2107 | Savings | $250.00 |
| xxxxxx4451 | Checking | $1,601.31 |
| Total | | $1,851.31 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,783.05 | $2,541.81 | $616.55 | $315.19 | **$1,851.31** |
| YTD | $38,980.11 | $35,602.75 | $6,591.83 | $4,412.66 | $27,975.62 |