## United States Bankruptcy Court District of Delaware

| | |
|---|---|
| Case Number | **24-11442** |
| Debtor ** | **Chicken Soup for the Soul Entertainment, Inc.** |

### Select Claim(s) to be Withdrawn

| Claim | Creditor | Total Claimed | Filed |
|---|---|---|---|
| ○ 8 | Barbara Gabriel | $7224.46 | 07/17/2024 |

### Documents:

- Documents are required to be PDF files.
- Documents are NOT to exceed 35 MB Mb in size.
- The Proof of Claim being withdrawn should NOT be attached to represent the withdrawal of claim document.

Select the Notice of Withdrawal of Claim (required) [Choose File] no file selected

---

*Penalty for making a false statement:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both.**
18 U.S.C. §§ 152 and 3571.

[ ] I'm not a robot — reCAPTCHA (Privacy - Terms)

[Submit Withdrawal of Claim] [Clear Form]   ** Verify debtor name(s) prior to submitting withdrawal.