

ry    Counters    Summary By Day

**1.10** hrs    **21.10** hrs    **120.00** item(s)
Raw Total    Calc. Total    Mileage

| In Date | Mileage | Raw Total | Calc. Total | Time Off | Notes |
|---|---|---|---|---|---|
| SUN Jun 9 | 0 | 6.48 | 6.48 | | |
| | | 6.48 hrs | 6.48 hrs | | 💬 1 |
| | | 0.00 hrs | 0.00 hrs | | |
| TUE Jun 11 | 0 | 2.62 | 2.62 | Paid Time Off | |
| TUE Jun 11 | 60.00 | 0.00 | 0.00 | | |
| TUE Jun 11 | 0 | 5.48 | 5.48 | | |
| | | 8.10 hrs | 8.10 hrs | | |
| WED Jun 12 | 60.00 | 6.52 | 6.52 | | |
| | | 6.52 hrs | 6.52 hrs | | 💬 1 |
| | | 0.00 hrs | 0.00 hrs | | |
| | | 0.00 hrs | 0.00 hrs | | |
| | | 0.00 hrs | 0.00 hrs | | |



Redbox Automated Retail, LLC
1 Tower Lane Suite 800
Oakbrook Terrace, IL 60181
877-219-9625

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/19/2024 |
| Period End Date | 06/01/2024 |
| Pay Date | 06/07/2024 |
| Document | 107222699 |
| **Net Pay** | **$629.02** |

## Pay Details

**LARRY JOESPH KEYSER JR.**
141 PINEDA LN
MARTINSBURG, WV 25404
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 2005775 | Pay Group | Bi-Weekly | |
| SSN | XXX-XX-XXXX | Location | West Virginia | |
| Job | Field Support Rep | Function | FLDOPS - Field Operations | |
| Pay Rate | $19.5000 | Cost Center | 100581 - NorthEast-Pennsylvania-M | |
| Pay Frequency | Biweekly | Region | 726 - NorthEast-M | |
| | | Market | 980 - Pennsylvania - M | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Bereavement | 16.000000 | $312.00 | $312.00 |
| Float Hol Pay | 0.000000 | $0.00 | $370.50 |
| Holiday Pay | 4.800000 | $93.60 | $273.00 |
| Paid Time Off | 2.000000 | $39.00 | $533.91 |
| Regular Pay | 14.120000 | $275.34 | $4,345.35 |
| Volunteer Pay | 0.000000 | $0.00 | $156.00 |

**Total Hours Worked** 14.120000    **Total Hours** 36.920000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $15.84 | $66.66 |
| Employee Medicare | $10.44 | $86.87 |
| Social Security Employee Tax | $44.64 | $371.43 |
| MD State Income Tax | $0.00 | $11.62 |
| WV State Income Tax | $20.00 | $145.00 |
| Frederick | $0.00 | $6.73 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---:|---:|---:|
| Floating Holida | 19.0000 | 0.0000 | 0.2000 |
| Paid Time Off | 18.6500 | 2.5500 | 2.6200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxxxx0966 | Checking | $100.00 |
| xxxxxx2197 | Checking | $529.02 |
| Total | | $629.02 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $719.94 | $719.94 | $90.92 | $0.00 | **$629.02** |
| YTD | $5,990.76 | $5,990.76 | $688.31 | $0.00 | $5,302.45 |



Redbox Automated Retail, LLC
1 Tower Lane Suite 800
Oakbrook Terrace, IL 60181
877-219-9625

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/02/2024 |
| Period End Date | 06/15/2024 |
| Pay Date | 06/21/2024 |
| Document | 109135166 |
| **Net Pay** | **$786.02** |

## Pay Details

**LARRY JOESPH KEYSER JR.**
141 PINEDA LN
MARTINSBURG, WV 25404
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 2005775 | Pay Group | Bi-Weekly | |
| SSN | XXX-XX-XXXX | Location | West Virginia | |
| Job | Field Support Rep | Function | FLDOPS - Field Operations | |
| Pay Rate | $19.5000 | Cost Center | 100581 - NorthEast-Pennsylvania-M | |
| Pay Frequency | Biweekly | Region | 726 - NorthEast-M | |
| | | Market | 980 - Pennsylvania - M | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bereavement | 24.000000 | $468.00 | $780.00 |
| Float Hol Pay | 0.000000 | $0.00 | $370.50 |
| Holiday Pay | 0.000000 | $0.00 | $273.00 |
| Paid Time Off | 2.620000 | $51.09 | $585.00 |
| Regular Pay | 20.450000 | $398.78 | $4,744.13 |
| Volunteer Pay | 0.000000 | $0.00 | $156.00 |

**Total Hours Worked** 20.450000    **Total Hours** 47.070000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $35.63 | $102.29 |
| Employee Medicare | $13.31 | $100.18 |
| Social Security Employee Tax | $56.91 | $428.34 |
| MD State Income Tax | $0.00 | $11.62 |
| WV State Income Tax | $26.00 | $171.00 |
| Frederick | $0.00 | $6.73 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Floating Holida | 19.0000 | 0.0000 | 0.2000 |
| Paid Time Off | 21.2700 | 3.2500 | 3.2600 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx0966 | Checking | $100.00 |
| xxxxxx2197 | Checking | $686.02 |
| Total | | $786.02 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $917.87 | $917.87 | $131.85 | $0.00 | **$786.02** |
| YTD | $6,908.63 | $6,908.63 | $820.16 | $0.00 | $6,088.47 |



| | | From am | To am | SAT Jun 8 | 40.00 | 0.00 | 0.00 | | |
|---|---|---|---|---|---|---|---|---|---|
| ⌄ SAT Jun 8 | | 09:32 am | 11:30 am | SAT Jun 8 | 0 | 1.97 | 1.97 | | |
| | + | | | | | 1.97 hrs | 1.97 hrs | | 💬 1 |



My Time > Timesheet > Current Timesheet

← **Timesheet Edit**

◄ May 26, 2024 - June 01, 2024 ► ✓ Approved

**Time Entry** | Exceptions | Calc Detail | Calc Summary | Counters | Summary By Day

**28.07** hrs Raw Total    **28.07** hrs Calc. Total    **150.00** item(s) Mileage

| Date | | From | To | In Date | Mileage | Raw Total | Calc. Total | Time Off | Notes |
|---|---|---|---|---|---|---|---|---|---|
| > SUN May 26 | + | | | | | 0.00 hrs | 0.00 hrs | | |
| ∨ MON May 27 | | From am | To am | MON May 27 | 0 | 4.80 | 4.80 | Holiday Pay | |
| | + | | | | | 4.80 hrs | 4.80 hrs | | |
| ∨ TUE May 28 | | From am | To am | TUE May 28 | 0 | 2.00 | 2.00 | Paid Time Off | |
| | + | | | | | 2.00 hrs | 2.00 hrs | | |
| ∨ WED May 29 | | 05:47 am | 11:03 am | WED May 29 | 150.00 | 5.27 | 5.27 | | |
| | + | | | | | 5.27 hrs | 5.27 hrs | | |







| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| > THU May 2 | + | | | | | 0.00 hrs | 0.00 hrs | |
| ∨ FRI May 3 | | From   am | To   am | FRI May 3 | 30.00 | 0.00 | 0.00 | |
| | | e 10:00  am | e 11:00  am | FRI May 3 | 0 | 1.00 | 1.00 | |
| | + | | | | | 1.00 hrs | 1.00 hrs | |
| > SAT May 4 | + | | | | | 0.00 hrs | 0.00 hrs | |



