```
 1                     UNITED STATES BANKRUPTCY COURT
                            DISTRICT OF DELAWARE
 2

 3   IN RE:                      .  Chapter 7
                                 .  Case No. 24-11442 (TMH)
 4   CHICKEN SOUP FOR THE        .
     SOUL ENTERTAINMENT, INC., .  (Jointly Administered)
 5   et al.,                     .
                                 .  Courtroom No. 7
 6                               .  824 Market Street
               Debtors.         .  Wilmington, Delaware 19801
 7                               .
                                 .  Friday, July 19, 2024
 8   . . . . . . . . . . . . .  2:00 p.m.

 9                        TRANSCRIPT OF HEARING
                  BEFORE THE HONORABLE CRAIG T. GOLDBLATT
10                    UNITED STATES BANKRUPTCY JUDGE

11   APPEARANCES:

12   For the Chapter 7
     Trustee:                    Marla Benedek, Esquire
13                               COZEN O'CONNOR, LLP
                                 1201 North Market Street
14                               Suite 1001
                                 Wilmington, Delaware 19801
15

     For Automotive
16   Rentals, Inc. and ARI
     Fleet LT:                   Seth A. Niederman, Esquire
17                               FOX ROTHSCHILD, LLP
                                 1201 North Market Street
18                               Suite 1200
                                 Wilmington, Delaware 19801
19

20   Audio Operator:             Ian Willoughby, ECRO

21   Transcription Company:      Reliable
                                 The Nemours Building
22                               1007 N. Orange Street, Suite 110
                                 Wilmington, Delaware 19801
23                               Telephone: (302)654-8080
                                 Email:  gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording,
25   transcript produced by transcription service.
```

1                                      INDEX

2    MOTIONS:                                                    PAGE

3    Agenda
     Item 1:    Motion of Automotive Rentals, Inc. and ARI        3
4               Fleet LT for Relief from the Automatic Stay
                [Filed 7/10/2024; Docket No. 116]
5
                Court's Ruling:                                   6
6

7    Transcriptionist's Certificate                             11

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        (Proceedings commenced at 2:00 p.m.)

2            THE COURT:  Please be seated.

3            Good afternoon.

4            MS. BENEDEK:  Good afternoon.

5            THE COURT:  This is Judge Goldblatt.

6            We're on the record in, In re Chicken Soup for the

7    Soul Entertainment, Inc., which is Case Number 24-11442.

8            Just so everyone knows, I'm just pinch-hitting

9    here for Judge Horan, so don't you worry that you've been

10   downgraded.

11       (Laughter)

12           THE COURT:  And let me -- Ms. Benedek, let me hear

13   from you.

14           MS. BENEDEK:  Sure.

15           Marla Benedek of Cozen O'Connor, proposed counsel

16   to George Miller, the Chapter 7 Trustee.

17           We're here today on the motion of Automotive

18   Rentals, Inc., and ARI Fleet LT for relief from the automatic

19   stay at Docket 116.  There are also the related documents of

20   an expedited hearing motion and a proposed order regarding

21   the same.

22           The Chapter 7 Trustee has not opposed this motion

23   and we don't believe anyone else has.  With that said, I

24   would, with the Court's permission, turn the podium over to

25   Mr. Niederman.

1      THE COURT:  Okay.  Very well.  Thank you very

2  much.

3      MR. NIEDERMAN:  Thank you.

4      Thank you, Your Honor.  And for the record, Seth

5  Niederman from Fox Rothschild, on behalf of ARI Fleet LT, as

6  well as Automotive Rentals, Inc.

7      First, Your Honor, thank you for pinch-hitting and

8  thank you for hearing us on an expedited schedule; we

9  certainly appreciate it.  And in connection with the

10  expedited schedule, I know Your Honor had indicated that

11  objections could be filed up until the time of the hearing.

12  I did check the docket before coming over and did not see any

13  objections lodged, and don't see anyone in the courtroom,

14  other than press and potentially some law clerks.  And so it

15  does appear that we are proceeding unopposed.

16      I can give you a quick summary of the motion and

17  answer any questions that the Court has about the motion if

18  that would be helpful.

19      THE COURT:  So, Mr. Niederman, I've read the

20  motion and, obviously, we set this on shortened notice

21  because it seemed under the circumstances that it made sense

22  to proceed this way.

23      I don't, myself, have any questions, but as you

24  say, the motion, the order shortening notice did give parties

25  up until now, so I thought, even after hearing that the

1  trustee wasn't opposing, that it made sense to give parties

2  in interest that opportunity.  So, I don't have any own

3  questions, but I guess I do want to make sure that -- we do

4  have a handful of people on the Zoom -- that there isn't

5  anyone else that would like to be heard.

6         So with that, is there any other party in interest

7  that would like to be heard, with respect to the lift-stay

8  motion; if so, you can turn on your camera and I'll give you

9  a chance to be heard.

10      (No verbal response)

11         THE COURT:  It doesn't look that way.

12      (Laughter)

13         THE COURT:  So, Mr. Niederman, if there's any sort

14  of record that you'd like to make, I don't want to get in

15  your way, but you don't need to present for my benefit.

16         MR. NIEDERMAN:  I've learned in my time in doing

17  this so sometimes less is more, so, you know, just very

18  briefly, you know, we did have an order of replevin entered

19  by the District Court in New Jersey prior to the petition

20  being filed, as well as a formal notice of termination that

21  was sent out in advance of the New Jersey litigation, and

22  obviously, in advance of the petition filing here.

