# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 6, 2024, at 4:00 p.m. (ET)**<br>**Hearing Date: August 13, 2024, at 10:00 a.m. (ET)** |

## NOTICE OF MOTION OF PROLOGIS TARGETED U.S. LOGISTICS FUND, L.P. FOR RELIEF FROM THE AUTOMATIC STAY

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE DEBTORS; (III) THE CHAPTER 7 TRUSTEE; AND (IV) ANY PARTY WHO HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002:

**PLEASE TAKE NOTICE** that Prologis Targeted U.S. Logistics Fund, L.P. ("Movant") has filed the *Motion of Prologis Targeted U.S. Logistics Fund, L.P. for Relief from the Automatic Stay* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **August 6, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections to the Motion must be served upon the undersigned counsel to Movant so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **AUGUST 13, 2024, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, WILMINGTON, DELAWARE 19801.

---

[1] The debtors in these chapter 7 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated:  July 30, 2024<br>　　　　Wilmington, Delaware | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Ian J. Bambrick*　　　　　　　　　<br>Ian J. Bambrick (No. 5455)<br>222 Delaware Ave. Suite 1410<br>Wilmington, DE  19801<br>Telephone:  (302) 467-4200<br>Facsimile:  (302) 467-4201<br>Email: ian.bambrick@faegredrinker.com<br><br>-and-<br><br>Brian P. Morgan<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY  10036<br>Telephone:  (212) 248-3140<br>Facsimile:  (212) 248-3141<br>Email: brian.morgan@faegredrinker.com<br><br>*Counsel to Prologis Targeted U.S. Logistics Fund, L.P.* |