## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*, | Case No. 24-11442 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. D.I. __** |

### <u>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

Upon consideration of the motion (the "<u>Motion</u>")[2] of Prologis Targeted U.S. Logistics Fund, L.P. ("<u>Landlord</u>" or "<u>Movant</u>") for the entry of an order, pursuant to section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-1, granting relief from the automatic stay to allow Landlord to resume the Eviction Proceeding and file the Agreed Judgment; and upon consideration of the record of the Chapter 7 Cases; and due and proper notice of the Motion having been given and no other or further notice of the Motion being required; and this Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order; and this Court's consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined

---

[1] The debtors in these chapter 7 cases (collectively, the "<u>Debtors</u>"), along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

that it may enter a final order consistent with Article III of the Constitution; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      The automatic stay is hereby modified pursuant to section 362 of the Bankruptcy Code to permit Landlord to execute the Order for Possession and re-take possession of the Premises.

3.      Any and all personal property remaining at the Premises as of the date hereof shall be deemed abandoned by the Debtors, their estates, and the Trustee upon the entry of this Order without further notice or order of the Court.  Landlord shall be free to dispose of any such items without notice or liability to any Debtor or third party and without further notice or order of the Court and, to the extent applicable, the automatic stay is modified to allow such disposition.

4.      This order shall take effect immediately upon entry hereof, notwithstanding the possible application of Bankruptcy Rule 4001(a)(3).

5.      Landlord is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.