**<u>EXHIBIT C</u>**

**Order for Possession**

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** Will **COUNTY** | **AGREED EVICTION ORDER** | |

Instructions ▾

Directly above, enter the name of the county where the case was filed.

Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint.*

Check the box for Unknown Occupants if it was checked on the *Eviction Complaint.*

**Plaintiff** *(For example, the landlord or owner):*
Prologis Targeted U.S. Logistics Fund, L.P.

v.

**Defendants** *(For example, the tenants or occupants):*
Redbox Automated Retail, LLC

☑ Unknown Occupants

2024 EV 00237

Case Number

Check the box for the type of order that is entered.

**This Order is entered:**
☐ By default *(Defendants not in court)*
☐ After contested hearing or trial
☐ After compliance hearing, the Defendants having failed to comply with a previous Agreed Order
☑ By agreement *(the court having made no factual findings)*

All parties (or their lawyer) who agree to this *Eviction Order* should sign it.

Signed and agreed to,
/s/ Kenn Brotman for Prologis
*Plaintiff (or lawyer)* ___ *Defendant (or lawyer)*
/s/Kenneth J. Ashman for Redbox
*Defendant (or lawyer)* ___ *Defendant (or lawyer)*

**Notice to Defendants:**

This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. There are other orders you may use to resolve your case by agreement. Do not agree to this *Order* if:
• You have an agreement with Plaintiff that lets you stay in the property (Use *Agreed Settlement Order with Status Date (Defendants Will Pay & Stay)* or *Agreed Dismissal Order (Case May Be Reinstated if Defendants Violate Agreement)*; OR
• Plaintiff has agreed to dismiss this case if you move out by a certain date (Use *Agreed Settlement Order with Status Date (Defendants Will Move)*).

You must complete sections 1-5.

In 1, check the boxes to indicate who is in court. Enter the names of the Defendants who were in court.

In 2, check the box if any Defendants were dismissed from the case. Enter the names of the dismissed Defendants. Otherwise, leave blank.

In 3, enter the complete address, including the street direction (N., E., etc.) and unit # or floor.

In 4, enter the date and time by which Defendants must move out.

1. **People in court:**
   ☐ Plaintiff   ☑ Plaintiff's lawyer   ☑ Defendants' lawyer
   ☐ Defendants: ___
   ☐ Other: ___

☐ 2. The following individuals are dismissed as Defendants and this *Order* does not apply to them:
___

3. Plaintiff is given possession of the property located at:
   430 Gibraltar Drive
   *Street address*                    Bolingbrook 24 *Unit*
   Bolingbrook, Illinois 06043
   *City*            *State*        *ZIP*

4. Defendants must move out of the property on or before 06/27/2024 *Date*
   ☑ by 11:59 p.m.   OR   ☐ by ___ ☐ a.m. ☐ p.m. *Time*

E-O 3500.4                    Page 1 of 2                    (12/21)

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

*In 5, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the Eviction Complaint.*

5.  Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants: _____
    Redbox Automated Retail, LLC _____ ☑ Unknown Occupants

---

*In 6, complete only if Plaintiff is a landlord. Condominium or homeowner associations suing an owner should use Section 7.*

*Check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money.*

**Section 6 is for landlords** *(condominium and homeowner associations should use Section 7)*

6.  Check all that apply:
    ☐ No money claimed in *Eviction Complaint*
    ☐ Money claim dismissed and Plaintiff **may** seek this money in the future
    ☐ Money claim dismissed and Plaintiff **may not** seek this money in the future
    ☐ Plaintiff is owed:
       ☐ $ _____ in rent
       ☐ $ _____ in court costs
       ☐ $ _____ in attorneys' fees *(if allowed)*
          $ _____ is the total judgment entered against the following Defendants:
    Redbox Automated Retail, LLC _____

    ☑ The Court is not yet ruling on the money claim. Case continued to:
       7/2 _____ at 9:00 _____ ☑ a.m. ☐ p.m. for: ☐ status   OR   ☑ hearing
       *Date*          *Time*
       in courtroom  2010 _____ and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order.*

---

*In 7, complete only if Plaintiff is a condominium or homeowner association suing an owner.*

**Section 7 is for condominium and homeowner associations** *(landlords should use Section 6)*

7.  Check all that apply:
    ☐ This Order is entered against the unit only *(In Rem)*
    ☐ Plaintiff is owed:
       ☐ $ _____ in assessments
       ☐ $ _____ in court costs
       ☐ $ _____ in attorney's fees
          $ _____ is the total judgment entered against the following Defendants:
    _____

    The expiration of judgment provisions of 735 ILCS 5/9-117 do not apply to this *Order.*
    ☐ The Court is not yet ruling on the money claim. Case continued to:
       _____ at _____ ☐ a.m. ☐ p.m. for: ☐ status   OR   ☐ hearing
       *Date*          *Time*
       in courtroom _____ and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction* Order.

---

**STOP!**
DO NOT complete this section. The judge will complete this section if it applies to your case.

☐ 8.  This *Order* is entered after an Emergency Housing Proceeding. An order entered under these sections may not be stayed more than 7 days. Check the box to indicate which section of the Eviction Act applies:
    ☐ 735 ILCS 5/9-118    ☐ 735 ILCS 5/9-119    ☐ 735 ILCS 5/9-120
    The sheriff or other lawfully deputized officers shall give priority to service and execution of orders entered under Sections 118 and 119, or execute the *Order* within 7 days of its entry if entered under Section 120.

---

Enter the name and contact information of the person completing this *Order*. **DO NOT** complete the section the right for Date and Judge.

Name:  K&L Gates LLP/Kenn Brotman _____
Street Address:  70 W. Madison St., Ste 3100 _____
City, State, ZIP:  Chicago, IL 60305 _____
Telephone #:  (312) 807-4277 _____
Attorney # (if any):  6236771 _____
Email Address (if any):  kenn.brotman@klgates.com _____

ENTERED:  6/24/24
*Date*

*James B Halfway*
*Judge*