# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11442 (TMH)<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION OF AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the *Motion of Automotive Rentals, Inc. and ARI Fleet LT for Relief from the Automatic Stay* (the "**Motion**") filed by Automotive Rentals, Inc. ("**Automotive Rentals**") and ARI Fleet LT ("**Fleet**," and together with Automotive Rentals, "**ARI**"), for an order terminating the automatic stay pursuant to Section 362(d) of the Bankruptcy Code; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

found that due and sufficient notice of the Motion has been given under the particular circumstances; and it appearing that no other or further notice need be provided; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The automatic stay imposed by Section 362(a) of the Bankruptcy Code does not apply, or, to the extent it does apply, the automatic stay is lifted and modified to allow ARI and its agents, Syngin and Big Time Recovery, to take any and all lawful actions to effectuate the repossession and return of the Vehicles to ARI, so that ARI is able to recover possession of the Vehicles, which recovery of possession of the Vehicles by ARI was intended by District Court's June 7 Order (as defined in the Motion) and Writ of Replevin (as defined in the Motion) and the prior agreement of Redbox Automated Retail, LLC ("Redbox") to coordinate the return and delivery of the Vehicles;

3. Redbox and any of the other Debtors whose agents and/or employees are, or other person who is, in possession of any of the Vehicles, shall cooperate in the return of the Vehicles to ARI as soon as possible.

4. This Order is immediately effective upon its entry and is not stayed by operation of law notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

5. This Court retains jurisdiction with respect to all matters arising from, related to, the implementation, interpretation, and enforcement of this Order.

*Thomas M. Horan*

**Dated: August 1st, 2024**
**Wilmington, Delaware**

THOMAS M. HORAN
UNITED STATES BANKRUPTCY JUDGE

161134760.1