IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **Chicken Soup for the Soul** | ) | **Case No. 24-11442 (MFW)** |
| **Entertainment, Inc., et al** | ) | |
| | ) | |
| **Debtor.** | ) | |

### ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this 1ˢᵗ** day of **August 2024**, **it is hereby ORDERED** that the above Chapter 7 case (and all associated cases) is **REASSIGNED** to the **Honorable Mary F. Walrath** for all further proceedings and dispositions.[1]

John T. Dorsey
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.