**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*, | Case No. 24-11442 (TMH) |
| Debtors. | Jointly Administered |
| | **RE: Docket No. 144** |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Motion of CVS Pharmacy, Inc. for an Order Modifying the Automatic Stay Pursuant To 11 U.S.C. §§ 105(A) and 362(D) to Permit CVS Pharmacy, Inc. to Remove and Dispose of Kiosks* [D.I. 144] (the "Motion"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than July 30, 2024 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the motion be entered at the earliest convenience of the Court.

Dated: August 2, 2024

**COOCH AND TAYLOR, P.A.**

/s/ *R. Grant Dick IV*
R. Grant Dick IV (No. 5123)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 984-3800
Facsimile: (302) 984-3989
Email: gdick@coochtaylor.com

*Counsel for CVS Pharmacy, Inc.*