IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*, | Case No. 24-11442 (TMH) |
| | Jointly Administered |
| Debtors.[1] | RE: Docket No. 144 |

### ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT CVS PHARMACY, INC. TO REMOVE AND DISPOSE OF KIOSKS

Upon the *Motion of CVS Pharmacy, Inc. for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(A) and 362(D) to Permit CVS Pharmacy, Inc. to Remove and Dispose of Kiosks* (the "Motion"),[2] filed by CVS Pharmacy, Inc. ("CVS"), for entry of an order (this "Order") (a) granting CVS relief from the automatic stay to allow CVS to remove and dispose of the Kiosks that remain on CVS's premises more than seven days after the entry of this Order, and (b) waiving the 14-day stay pursuant to Bankruptcy Rule 4001(a)(3); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1409; and this Court having found that CVS's notice of the Motion was appropriate under the circumstances and no other notice need

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to 11 U.S.C. § 362(d)(1), the Court finds there is sufficient cause to modify the automatic stay to allow CVS to remove and dispose of the Kiosks that remain on CVS's premises more than seven days after the entry of this Order.

3. The 14-day stay under Bankruptcy Rule 4001(a)(3) is waived.

4. CVS is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and Local Rules are satisfied by such notice.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 5th, 2024　　　　　　　　　MARY F. WALRATH
Wilmington, Delaware　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE