**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (TMH)<br><br>(Jointly Administered)<br><br>Re: Docket No. 202 & ___ |

**ORDER AUTHORIZING
WALMART INC. TO FILE UNDER SEAL WALMART INC.'S MOTION
FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT
WALMART INC. TO REMOVE AND DISPOSE OF KIOSKS**

Upon consideration of the motion of Walmart Inc. (the "Motion to Seal")[2] for an entry of an order pursuant to sections 105(a) and 107(b) of Bankruptcy Code, Rule 9018 of the Bankruptcy Rules, and Rule 9018-1(d) of the Local Rules, authorizing Walmart to file the Stay Motion under seal; and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Seal is in the best interests of the parties in interest; and the Court having found that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

notice of the Motion to Seal was appropriate under the circumstances, and no other or further notice need be provided; and the Court having reviewed and considered the Motion to Seal; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is GRANTED as set forth in this Order:

2. Pursuant to sections 105(a) and 107(b) of the Bankruptcy Code and Local Rule 9018-1, Walmart is authorized to file the Stay Motion under seal.

3. Unredacted copies of the Stay Motion shall not be made available to anyone except for this Court, the Chapter 7 Trustee, the U.S. Trustee, and others upon agreement of Walmart or further Court Order.

4. Walmart is authorized to take any and all other actions necessary or appropriate to effectuate the Motion to Seal.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.