## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. 202 |

### NOTICE OF FILING OF PROPOSED REDACTED VERSION OF WALMART INC.'S MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT WALMART INC, TO REMOVE AND DISPOSE OF KIOSKS

**PLEASE TAKE NOTICE** that, on August 5, 2024, Walmart Inc. f/k/a/ Wal-Mart Stores Inc. ("Walmart") filed the *Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc, to Remove and Dispose of Kiosks (*the "Motion") [Docket No. 202].

**PLEASE TAKE FURTHER NOTICE** that Walmart hereby files the attached proposed redacted version of the Motion, attached hereto as **Exhibit 1**.

[*Signature Page Follows*]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

Dated: August 5, 2024  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Maria Kotsiras*
Jeremy M. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
Maria Kotsiras (No. 6840)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email:  jryan@potteranderson.com
       rmcneill@potteranderson.com
       mkotsiras@potteranderson.com

*Counsel for Walmart Inc.*

11684114