## <u>CERTIFICATE OF SERVICE</u>

I, Maria Kotsiras, do hereby certify that on August 5, 2024, a copy of the foregoing **Notice of Filing of Proposed Redacted Version of the Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks** as served on the parties listed on the attached service list in the manners indicated.

*/s/ Maria Kotsiras*
Maria Kotsiras (No. 6840)

## SERVICE LIST

George L. Miller
Chapter 7 Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110
gmiller@mctllp.com

**By Email**

Joseph McMahon, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov

**By Email**

Richard L. Schepacarter, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

**By Email**

Jane M. Leamy, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
jane.m.leamy@usdoj.gov

**By Email**

Ricardo Palacio, Esquire
Ashby & Geddes, P. A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
rpalacio@ashbygeddes.com

**By Email**

James E. O'Neill, Esquire
Steven W. Golden, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
joneill@pszjlaw.com;

**By Email**

Richard M. Pachulski, Esquire
Alan J. Kornfeld, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003
rpachulski@pszjlaw.com;
akornfeld@pszjlaw.com;

**By Email**

Debra I. Grassgreen, Esquire
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor
San Francisco, CA 94104
dgrassgreen@pszjlaw.com;

**By Email**

John T. Carroll, III, Esquire
Cozen O'Connor
1201 North Market Street
Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com

**By Email**

Kevin G. Collins, Esquire
Barnes & Thornburg LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801
kevin.collins@btlaw.com

**By Email**

Paul J. Laurin, Esquire
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
paul.laurin@btlaw.com;

**By Email**

Dennis F. Dunne, Esquire
Matthew Brod, Esquire
Milbank LLP
55 Hudson Yards
New York, New York 10001
ddunne@Milbank.com;
mbrod@Milbank.com;

**By Email**

Mark D. Collins, Esquire
Russell C. Silberglied, Esquire
Emily R. Mathews, Esquire
Alexander R. Steiger, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlfcom; silberglied@rlf.com;
mathews@rlfcom; steiger@rlf.com;

**By Email**

Andrew M. Leblanc, Esquire
Brett Lowe, Esquire
S. Robert Marsters, Jr., Esquire
Danielle Lee Sauer, Esquire
Milbank LLP
1850 K Street, N.W.
Suite 1100
Washington, DC 20006
aleblanc@Milbank.com; blowe@Milbank.com;
rmarsters@Milbank.com; dlee@Milbank.com;
**By Email**

Nicola G. Suglia, Esquire
Allison L. Domowitch, Esquire
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053
fleischercases@fleischerlaw.com;
nsuglia@fleischerlaw.com;

**By Email**

Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street
Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com;

**By Email**

Julie Anne Parsons, Esquire
McCreary, Veselka, Bragg, & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269
jparsons@mvbalaw.com;

**By Email**

Don Stecker, Esquire
Linebarger Goggan Blair & Sampson LLP
112 E. Pecan Street
Suite 2200
San Antonio, TX 78205
Sanantonio.bankruptcy@lgbs.com;

**By Email**

Don Detweiler, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
1313 North Market Street
Suite 1200
Wilmington, DE 19801
don.Detweiler@wbd-us.com;
Morgan.pattterson@wbd-us.com

**By Email**

Cathy A. Hinger, Esquire
Claire J. Rauscher, Esquire
Womble Bond Dickinson (US) LLP
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
cathy.hinger@wbd-us.com;
claire.rauscher@wbd-us.com;

**By Email**

Joseph A. Kohanski, Esquire
David E. Ahdoot, Esquire
Kirk Prestegard, Esquire
Bush Gottlieb, A Law Corporation
801 North Brand Boulevard
Suite 950
Glendale, CA 91203
jkohanski@bushgottlieb.com;

**By Email**

Office of the United States Attorney for the District of
Delaware
1313 N Market Street
Wilmington DE 19801
*usade.ecfbankruptcy@usdoj.gov*

