# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC. *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (TMH)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

    **PLEASE TAKE NOTICE** that the Law Offices of John M. Boyko hereby appear in the above referenced chapter 7 cases as counsel to creditor, Bungalow Media LLC, and pursuant to Rules 2002, 3017 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) request that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

John M. Boyko, Esq. ( 73976)
Law Offices of John M. Boyko
27555 Ynez Rd., Suite 110
Temecula, California 92591
Telephone: (310) 920-5037
boyko@gmail.com

    **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CCSESID, LLC (7150); Digital Media Enterprises LLC; Halycon Studios, LLC (3312); Halycon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC *7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Bungalow Media LLC, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) Bungalow Media LLC's right to enforce any contractual provision with respect to arbitration; or (v) any other rights, claims, actions, or defenses to which the Bungalow Media LLC may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses expressly are reserved.

Dated: August 7, 2024
      Temecula, California

**LAW OFFICES OF JOHN M. BOYKO**

***/s/ John M. Boyko***
John M. Boyko (Bar No. 73976)
27555 Ynez Rd., Suite 110
Temecula, CA 92591
Telephone: 310-920-5037
Email: jboyk@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 7, 2024, a true and correct copy of the foregoing *Notice of Appearance and Request for Service* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 7 cases.

*/s/ John M. Boyko*
John M. Boyko