# EXHIBIT D

| Database: | NAIHIFFMAN | | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | | NAI Hiffman Asset Management | | | Date: | 8/6/2024 |
| BLDG: | BLK612 | | | BLK IL Tower LLC | | | Time: | 3:32 PM |
| | | | | Date: 8/6/2024 | | | | |

| Invoice Date | Category | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|

**BLK612-004334  Redbox Automated Retail, Inc**      Master Occupant Id: 00003937-1      Day Due:      1  Delq Day:
                                                     700      Inactive                 Last Payment:

Additional space Occupant:      Redbox Automated Retail, LLC      Contact:

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 11/7/2023 | CAM | CAM | CH | 14,923.47 | 0.00 | 0.00 | 0.00 | 0.00 | 14,923.47 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 11/7/2023 | CAM | CAM | CH | 3,604.75 | 0.00 | 0.00 | 0.00 | 0.00 | 3,604.75 |
| 11/7/2023 | CAM | CAM | CH | 14,419.01 | 0.00 | 0.00 | 0.00 | 0.00 | 14,419.01 |
| 11/7/2023 | CAM | CAM | CH | 3,604.75 | 0.00 | 0.00 | 0.00 | 0.00 | 3,604.75 |
| 11/7/2023 | CAM | CAM | CH | 14,419.01 | 0.00 | 0.00 | 0.00 | 0.00 | 14,419.01 |
| 11/7/2023 | PYC | Prior Year Cam | CH | 8,541.84 | 0.00 | 0.00 | 0.00 | 0.00 | 8,541.84 |
| 11/7/2023 | PYC | Prior Year Cam | CH | 8,541.84 | 0.00 | 0.00 | 0.00 | 0.00 | 8,541.84 |
| 11/7/2023 | PYC | Prior Year Cam | NC | -5,590.85 | 0.00 | 0.00 | 0.00 | 0.00 | -5,590.85 |
| 11/7/2023 | PYC | Prior Year Cam | NC | -5,590.85 | 0.00 | 0.00 | 0.00 | 0.00 | -5,590.85 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 580.32 | 0.00 | 0.00 | 0.00 | 0.00 | 580.32 |
| 11/7/2023 | RET | Real Estate Tax | CH | 4,829.46 | 0.00 | 0.00 | 0.00 | 0.00 | 4,829.46 |
| 11/7/2023 | RET | Real Estate Tax | CH | 1,207.36 | 0.00 | 0.00 | 0.00 | 0.00 | 1,207.36 |
| 11/7/2023 | RET | Real Estate Tax | CH | 4,829.46 | 0.00 | 0.00 | 0.00 | 0.00 | 4,829.46 |
| 11/7/2023 | RET | Real Estate Tax | CH | 1,207.36 | 0.00 | 0.00 | 0.00 | 0.00 | 1,207.36 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 11/7/2023 | RNT | Rent | CH | 35,809.38 | 0.00 | 0.00 | 0.00 | 0.00 | 35,809.38 |
| 11/7/2023 | RNT | Rent | CH | 40,265.92 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.92 |
| 11/7/2023 | RNT | Rent | CH | 40,265.91 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.91 |
| 11/7/2023 | RNT | Rent | CH | 8,053.18 | 0.00 | 0.00 | 0.00 | 0.00 | 8,053.18 |
| 11/7/2023 | RNT | Rent | CH | 32,212.74 | 0.00 | 0.00 | 0.00 | 0.00 | 32,212.74 |
| 11/7/2023 | RNT | Rent | CH | 8,053.18 | 0.00 | 0.00 | 0.00 | 0.00 | 8,053.18 |
| 11/7/2023 | RNT | Rent | CH | 32,212.73 | 0.00 | 0.00 | 0.00 | 0.00 | 32,212.73 |
| 11/7/2023 | RNT | Rent | CH | 34,786.25 | 0.00 | 0.00 | 0.00 | 0.00 | 34,786.25 |
| 11/7/2023 | RNT | Rent | CH | 39,329.50 | 0.00 | 0.00 | 0.00 | 0.00 | 39,329.50 |
| 11/7/2023 | RNT | Rent | CH | 34,786.25 | 0.00 | 0.00 | 0.00 | 0.00 | 34,786.25 |
| 11/7/2023 | RNT | Rent | CH | 39,329.50 | 0.00 | 0.00 | 0.00 | 0.00 | 39,329.50 |

