IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1] | ) ) | Case No. 24-11442 (MFW) |
| | ) | (Jointly Administered) |
| *Debtors.* | ) ) | |
| | ) | Related to Docket No. ___ |

**ORDER COMPELLING TRUSTEE TO REJECT LEASE OF REAL PROPERTY AND ABANDON PERSONAL PROPERTY ON PREMISES**

Upon consideration of the motion (the "*Motion*")[2] of BLK IL TOWER LLC (the "*Movant*") for an order under 211 U.S.C. § 365 and 552 compelling the Chapter 7 Trustee to reject that certain real property Lease with Movant and abandon any personal property located on the Premises; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized Terms not defined herein shall have the meanings ascribed to them in the Motion.

1

necessary; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this order, it is hereby:

ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 7 Trustee is hereby compelled to immediately reject the Lease, with such rejection to be effective as of the date of this Order.

3. The Chapter 7 Trustee is hereby compelled to abandon all personal property located within the Premises, and such abandonment is effective as of the date of this Order.

4. To the extent necessary, the Movant is hereby granted relief from the automatic stay to take any measures to remove the abandoned property from the Premises.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.