IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.**, *et al.*,[1] | ) Case No. 24-11442 (MFW) |
| | ) |
| | ) Jointly Administered |
| **Debtors.** | ) |
| | ) Hearing Date: September 4, 2024 at 2:00 p.m. (ET) |
| | ) Obj. Deadline: August 23, 2024 at 4:00 p.m. (ET) |

# NOTICE OF MOTION

TO: (a) the Debtors; (b) the Trustee; and (c) all parties who have requested notice in these cases pursuant to Bankruptcy Rule 2002.

On August 9, 2024, The Kroger Co. ("Kroger") filed the *Motion of the Kroger Co. for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit The Kroger Co. to Remove and Dispose of Kiosks* (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 23, 2024 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on August 23, 2024.**

A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 4, 2024 AT 2:00 P.M.** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

{1457.001-W0076916.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 9, 2024

**LANDIS RATH & COBB LLP**

*/s/ Joshua B. Brooks*
Kimberly A. Brown (No. 5138)
Joshua A. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: brown@lrclaw.com
        brooks@lrclaw.com

-and-

**FROST BROWN TODD LLP**

A.J. Webb (admitted *pro hac vice*)
Joy D. Kleisinger (admitted *pro hac vice*)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
513-651-6981 Facsimile
awebb@fbtlaw.com
jkleisinger@fbtlaw.com

*Counsel to The Kroger Co.*