# **<u>EXHIBIT B</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 7 <br> ) |
| **CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.**, *et al.*,[1] | ) Case No. 24-11442 (MFW) <br> ) <br> ) Jointly Administered |
| **Debtors.** | ) <br> ) Ref. No. ___ |

### ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT THE KROGER CO. TO REMOVE AND DISPOSE OF KIOSKS

Upon the *Motion of The Kroger Co. for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(A) and 362(D) to Permit The Kroger Co. to Remove and Dispose of Kiosks* (the "Motion"), filed by The Kroger Co. ("Kroger"), for entry of an order (this "Order") (a) granting Kroger relief from the automatic stay to allow Kroger to remove and dispose of the Kiosks that remain on Kroger's premises more than seven days after the entry of this Order, and (b) waiving the 14-day stay pursuant to Bankruptcy Rule 4001(a)(3); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1409; and this Court having found that Kroger's notice of the Motion was appropriate under the circumstances and no further or other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

{1457.001-W0076915.2}

factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to 11 U.S.C. § 362(d)(1), the Court finds there is sufficient cause to modify the automatic stay to allow Kroger to remove and dispose of the Kiosks that remain on Kroger's premises more than seven days after the entry of this Order.

3. The 14-day stay under Bankruptcy Rule 4001(a)(3) is waived.

4. Kroger is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and Local Rules are satisfied by such notice.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2024

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE