RECEIVED

2024 AUG 12   AM 11: 32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| *Debtors*. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR
## SERVICE OF PAPERS AND REQUEST TO BE ADDED TO
## MASTER SERVICE LIST ON BEHALF OF PARTY OF INTEREST

PLEASE TAKE NOTICE that the undersigned, Charles Muszynski, ("Party"), appears pro se in the above-captioned case as a party of interest and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon him as identified below at the following address and further requests to be added to the Master Service List:

> Charles Muszynski
>
> P. O. Box 1423
>
> Basseterre, St. Kitts, W.I.
>
> E-mail: usfilefolder@protonmail.com.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the abovementioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive Party's: (1) right to have final orders in noncore matters entered only after de novo review by a district court judge; (2) right to a trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (3) right to have the reference withdrawn by the

United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which Party is or may be entitled to under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated this 8th day of August 2024

Respectfully submitted,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## CERTIFICATE OF SERVICE

The undersigned respectfully submits this filing and further certifies it was served on the parties and entities named in the case by way of the Court's CM/ECF system and/or email subsequent to courier delivery initiated on the date below to the Clerk of Court for inclusion in the record as of the date indicated in this submission and certification.

9 August 2024

Respectfully submitted,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies