## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC, *et al.,[1]* | : | Case No. 24-11442 (MFW) |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------

### CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024 I caused to be served a true and correct copy of the ALBERTSONS COMPANIES, INC.'S MOTION PURSUANT TO 11 U.S.C. § 362(d)(1) FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT ALBERTSONS COMPANIES INC. TO REMOVE AND DISPOSE DEBTOR'S KIOSKS via the methods noted on the attached service list..

Respectfully submitted,

Date:  August 15, 2024
Wilmington, DE

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (4711)
500 Delaware Avenue, Suite 720
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Counsel to Albertsons Companies, Inc.*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

## Service List

**Via U.S. mail**

Chicken Soup for the Soul Entertainment, Inc.
132 East Putnam Avenue
Floor 2W
Cos Cob, CT 06807

**Via electronic mail**

Steven W Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Email: sgolden@pszjlaw.com

Debra Grassgreen
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor
San Francisco, CA 94104
Email: dgrassgreen@pszjlaw.com

Alan J. Kornfeld
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4003
Email: akornfeld@pszjlaw.com

Maxim B. Litvak
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor
San Francisco, CA 94104
Email: mlitvak@pszjlaw.com

James E O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Fax : 302-652-4400
Email: joneill@pszjlaw.com

Richard M. Pachulski
Pachulski Stang Ziehl & Jones LLP

10100 Santa Monical Blvd. 11 th Floor
919 N. Market Street, 17th floor
Los Angeles, CA 90067-4003
Email: rpachulski@pszjlaw.com

Ricardo Palacio, Esq
Ashby & Geddes, P. A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801
Email: rpalacio@ashbygeddes.com

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110
Email: gmillter@mctllp.com

John T. Carroll, III
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Email: jcarroll@cozen.com

Jane M. Leamy
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov