**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1] | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re Docket No. 202** |

**ORDER MODIFYING THE AUTOMATIC STAY
TO PERMIT WALMART INC. TO REMOVE AND DISPOSE OF KIOSKS**

Upon *Walmart Inc.'s Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks* (the "Motion")[2], filed by Walmart Inc. ("Walmart"), for entry of an order (this "Order") (a) granting Walmart relief from the automatic stay to allow Walmart to remove and dispose of the Kiosks that remain on Walmart's premises more than seven days after the entry of this Order, and (b) waiving the 14-day stay pursuant to Bankruptcy Rule 4001(a)(3); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1409; and this Court having found that Walmart's notice of the Motion was appropriate under the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

11685692

circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 362(d)(1), the Court finds there is sufficient cause to modify the automatic stay to allow Walmart to remove, sell, destroy and/or otherwise dispose of as it sees fit all Kiosks and Kiosk contents that remain in or on Walmart's premises (whether such premises is owned, leased, or otherwise occupied by Walmart) more than seven days after the entry of this Order.  Accordingly, Walmart is hereby authorized and permitted to remove, destroy, sell and retain the proceeds of any disposition, or otherwise dispose of the Kiosks and Kiosks contents without liability to Debtors or any third party.

3. The 14-day stay under Bankruptcy Rule 4001(a)(3) is waived.

4. Walmart is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Any interest in the Kiosks and Kiosks contents held by any creditor, third party (including any person or entity claiming a security interest), the Trustee, or the Debtors is extinguished upon the entry of this Order.

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and Local Rules are satisfied by such notice.

11685692

7.    The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 16th, 2024**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

11685692