# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al* [1] | Case No. 24-11442 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 21, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME)

> This proceeding will be conducted remotely via Zoom unless parties request an in-person hearing.  Please refer to Judge Walrath's Chambers Procedures
> https://www.deb.uscourts.gov/judge-mary-f-walrath
> and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Walrath's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.[2]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you no later than two hours prior to the hearing.  Please do not contact the Court to confirm registration or request the link.   All participants must use their full name when registering and logging into Zoom or you will not be granted access to the hearing.

**CONCLUDED MATTERS:**

1. [SEALED] Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks
   [Filed 8/2/2024; Docket No. 202]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Order Shortening and Limiting the Notice with Respect to the Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks [Filed 8/5/2024; Docket No. 206] |
   | | (b) | [REDACTED] Notice of Filing of Proposed Redacted Version of Walmart Inc.'s Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks [Filed 8/5/2024; Docket No. 208] |
   | | (c) | Certificate of Counsel Regarding, Walmart Inc.'s Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks [Filed 8/16/2024; Docket No. 237] |
   | | (d) | Entered Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks [Filed 8/16/2024; Docket No. 238] |

   Objection Deadline:    August 14, 2024 at 4:00 p.m. (ET)

   Responses Received:    None

   Status:    Order has been by the Court.  This matter is concluded.

**CERTIFICATE OF NO OBJECTION/CERTIFICATE OF COUNSEL MATTERS:**

2. Motion of Prologis Targeted U.S. Logistics Fund, L.P. for Relief from the Automatic Stay
   [Filed 7/30/2024; Docket No. 189]

   Related Documents:    None

   Objection Deadline:    August 6, 2024 at 4:00 p.m.

   Responses Received:    None

   Status:    The Trustee does not oppose the Motion.  The movant will submit a revised consensual order for relief under Certification of Counsel.

3. Motion for Entry of an Order Authorizing Walmart Inc. to File Under Seal Walmart Inc.'s Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks
   [Filed 8/5/2024; Docket No. 207]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Proposed Order<br>[Filed 8/5/2024; Docket No. 207] |
   | Objection Deadline: | | At or before the hearing |
   | Responses Received: | | None |
   | Status: | | The Trustee does not oppose the Motion to Seal. The movant will file a Certificate of Counsel and request entry of the proposed Order. |

Dated:  August 19, 2024
       Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE  19801
      (302) 295-2000 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com

*Proposed counsel to George L. Miller, Chapter 7 Trustee*