IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 21, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**CONCLUDED MATTERS:**

1. [SEALED] Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks
   [Filed 8/2/2024; Docket No. 202]

   Related Documents:
   (a) Order Shortening and Limiting the Notice with Respect to the Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks
   [Filed 8/5/2024; Docket No. 206]

   (b) [REDACTED] Notice of Filing of Proposed Redacted Version of Walmart Inc.'s Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks
   [Filed 8/5/2024; Docket No. 208]

   (c) Certificate of Counsel Regarding, Walmart Inc.'s Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks
   [Filed 8/16/2024; Docket No. 237]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

|  |  |
|---|---|
| (d) | Entered Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks [Filed 8/16/2024; Docket No. 238] |

| Objection Deadline: | August 14, 2024 at 4:00 p.m. (ET) |
|---|---|
| Responses Received: | None |
| Status: | Order has been by the Court.  This matter is concluded. |

**CERTIFICATE OF NO OBJECTION/CERTIFICATE OF COUNSEL MATTERS:**

2. Motion of Prologis Targeted U.S. Logistics Fund, L.P. for Relief from the Automatic Stay
   [Filed 7/30/2024; Docket No. 189]

   | Related Documents: | None |
   |---|---|
   | Objection Deadline: | August 6, 2024 at 4:00 p.m. |
   | Responses Received: | None |
   | Status: | The Trustee does not oppose the Motion.  The movant will submit a revised consensual order for relief under Certification of Counsel. |

3. Motion for Entry of an Order Authorizing Walmart Inc. to File Under Seal Walmart Inc.'s Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks
   [Filed 8/5/2024; Docket No. 207]

   | Related Documents: | (a) | Proposed Order [Filed 8/5/2024; Docket No. 207] |
   |---|---|---|
   | Objection Deadline: | | At or before the hearing |
   | Responses Received: | | None |
   | **Status:** | | **The Trustee does not oppose the Motion to Seal.  The movant will file a Certification of Counsel, or, Certificate of No Objection and request entry of the proposed Order.** |

LEGAL\72242285\2 6010823/00617521
08/19/2024


| | |
|---|---|
| Dated:  August 19, 2024<br>Wilmington, Delaware | COZEN O'CONNOR<br><br>By:  */s/ John T. Carroll, III*<br>John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2000 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>*Proposed counsel to George L. Miller, Chapter 7 Trustee* |

3