**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. 243 |

**CERTIFICATE OF SERVICE**

I, Emily R. Mathews, do hereby certify that on Augustu 20, 2024, I caused a copy of the foregoing *HPS Investment Partners, LLC's Motion for Relief from the Automatic Stay* [Docket No. 243] to be served as indicated on the attached list:

        */s/ Emily R. Mathews*
        Emily R. Mathews (No. 6866)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

*In re:* **Chicken Soup for the Soul Entertainment Inc., 24-11442 (MFW)**
**Service List – Via CM/ECF (Where Applicable) and Via Email**

*Counsel to Debtors*
Richard M. Pachulski
Alan J. Kornfeld
Debra I. Grassgreen
James E. O'Neill
Steven W. Golden
PACHULSKI STANG ZIEHL & JONES LLP.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Chapter 7 Trustee*
John T. Carroll, III
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com

Joseph McMahon
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov

*U.S. Trustee*
Jane M. Leamy
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801
jane.m.leamy@usdoj.gov

*U.S. Trustee*
Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

*Top Creditor*
U.S. Bank National Association, as indenture trustee
214 N. Tryon St., 26th Fl.
Charlotte, NC 28202
Attn: Laura L. Moran
laura.moran@usbank.com

*Top Creditor*
Universal Studios Home Entertainment LLC
12563 Collection Center Dr.
Chicago, IL 60693
Attn: Michael Bonner
michael.bonner@nbcuni.com

*Top Creditor*
Universal City Studios Productions LLLP
12563 Collection Center Dr.
Chicago, IL 60693
Attn: Michael Bonner
michael.bonner@nbcuni.com

*Top Creditor*
Guggenheim Securities, LLC
330 Madison Ave., Fl. 8
New York, NY 10017
Attn: Ethan Sawyer
ethan.sawyer@guggenheimpartners.com

*Top Creditor*
Sony Pictures Home Entertainment
10202 Washington Blvd.
Culver City, CA 90232
Attn: Maria Anguelova
maria_anguelova@spe.sony.com

*Top Creditor*
BBC Studios Americas, Inc.
1120 Avenue of the Americas, 5th Floor
New York, NY 10036
Attn: Matt Perry
matthew.perry@bbc.com

*Top Creditor*
Ellation, LLC
444 Bush St.
San Francisco, CA 94108
Attn: Maria Anguelova
maria_anguelova@spe.sony.com

*Top Creditor*
Walgreen Company
14130 Collection Center Dr.
Chicago, IL 60693
Attn: Claire Redington Kasson
claire.redington@walgreens.com

*Top Creditor*
Lionsgate Entertainment
4 Chase Metrotech Center, 7th Fl.
E Brooklyn, NY 11245
Attn: Jim Packer
jpacker@lionsgate.com

*Top Creditor*
120DB Film Finance LLC
75 Mill River Rd, South
Salem, NY 10590
Attn: Peter Graham
graham@120dbfilms.com

*Top Creditor*
Wal-Mart Stores, Inc.
702 SW 8th St.
Bentonville, AR 72716
Attn: Anne Johnson
anne.johnson@walmart.com

*Top Creditor*
PJT Partners
280 Park Ave.
New York, NY 10017
Attn: Jamie O'Connell
oconnell@pjtpartners.com

*Top Creditor*
VIZIO Services, LLC
39 Tesla
Irvine, CA 92618
Attn: Mike O'Donnell
mike.odonnell@vizio.com

*Top Creditor*
Sony Pictures Television Inc.
21872 Network Pl.
Chicago, IL 60673
Attn: Maria Anguelova
maria_anguelova@spe.sony.com

*Top Creditor*
Culver Digital Distribution Inc.
10202 West Washington Blvd.
Culver City, CA 90232
Attn: Maria Anguelova
maria_anguelova@spe.sony.com

*Top Creditor*
MGM Domestic Television Distribution LLC
245 N. Beverly Drive
Beverly Hills, CA 90210
Attn: Edrianne Wenger
edwenger@amazon.com

*Top Creditor*
Warner Bros. Home Entertainment
Dept Ch # 10255
Palatine, IL 60055
Attn: Mike Takac
mike.takac@wbd.com

*Top Creditor*
FUNimation Productions, LLC
1200 Lakeside Pkwy
Flower Mound, FL 75028
Attn: Fadhilah Lee
fadhilah.lee@funimation.com

*Top Creditor*
Paramount Pictures Corporation
5555 Melrose Ave.
Los Angeles, CA 90038
Attn: Craig White
craig_white@paramount.com

*Top Creditor*
Automotive Rentals, Inc.
PO Box 8500-4375
Philadelphia, PA 19178
Attn: Hannah Ogle
hannah.ogle@holman.com

