# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1] | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 207** |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR ENTRY OF AN ORDER AUTHORIZING WALMART INC. TO FILE UNDER SEAL WALMART INC.'S MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT WALMART INC. TO REMOVE AND DISPOSE OF KIOSKS

The undersigned hereby certifies that on August 5, 2024, Walmart Inc. f/ka/ Wal-Mart Stores, Inc. ("Walmart"), in the cases of the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Motion for Entry of an Order Authorizing Walmart Inc. to File Under Seal Walmart Inc.'s Motion for an Order Modifying the Automatic Stay to Permit Walmart Inc. to Remove and Dispose of Kiosks* [Docket No. 207] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion as Exhibit A was a proposed form of order approving the retention and employment requested in the Motion (the "Proposed Order"). Any objection or response to the relief requested in the Motion was to be filed and served so as to be received by no later than August 21, 2024 at 2:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

The undersigned further certifies that as of the Objection Deadline, no answer, objection, or other responsive pleading to the Motion was received by Walmart, Inc. or has appeared on the Courts' docket in these cases.

WHEREFORE, Walmart respectfully request that the Proposed Order, attached to the Motion, be entered at the earliest convenience of the Court.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: August 21, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Maria Kotsiras*<br>Jeremy M. Ryan (No. 4057)<br>R. Stephen McNeill (No. 5210)<br>Maria Kotsiras (No. 6840)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email: jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>mkotsiras @potteranderson.com |