IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1] | ) ) | Case No. 24-11442 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | |
| | ) | Related to Docket No. 210 |

**CERTIFICATION OF NO OBJECTION WITH RESPECT TO MOTION OF
BLK IL TOWER LLC TO COMPEL TRUSTEE TO REJECT LEASE AND FOR
RELATED RELIEF**

    Undersigned counsel for BLK IL TOWER LLC (the "*Movant*"), hereby certifies as follows:

    1.    On August 8, 2024, the Movant filed the *Motion of BLK IL TOWER LLC to Compel Trustee to Reject Lease and for Related Relief* [Docket No. 210] (the "*Motion*").

    2.    Objections to the Motion were due by August 22, 2024.

    3.    As of the date hereof, no answer, objection or other responsive pleading to the Motion were received by the undersigned. Further, the undersigned has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

4. Accordingly, the Movant requests that the order attached to the Motion be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: August 23, 2024 | GOLDSTEIN & MCCLINTOCK LLLP |

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
(302) 444-6710
(302) 444-6709 (fax)
marias@goldmclaw.com

*Counsel for BLK IL TOWER LLC*