# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*, | Case No. 24-11442 (MFW) |
| | Jointly Administered |
| Debtors.[1] | Re. D.I. 258 |

### ORDER SHORTENING AND LIMITING THE NOTICE WITH RESPECT TO THE TO THE MOTION FOR AN ORDER LIFTING THE AUTOMATIC STAY TO PERMIT WALGREEN CO. TO REMOVE AND DISPOSE OF KIOSKS

Upon consideration of the motion (the "Motion to Shorten")[2] of the Walgreen Co. for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006, and Local Rule 9006-1(e), (i) shortening the notice period with respect to the approval of the Stay Motion, and (ii) setting the hearing date and objection deadline for the Stay Motion and having determined that no other or further notice of the Motion to Shorten is required under the circumstances; and having determined that the Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion to Shorten.

29, 2012; and having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of this proceeding and the Motion to Shorten is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that the relief requested in the Motion to Shorten and provided for herein is proper; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion to Shorten is GRANTED, as set forth herein;

2. The Stay Motion shall be heard on **September 4, 2024, at 2:00 p.m. (ET)**.

3. Any responses or objections to the Stay Motion may be filed **on or before August 28, 2024 at 4:00 p.m. (ET).**

4. The Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

**Dated: August 23rd, 2024**
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE