IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC. *et al,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br>Related Doc. Nos. 201, 281 |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) REJECTING THIRD AVENUE LEASE, (II) ABANDONING PERSONAL PROPERTY TO LANDLORD, AND (III) GRANTING RELATED RELIEF**

Upon the *Trustee's Motion for Entry of Order (I) Rejecting Third Avenue Lease, (II) Abandoning Personal Property to Landlord, and (III) Granting Related Relief* (the "Motion"),[2] which seeks entry of an order: (i) authorizing the Trustee to reject the Third Avenue Lease, (ii) abandoning any Personal Property that remains at the Property, and (iii) granting related relief; and the Court having found that notice of the Motion was appropriate and that no other notice need be provided; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811) ("CS Entertainment"); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized terms used but not defined in this Order shall have the meanings given in the Motion.

2. The Trustee is authorized to reject the Third Avenue Lease, and the Third Avenue Lease is hereby deemed rejected, effective as of July 31, 2024.

3. The Trustee is authorized to abandon any Personal Property that may remain at the Property, and all such Personal Property is hereby deemed abandoned, effective as of July 31, 2024.  The Landlord may utilize or dispose of the Personal Property in its sole and absolute discretion without further notice or liability to any party (including the Trustee).  The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

4. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from its implementation.

Dated: August 28th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

LEGAL\71916402\2