# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that MidCap Financial Trust hereby withdraws the *Certification of Counsel Regarding Order Granting Motion of MidCap Financial Trust for Relief from the Automatic Stay under 11 U.S.C. § 362(d) to Permit MidCap to Exercise Rights and Remedies* (D.I. 295).

DATED: September 2, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sophie Rogers Churchill*
Matthew B. Harvey (No. 5186)
Sophie Rogers Churchill (No. 6905)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
mharvey@morrisnichols.com
srchurchill@morrisnichols.com

-and-

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508) (the foregoing, collectively, the "Debtors"). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

PAUL HASTINGS LLP

Frank A. Merola, Esq. (admitted *pro hac vice*)
William P. Reily, Esq. (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
frankmerola@paulhastings.com
williamreily@paulhastings.com

*Counsel to MidCap Financial Trust*