**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC, *et al.* [1] | : | Case No. 24-11442 (MFW) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Hearing Date: September 4, 2024 at 2:00 p.m. |
| | : | Objection Date: August 28, 2024 |
| | : | Related Doc. 266 |

**ORDER MODIFYING THE AUTOMATIC STAY**
**TO PERMIT ALBERTSONS COMPANIES, INC.**
**TO REMOVE AND DISPOSE OF KIOSKS**

Upon the Motion of Albertsons Companies, Inc. for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(A) and 362(D) to Permit Albertsons Companies, Inc. to Remove and Dispose of Kiosks (the "**Motion**"), filed by Albertsons Companies, Inc. ("**Albertsons**"), for entry of an order (this "**Order**") (a) granting Albertsons relief from the automatic stay to allow Albertsons to remove, sell, destroy and/or otherwise dispose, in Albertsons' Discretion, the Kiosks, including their contents, that remain on Albertsons premises more than seven days after the entry of this Order, and (b) waiving the 14-

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

day stay pursuant to Bankruptcy Rule 4001(a)(3); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1409; and this Court having found that Albertsons's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and upon consideration of the Motion and any responses thereto,

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to 11 U.S.C. § 362(d)(1), the Court finds there is sufficient cause to modify the automatic stay to allow Albertsons to remove, sell, destroy and/or otherwise dispose of the Kiosks, including their contents, in Albertsons' discretion, that remain on Albertsons's premises more than seven days after the entry of this Order. Accordingly, Albertsons is hereby authorized and permitted to remove, sell, destroy and/or otherwise dispose of the Kiosks and their contents, and retain the proceeds of any disposition, without liability to Debtors or any third party.

3. The 14-day stay under Bankruptcy Rule 4001(a)(3) is waived.

4. Albertsons is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Any interest in the Kiosks and their contents held by any creditor, third party (including any person or entity claiming a lien or other interest), the Trustee, or the Debtors is extinguished upon the entry of this Order.

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and Local Rules are satisfied by such notice.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: September 3rd, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE