IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | * | |
| **CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.,** *et al.,* | * | Case No. 24-11442-MFW (Chapter 7) |
| | * | |
| Debtors.[1] | | Jointly Administered |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER APPROVING STIPULATION GRANTING AFCO CREDIT CORPORATION AUTOMATIC STAY RELIEF

Upon consideration of the *Motion of AFCO Credit Corporation for an Order Approving Stipulation Providing Relief from the Automatic Stay* and the *Stipulation Regarding Entry of an Order Granting AFCO Credit Corporation Relief from the Automatic Stay* (the "Stipulation"), entered into by and between AFCO Credit Corporation and George L. Miller, as Chapter 7 Trustee, a copy of which is attached hereto as **EXHIBIT 1**; and having determined that this Court has jurisdiction to enter this Order in accordance with 28 U.S.C. §§ 157 & 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and having determined that due and appropriate notice of the relief provided for herein has been given under the circumstances; and having determined that the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

agreements set forth in the Stipulation are in the best interests of the Debtors, their bankruptcy estates, their creditors, and other interested parties; and good and sufficient cause appearing therefore, it is, by the United States Bankruptcy Court for the District of Delaware, hereby:

**ORDERED**, that the Stipulation attached to this Order as **EXHIBIT 1** is **APPROVED**; and it is further

**ORDERED**, that this Order and the Stipulation shall become effective immediately upon its entry notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the contrary; and it is further

**ORDERED**, that the Court shall retain jurisdiction over the subject matter of this Order and to enforce the provisions set forth herein.

**Dated: September 3rd, 2024**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**