# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC., *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 4, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

THIS HEARING WILL BE CONDUCTED VIA ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Amended Agenda items appear in **bold** text.

**CONTINUED MATTERS:**

1. Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024
   [Filed 8/12/2024; Docket No. 225]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Proposed Order<br>[Filed 8/12/2024; Docket No. 225] |
   | Objection Deadline: | | August 28, 2024 at 4:00 p.m. (ET)<br>Extension granted to the Office of the United States Trustee to and including September 6, 2024 |
   | Responses Received: | (b) | Informal response received by the Office of the United States Trustee |
   | | (c) | Omnibus Objection to (I) Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 Through and Including July 10, 2024 and (II) Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024<br>[Filed 8/28/2024; Docket No. 283] |
   | Status: | | This matter is being continued by agreement of the parties to October 9, 2024 at 2:00 p.m. (ET) |

2.  Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 through and Including July 10, 2024
    [Filed 8/12/2024; Docket No. 226]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Proposed Order<br>[Filed 8/12/2024; Docket No. 226] |
    | Objection Deadline: | | August 26, 2024 at 4:00 p.m. (ET)<br>Extension granted to the Office of the United States Trustee to and including September 6, 2024 |
    | Responses Received: | (b) | Informal response received by the Office of the United States Trustee |
    | | (c) | Omnibus Objection to (I) Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 Through and Including July 10, 2024 and (II) Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024<br>[Filed 8/28/2024; Docket No. 283] |
    | Status: | | This matter is being continued by agreement of the parties to October 9, 2024 at 2:00 p.m. (ET) |

**CONCLUDED MATTERS:**

3.  Trustee's Motion for Entry of Order (I) Rejecting Third Avenue Lease, (II) Abandoning Personal Property to Landlord, and (III) Granting Related Relief
    [Filed 8/2/2024; Docket No. 201]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection<br>[Filed 8/28/2024; Docket No. 281] |
    | | (b) | Entered Order<br>[Filed 8/28/2024; Docket No. 282] |
    | Objection Deadline: | | August 19, 2024 at 4:00 p.m. (ET) |
    | Responses Received: | | None |
    | Status: | | Order has been entered by the Court. This matter is concluded. |

4. Motion of BLK IL Tower LLC to Compel Trustee to Reject Lease and for Related Relief
   [Filed 8/8/2024; Docket No. 210]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 8/23/2024; Docket No. 261] |
   | | (b) | Entered Order [Filed 8/26/2024; Docket No. 263] |
   | Objection Deadline: | | August 22, 2024 at 4:00 p.m. (ET) |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court. This matter is concluded. |

5. Motion of the Kroger Co. for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit The Kroger Co. to Remove and Dispose of Kiosks
   [Filed 8/9/2024; Docket No. 219]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 8/26/2024; Docket No. 268] |
   | | (b) | Entered Order [Filed 8/27/2024; Docket No. 276] |
   | Objection Deadline: | | August 23, 2024 at 4:00 p.m. (ET) |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court. This matter is concluded. |

6.  Albertsons Companies Inc.'s Motion Pursuant to 11 U.S.C. Section 362(d)(1) for Relief from the Automatic Stay to Permit Albertsons Companies Inc. to Remove and Dispose of Debtor's Kiosks
    [Filed 8/15/2024; Docket No. 233]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of Service of Albertsons Companies Inc.'s Amended Proposed Order Modifying the Automatic Stay to Permit Albertsons Companies to Remove and Dispose of Debtor's Kiosks together with attachment Proposed form of Order<br>[Filed 8/26/2024; Docket No. 266] |
    | | (b) | Certificate of Service of Albertsons Companies, Inc.'s Amended Proposed Order Modifying the Automatic Stay to Permit Albertsons' Companies, Inc. to Remove and Dispose of Kiosks together with attachment Proposed form of Order<br>[Filed 8/27/2024; Docket No. 275] |
    | | (c) | Amended Proposed Order filed with Certificate of Service of Albertsons Companies, Inc.'s Amended Proposed Order Modifying the Automatic Stay to Permit Albertsons' Companies, Inc. to Remove and Dispose of Kiosks<br>[Filed 8/27/2024; Docket No. 275] |
    | | **(d)** | **Entered Order**<br>**[Filed 9/3/2024; Docket No. 300]** |
    | Objection Deadline: | | August 28, 2024 at 4:00 p.m. |
    | Responses Received: | | None |
    | **Status:** | | **Order has been entered by the Court. This matter is concluded.** |

