# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 243, 279 & 284** |

### NOTICE OF FILING OF REVISED FORM OF ORDER GRANTING HPS INVESTMENT PARTNERS, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that, on August 20, 2024, HPS Investment Partners, LLC (the "Agent"), filed *HPS Investment Partners, LLC's Motion for Relief from the Automatic Stay* [Docket No. 243] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached as **Exhibit A** thereto was a proposed form of order granting the relief requested in the Motion (the "Original Proposed Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

RLF1 31394515v.1

PLEASE TAKE FURTHER NOTICE that pursuant to the *Notice of Motion and Hearing* filed with the Motion, objections to the Motion were to be filed by no later than August 28, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that, prior to the Objection Deadline, (i) The Directors Guild of America, Inc. ("DGA"), Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), Writers Guild of America, West, Inc. ("WGA" and collectively with DGA and SAG-AFTRA, the "Guilds") filed the *Reservation of Rights by Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, Writers Guild of America, West, Inc., and Their Respective Pension and Health Plans to HPS Investment Partners, LLC's Motion for Relief From the Automatic Stay* [Docket No. 279] (the "Guild ROR"), and (ii) Chicken Soup for the Soul, LLC ("CSS") filed the *Limited Objection of Chicken Soup for the Soul, LLC to HPS Investment Partners, LLC's Motion for Relief From Automatic Stay* [Docket No. 284] (the "CSS Limited Objection").

PLEASE TAKE FURTHER NOTICE that the Agent has prepared a revised version of the Original Proposed Order (the "Revised Proposed Order") to (i) resolve the Guild ROR, and (ii) include the reservation of rights language requested by CSS in the CSS Limited Objection in an attempt to resolve the CSS Limited Objection or at least narrow what remains at issue. The Revised Proposed Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a blackline of the Revised Proposed Order marked against the Original Proposed Order.

PLESE TAKE FURTHER NOTICE that the Revised Proposed Order has been circulated to George L. Miller, as chapter 7 trustee (the "Chapter 7 Trustee") of the estates of the

2

above-captioned debtors, and the Chapter 7 Trustee does not object to entry of the Revised Proposed Order.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion and entry of the Revised Proposed Order is scheduled to be held on **September 4, 2024 at 2:00 p.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable Mary F. Walrath at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, to the extent the Agent makes further revisions to the Revised Proposed Order prior to the Hearing, the Agent will present a further blacklined copy to the Court either at or before the Hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 4, 2024
Wilmington, Delaware

/s/ *Emily R. Mathews*

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Emily R. Mathews (No. 6866)
Alexander R. Steiger (No. 7139)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Fax:             (302) 651-7701
Email:         collins@rlf.com
                    silberglied@rlf.com
                    mathews@rlf.com
                    steiger@rlf.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Matthew Brod (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Fax:             (212) 530-5219
Email:         ddunne@Milbank.com
                    mbrod@Milbank.com

Andrew M. Leblanc (admitted *pro hac vice*)
Danielle Lee Sauer (admitted *pro hac vice*)
**MILBANK LLP**
1850 K Street, N.W.
Suite 1100
Washington, DC 20006
Telephone:   (202) 835-7500
Fax:             (202) 263-7586
Email:         aleblanc@Milbank.com
                    dlee@Milbank.com

*Co-Counsel to HPS Investment Partners*