Chicken Soup for the Soul Entertainment, Inc. 24-11442

September 4, 2024 at 2:00 PM

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| David | Ahdoot | Bush Gottlieb, a law corporation | Guilds and affiliated funds | 24-11442-MFW | Video and Audio |
| Michael | Berg | Foley & Lardner LLP | Grove Street LLC | 24-11442-MFW | Audio Only |
| Matthew | Brod | Milbank LLP | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Joshua | Brooks | Landis Rath & Cobb LLP | Kroger Co. | 24-11442-MFW | Video and Audio |
| Ryan | Carreon | Morris James LLP | Alex Golden | 24-11442-MFW | Video and Audio |
| John | Carroll | Cozen O&#039;Connor | George L. Miller, Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Sophie | Churchill | Morris Nichols Arsht & Tunnell | MidCap Financial Trust | 24-11442-MFW | Video and Audio |
| Mark | Collins | Richards, Layton & Finger, P.A. | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Donald | Detweiler | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Katherine | Dolan | Chicken Soup for the Soul, LLC | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Amanda | Edwards | Chicken Soup for the Soul, LLC | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Scott | Flaherty | | | 24-11442-MFW | Audio Only |
| Cindy | Giobbe | Womble Bond | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Philippe | Guelton | | Philippe Guelton | 24-11442-MFW | Video and Audio |
| Cathy | Hinger | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| William | Homony | Miller Coffey Tate LLP | Miller Coffey Tate LLP | 24-11442-MFW | Video and Audio |
| Stephan | Hornung | Morgan, Lewis & Bockius LLP | Paramount Global | 24-11442-MFW | Video and Audio |
| Susan | Kaufman | Law Office of Susan E. Kaufman, LLC | Guilds and Affiliated Funds | 24-11442-MFW | Video and Audio |
| Timothy | Keating | PRO SE EMPLOYEE | MYSELF PRO SE | 24-11442-MFW | Video and Audio |
| Andrew | Kotliar | | | 24-11442-MFW | Audio Only |
| Jane | Leamy | Office of the U.S. Trustee | U.S. Trustee | 24-11442-MFW | Video and Audio |
| Andrew | Leblanc | Milbank | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Richard | Levy | Pryor Cashman LLP | | 24-11442-MFW | Audio Only |
| Peter | M Graham | 120dB Films | 120dB Films | 24-11442-MFW | Video and Audio |
| Francis | Majorie | | | 24-11442-MFW | Video and Audio |
| Emily | Mathews | Richards, Layton & Finger | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Frank | Merola | Paul Hastings LLP | MidCap Financial Trust | 24-11442-MFW | Video and Audio |
| George | Miller | | George L. Miller, Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Eric | Monzo | Morris James LLP | Alex Golden | 24-11442-MFW | Video and Audio |
| Thomas | Murphy | Grove street Funding, Inc. | | 24-11442-MFW | Video and Audio |
| James | O'Neill | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Richard | Pachulski | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Alexey | Pazukha | HPS Investment Partners | HPS Investment Partners | 24-11442-MFW | Video and Audio |

Chicken Soup for the Soul Entertainment, Inc. 24-11442

September 4, 2024 at 2:00 PM

| | | | | | |
|---|---|---|---|---|---|
| Mark | Pfeiffer | Buchanan Ingersoll & Rooney PC | Albertsons Companies, Inc. | 24-11442-MFW | Video and Audio |
| Claire | Rauscher | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Reorg | Research | Reorg Research | | 24-11442-MFW | Audio Only |
| William | Rouhana | Chicken Soup for the Soul, LLC | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Dani | Sauer | Milbank | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Richard | Schepacarter | Office of the United States Trustee | U.S. Trustee | 24-11442-MFW | Video and Audio |
| Russell | Silberglied | Richards, Layton & Finger | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| James | Tobia | The Law Office of James Tobia, LLC | Josh Pomer Films | 24-11442-MFW | Video and Audio |
| Matthew | Tomlin | Miller Coffey Tate LLP | MCT | 24-11442-MFW | Video and Audio |
| Nichole | Wilcher | Womble Bond | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 24-11442-MFW | Audio Only |