# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE: CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.

| | |
|---|---|
| § § § § | CHAPTER 7 |
| DEBTOR(S)            § | CASE NO.: 24-11442 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

     Now comes City of Grandview, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case.  City of Grandview filed its secured claim on or about September 5th, 2024, in the amount of $168.41, which claim is designated as claim number <u>277</u> on the claims register.  Therefore, Dallas County hereby withdraws its claim <u>277</u>.

## CERTIFICATE OF SERVICE

I hereby certify that on ___5th___ day of _September _, 2024, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

By: <u>/s/ John K. Turner</u>
John K. Turner, Attorney
Texas Bar No. 00788563