**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 7** |
| **CHICKEN SOUP FOR THE SOUL** | ) | **Case No. 24-11442 (MFW)** |
| **ENTERTAINMENT, INC.** *et al.*, | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: D.I. 327 |
| | ) | |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF
DOLLAR GENERAL CORPORATION'S MOTION FOR ENTRY OF
AN ORDER MODIFYING THE AUTOMATIC STAY PURSUANT TO
11 U.S.C. §§ 105(A) AND 362(d) TO PERMIT DOLLAR GENERAL
CORPORATION TO REMOVE KIOSKS AND DISPOSE OF KIOSKS
AND THEIR CONTENTS**

**PLEASE TAKE NOTICE** that, on September 13, 2024, Dollar General Corporation filed the *Motion of Dollar General Corporation for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Dollar General Corporation to Remove Kiosks and Dispose of Kiosks and Their Contents* (the "Motion")[D.I. 327].

**PLEASE TAKE FURTHER NOTICE** that Dollar General Corporation hereby files the attached proposed redacted version of the Motion, attached hereto as **Exhibit A**.

Dated: September 13, 2024.

                                  Respectfully Submitted,

                                  /s/ Peter C. Hughes
                                  Peter C. Hughes
                                  Dilworth Paxson LLP
                                  800 King Street, Suite 202
                                  Wilmington, DE 19801
                                  Tel: 215.575.7000
                                  Email: phughes@dilworthlaw.com

#124602151v1

-and-

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr. (admitted *pro hac vice*)
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel:    615.465.6000
Email: phillip@thompsonburton.com

Counsel for Dollar General Corporation

#124602151v1