IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al*[1],<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered)<br><br>Related Doc. No.  239, 332 |

### ORDER GRANTING APPLICATION OF CHAPTER 7 TRUSTEE, GEORGE L. MILLER  TO EMPLOY COZEN O'CONNOR AS COUNSEL TO THE TRUSTEE NUNC PRO TUNC TO JULY 16, 2024

Upon consideration of the Application of Chapter 7 Trustee, George L. Miller (the "Trustee"),[2] to Employ Cozen O'Connor ("Cozen O'Connor") as Counsel to the Trustee *Nunc Pro Tunc* as of July 16, 2024 (the "Application") for the estates of the above-captioned Debtors (the "Debtors" or "Estates"), and pursuant to the Declaration of John T. Carroll, III (the "Declaration") in support of the Application; and the Court being satisfied that (i) Cozen O'Connor is disinterested as that term is defined in § 101(14) of the Bankruptcy Code and does not hold or represent any interest adverse to the Estates, (ii) that retention of Cozen O'Connor as general bankruptcy counsel for Trustee is necessary and in the best interest of the Estates; (iii) appropriate notice of the Application has been given; and (iv) sufficient cause appears therefore,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Chicken Soup for the Soul Entertainment, Inc. (0811); 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150): Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Ventures, LLC (2466); Screen Media Films, LLC; TOFG LLC (0508).
[2]   Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Application.

LEGAL\72144381\1

IT IS ORDERED THAT:

1. The Application is approved, as set forth herein.

2. Pursuant to § 327(a) of the Bankruptcy Code, the Trustee is hereby authorized to employ and retain Cozen O'Connor as counsel to the Trustee in the above-captioned Bankruptcy Cases, *nunc pro tunc* as of July 16, 2024.

3. Cozen O'Connor shall file applications and be compensated and reimbursed for expenses in accordance with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

Dated: September 16th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE