IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | \* | Case No. 24-11442-TMH |
| | | |
| **CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.,** *et al.,* | \* | Jointly Administered |
| Debtors. | \* | (Chapter 7) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**APPLICATION TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

I, Emily K. Devan, an attorney with the law firm of Miles & Stockbridge, P.C., respectfully request the approval of this Court to appear in the above-captioned cases on behalf of AFCO Credit Corporation, pursuant to Rule 9010-1(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

Local Rule 9010-1(e)(ii) provides that: "Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court." I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. My office is located in Baltimore, Maryland, at the address indicated below.

I respectfully request that the Court enter the proposed order, attached hereto as **Exhibit A**, approving my appearance in these proceedings pursuant to Local Rule 9010-1(e)(ii).

Dated: September 16, 2024         Respectfully submitted,

/s/ Emily K. Devan
Emily K. Devan, DE Bar No.: 6104
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, Maryland 21202
Tel: (410) 385-3413
Fax: (410) 385-3700
Email: edevan@milesstockbridge.com

*Counsel for AFCO Credit Corporation*

G1540\000040\4865-2758-2437.v1