IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | * | Case No. 24-11442-TMH |
| **CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.,** *et al.*, | * | Jointly Administered |
| Debtors. | * | (Chapter 7) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING APPLICATION TO APPEAR**
**PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

Upon the application of Emily K. Devan of Miles & Stockbridge, P.C. to appear in the above-captioned case on behalf of AFCO Credit Corporation pursuant to Rule 9010-1(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby

ORDERED, that Emily K. Devan may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).

**Dated: September 17th, 2024**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

G1540\000040\4858-5800-1125.v1