# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Chicken Soup for the Soul Entertainment, Inc. *et al.*, | : | Case No. 24-11442 (MFW) |
| | : | |
| Debtor. | : | |

## NOTICE OF WITHDRAWAL OF D.I. 323

Dollar General Corporation ("DG" or "Movant") hereby gives notice of its withdrawal, without prejudice, of its Motion for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Dollar General Corporation to Remove Kiosks and Dispose of Kiosks and Their Contents [D.I. 323](the "Sealed Motion"). The originally filed Sealed Motion had erroneously omitted a part of the pleading. The Sealed Motion has been re-filed at D.I. 327.

Dated: September 17, 2024

/s/ Peter C. Hughes

**DILWORTH PAXSON LLP**

-and-

Phillip G. Young, Jr. (admitted *pro hac vice*)
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6000
Email: phillip@thompsonburton.com

*Counsel for Dollar General Corporation*

#124602443v1