# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>Jointly Administered<br><br>Re: D.I. ____ |

**ORDER LIFTING THE AUTOMATIC STAY FOR VANTIVA SUPPLY CHAIN SOLUTIONS, INC. AND VANTIVA SCS NASHVILLE, LLC TO DISPOSE OR SELL OF PRODUCTS AND RELATED MATERIALS**

Upon the Motion of Vantiva Supply Chain Solutions, Inc. and Vantiva SCS Nashville, LLC (collectively, "***Vantiva***") for an Order lifting the automatic stay to allow Vantiva to sell or dispose of DVDs and related products; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807, and the Chapter 7 Trustee's service address is George L. Miller, as Chapter 7 Trustee, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110.

being a core proceeding in accordance with 28 U.S.C. 157(b)(2)(A), (G), and (O); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and this Court having found and determined that (i) the relief sought in the Motion is warranted and is in accordance with Section 362 of the Bankruptcy Code, and (ii) the legal and factual bases set forth in the Motion establish sufficient good cause for the relief granted herein; and after due deliberation,

It is hereby ORDERED as follows:

1. The Motion is **GRANTED** as set forth below.

2. The automatic stay of 11 U.S.C. § 362 is lifted to allow Vantiva to dispose of the DVDs and Materials (each as defined in or described in the Motion), including by sale, and including with respect to Vantiva's destruction of any master copies of any media provided by Screen Media (or any other debtor) held by Vantiva or any of its affiliates in order to produce any such DVDs or related products for Screen Media.

3. Vantiva is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. The 14-day stay under Bankruptcy Rule 4001(a)(3) is waived.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4863-4144-9702