IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>Jointly Administered<br><br>**Objections due by: October 2, 2024 at 4:00 p.m. (ET)**<br><br>**Hearing Date: October 9, 2024, 2024 at 2:00 p.m. (ET)** |

### NOTICE OF (I) MOTION OF VANTIVA SUPPLY CHAIN SOLUTIONS, INC. AND VANTIVA SCS NASHVILLE, LLC FOR AN ORDER LIFTING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 105(A) AND 362(D) TO PERMIT DISPOSAL OR SALE OF PRODUCTS AND RELATED MATERIALS, (II) OBJECTION DEADLINE, AND (III) HEARING

**PLEASE TAKE NOTICE** that on September 18, 2024, Vantiva Supply Chain Solutions, Inc. and Vantiva SCS Nashville, LLC (collectively, "***Vantiva***") filed their Motion for an Order Lifting the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Disposal or Sale of Products and Related Materials (the "***Motion***") with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the Court to consider your views regarding the Motion, you must file a written response on or before **October 2, 2024 at 4:00 p.m. (ET)** (the "***Objection Deadline***") with the Bankruptcy Court, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801.  At the same time, you must serve a

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC  (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807, and the Chapter 7 Trustee's service address is George L. Miller, as Chapter 7 Trustee, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110.

copy of any response upon undersigned counsel so as to be actually received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if a response is properly and timely filed in accordance with the above procedures, a hearing on the Motion will be held on **October 9, 2024 at 2:00 p.m. (ET)** before the Honorable Mary Walrath, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. Only those responses made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

Dated: September 18, 2024

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**

        */s/ Mark I. Duedall*
        Mark I. Duedall (No. 3346)
        Monarch Plaza
        3414 Peachtree Road, N.E., Suite 1500
        Atlanta, Georgia 30326
        Telephone:    (404) 443-6774
        Facsimile:    (404) 221-6501
        Email: mduedall@bakerdonelson.com

        *Counsel for Vantiva Supply Chain Solutions, Inc.*
        *and Vantiva SCS Nashville, LLC*