**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 4, 2024, at 4:00 p.m. (Eastern Time)**<br>**Hearing Date: October 23, 2024, at 2:00 p.m. (Eastern Time)** |

**MOTION OF EG RETAIL (AMERICA), LLC FOR ENTRY OF AN ORDER
MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C §§ 105(a) AND 362(d)
TO PERMIT EG RETAIL (AMERICA), LLC TO REMOVE AND DISPOSE OF KIOSKS**

PLEASE TAKE NOTICE that on September 20, 2024, E.G. Retail (America), LLC ("**EG America**") filed the *Motion of EG Retail (America), LLC for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit EG Retail (America), LLC to Remove and Dispose of Kiosks* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion, must be filed on or before **October 4, 2024, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that at the same time, you must serve a copy of the response on the undersigned counsel so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **October 23, 2024, at 2:00 p.m. (Eastern Time)** before the Honorable Mary F. Walrath, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE,

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 20, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

_/s/ Mark L. Desgrosseilliers_

Robert A. Weber (No. 4013)
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email: weber@chipmanbrown.com
      desgross@chipmanbrown.com

—and—

**SQUIRE PATTON BOGGS (US) LLP**
Christopher J. Giaimo
2550 M Street, NW
Washington, DC 20037
Telephone:    (202) 457-6000
Facsimile:    (202) 451-6315
Email: christopher.giaimo@squirepb.com

Justin Cloyd
201 East Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone:    (513) 361-1200
Facsimile:    (513) 361-1201
Email: justin.cloyd@squirepb.com

_Counsel for EG Retail (America), LLC_

4887-6186-1607, v. 1