# EXHIBIT C

## (Email)

**Cloyd, Justin**

| | |
|---|---|
| **From:** | Lou Occhicone <locchicone@chickensoupforthesoul.com> |
| **Sent:** | Friday, May 31, 2024 1:57 PM |
| **To:** | Giaimo, Christopher J.; William Rouhana |
| **Cc:** | David Allen; Djordjevic, Gregory C.; George Latzo; Philippe Guelton (Crackle.com); Jeff Jopa; Amanda Edwards; Katherine Dolan |
| **Subject:** | [EXT] Re: EG America Demand Letter |

Hi Chris:

I hope this email finds you well.

We are close to securing new financing and ask for a little more time so we can finalize.

We truly appreciate EG America's patience and understanding.

Best,

Lou

---
**Lou Occhicone**
SVP, Business Affairs & Distribution
*Chicken Soup for the Soul Entertainment*
Office: 203.861.4000

---

**From:** Giaimo, Christopher J. <christopher.giaimo@squirepb.com>
**Date:** Friday, May 31, 2024 at 1:47 PM
**To:** Lou Occhicone <locchicone@chickensoupforthesoul.com>, William Rouhana <wrouhana@chickensoupforthesoul.com>
**Cc:** David Allen <David.Allen@eg-america.com>, Djordjevic, Gregory C. <gregory.djordjevic@squirepb.com>, George Latzo <GLatzo@redbox.com>, Philippe Guelton (Crackle.com) <Philippe_Guelton@crackle.com>, Jeff Jopa <Jjopa@redbox.com>, Amanda Edwards <amanda@chickensoupforthesoul.com>, Katherine Dolan <kdolan@chickensoupforthesoul.com>
**Subject:** RE: EG America Demand Letter

Dear Mr. Occhicone,

We have not received any further response to the demand letter.  Unless we hear otherwise, we will assume that no resolution is forthcoming and will proceed accordingly.

Regards,

Chris



**Christopher J. Giaimo**
Partner
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

T  +1 202 457 6461
O  +1 202 457 6000
F  +1 202 457 6315
M  +1 443 254 5774

**christopher.giaimo@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

---

**From:** Lou Occhicone <locchicone@chickensoupforthesoul.com>
**Sent:** Friday, May 17, 2024 12:20 PM
**To:** Giaimo, Christopher J. <christopher.giaimo@squirepb.com>; William Rouhana <wrouhana@chickensoupforthesoul.com>
**Cc:** David Allen <David.Allen@eg-america.com>; Djordjevic, Gregory C. <gregory.djordjevic@squirepb.com>; George Latzo <GLatzo@redbox.com>; Philippe Guelton (Crackle.com) <Philippe_Guelton@crackle.com>; Jeff Jopa <Jjopa@redbox.com>; Amanda Edwards <amanda@chickensoupforthesoul.com>; Katherine Dolan <kdolan@chickensoupforthesoul.com>
**Subject:** [EXT] Re: EG America Demand Letter

Dear Mr. Giaimo:

I hope this emails finds you well.

I am confirming receipt of attached.

We will review and follow-up shortly.

Best,

Lou

---
**Lou Occhicone**
SVP, Business Affairs & Distribution
*Chicken Soup for the Soul Entertainment*
Office: 203.861.4000

---

**From:** Giaimo, Christopher J. <christopher.giaimo@squirepb.com>
**Date:** Thursday, May 16, 2024 at 4:49 PM
**To:** William Rouhana <wrouhana@chickensoupforthesoul.com>, Lou Occhicone <locchicone@chickensoupforthesoul.com>
**Cc:** David Allen <David.Allen@eg-america.com>, Djordjevic, Gregory C. <gregory.djordjevic@squirepb.com>
**Subject:** EG America Demand Letter

Dear Messrs. Rouhana and Occhicone,

I have attached a demand letter on behalf of EG Retail (America), LLC.

Your immediate attention to this matter is recommended.

Regards,

Chris



**Christopher J. Giaimo**
Partner
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

T  +1 202 457 6461
O  +1 202 457 6000
F  +1 202 457 6315
M  +1 443 254 5774

**christopher.giaimo@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram


Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US