# EXHIBIT D

**(*Proposed* Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No.** |

**ORDER GRANTING MOTION OF EG RETAIL (AMERICA), LLC
FOR AN ORDER MODIFYING THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C §§ 105(A) AND 362(D) TO PERMIT
EG RETAIL (AMERICA), LLC TO REMOVE AND DISPOSE OF KIOSKS**

Upon the *Motion of EG Retail (America), LLC for Relief from the Automatic Stay* (the "**Motion**"), filed by EG America (Retail), LLC ("**EG America**"), for entry of an order (this "**Order**") (a) modifying the automatic stay pursuant to 11 U.S.C. § 362(d) in order to allow EG America to dispose of the Kiosks remaining on its property in a manner and in accordance with EG America's sole discretion after seven (7) days of the entry of this Order granting the requested relief, (b) waiving the 14-day stay pursuant to Bankruptcy Rule 4001(a)(3), and (c) granting such other and further relief as the Court may deem just, equitable, and proper; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

is proper pursuant to 28 U.S.C. § 1409; and the Court having found that EG America's notice of the Motion was appropriate under the circumstances and no other notice need to be provided; and upon consideration of the Motion and any responses thereto,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to 11 U.S.C. § 362(d)(1), the Court finds there is sufficient cause to modify the automatic stay to allow EG America to dispose of the Kiosks in a manner determined by its sole discretion that remain on EG America's premises more than seven (7) days after entry of this Order.

3. The 14-day stay under Bankruptcy Rule 4001(a)(3) is waived.

4. EG America is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Notice of the Motion was provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and Local Rules are satisfied by such notice.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4875-5769-3414, v. 1