IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,<br><br>        Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF ELECTION OF WS PICTURES LICENSING, LLC
UNDER 11 U.S.C. § 365(n) TO RETAIN ITS RIGHTS AS LICENSEE
UNDER A REJECTED INTELLECTUAL PROPERTY LICENSE**

WS Pictures Licensing, LLC ("**WS**") hereby files this notice of its election, pursuant to Section 365(n)(1)(B) of Title 11 of the United States Code (the "**Bankruptcy Code**"), to retain its rights as a licensee of intellectual property under that certain License and Distribution Agreement by and among WS, as "Licensee," and debtors Screen Media Ventures, LLC, TOFO LLC, and Halcyon Television, LLC (collectively, the "**Debtors**"), as "Licensor," dated as of April 16, 2024 (the "**Agreement**"). Pursuant to the Agreement, WS licensed from the Debtors certain "Rights" to commercially exploit certain "Pictures" identified on Schedule A to the Agreement on certain "Digital Platforms" in specific territories and for a specific term. In support of its election, WS states as follows:

1. The Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on June 29, 2024. Less than two weeks later, on July 10, 2024, the cases were converted to Chapter 7 of the Bankruptcy Code [D.I. 120] and the Trustee was appointed. [D.I. 130]. On September 10, 2024, the Agreement, which is an executory contract under which the Debtors are licensors of Rights in Pictures that constitute intellectual property, was deemed rejected by operation of Section 365(d)(1) of the Bankruptcy Code.

{C1328851.1 }                            1

2. As such, WS hereby elects, pursuant to Section 365(n)(1)(B) of the Bankruptcy Code, to retain its rights under the Agreement, including its rights to enforce the exclusivity provisions of the Agreement, its rights under any agreement supplementary to the Agreement, and its Rights in the Pictures for the duration of the Agreement and any period for which the Agreement may be extended by WS as of right under applicable nonbankruptcy law.

3. WS hereby reserves its rights under Section 365(n)(3)(A) of the Bankruptcy Code to make a written request on the Trustee for any intellectual property still in the possession of the Debtors or the Trustee to which WS is entitled under the Agreement or any agreement supplementary to the Agreement.

Dated: September 20, 2024

Respectfully submitted,

**CAMPBELL & LEVINE, LLC**

*/s/ Katherine L. Hemming*
Marla Rosoff Eskin (DE No. 2989)
Katherine L. Hemming (DE No. 5496)
222 Delaware Ave, Suite 1620
Wilmington, DE 19801
(302) 426-1900
khemming@camlev.com

-and-

W. Timothy Miller (OH No. 0059952)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838
miller@taftlaw.com

*Counsel for WS Pictures Licensing, LLC*