## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.,*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 284, 285, 305 & 354 |

### ORDER GRANTING CHICKEN SOUP FOR THE SOUL, LLC'S MOTION TO FILE UNDER SEAL EXHIBITS A AND B TO LIMITED OBJECTION OF CHICKEN SOUP FOR THE SOUL, LLC TO HPS INVESTMENT PARTNERS, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the motion (the "Motion")[2] of Chicken Soup for the Soul, LLC ("CSS") for an order pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the filing under seal of Exhibits A and B to the *Limited Objection of Chicken Soup for the Soul, LLC to HPS Investment Partners, LLC's Motion for Relief from Automatic Stay* [Docket Nos. 284 & 285] (the "Limited Objection"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue is

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion was appropriate under the circumstances; and it appearing that there is good and sufficient cause for the relief set forth in this Order; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED, DECREED AND ADJUDGED THAT:

1. The Motion is hereby granted.

2. Pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Bankruptcy Rule 9018-1, CSS is authorized to file Exhibits A and B to the Limited Objection under seal.

3. Exhibits A and B to the Limited Objection shall remain confidential, protected under seal, and not made publicly available to any person or entity other the Court, the Chapter 7 Trustee, the U.S. Trustee, and counsel to HPS, unless otherwise ordered by the Court. All parties receiving Exhibits A and B to the Limited Objection shall maintain their confidentiality, including in connection with any pleadings filed with this Court.

4. CSS is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: September 23rd, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

WBD (US) 4857-6403-9903v2