**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 344** |

**OBJECTION AND RESERVATION OF RIGHTS OF CAPELLA INTERNATIONAL INC. REGARDING DJCTM LENDING LLC'S PURPORTED 365(N) ELECTION AND RELATED DEMANDS**

Capella International Inc. ("Capella"), a secured creditor of certain of the Debtors, including Screen Media Ventures, LLC ("Screen Media"), files this objection and reservation of rights ("Reservation of Rights") to the *Statement of DJCTM Lending, LLC (I) Electing to Retain its Rights as Licensee Under a Rejected Intellectual Property License Agreement With Debtor Screen Media Ventures, LLC, Licensor, Pursuant to Under (sic) Section 365(n) of the Bankruptcy Code, and (II) Demanding the Chapter 7 Trustee's Compliance with and Performance of the Licensor's Obligations under Section 365(n) of the Bankruptcy Code* [D.I. 344] and respectfully states as follows:

1. Capella files this Reservation of Rights to reserve all rights with respect to the DJCTM Lending, LLC License Agreement, and the DJCTM Lending Statement of Election under 365(n), including, but not limited to, the right to assert that the DJCTM Lending license was void *ab initio* as violative of the restraining order described below.

2. In 2012, Screen Media commenced a lawsuit against its licensor Capella regarding a nine (9) picture film distribution agreement, the anchor film being *Austin Powers: International Man of Mystery*. Capella countersued for damages and a declaratory judgment.

3. After eleven (11) years of litigation, the Supreme Court of the State of New York (New York County) (Borrok, J.) threw out Screen Media's lawsuit in its entirety and granted summary judgment to Capella on liability on its claims and further ordered that a Judicial Hearing Officer or Special Referee shall be designated to determine Capella's damages. The Decision + Order on Motion of this Court (Borrok, J.), entered on or about January 17, 2023 (the "Decision + Order") is annexed hereto as **Exhibit A**. This Decision + Order was unanimously affirmed on appeal.

4. On or about October 30, 2023, the State Court issued a Decision + Order granting a restraining order against Screen Media pursuant to New York's CPLR 5229. **Exhibit B**.

5. During Screen Media's appeal of the restraining order, the parties agreed on a clarification to allow Screen Media to engage in "normal course of business" transactions with its assets. The So-Ordered Stipulation is annexed as **Exhibit C** (**Exhibits B and C** are collectively, the "Capella Restraining Order").

6. At the time of the filing of the petition, Capella and Screen Media were wrapping up the damages trial – after Mr. Rouhana had just refused to testify regarding any Screen Media licensing transactions and the Capella Restraining Order.

7. The pre-petition "License Agreement" described in the DJCTM Lending 365(n) Election is violative of the Capella Restraining Order and therefore would have been void, pre-petition. In fact, the DJCTM Lending License Agreement substantively looks like a disguised loan, using the Screen Media assets as security – this, too, would violate the Capella Restraining Order.

8. Screen Media's principals, including Willaim Rouhana and David Fannon, and their lawyers were all aware of the Capella Restraining Order at the time of the DJCTM Lending License Agreement.

9. Accordingly, Capella respectfully reserves all its rights to object to DJCTM Lending's 365(n) election and to argue that the DJCTM Lending Licensee Agreement violates the Capella Restraining Notice and therefore is void.

10. Capella additionally requests that DJCTM Lending provide: the complete "License Agreement," including schedules and exhibits thereto, proof of payment, and any related agreements, including, the Sales Agent Agreement with Ascending Media Group

Dated: September 25, 2024

**ESBROOK P.C.**
*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel. (302) 650-7540
Email: scott.leonhardt@esbrook.com

**LEBOWITZ LAW OFFICE LLC**
Marc A. Lebowitz
Admitted *Pro Hac Vice*
103 Banks Lane
Clermont, NY 12526
Tel. (518) 537-3399
marc@lebolaw.com

*Counsel for Capella International, Inc.*