**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>Debtors.¹ | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF RICHARD M. PACHULSKI**
**IN SUPPORT OF (I) APPLICATION OF THE STRATEGIC REVIEW**
**COMMITTEE AND THE DEBTORS FOR AUTHORIZATION TO EMPLOY AND**
**RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS CHAPTER 11 COUNSEL**
**EFFECTIVE AS OF JUNE 28, 2024 THROUGH AND INCLUDING JULY 10, 2024 AND**
**(II) APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER**
**AUTHORIZING THE RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP**
**AS SPECIAL LITIGATION AND TRANSACTIONAL COUNSEL TO THE CHAPTER 7**
**TRUSTEE EFFECTIVE AS OF JULY 11, 2024**

I, Richard M. Pachulski, Esquire, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), with an office address of 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067. I am duly admitted to practice law in the State of California and have been admitted *pro hac vice* in these cases.

2. On August 12, 2024, the Strategic Review Committee (the "SRC") of the above captioned debtors (the "Debtors") then chapter 11 debtors (the "Chapter 11 Debtors") and the Chapter 11 Debtors filed the *Application of the Strategic Review Committee and the Debtors for*

---

¹ The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

*Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 through and including July 10, 2024* [Docket No. 226] (the "<u>Chapter 11 Retention Application</u>").

3. Also on August 12, 2024, the Chapter 7 Trustee appointed in the Debtors' cases filed the *Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024* [Docket No. 225] (the "<u>Chapter 7 Retention Application</u>" and, together with the Chapter 11 Retention Application. the "<u>Applications</u>").

4. My declarations in support of the Applications (the "<u>Initial Pachulski Declarations</u>") were attached to the Applications. In connection with the Applications, I submit this supplemental declaration (this "<u>Supplemental Declaration</u>") to provide additional disclosures in response to a request made by the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>") and in accordance with Bankruptcy Rules 2014(a) and 2016(b).

5. Except as otherwise indicated in this Supplemental Declaration, all facts stated in this Supplemental Declaration are based on personal knowledge, information learned from my review of relevant documents, and information supplied to me by PSZJ's partners or employees. If called upon to testify, I could and would testify on that basis.

## **Additional Disclosures**

6. In connection with the Applications, PSZJ initially ran a conflict check based on the information provided by the Debtors' proposed claims agent, Kroll, which information PSZJ understands Kroll obtained from Reed Smith LLP, as to the interested parties in the cases, as reflected on Schedule 1 to the Initial Pachulski Declarations, which did not include certain members of the Board. Subsequently, PSZJ ran a supplemental conflict check to include all

members of the Board, including the members of the SRC at different points in time, and has determined that PSZJ does not and has not represented any of the Board members and no potential or actual conflicts exist.[2]

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 1, 2024                                        */s/ Richard M. Pachulski*
                                                                                    Richard M. Pachulski

---

[2] The Board members that were not previously set forth on Schedule 1 to the Initial Pachulski Declarations, which have been searched are Bart Schwartz, Josh Mandel, Steven Goldsmith, and John T. Young, Jr.