IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC. *et al.*,[2]<br><br>Debtors. | ) Chapter 7<br>)<br>) Case No. 24-11442 (MFW)<br>)<br>) (Jointly Administered)<br>)<br>) |

### NOTICE OF MOTION OF BUNGALOW MEDIA LLC TO COMPEL TRUSTEE TO REJECT DISTRIBUTORSHIP AGREEMENT AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that on the date hereof, Movant, Bungalow Media, LLC ("Movant") filed the *Motion to Compel Trustee to Reject Distributorship Agreement and for Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before October 16, 2024, at 4:00 p.m. (ET) (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by undersigned counsel to Movant, Hogan McDaniel, 1311 Delaware Avenue, Wilmington, DE, 19806, Attn: Garvan F. McDaniel (gfmcdaniel@dkhogan.com).

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL TAKE PLACE ON OCTOBER 23, 2024, AT 2:00 P.M. (ET) BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUTPCY JUDGE FOR THE DISTRICT OF DELAWARE, AT 824 MARKET STREET, 5th FLOOR, COURTROOM #4, WILMINGTON, DELAWARE, 19801.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 1, 2024                                             */s/ Garvan F. McDaniel*
                                                                                   Garvan F. McDaniel (DE Bar No. 4167)

---

[2] The Debtors in these Chapter 7 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc.(4038); CCSESID, LLC (7150); Digital Media Enterprises LLC; Halycon Studios, LLC (3312); Halycon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085);Redbox Holdings, LLC *7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.