**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2024, a true and correct copy of the foregoing *Motion to Compel Trustee to Reject Distributorship Agreement and for Related Relief* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 7 cases.

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No. 4167)