# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 363** |

## ORDER GRANTING MOTION OF BONDIT LLC FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT BONDIT TO EXERCISE RIGHTS AND REMEDIES

Upon consideration of the *Motion of BondIt LLC for Relief from The Automatic Stay to Permit BondIt to Exercise Rights and Remedies* (the "Motion")[2]; and the Court, having found that notice of the Motion and of the hearing on the Motion was timely, proper and adequate under all applicable rules of procedure; and the Court, having found that cause exists under 11 U.S.C. § 362(d)(1); it is hereby ORDERED, that:

1. The Motion is GRANTED.

2. BondIt is authorized to foreclose upon, and sell or otherwise liquidate the Collateral in accordance with the applicable non-bankruptcy law and to apply such proceeds in satisfaction of BondIt's secured claim pursuant to the Loan Agreement.

3. BondIt is further authorized to exercise such other rights and remedies with respect to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508) (collectively, the "Debtors"). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized terms used but not defined herein are defined in the Motion.

Collateral to which it is entitled under applicable law and the Loan Agreement, including to terminate the Distribution Agreement.

4. The motion picture included within the Collateral was produced subject to various collective bargaining agreements, and security agreements, liens, and/or related financial assurances in favor of the Directors Guild of America, Inc., the Screen Actors Guild – American Federation of Television and Radio Artists, and the Writers Guild of America, West, Inc., as applicable (collectively, the "Guild Interests"). This Order is entered without modification, limitation or prejudice to any of the Guild Interests.

5. The Order shall become effective immediately upon entry by the Court and is not subject to the fourteen-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

6. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: October 7th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE