# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 9, 4, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

**CONTINUED MATTERS:**

1.  Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024
    [Filed 8/12/2024; Docket No. 225]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Proposed Order<br>[Filed 8/12/2024; Docket No. 225] |
    | | (b) | Supplemental Declaration of Richard M. Pachulski in Support of (I) Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 through and including July 10, 2024 and (II) Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024<br>[Filed 10/1/2024; Docket No. 367] |
    | Objection Deadline: | | August 28, 2024 at 4:00 p.m. (ET)<br>Extension granted to the Office of the United States Trustee to and including September 6, 2024 |
    | Responses Received: | (c) | Informal response received by the Office of the United States Trustee. The movant has resolved the informal comments received by the Office of the United States Trustee. |
    | | (d) | Omnibus Objection to (I) Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 Through and Including July 10, 2024 and (II) Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024 Filed by Chicken Soup for the Soul, LLC and William Rouhana<br>[Filed 8/28/2024; Docket No. 283] |
    | Status: | | This matter is being continued to a date to be determined. |

2. Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 through and Including July 10, 2024
[Filed 8/12/2024; Docket No. 226]

| | | |
|---|---|---|
| Related Documents: | (a) | Proposed Order<br>[Filed 8/12/2024; Docket No. 226] |
| | (b) | Supplemental Declaration of Richard M. Pachulski in Support of (I) Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 through and including July 10, 2024 and (II) Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024<br>[Filed 10/1/2024; Docket No. 367] |
| Objection Deadline: | | August 26, 2024 at 4:00 p.m. (ET)<br>Extension granted to the Office of the United States Trustee to and including September 6, 2024 |
| Responses Received: | (c) | Informal response received by the Office of the United States Trustee. The movant has resolved the informal comments received by the Office of the United States Trustee. |
| | (d) | Omnibus Objection to (I) Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 Through and Including July 10, 2024 and (II) Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024 Filed by Chicken Soup for the Soul, LLC and William Rouhana<br>[Filed 8/28/2024; Docket No. 283] |
| Status: | | This matter is being continued to a date to be determined. |

**CONCLUDED MATTERS:**

3. Application of Chapter 7 Trustee George L. Miller to Employ Cozen O'Connor as Counsel to the Trustee Nunc Pro Tunc to July 16, 2024
   [Filed 8/16/2024; Docket No. 239]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 9/16/2024; Docket No. 332] |
   | | (b) | Entered Order [Filed 9/16/2024; Docket No. 334] |
   | Objection Deadline: | | September 9, 2024 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court.  This matter is concluded. |

4. Motion of H-E-B, LP for Entry of an Order Modifying, to the Extent Applicable, the Automatic Stay Pursuant to Sections 105(a) and 362(d) of the Bankruptcy Code to Permit H-E-B, LP to Continue to Remove and Dispose of Previously Abandoned Kiosks
   [Filed 8/26/2024; Docket No. 269]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 9/11/2024; Docket No. 319] |
   | | (b) | Entered Order [Filed 9/11/2024; Docket No. 320] |
   | Objection Deadline: | | September 9, 2024 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court.  This matter is concluded. |

5.  Motion of Bondit LLC for Relief from the Automatic Stay to Permit Bondit to Exercise Rights and Remedies
    [Filed 9/25/2024; Docket No. 363]

    Related Documents:   (a)   Certification of Counsel
                               [Filed 10/3/2024; Docket No. 372]

                         (b)   Entered Order
                               [Filed 10/7/2024; Docket No. 375]

    Objection Deadline:        October 2, 2024 at 4:00 p.m. ET

    Responses Received:        None

    Status:                    Order has been entered by the Court. This matter is concluded.

6.  Chicken Soup for the Soul, LLC's Motion to File Under Seal Exhibits A and B to Limited Objection of Chicken Soup for the Soul, LLC to HPS Investment Partners, LLC's Motion for Relief from Automatic Stay
    [Filed 9/3/2024; Docket No. 305]

    Related Documents:   (a)   Certificate of No Objection
                               [Filed 9/20/2024; Docket No. 354]

                         (b)   Entered Order
                               [Filed 9/23/2024; Docket No. 358]

    Objection Deadline:        September 17, 2024 at 4:00 p.m.

    Responses Received:        None

    Status:                    Order has been entered by the Court. This matter is concluded.

7. [SEALED] Motion of Dollar General Corporation for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. Sections 105(a) and 362(d) to Permit Dollar General Corporation to Remove Kiosks and Dispose of Kiosks and Their Contents
[Filed 9/13/2024; Docket No. 327]

    Related Documents:    (a)    [REDACTED] Notice of Filing of Proposed Redacted Version of Dollar General Corporation's Motion for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. Sections 105(a) and 362(d) to Permit Dollar General Corporation to Remove Kiosks and Dispose of Kiosks and Their Contents
[Filed 9/13/2024; Docket No. 330]

    (b)    Certificate of No Objection
[Filed 10/1/2024; Docket No. 365]

    (c)    Entered Order
[Filed 10/1/2024; Docket No. 368]

    Objection Deadline:    September 27, 2024 at 4:00 p.m. ET

    Responses Received:    None

    Status:    Order has been entered by the Court. This matter is concluded.

8. Motion of Dollar General Corporation to File Under Seal Exhibits Associated with its Motion for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. Sections 105(a) and 362(d) to Permit Dollar General Corporation to Remove Kiosks and Dispose of Kiosks and Their Contents
[Filed 9/13/2024; Docket No. 329]

    Related Documents:    (a)    Certificate of No Objection
[Filed 10/1/2024; Docket No. 365]

    (b)    Entered Order
10/1/2024; Docket No. 369]

    Objection Deadline:    September 27, 2024 at 4:00 p.m. ET

    Responses Received:    None

    Status:    Order has been entered by the Court. This matter is concluded.

9.  Motion of Vantiva Supply Chain Solutions, Inc. and Vantiva SCS Nashville, LLC for an Order Lifting the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Disposal or Sale of Products and Related Materials
    [Filed 9/18/2024; Docket No. 338]

    Related Documents:   (a)  Declaration of Christopher Hanewald in support of the Motion of Vantiva Supply Chain Solutions, Inc. and Vantiva SCS Nashville, LLC for an Order Lifting the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Disposal or Sale of Products and Related Materials
    [Filed 9/18/2024; Docket No. 340]

    (b)  Certificate of No Objection
    [Filed 10/3/2024; Docket No. 373]

    (c)  Entered Order
    [Filed 10/7/2024; Docket No. 376]

    Objection Deadline:   October 2, 2024 at 4:00 p.m. ET

    Responses Received:   None

    Status:   Order has been entered by the Court.  This matter is concluded.

10. Motion of Ahold Delhaize USA Services, LLC for Entry of an Order (I) Compelling Abandonment of Debtors' Property; (II) Lifting the Automatic Stay to Permit Ahold Delhaize USA Services, LLC to Terminate Contract and Remove and Dispose of Debtors' Property; and (III) Granting Related Relief
    [Filed 9/19/2024; Docket No. 349]

    Related Documents:   (a)  Certificate of No Objection
    [Filed 10/3/2024; Docket No. 371]

    (b)  Entered Order
    10/7/2024; Docket No. 374]

    Objection Deadline:   October 2, 2024 at 4:00 p.m. ET

    Responses Received:   None

    Status:   Order has been entered by the Court.  This matter is concluded.

LEGAL\73323418\1 6010823/00617521
10/07/2024

Dated:  October 7, 2024
       Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*