# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1] | ) ) ) | Case No. 24-11442 (MFW) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) | **Related to Docket Nos. 225, 226 & 283** |

## NOTICE OF DEPOSITION OF JOHN YOUNG

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, as made applicable to this proceeding pursuant to Rules 7030 and 9014(c) of the Federal Rules of Bankruptcy Procedure, counsel for Chicken Soup for the Soul, LLC ("CSS") and William Rouhana ("Rouhana") shall take the deposition of John Young, former board member of Chicken Soup for the Soul Entertainment Inc. ("CSSE"), in connection with the contested matters relating to the *Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 through and including July 10, 2024* [Docket No. 226] and the *Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024* [Docket No. 225] (the "Applications") and the *Omnibus Objection* to the Applications [Docket No. 283] filed by CSS and Rouhana.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

The deposition shall take place remotely via video platform on **October 30, 2024**, beginning at **10:00 a.m. Eastern Time**, or at such other day and time as counsel may agree.

**PLEASE TAKE FURTHER NOTICE** , with respect to the conduct of the remote deposition, please note the following:

1. Counsel for the parties and their clients, as well as the court reporter, will be participating from various, separate locations;

2. The court reporter will administer the oath to the witness(es) remotely;

3. All participating attorneys must be visible to all other participants, and their statements must be audible to all participants;

4. All exhibits will be provided simultaneously and electronically to the witness and all participants;

5. The court reporter will record the testimony;

6. The deposition may be videotaped;

7. The deposition may be recorded electronically through the use of Realtime or a similar application; and

8. Parties that wish to participate in the deposition should contact Cindy Giobbe at Womble Bond Dickinson (US) LLP at cindy.giobbe@wbd-us.com **no fewer than 24 hours before the start of the deposition** for more information regarding participating remotely in this deposition.

**PLEASE TAKE FURTHER NOTICE** the testimony obtained will be used for all purposes permitted under the Bankruptcy Rules, the Federal Rules, and the Federal Rules of Evidence.

| | |
|---|---|
| Dated: October 18, 2024 | **WOMBLE BOND DICKINSON (US) LLP** |
| | |
| | */s/ Donald J. Detweiler* |
| | Donald J. Detweiler (DE Bar No. 3087) |
| | 1313 North Market Street, Suite 1200 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 252-4320 |
| | Facsimile:  (302) 252-4330 |
| | Email:  don.detweiler@wbd-us.com |
| | |
| | -and- |
| | |
| | Cathy A. Hinger (pro hac vice) |
| | Claire J. Rauscher (pro hac vice) |
| | 2001 K. Street, NW |
| | Suite 400 South |
| | Washington, D.C. 20006 |
| | Telephone: (202) 467-6900 |
| | Facsimile:  (202) 467-6910 |
| | Email:  cathy.hinger@wbd-us.com |
| |         claire.rauscher@wbd-us.com |
| | |
| | *Counsel for Chicken Soup for the Soul, LLC and William Rouhana* |