# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC., *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 23, 2024 AT <u>2:00 P.M.</u> (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH <u>FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801</u>**

THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION/ORDERS ENTERED/ CONCLUDED MATTERS:**

1. Motion of EG Retail (America), LLC for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit EG Retail (America), LLC to Remove and Dispose of Kiosks
   [Filed 9/20/2024; Docket No. 351]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certification of Counsel [Filed 10/7/2024; Docket No. 381] |
   | | (b) | Entered Order [Filed 10/8/2024; Docket No. 382] |
   | Objection Deadline: | | October 4, 2024 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court.  This matter is concluded. |

2. Motion of Content Acquisitions, LLC, Content Acquisitions III, LLC, and SM Content, LLCs Motion for Relief From the Automatic Stay
   [Filed 9/20/2024; Docket No. 356]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certification of Counsel [Filed 10/7/2024; Docket No. 379] |
   | | (b) | Entered Order [Filed 10/8/2024; Docket No. 383] |
   | Objection Deadline: | | October 4, 2024 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court.  This matter is concluded. |

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION TO BE FILED:

3. Motion of Bungalow Media LLC to Compel Trustee to Reject Distributorship Agreement and for Related Relief
   [Filed 10/1/2024;  Docket No. 370]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Proposed Order [Filed 10/1/2024;  Docket No. 370] |
   | Objection Deadline: | | October 16, 2024 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | This matter is uncontested.  Movant to file a Certificate of No Objection. |

Dated:  October 21, 2024
        Wilmington, Delaware

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*