**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | ) Chapter 7 |
| | ) |
| CHICKEN SOUP FOR THE SOUL | ) Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC. *et al.*,[1] | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Re: Docket No(s).** _____ |

**ORDER COMPELLING TRUSTEE TO REJECT DISTRIBUTORSHIP**
**AGREEMENT AND ABANDON PERSONAL PROPERTY**

Upon consideration of the motion (the "Motion") of BUNGALOW MEDIA, LLC (the "Movant") for an order under 11 U.S.C. § 365 and 552 compelling the Chapter 7 Trustee to reject that certain Distributorship Agreement with Movant and abandon the personal property, i.e., the film "The Bell Keeper," produced and owned by the Movant; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein;

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc.(4038); CCSESID, LLC (7150); Digital Media Enterprises LLC; Halycon Studios, LLC (3312); Halycon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085);Redbox Holdings, LLC *7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this order, it is hereby:

ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 7 Trustee is hereby compelled to immediately reject the Distributorship Agreement, with such rejection to be effective as of the date of this Order.

3. The Chapter 7 Trustee is hereby compelled to abandon and return to the Movant all personal property of the Movant related to the Distributorship Agreement, i.e., the film "The Bell Keeper," and such abandonment is effective as of the date of this Order.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 22nd, 2024**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**