# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF CHICKEN SOUP FOR THE SOUL, LLC'S AND WILLIAM ROUHANA'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO BART SCHWARTZ**

**PLEASE TAKE NOTICE** that, on October 17, 2024, Chicken Soup for the Soul, LLC ("CSS") and William Rouhana (together with CSS, the "Objecting Parties"), by and through the undersigned counsel, caused a copy of *Chicken Soup for the Soul, LLC's and William Rouhana's First Set of Requests for Production of Document to Bart Schwartz* to be served upon the following via Federal Express to Bart Schwartz [Home Address Redacted].  A copy of the proof of service is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, on October 17, 2024, the Objecting Parties served (i) *Chicken Soup for the Soul, LLC's and William Rouhana's First Set of Requests for Production of Documents to Pachulski, Stang, Ziehl and Jones LLP;* (ii) *Chicken Soup for the Soul, LLC's and William Rouhana's First Set of Requests for Production of Documents to Robert*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

*Warshauer;* and (iii) *Chicken Soup for the Soul, LLC's and William Rouhana's First Set of Requests for Production of Documents to John Young* via email to the parties listed on **Exhibit B**.

Dated: October 22, 2024
       Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com

-and-

Cathy A. Hinger (admitted *pro hac vice*)
2001 K. Street, NW
Suite 400 South
Washington, D.C. 20006
Telephone: (202) 467-6900
Facsimile:  (202) 467-6910
Email:  cathy.hinger@wbd-us.com

Claire J. Rauscher (admitted *pro hac vice*)
301 S. College St., Ste. 3500
Charlotte, NC 28202
Telephone: (704) 331-4961
Email:  claire.rauscher@wbd-us.com

*Counsel for Chicken Soup for the Soul, LLC and William Rouhana*