# **EXHIBIT A**

October 21, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 779336195586

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | P.Paul | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | NEW YORK, NY, |
| | | **Delivery date:** | Oct 18, 2024 13:30 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 779336195586 | **Ship Date:** | Oct 17, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**  
NEW YORK, NY, US,

**Shipper:**  
Wilmington, DE, US,

| | |
|---|---|
| **Reference** | Third Party Billing |
| **Purchase Order** | 122762.0001.9 |
| **Invoice** | WL119609 |
| **Department Number** | Wil |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx