**EXHIBIT B**

**SERVICE LIST**

**Counsel to George L. Miller, Chapter 7 Trustee**
John T. Carroll, III
COZEN O'CONNOR
1201 N. Market Street Suite 1001
Wilmington, Delaware 19801
Email: jcarroll@cozen.com

**Proposed Special Counsel to the Chapter 7 Trustee and Proposed Chapter 11 Counsel to the Debtors**
Alan J. Kornfeld
James E. O'Neill
Steven W. Golden
Tavi C. Flanagan
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Email: akornfeld@pszjlaw.com
   joneill@pszjlaw.com
   sgolden@pszjlaw.com
   tflanagan@pszjlaw.com

**Office of the United States Trustee for the District of Delaware**
Richard L. Scheparcarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801
Email: richard.schepacarter@usdoj.gov

**Office of the United States Trustee for the District of Delaware**
Jane M. Leamy
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801
Email: jane.m.leamy@usdoj.gov