# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |
|---|---|

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 23, 2024 AT <u>2:00 P.M.</u> (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

> **HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION/ORDERS ENTERED/ CONCLUDED MATTERS:**

1. Motion of EG Retail (America), LLC for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit EG Retail (America), LLC to Remove and Dispose of Kiosks
   [Filed 9/20/2024; Docket No. 351]

   <u>Related Documents</u>:  (a)  Certification of Counsel
   [Filed 10/7/2024; Docket No. 381]

   (b)  Entered Order
   [Filed 10/8/2024; Docket No. 382]

   <u>Objection Deadline</u>:  October 4, 2024 at 4:00 p.m. ET

   <u>Responses Received</u>:  None

   <u>Status</u>:  Order has been entered by the Court. This matter is concluded.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

2. Motion of Content Acquisitions, LLC, Content Acquisitions III, LLC, and SM Content, LLCs Motion for Relief From the Automatic Stay
   [Filed 9/20/2024; Docket No. 356]

   | Related Documents: | (a) | Certification of Counsel [Filed 10/7/2024; Docket No. 379] |
   |---|---|---|
   | | (b) | Entered Order [Filed 10/8/2024; Docket No. 383] |

   Objection Deadline:   October 4, 2024 at 4:00 p.m. ET

   Responses Received:   None

   Status:   Order has been entered by the Court.  This matter is concluded.

3. Motion of Bungalow Media LLC to Compel Trustee to Reject Distributorship Agreement and for Related Relief
   [Filed 10/1/2024;  Docket No. 370]

   Related Documents:   (a)   **Entered Order [Filed 10/22/2024; Docket No. 411]**

   Objection Deadline:   October 16, 2024 at 4:00 p.m. ET

   Responses Received:   None

   **Status:**   **Order has been entered by the Court.  This matter is concluded.**

Dated:  October 22, 2024
         Wilmington, Delaware

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*