**EXHIBIT 2**

## Jaoude, Michael-Anthony

| | |
|---|---|
| **From:** | Terraferma, Carrie <cterraferma@northeastsharedservices.com> |
| **Sent:** | Thursday, October 17, 2024 11:14 AM |
| **To:** | Biehler, Michael; Jaoude, Michael-Anthony |
| **Subject:** | FW: CSSE Redbox SEC 8K Filing Update |
| | |
| **Categories:** | Golub ERISA |

**CAUTION: External email. Beware of links and attachments.**

---

**From:** Durant, Lisa <ldurant@northeastsharedservices.com>
**Sent:** Tuesday, May 28, 2024 9:12 AM
**To:** Terraferma, Carrie <cterraferma@northeastsharedservices.com>
**Subject:** FW: CSSE Redbox SEC 8K Filing Update

Is there anything that we need to advise GM?

---

**From:** Gardone, Philip <pgardone@northeastsharedservices.com>
**Sent:** Wednesday, May 22, 2024 1:41 PM
**To:** Durant, Lisa <ldurant@northeastsharedservices.com>
**Cc:** Favata, Antoni <afavata@northeastsharedservices.com>
**Subject:** FW: CSSE Redbox SEC 8K Filing Update

Hi Lisa,

Please see below information that came from Redbox yesterday.

Also, Antoni is going to be taking over the category business manager position for GM. Thanks.

**Phil Gardone**
**Category Business Manager**

Northeast Shared Services
461 Nott Street, Schenectady, NY 12308
P 518-379-1714
pgardone@northeastsharedservices.com






**From:** Jason Whalum <jwhalum@redbox.com>
**Sent:** Tuesday, May 21, 2024 1:22 PM
**To:** Gardone, Philip <PhilipGardone@pricechopper.com>
**Subject:** CSSE Redbox SEC 8K Filing Update

> **Information:** Forwarded from **pricechopper.com**.

Hi Philip,

I hope this finds you well. -Below you will find an update/ summary to Redbox and Chicken Soup for the Soul Entertainment's (CSSE - Nasdaq) latest 8K filing SEC Filing | Chicken Soup for the Soul Entertainment, Inc. (cssentertainment.com)

On May 3, 2024, Chicken Soup for the Soul Entertainment (CSSE) filed an 8K that is focused on re-capitalizing and restructuring the company over the next few months. Below is a brief summarization of the key points from the filing.

Key Points of the SEC Filing:

- **Material Agreement:** CSSE entered into an agreement on April 29, 2024, to raise $175M in capital and make a $75M loan prepayment under the HPS credit facility.
- **Strategic Transactions:** Plans to sublicense Redbox kiosks assets and engage in sales leaseback transactions to generate revenue.
- **Board Amendments:** Two more independent directors were appointed to the board as part of the organizational amendments.
- **Financial Forbearance:** A forbearance period is in place until at least June 6, 2024. If CSSE makes the first payment of $75M before June 6, 2024, the forbearance period will be extended until September 30, 2024.
- **Additional Capital:** CSSE has approval to seek other strategic transactions to reduce the principal and interest under the credit agreement.

What does this mean for Golub? Things will be business as usual; however, given the capital shortfall, I am afraid my Field Service Team will not be able to assist with kiosk removals or relocations at this present time.

Please feel free to reach me if you have any questions or concerns.


Thank you,

Jason Whalum

**Account Manager**

