## CERTIFICATE OF SERVICE

    I, R. Stephen McNeill hereby certify that on the 22nd day of October, 2024, a copy of the foregoing *Declaration of Thomas Tomaselli in Support* of *Motion of The Golub Corporation for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit The Golub Corporation to Remove and Dispose of Kiosks* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed on the attached Service List via electronic mail.

                                                                                                  */s/ R. Stephen McNeill*

Dated: October 22, 2024

11840321

| In re: Chicken Soup for the Soul Entertainment, Inc. *et al*<br>Case No. 24-11442 (TMH)<br>Service List ||
|---|---|
| George L. Miller<br>Chapter 7 Trustee<br>1628 John F. Kennedy Blvd., Suite 950<br>Philadelphia, PA 19103-2110 | gmiller@mctllp.com; |
| Joseph McMahon, Esquire<br>Office of the United States Trustee<br>U. S. Department of Justice 844<br>King Street, Suite 2207<br>Wilmington, DE 19801 | Joseph.mcmahon@usdoj.gov; |
| Richard L. Schepacarter, Esquire<br>Office of the United States Trustee<br>U. S. Department of Justice 844<br>King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov; |
| Jane M. Leamy, Esquire<br>Office of the United States Trustee<br>U. S. Department of Justice 844<br>King Street, Suite 2207<br>Wilmington, DE 19801 | jane.m.leamy@usdoj.gov; |
| Ricardo Palacio, Esquire<br>Ashby & Geddes, P. A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 ***Proposed Counsel to the Debtor*** | rpalacio@ashbygeddes.com; |
| James E. O'Neill, Esquire<br>Steven W. Golden, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>***Proposed Special Counsel to the Trustee*** | joneill@pszjlaw.com;<br>sgolden@pszjlaw.com; |
| Richard M. Pachulski, Esquire<br>Alan J. Kornfeld, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003<br>***Proposed Special Counsel to the Trustee*** | rpachulski@pszjlaw.com;<br>akornfeld@pszjlaw.com; |

| | |
|---|---|
| Debra I. Grassgreen, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>One Sansome Street, 34th Floor<br>San Francisco, CA 94104<br>***Proposed Special Counsel to the Trustee*** | dgrassgreen@pszjlaw.com; |
| Kevin G. Collins, Esquire<br>Barnes & Thornburg LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>***Counsel to Owlpoint Capital Management LLC and Owlpoint IP Opportunities JVF I LP*** | kevin.collins@btlaw.com; |
| Paul J. Laurin, Esquire<br>Barnes & Thornburg LLP<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>***Counsel to Owlpoint Capital Management LLC and Owlpoint IP Opportunities JVF I LP*** | paul.laurin@btlaw.com; |
| Dennis F. Dunne, Esquire<br>Matthew Brod, Esquire<br>Milbank LLP<br>55 Hudson Yards<br>New York, New York 10001<br>***Counsel to HPS Investment Partners, LLC*** | ddunne@Milbank.com;<br>mbrod@Milbank.com; |
| Mark D. Collins, Esquire<br>Russell C. Silberglied, Esquire<br>Emily R. Mathews, Esquire<br>Alexander R. Steiger, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>***Counsel to HPS Investment Partners, LLC*** | collins@rlf.com;<br>silberglied@rlf.com;<br>mathews@rlf.com;<br>steiger@rlf.com; |
| Andrew M. Leblanc, Esquire<br>Brett Lowe, Esquire<br>S. Robert Marsters, Jr., Esquire<br>Danielle Lee Sauer, Esquire<br>Milbank LLP<br>1850 K Street, N.W. Suite 1100<br>Washington, DC 20006<br>***Counsel to HPS Investment Partners, LLC*** | aleblanc@Milbank.com;<br>blowe@Milbank.com;<br>rmarsters@Milbank.com;<br>dlee@Milbank.com; |

