**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| CHICKEN SOUP FOR THE SOUL ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., et al.,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hearing Date: November 20, 2024 at 2:00 pm |
| ) | Objection Deadline: November 6, 2024 at 4:00 pm |

**NOTICE OF MOTION OF LOVEDOG PRODUCTIONS FOR**
**RELIEF FROM THE AUTOMATIC STAY AND RELATED RELIEF**

TO: ALL PARTIES REGISTERED TO RECEIVE NOTICE VIA CM/ECF IN THESE CASES:

**PLEASE TAKE NOTICE** that on October 23, 2024, LoveDog Productions as successor-in-interest to Vandal Film, LLC ("Movant"), by and through undersigned counsel filed the *Motion of Lovedog Productions for Relief from the Automatic Stay and Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **November 6, 2024, at 4:00 p.m. (Eastern).** You must also serve a copy of your response upon undersigned counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

1

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on November 20, 2024 at 2:00 p.m. before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, courtroom No. 4, Wilmington, Delaware 19801 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

DATED:  October 23, 2024                    THE LAW OFFICE OF JAMES TOBIA, LLC

By:  *James Tobia*
James Tobia, Esq. (#3798)
1716 Wawaset Street
Wilmington, DE 19806
Tel. (302) 655-5303
Fax (302) 656-8053
Email: jtobia@tobialaw.com
*Attorney for Movant LoveDog Productions*