Chicken Soup for the Soul 24-11442

October 23, 2024 at 4:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Matthew | Brod | Milbank LLP | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| John | Carroll | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Donald | Detweiler | Womble Bond Dickinson (US) LLP | Chicken Soup for the Soul, LLC and William Rouhana | 24-11442-MFW | Video and Audio |
| Tavi | Flanagan | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Clara | Geoghegan | Law360 | | 24-11442-MFW | Audio Only |
| Cindy | Giobbe | Womble Bond Dickinson (US) LLP | hicken Soup for the Soul, LLC and William Rouhana | 24-11442-MFW | Video and Audio |
| Debra | Grassgreen | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Philippe | Guelton | | | 24-11442-MFW | Audio Only |
| Taylor | Harrison | | | 24-11442-MFW | Audio Only |
| Cathy | Hinger | Womble Bond Dickinson (US) LLP | hicken Soup for the Soul, LLC and William Rouhana | 24-11442-MFW | Video and Audio |
| Patricia | Jeffries | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Barry | Kazan | Mintz & Gold LLP | Bart Schwartz | 24-11442-MFW | Video and Audio |
| Dietrich | Knauth | Reuters | media | 24-11442-MFW | Audio Only |
| Alan | Kornfeld | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Andrew | Kotliar | MEP Capital | | 24-11442-MFW | Audio Only |
| Andrew | Leblanc | Milbank | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Marc | Lebowitz | Lebowitz Law Office LLC | Capella | 24-11442-MFW | Video and Audio |
| Richard | Levy | Pryor Cashman LLP | DJCTM Lending, LLC | 24-11442-MFW | Video and Audio |
| Emily | Mathews | Richards, Layton & Finger | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Eric | Monzo | Morris James LLP | Brian Skajem, et al. | 24-11442-MFW | Video and Audio |
| Thomas | Murphy | | | 24-11442-MFW | Audio Only |
| James | O'Neill | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Lou | Occhicone | Chicken Soup | Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Richard | Pachulski | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Tara | Pakrouh | Morris James LLP | Brian Skajem, et al. | 24-11442-MFW | Video and Audio |
| Jonathan | Randles | | Bloomberg News | 24-11442-MFW | Audio Only |
| Samantha | Rodriguez | Morris James LLP | Brian Skajem, et al. | 24-11442-MFW | Video and Audio |
| William | Rouhana | Chicken Soup for the Soul, LLC, et al | Chicken Soup for the Soul, LLC; Wiilliam Rouhanan | 24-11442-MFW | Video and Audio |
| Danielle | Sauer | Milbank LLP | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Russell | Silberglied | Richards, Layton & Finger | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 24-11442-MFW | Audio Only |
| Kate | Thomas | | | 24-11442-MFW | Audio Only |
| Alex | Wittenberg | Law360 | | 24-11442-MFW | Audio Only |

Chicken Soup for the Soul 24-11442

October 23, 2024 at 4:00 pm

| Ben | Zigterman | Law360 | | 24-11442-MFW | Audio Only |