IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 7 |
| **CHICKEN SOUP FOR THE SOUL** | § | |
| **ENTERTAINMENT, INC.,** *et al.,* [1] | § | Case No.: 24-11442 (MFW) |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | Related Docket No. 386 |

### ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT 7-ELEVEN, INC. TO REMOVE AND DISPOSE OF DEBTOR'S KIOSKS

Upon the *7-Eleven, Inc.'s Motion Pursuant to 11 U.S.C. §§ 105(a) and 362(d) for Relief From the Automatic Stay to Permit 7-Eleven to Remove and Dispose of Debtor's Kiosks* (the "**Motion**"), filed by 7-Eleven, Inc. ("**7-Eleven**"), for entry of an order (this "Order") (a) granting 7-Eleven relief from the automatic stay to allow 7-Eleven to remove and dispose of the Kiosks (as defined in the Motion) that remain on 7-Eleven's premises more than seven (7) days after the entry of this Order, and (b) waiving the 14-day stay pursuant to Bankruptcy Rule 4001(a)(3); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1409; and this Court having found that 7-Eleven's notice of the Motion was appropriate under the circumstances and no further or other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

---

[1] A complete list of each of the Debtors in the jointly administered chapter 7 bankruptcy may be obtained in the *Order Converting Cases from Chapter 11 to Chapter 7*, Docket No. 120.

**IT IS HEREBY ORDERED that:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to 11 U.S.C. § 362(d)(1), the automatic stay is hereby modified to allow 7-Eleven to remove and dispose of the Kiosks that remain on 7-Eleven's premises more than seven (7) days after the entry of this Order.

3. The 14-day stay under Bankruptcy Rule 4001(a)(3) is waived.

4. 7-Eleven is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 28th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

3