IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.,* | Case No. 24-11442 (MFW) (Jointly Administered) |
| Debtors. | Related to Docket No. __398__ |

### ORDER REGARDING MOTION OF COBRA ENTERTAINMENT, LLC TO ENLARGE TIME TO FILE A PROOF OF CLAIM

Upon the motion (the "Motion") of Cobra Entertainment, LLC ("Movant") to Enlarge Time to File a Proof of Claim, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Movant is permitted to file a proof of claim that will be considered timely filed; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from and related to this Motion and the implementation of this Order.

Dated: November 4th, 2024        MARY F. WALRATH
Wilmington, Delaware               UNITED STATES BANKRUPTCY JUDGE