# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: November 14, 2024, at 11:00 a.m. ET<br><br>Related Docket Nos. 225, 226, 283 and 397 |

### APPENDIX OF EXHIBITS (<u>VOLUME I</u>) IN SUPPORT OF APPLICATIONS TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE SRC/DEBTORS AND THE CHAPTER 7 TRUSTEE

The SRC/Debtors and the Trustee submit this Appendix of Exhibits (Volume I) in support of the *Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 through and including July 10, 2024* [Docket No. 226], the *Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation and Transactional Counsel to the Chapter 7 Trustee Effective as of July 11, 2024* [Docket No. 225], and the Reply to the Omnibus Objection thereto filed by the Rouhana Objectors, and in support of the *Opposition to Chicken Soup for the Soul, LLC'S and William Rouhana's Motion to Exclude the Application of the Strategic Review Committee and the Debtors for*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

*Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Chapter 11 Counsel Effective as of June 28, 2024 through and including July 10, 2024.*

| Exhibit No. | Description |
|---|---|
| 1. | CSSE 8-K filed May 3, 2024 (without exhibits) |
| 2. | Amended CSSE Credit Agreement dated April 29, 2024 |
| 3. | Forbearance Agreement dated April 29, 2024 |
| 4. | CSSE Amended Bylaws dated April 29, 2024, attached to 8-K filed May 3, 2024 |
| 5. | CSSE Board Minutes dated April 30, 2024 |
| 6. | Irrevocable Proxy dated April 29, 2024 |
| 7. | Emails dated June 5, 2024 between PSZJ and members of the SRC regarding selection of PSZJ as counsel |
| 8. | July 2, 2024 Hearing Transcript |
| 9. | July 3, 2024 Hearing Transcript |
| 10. | Email dated July 4, 2024 from members of SRC to PSZJ regarding selection of PSZJ as counsel |
| 11. | July 10, 2024 Hearing Transcript |

| | |
|---|---|
| Dated:  November 7, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (*admitted pro hac*) |
| | Alan J. Kornfeld (*admitted pro hac*) |
| | Debra I. Grassgreen (*admitted pro hac*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:    rpachulski@pszjlaw.com |
| | akornfeld@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Proposed Counsel to the Applicants* |