# EXHIBIT 7

-----Original Message-----
From: Fred Cohen <fredmcohen@hotmail.com>
Sent: Thursday, June 6, 2024 4:16 AM
To: Richard Pachulski <rpachulski@pszjlaw.com>
Cc: John T. Young <john.young@neinda.com>; Alan Kornfeld <akornfeld@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Warshauer Robert <robertwarshauer@gmail.com>
Subject: Re: Chicken Soup

Thx, Richard. We look forward to working closely with you and your team.

All the best,
Fred


Sent from my iPhone

> On Jun 6, 2024, at 1:21 AM, Robert Warshauer <robertwarshauer@gmail.com> wrote:
> We have all the confidence in you, Debra and Alan to help us get the best outcome for all.
>
> 914-552-2600
> Sent from my iPhone
>
>> On Jun 5, 2024, at 9:09 PM, Richard Pachulski <rpachulski@pszjlaw.com> wrote:
>>
>> I just want to thank each of you for having confidence in our team by choosing us to represent the Company and the Strategic Committee. We intend to do what is necessary to achieve a great result for the Company and for the Committee.
>>
>> Warm regards,
>>
>> Richard
>>
>> Sent from my iPhone

-----Original Message-----
From: Robert Warshauer <robertwarshauer@gmail.com>
Sent: Wednesday, June 5, 2024 10:21 PM
To: Richard Pachulski <rpachulski@pszjlaw.com>
Cc: John T. Young <john.young@neinda.com>; Cohen Fred <fredmcohen@hotmail.com>; Alan Kornfeld <akornfeld@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>
Subject: Re: Chicken Soup

We have all the confidence in you, Debra and Alan to help us get the best outcome for all.

914-552-2600
Sent from my iPhone

> On Jun 5, 2024, at 9:09 PM, Richard Pachulski <rpachulski@pszjlaw.com> wrote:
>
> I just want to thank each of you for having confidence in our team by choosing us to represent the Company and the Strategic Committee. We intend to do what is necessary to achieve a great result for the Company and for the Committee.
>
> Warm regards,
>
> Richard
>
> Sent from my iPhone
>

1