# EXHIBIT 10

**From:** "John T. Young, Jr." <john.young@neinda.com>
**To:** "Richard Pachulski" <rpachulski@pszjlaw.com>
**Cc:** "Bart M. Schwartz" <BSchwartz@bartmschwartz.com>, "Robert Warshauer" <robertwarshauer@gmail.com>
**Subject:** SRC Update
**Date:** Thu, 04 Jul 2024 17:17:00 +0000
**Importance:** Normal

---

Richard-

The SRC just completed what I would describe as a very productive kickoff call.  We would like to schedule a follow up including you and anyone at your firm that you think should participate.  Some key takeaways:

1) we unanimously agreed to immediately bring your firm on as debtor counsel.  ████████████████████████████████████████████████.
2) we agreed to bring on FTI.  Rob is calling them now.  ████████████████████████████████████
3) ████████████████████████████████████████████████████████████████
4) ████████████████████████████████████████████████████████████████
5) ████████████████████████████████████████
6) ████████████████████████████████████████

Please let us know when we can talk.  I have a call I can't move tomorrow morning from 10 to 11 ET but otherwise flexible.

Thanks,
John