## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC., *et al*.,<br><br>Debtors. [1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**Related Docket No. 225, 283, 367**

## ORDER AUTHORIZING THE RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL LITIGATION AND TRANSACTIONAL COUNSEL TO THE CHAPTER 7 TRUSTEE EFFECTIVE AS OF JULY 11, 2024

Upon the application (the "Application")[2] of George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), for entry of an order pursuant to sections 327(e) and 328 of title 11 of the United States Code (the "Bankruptcy Code") authorizing the Trustee to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as special litigation and transactional counsel to the Trustee effective as of July 11, 2024, for the purpose of analyzing potential claims and causes of action that arose prior to the Petition Date to investigate, and potentially prosecute, such Claims and to advise and assist the Trustee in connection with the disposition of any of the Debtors' estates' property, including in connection with any sale transaction; and upon the Declaration of Richard M. Pachulski annexed thereto and the Supplemental Declaration of Richard M. Pachulski filed in support thereof

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[Docket No. 367] (together, the "Declarations") and the Court being informed that any objection to the Application has been resolved; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court pursuant to 28 U.S.C. § 157; (b) notice of the Application and the hearing was sufficient under the circumstances; (c) based on the Declarations, PSZJ neither has nor represents any interest adverse to the interests of the Debtors' estates, any other parties in interest, or in connection with the Debtors' cases, with respect to the matters for which PSZJ is to be employed by the Trustee; and (d) the Court having determined that the legal and factual bases set forth in the Application and the Declarations establish just cause for the relief granted herein; and it appearing to the Court that the said Application should be approved,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein and in accordance with the terms of the Stipulation attached hereto as Exhibit A which are incorporated herein.

2. The Trustee is hereby authorized to retain and employ PSZJ as his special litigation and transactional counsel pursuant to sections 327(e) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, effective as of July 11, 2024.

3. PSZJ shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of the Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

5.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: November 12th, 2024**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**