# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*, | Case No. 24-11442 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | **Re:** |

## ORDER GRANTING MOTION OF SONY MUSIC ENTERTAINMENT FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the motion of Sony Music Entertainment for Relief from the Automatic Stay (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1409; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish that cause exists under 11 U.S.C. § 362(d)(1) to lift the automatic stay; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; CracklePlus, LLC (9379(; CCS AVOD Inc. (4083); CCSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halycon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

**IT IS HEREBY ORDERED**:

1. That the Motion is **GRANTED** as set forth herein.

2. The automatic stay of 11 U.S.C. § 362(a) of the Bankruptcy Code is immediately lifted to allow Sony to terminate the Distribution Agreement and to otherwise pursue its rights and remedies in accordance with the Distribution Agreement and applicable law.

3. This Order does not waive or prevent Sony from asserting its rights to payments due under the Distribution Agreement in these bankruptcy cases or otherwise seeking further relief from the automatic stay to protect its rights under the Distribution Agreement.

4. Relief from the automatic stay shall be effective immediately upon entry of this Order and the 14-day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: November 15th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

3