# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC., *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 20, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

> THIS HEARING WILL BE CONDUCTED VIA ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
> THE COURT HAS NO PREFERENCE.
>
> TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
> OR CLICK THE BELOW LINK:
> (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)
>
> PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.
>
> AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

**CONCLUDED MATTERS:**

1. Motion of Brendamour Moving and Storage, Inc. for an Order (I) Modifying The Automatic Stay Pursuant To 11 U.S.C. §§ 105(a) and 362(d) To Permit Removal Of Kiosks; and (II) Authorizing the Disposal of the Kiosks
   [Filed 10/14/2024; Docket No. 390]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 11/15/2024; Docket No. 486] |
   | | (b) | Entered Order [Filed 11/18/2024; Docket No. 490] |
   | Objection Deadline: | | November 13, 2024 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court. This matter is concluded. |

2. Motion of Cobra Entertainment LLC to Enlarge Time to File Proof of Claim
   [Filed 10/17/2024; Docket No. 398]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 11/1/2024; Docket No. 448] |
   | | (b) | Entered Order [Filed 11/4/2024; Docket No. 454] |
   | Objection Deadline: | | October 31, 2024 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court. This matter is concluded. |

3. Motion of The Golub Corporation for Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit The Golub Corporation to Remove and Dispose of Kiosks
   [Filed 10/22/2024; Docket No. 415]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Declaration of Thomas Tomaselli in Support of Motion of The Golub Corporation for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit The Golub Corporation to Remove and Dispose of Kiosks [Filed 10/22/2024; Docket No. 416] |

      (b)    Certification of Counsel Regarding, Motion of the Golub Corporation for an Order Modifying the Automatic Stay Pursuant 11 U.S.C §§ 105 (A) and 362(D) to Permit Golub Corporation to Remove and Dispose of Kiosk
[Filed 11/8/2024; Docket No. 468]

      (c)    Entered Order
[Filed 11/12/2024; Docket No. 477]

<u>Objection Deadline</u>:    November 5, 2024 at 4:00 p.m. ET

<u>Responses Received</u>:    None

<u>Status</u>:    Order has been entered by the Court.  This matter is concluded.

4. Motion of Tops Markets, LLC for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit the Tops Corporation to Remove and Dispose of Kiosk
[Filed 10/22/2024; Docket No. 417]

<u>Related Documents</u>:

      (a)    Declaration of Michael Powers in Support of Motion of Tops Markets, LLC for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Tops Corporation to Remove and Dispose of Kiosks
[Filed 10/22/2024; Docket No. 418]

      (b)    Certification of Counsel Regarding Motion of the Tops Markets, LLC for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(A) and 362 (D) to Permit Tops Markets, LLC to Remove and Dispose of Kiosks
[Filed 11/8/2024; Docket No. 469]

      (c)    Entered Order
[Filed 11/12/2024; Docket No. 478]

<u>Objection Deadline</u>:    November 5, 2024 at 4:00 p.m. ET

<u>Responses Received</u>:    None

<u>Status</u>:    Order has been entered by the Court.  This matter is concluded.

5. Motion of Lovedog Productions for Relief from the Automatic Stay and Related Relief
   [Filed 10/23/2024; Docket No. 423]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection<br>Filed 11/7/2024; Docket No. 466] |
   | | (b) | Entered Order<br>Filed 11/8/2024; Docket No. 467] |
   | Objection Deadline: | | November 6, 2024 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court.  This matter is concluded. |

6. Motion of Cobra Entertainment, LLC for Relief from the Automatic Stay. Fee Amount $199. Filed by Cobra Entertainment, LLC
   [Filed 10/25/2024; Docket No. 428]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection<br>[Filed 11/12/2024; Docket No. 472] |
   | | (b) | Entered Order<br>[Filed 11/12/2024; Docket No. 480] |
   | Objection Deadline: | | November 8, 2024 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court.  This matter is concluded. |

7. Motion of Family Dollar Operations, LLC and Dollar Tree Stores, Inc. for Relief from the Automatic Stay to Permit Removal and Disposal of Kiosks
   [Filed 10/25/2024; Docket No. 430]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certification of Counsel<br>[Filed 11/11/2024; Docket No. 470] |
   | | (b) | Entered Order<br>[Filed 11/12/2024; Docket No. 479] |
   | Objection Deadline: | | November 8, 2024 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court.  This matter is concluded. |

8.  Motion of Demoulas Super Markets, Inc. for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Demoulas Super Markets, Inc. to Remove and Dispose of Kiosks and Contents Therein
    [Filed 10/28/2024; Docket No. 441]

    | Related Documents: | (a) | Certificate of No Objection [Filed 11/14/2024; Docket No. 483] |
    |---|---|---|
    | | (b) | Entered Order [Filed 11/15/2024; Docket No. 484] |
    | Objection Deadline: | | November 13, 2024 at 4:00 p.m. ET |
    | Responses Received: | | None |
    | Status: | | Order has been entered by the Court. This matter is concluded. |

9.  Motion of Sony Music Entertainment for Relief from the Automatic Stay
    [Filed 11/6/2024; Docket No. 459]

    | Related Documents: | (a) | Certificate of No Objection [Filed 11/15/2024; Docket No. 485] |
    |---|---|---|
    | | (b) | Entered Order [Filed 11/15/2024; Docket No. 489] |
    | Objection Deadline: | | November 13, 2024 at 4:00 p.m. ET |
    | Responses Received: | | None |
    | Status: | | Order has been entered by the Court. This matter is concluded. |

**UNCONTESTED MATTERS CERTIFICATION OF NO OBJECTION TO BE FILED:**

10. Motion of Daves Supermarket, Inc. for Relief from the Automatic Stay to Permit Dave's Supermarket, Inc. to Remove and Dispose of Debtor's Kiosks
    [Filed 11/4/2024; Docket No. 450]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Proposed Order<br>[Filed 11/4/2024; Docket No. 450] |
    | Objection Deadline: | | November 13, 2024 at 4:00 p.m. ET |
    | Responses Received: | | None |
    | Status: | | This matter is uncontested. Movant to file a Certificate of No Objection. |

**CONTESTED MATTERS GOING FORWARD:**

11. Motion of Joshua Pomer d/b/a Josh Pomer Films for Relief from the Automatic Stay and Related Relief
    [Filed 10/18/2024; Docket No. 400]

    | | | |
    |---|---|---|
    | Related Documents: | | None |
    | Objection Deadline: | | November 1, 2024 at 4:00 p.m. ET |
    | Responses Received: | (a) | Trustee's Limited Objection to the Motion of Joshua Pomer d/b/a Josh Pomer Films for Relief from the Automatic Stay and Related Relief<br>[Filed 11/1/2024; Docket No. 449] |
    | Status: | | The parties are currently exchanging language regarding a revised proposed Order which the parties anticipate being filed under Certification of Counsel prior to the hearing. |

Dated: November 18, 2024
       Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE 19801
      (302) 295-2000 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*