23         And efforts were underway, with cooperation from

24  Redbox, to retrieve the vehicles prior to the petition being

25  filed.  I will note that even after conversion, we've still

1  heard from representatives of Redbox saying, Look, we have

2  people out in the field -- and not my office, but

3  representatives of my client -- we have people out in the

4  field that were former employees out in the field who are

5  looking for what to do with their vehicles.

6          So I do think the expedited consideration is

7  really appreciated both, by the employees and certainly by my

8  client.  So, with that, we'd ask that an order be entered

9  granting the stay relief so that we can proceed to collect

10  the vehicles that are taking up driveway space of these

11  former employees.

12          THE COURT:  Okay.  Very well.

13          So I, having reviewed the motion and, you know,

14  while we shortened notice, I'm satisfied that doing so was

15  appropriate under the circumstances, and seeing no objection,

16  we will go ahead and enter that order.

17          Has the order been uploaded?

18          MR. NIEDERMAN:  I will make sure that it has been.

19          I will note, Your Honor, there is a provision in

20  the order that was submitted which had a date to coordinate

21  the return of the vehicles to ARI.  I'm not sure if the Court

22  wanted to discuss that or if that's something that the Court

23  is willing to consider.

24          If it's easier, I can hand up a copy of the draft

25  order?

1          THE COURT:  Let me take a -- I think I have the

2    language here.  Hold on.

3        (Pause)

4          THE COURT:  I confess, I don't think I focused on

5    that language, so thank you for calling it to my attention.

6        (Pause)

7          MR. NIEDERMAN:  And it's paragraph 3 that I'm

8    referring to, Your Honor.

9          THE COURT:  Hold on.

10        (Pause)

11          THE COURT:  I see we ordered the return by a

12    particular day.

13          So, look, I want to be practical and commercial,

14    but, you know, what stay relief gives you is the right to

15    exercise your non-bankruptcy rights.  So no one has opposed

16    it, so I don't want to be a pointy head, but I think the most

17    appropriate thing to do here -- would it work if we had

18    language that said -- I see.  So this direction is only to

19    the debtor and the debtors' agents and employees?

20          MR. NIEDERMAN:  Correct, Your Honor.

21          THE COURT:  Does the debtor have agents or

22    employees anymore after a case converts?

23          MR. NIEDERMAN:  I don't believe so, Your Honor.  I

24    think that all the employees got a notice on the day that the

25    case was converting, and I'll admit, we filed this prior to

1  the case converting.  And I was telling the trustee's counsel

2  that we were close to getting a stipulation prior to the

3  conversion; actually, on that day, we were trying to do so.

4          We're just looking for the most practical and, of

5  course, reasonable way --

6          THE COURT:  Right.  Look, I want to be -- there

7  are times to be pointy-headed and times to be pragmatic.  And

8  I'm fine with pragmatism, but I want to not step on people's

9  rights.

10          Look, what if we said the following -- I'm just

11  making this up, but just to throw at it --

12          MR. NIEDERMAN:  Sure.

13          THE COURT:  -- what if we said, you know, Redbox

14  and any of the other debtor, whose agents and/or employees or

15  other person is in possession of the vehicles, you know,

16  is -- what I'm thinking of is language that basically said,

17  you know, there's an order to coordinate a return of the

18  vehicles, you know, as promptly as practicable with all

19  parties' rights reserved, or something to that effect.  That

20  would give you something that would say, Look, you're really

21  supposed to give this back to us, but it doesn't have me

22  exceeding my appropriate jurisdiction.

23          And if you want to come in and argue that I should

24  direct them to return it, you know, you can have that

25  conversation if someone opposes this.  If someone won't give

1    it back to you, I actually think a case can be made that this

2    isn't the right court in which to enforce your interests, but

3    everyone's rights on that could be reserved.

4              Does that make sense?

5              MR. NIEDERMAN:  It makes a lot of sense and we

6    appreciate that, Your Honor.

7              THE COURT:  Okay.  So if you could revise the

8    order to reflect that or something substantially the same as

9    that?

10             MR. NIEDERMAN:  Sure.

11             THE COURT:  And is there any party in interest

12   that would like to be heard with respect to that language?

13        (No verbal response)

14             THE COURT:  From the trustee's perspective, that

15   language works?

16             MS. BENEDEK:  It definitely works, yes.

17             THE COURT:  Okay.  All right.

18             So why don't you do something like that and upload

19   it.  We'll get that order entered promptly.

20             And if a dispute about the terms of the order

21   arises, obviously, I'm happy to construe the order as

22   necessary.

23             MR. NIEDERMAN:  Understood.  We appreciate it,

24   Your Honor.

25             THE COURT:  And thank you, Mr. Niederman, for

1   calling that to my attention.  I should have focused on that

2   more carefully, so thank you for letting me know.

3           MR. NIEDERMAN:  No, thank you.

4           THE COURT:  Okay.  Is there any other matter in

5   which the Court can be helpful while we're here today?

6           MS. BENEDEK:  No, I think that's it for today.

7   Thank you, Your Honor.

8           THE COURT:  Okay.  So, with thanks to all of you,

9   we'll get that order entered and with that --

10       (Proceedings concluded at 2:09 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATION

       I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter to the best of my knowledge and ability.


/s/ William J. Garling                    July 26, 2024

William J. Garling, CET-543

Certified Court Transcriptionist

For Reliable