**By Email**

Tara L. Grundemeier, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston bankruptcy@lgbs.com

**By Email**

Samuel C. Wisotzkey, Esquire
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com;

**By Email**

Scott Andron, Esquire
Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, FL 33301
sandron@broward.org;

**By Email**

Laura J. Monroe, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com;

**By Email**

Elizabeth Bando Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street
Suite 640
Arlington, TX 76010
arlington@pbfcm.com;

**By Email**

Linda D. Reece, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1919 S. Shiloh Road
Suite 640, LB 40
Garland, TX 75042
lreece@pbfem.com;

**By Email**

Michelle Leeson, Paralegal, Collections
Ken Burton, Jr., Manatee County Tax Collector
1001 3rd Avenue W, Suite 240
Bradenton, FL 34205-4835
legal@taxcollector.com;

**By Email**

Heike M. Vogel, Esquire
Eva M. Thomas, Esquire
A.Y. Strauss LLC
290 West Mount Pleasant Avenue
Suite 3260
Livingston, NJ 07039
ethomas@aystrauss.com;

**By Email**

William A. Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
919 N. Market Street
Suite 420
Wilmington, DE 19801
whazeltine@sha-11c.com;

**By Email**

Joseph C. Barsalona II, Esquire
Pashman Stein Walder Hayden P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
jbarsalona@pashmanstein.com;

**By Email**

Seth A. Niederman, Esquire
Fox Rothschild LLP
1201 North Market Street
Suite 1200
Wilmington, DE 19801
sniederman@foxrothschild.com;

**By Email**

Karen C. Bifferato, Esquire
Connolly Gallagher LLP
1201 N. Market Street
20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com;

**By Email**

A.J. Webb, Esquire
Joy D. Kleisinger, Esquire
Frost Brown Todd LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
awebb@fbtlaw.com;
jkleisinger@fbtlaw.com

**By Email**

Leib M. Lerner, Esquire
Alston & Bird LLP
350 South Grand Avenue, 51st Floor
Los Angeles, California 90071
leib.lerner@alston.com;

**By Email**

Richard A. Aguilar, Esquire
Mark J. Chaney III, Esquire
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
richard.aguilar@arlaw.com;
mark.chaney@arlaw.com;

**By Email**

David J. Coyle, Esquire
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604
dcoyle@shumaker.com;

**By Email**

Geoffrey S. Goodman, Esquire
Foley & Lardner, LLP
321 N. Clark St., Ste. 3000
Chicago, IL 60654-4762
GGoodman@foley.com;

**By Email**

Jody C. Barillare, Esquire
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
jody.barillare@morganlewis.com;

**By Email**

John K. Turner, Esquire
Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
dallas.bankruptcy@lgbs.com;

**By Email**

U.S. Bank National Association, as indenture
trustee
Laura L. Moran
214 N. Tryon St., 26th Fl.
Charlotte, NC 28202
laura.moran@usbank.com;

**By Email**

David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com;

**By Email**

Stephan E. Hornung, Esquire
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
stephan.hornung@morganlewis.com;

**By Email**

Joseph A. Kohanski, Esquire
David E. Ahdoot, Esquire
Kirk Prestegard, Esquire
Bush Gottlieb, A Law Corporation
801 North Brand Boulevard
Suite 950
Glendale, CA 91203
jkohanski@bushgottlieb.com;
dandoot@bushgottlieb.com
kprestegard@bushgottlieb.com;

**By Email**

Universal Studios Home Entertainment LLC
Michael Bonner
12563 Collection Center Dr.
Chicago, IL 60693
michael.bonner@nbcuni.com;

**By Email**

Universal City Studios Productions LLLP
Michael Bonner
12563 Collection Center Dr.
Chicago, IL 60693
michael.bonner@nbcuni.com;

**By Email**

Guggenheim Securities, LLC
Ethan Sawyer
330 Madison Ave., Fl. 8
New York, NY 10017
ethan.sawyer@guggenheimpartners.com;