| Database: | NAIHIFFMAN | | Aged Delinquencies | | | Page: | | 2 |
|---|---|---|---|---|---|---|---|---|
| | | | NAI Hiffman Asset Management | | | Date: | | 8/6/2024 |
| BLDG: | BLK612 | | BLK IL Tower LLC | | | Time: | | 3:32 PM |
| | | | Date: 8/6/2024 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 11/7/2023 | RNT | Rent | CH | 39,329.50 | 0.00 | 0.00 | 0.00 | 0.00 | 39,329.50 |
| 11/7/2023 | RNT | Rent | CH | 34,786.25 | 0.00 | 0.00 | 0.00 | 0.00 | 34,786.25 |
| 11/7/2023 | RNT | Rent | CH | 39,329.50 | 0.00 | 0.00 | 0.00 | 0.00 | 39,329.50 |
| 11/7/2023 | RNT | Rent | CH | 39,329.50 | 0.00 | 0.00 | 0.00 | 0.00 | 39,329.50 |
| 11/7/2023 | RNT | Rent | CH | 39,329.50 | 0.00 | 0.00 | 0.00 | 0.00 | 39,329.50 |
| 11/7/2023 | RNT | Rent | CH | 34,786.25 | 0.00 | 0.00 | 0.00 | 0.00 | 34,786.25 |
| 11/7/2023 | RNT | Rent | CH | 39,329.50 | 0.00 | 0.00 | 0.00 | 0.00 | 39,329.50 |
| 11/7/2023 | RNT | Rent | CH | 40,265.91 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.91 |
| 11/7/2023 | RNT | Rent | CH | 35,809.38 | 0.00 | 0.00 | 0.00 | 0.00 | 35,809.38 |
| 11/7/2023 | RNT | Rent | CH | 40,265.92 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.92 |
| 11/7/2023 | RNT | Rent | CH | 34,786.25 | 0.00 | 0.00 | 0.00 | 0.00 | 34,786.25 |
| 11/7/2023 | RNT | Rent | CH | 39,329.50 | 0.00 | 0.00 | 0.00 | 0.00 | 39,329.50 |
| 11/7/2023 | RNT | Rent | CH | 39,329.50 | 0.00 | 0.00 | 0.00 | 0.00 | 39,329.50 |
| 11/7/2023 | RNT | Rent | CH | 40,265.92 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.92 |
| 11/7/2023 | RNT | Rent | CH | 35,809.38 | 0.00 | 0.00 | 0.00 | 0.00 | 35,809.38 |
| 11/7/2023 | RNT | Rent | CH | 40,265.91 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.91 |
| 11/7/2023 | RNT | Rent | CH | 28,647.50 | 0.00 | 0.00 | 0.00 | 0.00 | 28,647.50 |
| 11/7/2023 | RNT | Rent | CH | 7,161.88 | 0.00 | 0.00 | 0.00 | 0.00 | 7,161.88 |
| 11/7/2023 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 11/7/2023 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 11/7/2023 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 11/7/2023 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 11/7/2023 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 11/7/2023 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 11/7/2023 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 11/7/2023 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 11/7/2023 | TBB | Tenant Billback | CH | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 57.50 |