*Top Creditor*
BRE Imagination Office Holdco LLC
PO Box 209259
Austin, TX 78720
Attn: Carrie Szarzynski
cszarzynski@hiffman.com

*Top Creditor*
Continental Stock Transfer & Trust Co.
1 State St. Fl. 30
New York, NY 10004
Attn: Luis Ortiz
lortiz@continentalstock.com

*Top Creditor*
Langley Television Distribution, LLC
1111 Broadway
Santa Monica, CA 90401
Attn: Morgan Langley
morgan@cops.com

*Top Creditor*
TheMathCompany Pvt. Ltd.
4512 Legacy Dr., Unit 100
Plano, TX 75024
Attn: Piyush Mundhra
piyush.mundhra@themathcompany.com

*Top Creditor*
Joseph P. Day Realty Corp.
9 E 40th St.
New York, NY 10016
Attn: Rich Teichman
rit@jpday.com

*Top Creditor*
828 Media
30671 Steeplechase Dr San Juan
Capistrano, CA 92675
Attn: Stephanie Denton
sdenton@828productions.com

*Top Creditor*
Plex GmbH
6370 Stans, Nidwalden
Hansmatt 31
Switzerland
Attn: Audrey Layman
audrey.layman@plexapp.com

*Top Creditor*
Comsys Information Technology Serv.
29810 Network Place
Chicago, IL 60673
Attn: Elaina Buchanan
elaina.buchanan@tapfin.com

*Top Creditor*
Glewed Media, LLC
5901 Broken Sound Pkwy, Suite 450
Boca Raton, FL 33487
Attn: Matt Herpich
matthew@glewed.tv

*Top Creditor*
Paramount Home Entertainment
PO Box 70650
Chicago, IL 60673
Attn: Craig White
craig_white@paramount.com

*Counsel to Owlpoint Capital Management LLC*
*and Owlpoint IP Opportunities JVF I LP*
Kevin G. Collins
BARNES & THORNBURG LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
kevin.collins@btlaw.com

*Counsel to Owlpoint Capital Management LLC*
*and Owlpoint IP Opportunities JVF I LP*
Paul J. Laurin
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
paul.laurin@btlaw.com

*Counsel to Canon Financial Services, Inc.*
Nicola G. Suglia
Allison L. Domowitch
FLEISCHER, FLEISCHER & SUGLIA, P.C
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053
Consult@Fleischerlaw.com

*Counsel to the United Entities*
Joseph A. Kohanski
David E. Ahdoot
Kirk Prestegard
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, CA 91203
jkohanski@bushgottlieb.com
dahdoot@bushgottlieb.com
kprestegard@bushgottlieb.com

*Counsel to the United Entities*
Susan E. Kaufman
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

*Counsel to Certain Taxing Authorities*
Don Stecker
Tara L. Grundemeier
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@lgbs.com

*Counsel to William Rouhana and Chicken Soup for the Soul, LLC*
Morgan L. Patterson
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
morgan.patterson@wbd-us.com

*Counsel to William Rouhana and Chicken Soup for the Soul, LLC*
Cathy A. Hinger
Claire J. Rauscher
WOMBLE BOND DICKINSON (US) LLP
2001 K. Street, NW Suite 400 South
Washington, D.C. 20006
cathy.hinger@wbd-us.com
claire.rauscher@wbd-us.com

*Counsel to Broward County*
Andrew J. Meyers
Broward County Attorney
Scott Andron
Assistant County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
sandron@broward.org

*Counsel to Lubbock Central Appraisal District*
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

*Counsel to Sony DADC US Inc.*
Heike M. Vogel
Eva M. Thomas
A.Y. Strauss LLC
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039
hvogel@aystrauss.com
ethomas@aystrauss.com

*Counsel to Sony DADC US Inc.*
William A. Hazeltine
SULLIVAN HAZELTINE ALLINSON LLC
919 N. Market Street, Suite 420
Wilmington, Delaware 19801
whazeltine@sha-llc.com

*Counsel to The Kroger Co.*
A.J. Webb
Joy D. Kleisinger
Frost Brown Todd LLP
3300 Great American Tower,
301 East Fourth Street Cincinnati, Ohio 45202
awebb@fbtlaw.com
jkleisinger@fbtlaw.com

*Counsel to The Kroger Co.*
Kimberly A. Brown
Joshua B. Brooks
919 Market Street, Suite 1800
Wilmington, Delaware 19801
brown@lrclaw.com
brooks@lrclaw.com

*Counsel to Sony Pictures Entertainment, Inc.*
Joseph C. Barsalona II
PASHMAN STEIN WALDER HAYDEN P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
jbarsalona@pashmanstein.com

*Counsel to Sony Pictures Entertainment, Inc.*
Leib M. Lerner
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, California 90071
leib.lerner@alston.com