5

LEGAL\72504704\3 6010823/00617521
09/03/2024

7. Motion of Walgreen Co. for an Order Lifting the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Walgreen Co. to Remove and Dispose of Kiosk
   [Filed 8/23/2024; Docket No. 257]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Motion for Entry of an Order Shortening and Limiting Notice With Respect to Walgreen Co.'s Motion for an Order Lifting the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Walgreen Co. to Remove and Dispose of Kiosks<br>[Filed 8/23/2024; Docket No. 258] |
   | | (b) | Entered Order Shortening and Limiting Notice With Respect to Walgreen Co.'s Motion for an Order Lifting the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Walgreen Co. to Remove and Dispose of Kiosks<br>[Filed 8/23/2024; Docket No. 262] |
   | | (c) | Certificate of No Objection<br>[Filed 8/29/2024; Docket No. 287] |
   | | (d) | Proposed Order<br>[Filed 8/23/2024; Docket No. 257] |
   | | **(e)** | **Entered Order**<br>**[Filed 9/3/2024; Docket No. 298]** |
   | Objection Deadline: | | August 28, 2024 at 4:00 p.m. |
   | Responses Received: | | None |
   | **Status:** | | **Order has been entered by the Court. This matter is concluded.** |

**CONTESTED MATTERS GOING FORWARD:**

8.  Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of July 12, 2024
    [Filed 8/12/2024; Docket No. 224]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Proposed Order<br>[Filed 8/12/2024; Docket No. 224] |
    | Objection Deadline: | | August 28, 2024 at 4:00 p.m. |
    | Responses Received: | (b) | Objection to Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Bankruptcy Consultants by Automated Kiosk Advisors LLC together with Declaration of Jason Tanzer<br>[Filed 8/28/2024; Docket No. 289] |
    | **Status:** | | **Trustee's undersigned proposed counsel has spoken with Greg Meyer, CFA, Managing Director of Automated Kiosk Advisors LLC who has provided verbal and written authority to advise the Court the Objection of Automated Kiosk Advisors LLC [Docket No. 289] is withdrawn. The Trustee will request entry of the Proposed Order.** |

9.  HPS Investment Partners, LLC's Motion for Relief from the Automatic Stay
    [Filed 8/20/2024; Docket No. 243]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Proposed Order<br>[Filed 8/20/2024; Docket No. 243] |
    | Objection Deadline: | | August 28, 2024 at 4:00 p.m. (ET) |
    | Responses Received: | (b) | Reservation of Rights By Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, Writers Guild of America, West, Inc., and their Respective Pension and Health Plans to HPS Investment Partners, LLCs Motion for Relief From The Automatic Stay<br>[Filed 8/28/2024; Docket No. 279] |
    | | (c) | Limited Objection of Chicken Soup for the Soul, LLC to HPS Investment Partners, LLCs Motion for Relief from the Automatic Stay<br>[Filed 8/28/2024; Docket No. 284] |
    | | (d) | [SEALED] Notice of Filing of Sealed Exhibits A and B to Limited Objection of Chicken Soup for the Soul, LLC to HPS Investment Partners, LLCs Motion for Relief from the Automatic Stay<br>[Filed 8/28/2024; Docket No. 285] |
    | Status: | | This matter is going forward. The parties are in discussions regarding submission of a revised proposed Order. |

10. Motion of MidCap Financial Trust for Relief from the Automatic Stay Under 11 U.S.C. § 362(d) to Permit MidCap to Exercise Rights and Remedies
  [Filed 8/20/2024; Docket No. 245]

  | | | |
  |---|---|---|
  | Related Documents: | (a) | Proposed Order<br>[Filed 8/20/2024; Docket No. 245] |
  | Objection Deadline: | | August 28, 2024 at 4:00 p.m. (ET)<br>Extension granted to the Trustee to and including August 30, 2024 at 11:00 a.m. (ET) |
  | Responses Received: | (b) | Reservation of Rights By Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, Writers Guild of America, West, Inc., and their Respective Pension and Health Plans to Midcap Financial Trusts Motion for Relief From the Automatic Stay<br>[Filed 8/28/2024; Docket No. 280] |
  | | **(c)** | **Certification of Counsel Regarding Order Granting Motion of MidCap Financial Trust for Relief from the Automatic Stay under 11 U.S.C. § 362(d) to Permit MidCap to Exercise Rights and Remedies**<br>**[Filed 9/2/2024; Docket No. 297]** |
  | | **(d)** | **Entered Order**<br>**[Filed 9/3/2024; Docket No. 301]** |
  | **Status:** | | **Order has been entered by the Court. This matter is concluded.** |

Dated: September 3, 2024
      Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
     John T. Carroll, III (DE No. 4060)
     1201 N. Market Street
     Suite 1001
     Wilmington, DE 19801
     (302) 295-2000 Phone
     (302) 295-2013 Fax No.
     jcarroll@cozen.com

     *Proposed counsel to George L. Miller, Chapter 7 Trustee*