| | |
|---|---|
| Nicola G. Suglia, Esquire Allison L. Domowitch, Esquire<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 North, Suite 305<br>Marlton, NJ 08053<br>***Counsel to Canon Financial Services, Inc.*** | fleischercases@fleischerlaw.com;<br>nsuglia@fleischerlaw.com; |
| Joseph A. Kohanski, Esquire<br>David E. Ahdoot, Esquire<br>Kirk Prestegard, Esquire<br>Bush Gottlieb, A Law Corporation<br>801 North Brand Boulevard, Suite 950<br>Glendale, CA 91203<br>***Counsel to the Guilds and Union Entities*** | jkohanski@bushgottlieb.com;<br>dahdoot@bushgottlieb.com;<br>kprestegard@bushgottlieb.com; |
| Susan E. Kaufman, Esquire<br>Law Office of Susan E. Kaufman, LLC<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>***Counsel to the Guilds and Union Entities*** | skaufman@skaufmanlaw.com; |
| Julie Anne Parsons, Esquire<br>McCreary, Veselka, Bragg, & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX78680-1269<br>***Counsel to Texas Taxing Entities*** | jparsons@mvbalaw.com; |
| Don Stecker, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX  78205<br>***Counsel to City of El Paso and numerous taxing entities*** | Sanantonio.bankruptcy@lgbs.com; |
| Donald J. Detweiler, Esquire<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>***Counsel to William Rouhana and Chicken Soup for the Soul, LLC*** | don.detweiler@wbd-us.com; |

| | |
|---|---|
| Cathy A. Hinger, Esquire<br>Claire J. Rauscher, Esquire<br>Womble Bond Dickinson (US) LLP<br>2001 K. Street, NW, Suite 400 South<br>Washington, DC 20006<br>**Counsel to William Rouhana and Chicken Soup for the Soul, LLC** | cathy.hinger@wbd-us.com;<br>claire.rauscher@wbd-us.com |
| Tara L. Grundemeier, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>**Counsel to Cypress-Fairbanks ISD and numerous taxing entities** | houston_bankruptcy@lgbs.com; |
| Samuel C. Wisotzkey, Esquire<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1059<br>**Counsel to ManpowerGroup Talent Solutions, LLC** | swisotzkey@kmksc.com; |
| Scott Andron, Esquire<br>Andrew J. Meyers Broward County Attorney<br>Governmental Center, Suite 423<br>115 South Andrews Avenue<br>Fort Lauderdale, FL 33301<br>**Counsel to Broward County, Florida, c/o the Records, Taxes, and Treasury Division** | sandron@broward.org; |
| Laura J. Monroe, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 817<br>Lubbock, TX 79408<br>**Counsel to Lubbock Central Appraisal District** | lmbkr@pbfcm.com; |
| Elizabeth Bando Calvo, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>500 E. Border Street, Suite 640<br>Arlington, TX  76010<br>**Counsel to Richardson ISD and numerous taxing entities** | arlington@pbfcm.com; |

| | |
|---|---|
| Linda D. Reece, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>1919 S. Shiloh Road, Suite 640, LB 40<br>Garland, TX 75042<br>**Counsel to City of Garland and numerous taxing entities** | lreece@pbfcm.com; |
| Michelle Leeson, Paralegal, Collections<br>Ken Burton, Jr., Manatee County Tax Collector<br>1001 3rd Avenue W, Suite 240<br>Bradenton, FL  34205-4835 | legal@taxcollector.com; |
| Heike M. Vogel, Esquire<br>Eva M. Thomas, Esquire<br>A.Y. Strauss LLC<br>290 West Mount Pleasant Avenue, Suite 3260<br>Livingston, NJ 07039<br>**Counsel to Sony DADC US Inc.** | hvogel@aystrauss.com;<br>ethomas@aystrauss.com; |
| A.J. Webb, Esquire<br>Joy D. Kleisinger, Esquire<br>Frost Brown Todd LLP<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>**Counsel to The Kroger Co.** | awebb@fbtlaw.com;<br>jkleisinger@fbtlaw.com; |
| Joseph C. Barsalona II, Esquire<br>Pashman Stein Walder Hayden P.C.<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>**Counsel to Sony Pictures Entertainment, Inc.** | jbarsalona@pashmanstein.com; |
| Leib M. Lerner, Esquire<br>Alston & Bird LLP<br>350 South Grand Avenue, 51st Floor<br>Los Angeles, California 90071<br>**Counsel to Sony Pictures Entertainment, Inc.** | leib.lerner@alston.com; |
| Seth A. Niederman, Esquire<br>Fox Rothschild LLP<br>1201 North Market Street Suite 1200<br>Wilmington, DE 19801<br>**Counsel to Automotive Rentals, Inc. and ARI Fleet LT** | sniederman@foxrothschild.com; |