**By Email**

Sony Pictures Home Entertainment
Maria Anguelova
10202 Washington Blvd.
Culver City, CA 90232
maria anguelova@spe.sony.com;

**By Email**

BBC Studios Americas, Inc.
Matt Perry
1120 Avenue of the Americas, 5th Floor
New York, NY 10036
matthew.perry@bbc.com;

**By Email**

Ellation, LLC
Maria Anguelova
444 Bush St.
San Francisco, CA 94108
maria anguelova@spe.sony.com;

**By Email**

Walgreen Company
Claire Redington Kasson
14130 Collection Center Dr.
Chicago, IL 60693
claire.redington@walgreen.com;

**By Email**

Lionsgate Entertainment
Jim Packer
4 Chase Metrotech Center, 7th Fl.
E Brooklyn, NY 11245
jpacker@lionsgate.com;

**By Email**

120DB Film Finance LLC
Peter Graham
75 Mill River Rd, South
Salem, NY 10590
graham@l20dbfilms.com;

**By Email**

Culver Digital Distribution Inc.
Maria Anguelova
10202 West Washington Blvd.
Culver City, CA 90232
maria.anguelova@spe.sony.com;

**By Email**

Warner Bros. Home Entertainment
Mike Takac
Dept Ch # 10255
Palatine, IL 60055
mike.takac@wbd.com;

**BY Email**

Paramount Pictures Corporation
Craig White
5555 Melrose Ave.
Los Angeles, CA 90038
craig.white@paramount.com;

**By Email**

BRE Imagination Office Holdco LLC
Carrie Szarzynski
PO Box 209259
Austin, TX 78720
cszarzynski@hiffman.com;

**By Email**

Langley Television Distribution, LLC
Morgan Langley
1111 Broadway
Santa Monica, CA 90401
morgan@cops.com;
**By Email**

MGM Domestic Television Distribution LLC
Edrianne Wenger
245 N. Beverly Drive
Beverly Hills, CA 90210
edwenger@amazon.com;

**By Email**

FUNimation Productions, LLC
Fadhilah Lee
1200 Lakeside Pkwy
Flower Mound, FL 75028
fadhilah.lee@funimation.com;

**By Email**

Automotive Rentals, Inc.
Hannah Ogle
PO Box 8500-4375
Philadelphia, PA 19178
hannah.ogle@holman.com;

**By Email**

Continental Stock Transfer & Trust Co.
Luis Ortiz
1 State St. Fl. 30
New York, NY 10004
lortiz@continentalstock.com;

**By Email**

TheMathCompany Pvt. Ltd.
Piyush Mundhra
4512 Legacy Dr., Unit 100
Plano, TX 75024
piyush.mundhra@themathcompany.com;
**By Email**

Joseph P. Day Realty Corp.
Rich Teichman
9 E 40th St.
New York, NY 10016
rit@jpday.com;

**By Email**

828 Media
Stephanie Denton
30671 Steeplechase Dr San Juan
 Capistrano, CA 92675
sdenton@828productions.com;

**By Email**

Plex GmbH
Audrey Layman
6370 Stans, Nidwalden
Hansmatt 31
Switzerland
audrey.layman@plexapp.com;

**By Email**

Comsys Information Technology Serv.
Elaina Buchanan
29810 Network Place
Chicago, IL 60673
elaina.buchanan@tapfin.com;

**By Email**

Glewed Media, LLC
Matt Herpich
5901 Broken Sound Pkwy
Suite 450
 Boca Raton, FL 33487
matthew@glewed.tv;

**By Email**

Paramount Home Entertainment
Craig White
PO Box 70650
Chicago, IL 60673
craig_white@paramount.com;

**By Email**

Kimberly Sweeney
Former Employee
tom 10193@hotmail.com;

**By Email**

Velton Harwell
Former Employee
vharwell@hotmail.com;

**By Email**

Timothy D. Keating
Former Employee
tim.keating.63@gmail.com;

**By Email**