| 11/7/2023 | TBB | Tenant Billback | CH | 707.40 | 0.00 | 0.00 | 0.00 | 0.00 | 707.40 |
| 11/7/2023 | TBB | Tenant Billback | CH | 28.75 | 0.00 | 0.00 | 0.00 | 0.00 | 28.75 |
| 11/7/2023 | TBB | Tenant Billback | CH | 442.00 | 0.00 | 0.00 | 0.00 | 0.00 | 442.00 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 361.85 | 0.00 | 0.00 | 0.00 | 0.00 | 361.85 |
| 11/7/2023 | TBB | Tenant Billback | CH | 21.56 | 0.00 | 0.00 | 0.00 | 0.00 | 21.56 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 28.75 | 0.00 | 0.00 | 0.00 | 0.00 | 28.75 |
| 11/7/2023 | TBB | Tenant Billback | CH | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.00 |
| 11/7/2023 | TBB | Tenant Billback | CH | 11.50 | 0.00 | 0.00 | 0.00 | 0.00 | 11.50 |
| 11/7/2023 | TBB | Tenant Billback | CH | 189.47 | 0.00 | 0.00 | 0.00 | 0.00 | 189.47 |
| 11/7/2023 | TBB | Tenant Billback | CH | 80.50 | 0.00 | 0.00 | 0.00 | 0.00 | 80.50 |
| 11/7/2023 | TBB | Tenant Billback | CH | 28.75 | 0.00 | 0.00 | 0.00 | 0.00 | 28.75 |
| 11/7/2023 | TBB | Tenant Billback | CH | 7.19 | 0.00 | 0.00 | 0.00 | 0.00 | 7.19 |
| 11/7/2023 | TBB | Tenant Billback | CH | 28.75 | 0.00 | 0.00 | 0.00 | 0.00 | 28.75 |
| 11/7/2023 | TBB | Tenant Billback | CH | 86.25 | 0.00 | 0.00 | 0.00 | 0.00 | 86.25 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 28.75 | 0.00 | 0.00 | 0.00 | 0.00 | 28.75 |
| 11/7/2023 | TBB | Tenant Billback | CH | 28.75 | 0.00 | 0.00 | 0.00 | 0.00 | 28.75 |
| 11/7/2023 | TBB | Tenant Billback | CH | 88.68 | 0.00 | 0.00 | 0.00 | 0.00 | 88.68 |
| 11/7/2023 | TBB | Tenant Billback | CH | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 57.50 |
| 11/7/2023 | TBB | Tenant Billback | CH | 7.19 | 0.00 | 0.00 | 0.00 | 0.00 | 7.19 |
| 11/7/2023 | TBB | Tenant Billback | CH | 92.32 | 0.00 | 0.00 | 0.00 | 0.00 | 92.32 |
| 11/7/2023 | TBB | Tenant Billback | CH | 7.19 | 0.00 | 0.00 | 0.00 | 0.00 | 7.19 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 71.88 | 0.00 | 0.00 | 0.00 | 0.00 | 71.88 |
| 11/7/2023 | TBB | Tenant Billback | CH | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 57.50 |
| 11/7/2023 | TBB | Tenant Billback | CH | 11.50 | 0.00 | 0.00 | 0.00 | 0.00 | 11.50 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |

| Database: | NAIHIFFMAN | Aged Delinquencies | | Page: | 3 |
|---|---|---|---|---|---|
| | | NAI Hiffman Asset Management | | Date: | 8/6/2024 |
| BLDG: | BLK612 | BLK IL Tower LLC | | Time: | 3:32 PM |
| | | Date: 8/6/2024 | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 11/7/2023 | TBB | Tenant Billback | CH | 85.97 | 0.00 | 0.00 | 0.00 | 0.00 | 85.97 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 63.25 | 0.00 | 0.00 | 0.00 | 0.00 | 63.25 |
| 11/7/2023 | TBB | Tenant Billback | CH | 28.75 | 0.00 | 0.00 | 0.00 | 0.00 | 28.75 |
| 11/7/2023 | TBB | Tenant Billback | CH | 115.00 | 0.00 | 0.00 | 0.00 | 0.00 | 115.00 |
| 11/7/2023 | TBB | Tenant Billback | CH | 7.19 | 0.00 | 0.00 | 0.00 | 0.00 | 7.19 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 28.75 | 0.00 | 0.00 | 0.00 | 0.00 | 28.75 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 14.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14.38 |
| 11/7/2023 | TBB | Tenant Billback | CH | 86.31 | 0.00 | 0.00 | 0.00 | 0.00 | 86.31 |
| 11/7/2023 | TBB | Tenant Billback | CH | 43.13 | 0.00 | 0.00 | 0.00 | 0.00 | 43.13 |
| 11/7/2023 | TBB | Tenant Billback | CH | 71.88 | 0.00 | 0.00 | 0.00 | 0.00 | 71.88 |
| 11/7/2023 | TBB | Tenant Billback | CH | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.00 |
| 11/7/2023 | TBB | Tenant Billback | CH | 28.75 | 0.00 | 0.00 | 0.00 | 0.00 | 28.75 |
| 11/7/2023 | TBB | Tenant Billback | CH | 7.19 | 0.00 | 0.00 | 0.00 | 0.00 | 7.19 |
| 11/7/2023 | TBB | Tenant Billback | CH | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.00 |
| 12/1/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 12/1/2023 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 12/1/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 12/1/2023 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 12/1/2023 | RNT | Rent | CH | 40,265.92 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.92 |
| 12/1/2023 | RNT | Rent | CH | 35,809.38 | 0.00 | 0.00 | 0.00 | 0.00 | 35,809.38 |
| 12/1/2023 | RNT | Rent | CH | 40,265.91 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.91 |
| 1/1/2024 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 1/1/2024 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 1/1/2024 | RNT | Rent | CH | 40,265.92 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.92 |
| 1/1/2024 | RNT | Rent | CH | 35,809.38 | 0.00 | 0.00 | 0.00 | 0.00 | 35,809.38 |
| 2/1/2024 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 2/1/2024 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 2/1/2024 | RNT | Rent | CH | 40,265.92 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.92 |
| 2/1/2024 | RNT | Rent | CH | 35,809.38 | 0.00 | 0.00 | 0.00 | 0.00 | 35,809.38 |
| 3/1/2024 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 3/1/2024 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 3/1/2024 | RNT | Rent | CH | 40,265.92 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.92 |
| 3/1/2024 | RNT | Rent | CH | 35,809.38 | 0.00 | 0.00 | 0.00 | 0.00 | 35,809.38 |
| 4/1/2024 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 0.00 | 18,023.76 |
| 4/1/2024 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,036.82 |
| 4/1/2024 | RNT | Rent | CH | 40,265.92 | 0.00 | 0.00 | 0.00 | 0.00 | 40,265.92 |
| 4/1/2024 | RNT | Rent | CH | 35,809.38 | 0.00 | 0.00 | 0.00 | 0.00 | 35,809.38 |
| 5/1/2024 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 0.00 | 18,023.76 | 0.00 |
| 5/1/2024 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 0.00 | 6,036.82 | 0.00 |
| 5/1/2024 | RNT | Rent | CH | 40,265.92 | 0.00 | 0.00 | 0.00 | 40,265.92 | 0.00 |
| 5/1/2024 | RNT | Rent | CH | 35,809.38 | 0.00 | 0.00 | 0.00 | 35,809.38 | 0.00 |
| 6/1/2024 | CAM | CAM | CH | 18,023.76 | 0.00 | 0.00 | 18,023.76 | 0.00 | 0.00 |
| 6/1/2024 | RET | Real Estate Tax | CH | 6,036.82 | 0.00 | 0.00 | 6,036.82 | 0.00 | 0.00 |
| 6/1/2024 | RNT | Rent | CH | 40,265.92 | 0.00 | 0.00 | 40,265.92 | 0.00 | 0.00 |
| 6/1/2024 | RNT | Rent | CH | 35,809.38 | 0.00 | 0.00 | 35,809.38 | 0.00 | 0.00 |
| 6/28/2024 | PYC | Prior Year Cam | CH | 10,830.41 | 0.00 | 10,830.41 | 0.00 | 0.00 | 0.00 |
| 6/28/2024 | PYC | Prior Year Cam | CH | 10,830.41 | 0.00 | 10,830.41 | 0.00 | 0.00 | 0.00 |
| 6/28/2024 | PYT | Prior Year RE Tax | NC | -32,511.48 | 0.00 | -32,511.48 | 0.00 | 0.00 | 0.00 |
| 6/28/2024 | PYT | Prior Year RE Tax | NC | -32,511.48 | 0.00 | -32,511.48 | 0.00 | 0.00 | 0.00 |
| 7/1/2024 | CAM | CAM | CH | 21,622.23 | 0.00 | 21,622.23 | 0.00 | 0.00 | 0.00 |
| 7/1/2024 | RET | Real Estate Tax | CH | 5,798.26 | 0.00 | 5,798.26 | 0.00 | 0.00 | 0.00 |
| 7/1/2024 | RNT | Rent | CH | 40,265.92 | 0.00 | 40,265.92 | 0.00 | 0.00 | 0.00 |