*Counsel to Automotive Rentals, Inc. and ARI Fleet LT*
Seth A. Niederman
FOX ROTHSCHILD LLP
1201 North Market Street, Suite 1200
Wilmington, DE 19801
sniederman@foxrothschild.com

*Counsel to Automotive Rentals, Inc. and ARI Fleet LT*
Richard A. Aguilar
Mark J. Chaney III
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
richard.aguilar@arlaw.com
mark.chaney@arlaw.com

*Counsel to Velocity, A Managed Services Company, LLC*
Karen C. Bifferato
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com

*Counsel to Velocity, A Managed Services Company, LLC*
David J. Coyle
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, OH 43604
dcoyle@shumaker.com

*Counsel to the Texas Comptroller of Public Accounts*
Jamie Kirk
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, Texas 75251
jamie.kirk@oag.texas.gov

*Counsel to Brownsville Independent School District, Weslaco Independent School District, City of Palmview, City of Penitas, City of Sullivan, City of Mercedes, City of La Feria*
Hiram Gutierrez Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 2916
McAllen, TX 78502
edinburgbankruptcy@pbfcm.com

*Counsel to EG Retail (America), LLC*
Christopher J. Giaimo
SQUIRE PATTON BOGGS (US) LLP
2550 M St. NW
Washington, DC 20037
christopher.giaimo@squirepb.com

*Counsel to MidCap Financial Trust*
Frank A. Merola
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
frankmerola@paulhastings.com

*Counsel to MidCap Financial Trust*
William Reily
PAUL HASTINGS LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606
williamreily@paulhastings.com

*Counsel to CVS Pharmacy, Inc.*
R. Grant Dick IV
Cooch and Taylor, P.A
The Brandywine Building
1000 N. West St., Suite 1500
Wilmington, DE 19801
gdick@coochtaylor.com

*Counsel to CVS Pharmacy, Inc.*
Geoffrey S. Goodman
Foley & Lardner, LLP
321 N. Clark St., Ste. 3000
Chicago, IL 60654-4762
GGoodman@foley.com

*Counsel to Concentrix CVG Customer Management Group, Inc.*
David M. Klauder, Esquire
BIELLI & KLAUDER, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

*Counsel to SNI/SI Networks L.L.C., Showtime Networks Inc., CBS Studios Inc., On-Site Productions Inc., Viacom International Inc., Paramount Home Entertainment Inc., Paramount Pictures Corporation, Paramount Global*
Jody C. Barillare
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
jody.barillare@morganlewis.com

*Counsel to SNI/SI Networks L.L.C., Showtime Networks Inc., CBS Studios Inc., On-Site Productions Inc., Viacom International Inc., Paramount Home Entertainment Inc., Paramount Pictures Corporation, Paramount Global*
Stephan E. Hornung
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
stephan.hornung@morganlewis.com

*Counsel to DJCTM Lending, LLC*
Richard Levy, Jr.
PRYOR CASHMAN LLP
7 Times Square
New York, NY
rlevy@pryorcashman.com

*Counsel to Albertsons Companies, Inc.*
Geoffrey G. Grivner, Esquire
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
geoffrey.grivner@bipc.com

*Counsel to Stradley, Ronon, Stevens & Young, LLP*
Daniel M. Pereira
Stradley, Ronon, Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
dpereira@stradley.com

*Counsel for Taxing Authorities*
John Kendrick Turner
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
dallas.bankruptcy@lgbs.com

*Counsel for Ken Burton, Jr., Manatee County Tax Collector*
Michell Leeson, Paralegal, Collections Specialist, CFCA
Ken Burton, Jr., Manatee County Tax Colletor
1001 3rd Ave W., Suite 240
Bradenton, FL 34205-7863
legal@taxcollector.com

*Counsel for Certain Texas Taxing Authorities*
Julie Anne Parsons
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
P.O. Box 1269
Round Rock, Texas 78680-1269
jparsons@mvbalaw.com

*Counsel for ManpowerGroup Talent Solutions, LLC f/k/a COMSYS Information Technology Services, LLC*
Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com

*Counsel for Certain Taxing Authorities*
Diane W. Sanders
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 17428
AUSTIN, TX 78760-7428
austin.bankruptcy@lgbs.com

*Counsel for Certain Taxing Authorities*
Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, TX 76010
ebcalvo@pbfcm.com

*Counsel for Certain Taxing Authorities*
Linda D. Reece
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1919 S. Sihiloh Rd., Suite 640, LB 40
Garland, TX 75042
lreece@pbfcm.com

*In re:* **Chicken Soup for the Soul Entertainment Inc., 24-11442 (MFW)**
**Service List – Via First Class Mail**

*Counsel to Canon Financial Services, Inc.*
Nicola G. Suglia
Allison L. Domowitch
FLEISCHER, FLEISCHER & SUGLIA, P.C
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053