| | |
|---|---|
| Richard A. Aguilar, Esquire<br>Mark J. Chaney III, Esquire<br>Adams and Reese LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, Louisiana 70139<br>***Counsel to Automotive Rentals, Inc. and ARI Fleet LT*** | richard.aguilar@arlaw.com;<br>mark.chaney@arlaw.com; |
| Karen C. Bifferato, Esquire<br>Connolly Gallagher LLP<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801<br>***Counsel to Velocity, A Managed Services Company, LLC*** | kbifferato@connollygallagher.com; |
| David J. Coyle, Esquire Shumaker,<br>Loop & Kendrick, LLP<br>1000 Jackson Street<br>Toledo, OH 43604<br>***Counsel to Velocity, A Managed Services Company, LLC*** | dcoyle@shumaker.com; |
| Jamie Kirk, Esquire Assistant Attorney General<br>Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>12221 Merit Drive, Suite 825<br>Dallas, Texas 75251<br>***Counsel to the Texas Comptroller of Public Accounts*** | jamie.kirk@oag.texas.gov; |
| Hiram Gutierrez, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 2916<br>McAllen, TX 78502<br>***Counsel to Brownsville and Weslaco Independent School District and numerous taxing entities*** | edinburgbankruptcy@pbfcm.com; |
| Diane W. Sanders, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428<br>***Counsel to Rio Grande City Grulla ISD and numerous taxing entities*** | austin.bankruptcy@lgbs.com; |

| | |
|---|---|
| Christopher J. Giaimo, Esquire<br>Squire Patton Boggs (US) LLP<br>2550 M St. NW<br>Washington, DC 20037<br>**Counsel to EG Retail (America), LLC** | christopher.giaimo@squirepb.com; |
| Frank A. Merola, Esquire<br>Paul Hastings LLP<br>1999 Avenue of the Stars, 27th Floor<br>Century City, CA 90067<br>**Counsel to MidCap Financial Trust** | frankmerola@paulhastings.com; |
| William Reily, Esquire<br>Paul Hastings LLP<br>71 S. Wacker Drive, 45th Floor<br>Chicago, IL 60606<br>**Counsel to MidCap Financial Trust** | williamreily@paulhastings.com; |
| R. Grant Dick IV, Esquire<br>Cooch and Taylor, P.A<br>The Brandywine Building<br>1000 N. West St., Suite 1500<br>Wilmington, DE 19801<br>**Counsel for CVS Pharmacy, Inc.** | gdick@coochtaylor.com; |
| Geoffrey S. Goodman, Esquire<br>Foley & Lardner, LLP<br>321 N. Clark St., Ste. 3000<br>Chicago, IL 60654-4762<br>**Counsel for CVS Pharmacy, Inc.** | GGoodman@foley.com; |
| David M. Klauder, Esquire<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>**Counsel to Concentrix CVG Customer Management Group, Inc.** | dklauder@bk-legal.com; |
| Jody C. Barillare, Esquire Morgan,<br>Lewis & Bockius LLP<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>**Counsel for the Paramount Global Entities** | jody.barillare@morganlewis.com; |