| Database: | NAIHIFFMAN | | Aged Delinquencies | | | | Page: | 4 |
|---|---|---|---|---|---|---|---|---|
| | | | NAI Hiffman Asset Management | | | | Date: | 8/6/2024 |
| BLDG: | BLK612 | | BLK IL Tower LLC | | | | Time: | 3:32 PM |
| | | | Date: 8/6/2024 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2024 | RNT | Rent | CH | 35,809.38 | 0.00 | 35,809.38 | 0.00 | 0.00 | 0.00 |
| 8/1/2024 | CAM | CAM | CH | 21,622.23 | 21,622.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2024 | RET | Real Estate Tax | CH | 5,798.26 | 5,798.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2024 | RNT | Rent | CH | 41,202.33 | 41,202.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2024 | RNT | Rent | CH | 36,832.50 | 36,832.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Redbox Automated Retail, Inc Total:** | | | 2,340,928.81 | 105,455.32 | 60,133.65 | 100,135.88 | 100,135.88 | 1,975,068.08 |

| BLK612-004336 | **Redbox Automated Retail** | | Master Occupant Id: 00004022-1 | | | Day Due: | 1 | Delq Day: | |
|---|---|---|---|---|---|---|---|---|---|
| | | | LWL41 | Current | | Last Payment: | | | |
| 11/7/2023 | STR | Storage | CH | 99.20 | 0.00 | 0.00 | 0.00 | 0.00 | 99.20 |
| 11/7/2023 | STR | Storage | CH | 24.80 | 0.00 | 0.00 | 0.00 | 0.00 | 24.80 |
| 12/1/2023 | STR | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 12/10/2023 | TBB | Tenant Billback | CH | 43.12 | 0.00 | 0.00 | 0.00 | 0.00 | 43.12 |
| 12/10/2023 | TBB | Tenant Billback | CH | 43.12 | 0.00 | 0.00 | 0.00 | 0.00 | 43.12 |
| 1/1/2024 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 1/10/2024 | TBB | Tenant Billback | CH | 466.11 | 0.00 | 0.00 | 0.00 | 0.00 | 466.11 |
| 1/10/2024 | TBB | Tenant Billback | CH | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.00 |
| 1/10/2024 | TBB | Tenant Billback | CH | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.00 |
| 1/10/2024 | TBB | Tenant Billback | CH | 86.25 | 0.00 | 0.00 | 0.00 | 0.00 | 86.25 |
| 2/1/2024 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 2/9/2024 | TBB | Tenant Billback | CH | 960.41 | 0.00 | 0.00 | 0.00 | 0.00 | 960.41 |
| 2/9/2024 | TBB | Tenant Billback | CH | 1,881.13 | 0.00 | 0.00 | 0.00 | 0.00 | 1,881.13 |
| 2/9/2024 | TBB | Tenant Billback | CH | 5.75 | 0.00 | 0.00 | 0.00 | 0.00 | 5.75 |
| 3/1/2024 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 4/1/2024 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| 4/10/2024 | TBB | Tenant Billback | CH | 945.92 | 0.00 | 0.00 | 0.00 | 945.92 | 0.00 |
| 4/10/2024 | TBB | Tenant Billback | CH | 542.35 | 0.00 | 0.00 | 0.00 | 542.35 | 0.00 |
| 5/1/2024 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 0.00 | 124.00 | 0.00 |
| 5/9/2024 | TBB | Tenant Billback | CH | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 |
| 5/9/2024 | TBB | Tenant Billback | CH | 151.91 | 0.00 | 0.00 | 151.91 | 0.00 | 0.00 |
| 5/9/2024 | TBB | Tenant Billback | CH | 40.00 | 0.00 | 0.00 | 40.00 | 0.00 | 0.00 |
| 6/1/2024 | STO | Storage | CH | 124.00 | 0.00 | 0.00 | 124.00 | 0.00 | 0.00 |
| 6/6/2024 | TBB | Tenant Billback | CH | 229.58 | 0.00 | 0.00 | 229.58 | 0.00 | 0.00 |
| 6/6/2024 | TBB | Tenant Billback | CH | 372.14 | 0.00 | 0.00 | 372.14 | 0.00 | 0.00 |
| 6/6/2024 | TBB | Tenant Billback | CH | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 |
| 6/6/2024 | TBB | Tenant Billback | CH | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 |
| 6/6/2024 | TBB | Tenant Billback | CH | 6.25 | 0.00 | 0.00 | 6.25 | 0.00 | 0.00 |
| 6/6/2024 | TBB | Tenant Billback | CH | 6.25 | 0.00 | 0.00 | 6.25 | 0.00 | 0.00 |
| 6/6/2024 | TBB | Tenant Billback | CH | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 |
| 7/1/2024 | STO | Storage | CH | 124.00 | 0.00 | 124.00 | 0.00 | 0.00 | 0.00 |
| 7/10/2024 | TBB | Tenant Billback | CH | 6.88 | 6.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/10/2024 | TBB | Tenant Billback | CH | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/10/2024 | TBB | Tenant Billback | CH | 151.09 | 151.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/10/2024 | TBB | Tenant Billback | CH | 448.09 | 448.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/10/2024 | TBB | Tenant Billback | CH | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/10/2024 | TBB | Tenant Billback | CH | 435.62 | 435.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2024 | STO | Storage | CH | 124.00 | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Redbox Automated Retail Total:** | | | 8,247.97 | 1,245.68 | 124.00 | 990.13 | 1,612.27 | 4,275.89 |
| | **BLDG BLK612 Total:** | | | 2,349,176.78 | 106,701.00 | 60,257.65 | 101,126.01 | 101,748.15 | 1,979,343.97 |
| | **Grand Total:** | | | 2,349,176.78 | 106,701.00 | 60,257.65 | 101,126.01 | 101,748.15 | 1,979,343.97 |