| | |
|---|---|
| Stephan E. Hornung, Esquire<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>**_Counsel for the Paramount Global Entities_** | stephan.hornung@morganlewis.com; |
| John K. Turner, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207<br>**_Counsel to City of Lucas and numerous taxing entities_** | dallas.bankruptcy@lgbs.com; |
| John M. Boyko, Esq.<br>Law Offices of John M. Boyko<br>27555 Ynez Rd., Suite 110<br>Temecula, California 92591<br>**_Counsel to Bungalow Media LLC_** | boyko@gmail.com; |
| Vince Ravine<br>Law Offices of Vince Ravine, PC<br>17879 Ridgeway Road<br>Granada Hills, CA 91344<br>**_Counsel to Filmrise, Inc. and Filmrise Acquisition, LLC_** | vince@vravinelaw.com; |
| Kimberly A. Brown, Esq.<br>Joshua B. Brooks, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>**_Counsel to The Kroger Co._** | brown@lrclaw.com;<br>brooks@lrclaw.com; |
| Joseph C. Barsalona II, Esq.<br>Pashman Stein Walder Hayden, P.C.<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>**_Counsel to DJCTM Lending, LLC_** | jbarsalona@pashmanstein.com; |
| Richard Levy, Jr., Esq.<br>Daniel Brenner, Esq.<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036-6569<br>**_Counsel to DJCTM Lending, LLC_** | rlevy@pryorcashman.com;<br>dbrenner@pryorcashman.com; |

| | |
|---|---|
| Geoffrey G. Grivner, Esquire<br>Buchanan Ingersoll & Rooney PC<br>500 Delaware Avenue, Suite 720<br>Wilmington, DE 19801<br>***Counsel to Albertsons Companies, Inc.*** | geoffrey.grivner@bipc.com; |
| Daniel M. Pereira, Esquire<br>Stradley, Ronon, Stevens & Young, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>***On behalf of Stradley, Ronon, Stevens & Young, LLP*** | dpereira@stradley.com; |
| James Tobia, Esquire<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>***Counsel to Joshua Pomer d/b/a Josh Pomer Films*** | jtobia@tobialaw.com; |
| Geoffrey G. Grivner, Esquire<br>Buchanan Ingersoll & Rooney PC<br>500 Delaware Avenue, Suite 720<br>Wilmington, DE 19801<br>***Counsel to Sheetz, Inc.*** | geoffrey.grivner@bipc.com; |
| Caroline R. Djang, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>***Counsel to Vizio Services Inc.*** | cdjang@buchalter.com; |
| Scott J. Leonhardt, Esq.<br>Esbrook P.C.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>***Counsel to Ralf Hartmann & Capella International, Inc.*** | scott.leonhardt@esbrook.com; |
| Marc A. Lebowitz Lebowitz<br>Law Office LLC<br>103 Banks Lane<br>Clermont, NY 12526<br>***Counsel to Ralf Hartmann & Capella International, Inc.*** | marc@lebolaw.com; |

| | |
|---|---|
| Douglas J. Pick, Esq.<br>Pick & Zabicki LLP<br>369 Lexington Avenue, 12th Floor<br>New York, New York 10017<br>**Counsel to 800 Third Avenue LLC** | dpick@picklaw.net; |
| U.S. Bank National Association, as indenture trustee<br>Laura L. Moran<br>214 N. Tryon St., 26th Fl.<br>Charlotte, NC 28202 | laura.moran@usbank.com; |
| Universal Studios Home Entertainment LLC<br>Michael Bonner<br>12563 Collection Center Dr.<br>Chicago, IL 60693 | michael.bonner@nbcuni.com; |
| Universal City Studios Productions LLLP<br>Michael Bonner<br>12563 Collection Center Dr.<br>Chicago, IL 60693 | michael.bonner@nbcuni.com; |
| Guggenheim Securities, LLC<br>Ethan Sawyer<br>330 Madison Ave., Fl. 8<br>New York, NY 10017 | ethan.sawyer@guggenheimpartners.com; |
| Sony Pictures Home Entertainment<br>Maria Anguelova<br>10202 Washington Blvd.<br>Culver City, CA 90232 | maria_anguelova@spe.sony.com; |
| BBC Studios Americas, Inc.<br>Matt Perry<br>1120 Avenue of the Americas, 5th Floor New York, NY 10036 | matthew.perry@bbc.com; |
| Ellation, LLC<br>Maria Anguelova<br>444 Bush St.<br>San Francisco, CA 94108 | maria_anguelova@spe.sony.com; |
| Walgreen Company Claire<br>Redington Kasson<br>14130 Collection Center Dr.<br>Chicago, IL 60693 | claire.redington@walgreen.com; |

| | |
|---|---|
| Lionsgate Entertainment<br>Jim Packer<br>4 Chase Metrotech Center, 7th Fl. E<br>Brooklyn, NY 11245 | jpacker@lionsgate.com; |
| 120DB Film Finance LLC<br>Peter Graham<br>75 Mill River Rd,<br>South Salem, NY 10590 | graham@120dbfilms.com; |
| Wal-Mart Stores, Inc.<br>Anne Johnson<br>702 SW 8th St.<br>Bentonville, AR 72716 | anne.johnson@walmart.com; |
| PJT Partners<br>Jamie O'Connell<br>280 Park Ave.<br>New York, NY 10017 | oconnell@pjtpartners.com; |
| VIZIO Services, LLC<br>Mike O'Donnell<br>39 Tesla<br>Irvine, CA 92618 | mike.odonnell@vizio.com; |
| Sony Pictures Television Inc.<br>Maria Anguelova<br>21872 Network Pl.<br>Chicago, IL 60673 | maria_anguelova@spe.sony.com; |
| Culver Digital Distribution Inc.<br>Maria Anguelova<br>10202 West Washington Blvd.<br>Culver City, CA 90232 | maria_anguelova@spe.sony.com; |
| MGM Domestic Television Distribution LLC<br>Edrianne Wenger<br>245 N. Beverly Drive<br>Beverly Hills, CA 90210 | edwenger@amazon.com; |
| Warner Bros. Home Entertainment<br>Mike Takac<br>Dept Ch # 10255<br>Palatine, IL 60055 | mike.takac@wbd.com; |

| | |
|---|---|
| FUNimation Productions, LLC<br>Fadhilah Lee<br>1200 Lakeside Pkwy<br>Flower Mound, FL 75028 | fadhilah.lee@funimation.com; |
| Paramount Pictures Corporation<br>Craig White<br>5555 Melrose Ave.<br>Los Angeles, CA 90038 | craig_white@paramount.com; |
| Automotive Rentals, Inc.<br>Hannah Ogle<br>PO Box 8500-4375<br>Philadelphia, PA 19178 | hannah.ogle@holman.com; |
| BRE Imagination Office Holdco LLC<br>Carrie Szarzynski<br>PO Box 209259<br>Austin, TX 78720 | cszarzynski@hiffman.com; |
| Continental Stock Transfer & Trust Co.<br>Luis Ortiz<br>1 State St. Fl. 30<br>New York, NY 10004 | lortiz@continentalstock.com; |
| Langley Television Distribution, LLC<br>Morgan Langley<br>1111 Broadway<br>Santa Monica, CA 90401 | morgan@cops.com; |
| TheMathCompany Pvt. Ltd.<br>Piyush Mundhra<br>4512 Legacy Dr., Unit 100<br>Plano, TX 75024 | piyush.mundhra@themathcompany.com; |
| Joseph P. Day Realty Corp.<br>Rich Teichman<br>9 E 40th St.<br>New York, NY 10016 | rit@jpday.com; |
| 828 Media<br>Stephanie Denton<br>30671 Steeplechase Dr San Juan Capistrano, CA 92675 | sdenton@828productions.com; |

| | |
|---|---|
| Plex GmbH<br>Audrey Layman<br>6370 Stans, Nidwalden<br>Hansmatt 31<br>Switzerland | audrey.layman@plexapp.com; |
| Comsys Information Technology Serv.<br>Elaina Buchanan<br>29810 Network Place<br>Chicago, IL 60673 | elaina.buchanan@tapfin.com; |
| Glewed Media, LLC<br>Matt Herpich<br>5901 Broken Sound Pkwy, Suite 450<br>Boca Raton, FL 33487 | matthew@glewed.tv; |
| Paramount Home Entertainment<br>Craig White<br>PO Box 70650<br>Chicago, IL 60673 | craig_white@paramount.com; |