**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**STIPULATION GRANTING RETURN OF ROYALTY PAYMENT TO CHICKEN SOUP FOR THE SOUL, LLC**

COME NOW, George L. Miller, the duly appointed trustee (the "Trustee") of the above referenced chapter 7 Debtors and their respective chapter 7 estates, and Chicken Soup for the Soul, LLC ("CSS"), the non-debtor parent company of the chapter 7 debtor Chicken Soup for the Soul Entertainment, Inc. ("CSSE"), and hereby stipulate and agree as follows:

WHEREAS, on June 28 and 29, 2024 (as applicable, the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned cases under chapter 11 (the "Chapter 11 Cases").

WHEREAS, on July 10, 2024, the Court entered an order [D.I. 120] converting the Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code (the "Chapter 7 Cases").

WHEREAS, on July 11, 2024, George L. Miller was appointed as the interim chapter 7 trustee of the Debtors [D.I. 130].

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

WHEREAS, the meeting of creditors pursuant to section 341 of the Bankruptcy Code was held on August 20, 2024 [D.I. 157].  Following the 341 meeting, Mr. Miller became the duly appointed trustee of the chapter 7 Debtors and their respective estates.

WHEREAS, CSSE is a subsidiary of CSS which (CSS) publishes the famous book series and produces premium pet food under the Chicken Soup for the Soul brand name.

WHEREAS, on or about July 31, 2024, Sophia Institute Press ("Sophia") submitted a semi-annual royalty payment to CSS in the amount of $3,217.00.  The semi-annual royalty payment was submitted to CSS in connection with certain royalties due and owing CSS by Sophia, pursuant to CSS' book publishing business, for the royalty period January 1, 2024 through June 30, 2024.  The semi-annual royalty payment was not submitted to CSSE or the Chapter 7 Debtors.

WHEREAS, the Chapter 7 Debtors inadvertently deposited the semi-annual royalty payment in one of the Chapter 7 Debtors' bank accounts.

WHEREFORE, pursuant to this Stipulation, the Trustee and CSS, hereby agree that in lieu of CSS commencing a turnover action for return of the $3,217.00 semi-annual royalty payment, the Trustee has agreed that within 5 business days of entry of this Stipulated Order the Trustee will pay $3,217.00 to CSS for the semi-annual royalty payment inadvertently deposited in the Chapter 7 Debtors' bank account.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The Chapter 7 Debtors are authorized to pay $3,217.00 to CSS, within 5 days of entry of this Stipulated Order, which amount equals the amount of the semi-annual royalty payment due and owing CSS by Sophia, which amount was inadvertently deposited into the Chapter 7 Debtors' bank account; and

2. The Court shall retain jurisdiction over this Stipulated Order.

Dated: November 6, 2024

WOMBLE BOND DICKINSON (US) LLP

By: /s/ *Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com

-and-

Cathy A. Hinger (pro hac vice)
Claire J. Rauscher (pro hac vice)
2001 K. Street, NW
Suite 400 South
Washington, D.C. 20006
Telephone: (202) 467-6900
Facsimile: (202) 467-6910
Email: cathy.hinger@wbd-us.com
claire.rauscher@wbd-us.com

*Counsel for*
*Chicken Soup for the Soul, LLC*

COZEN & O'CONNOR, LLP

By: /s/ *John T. Carroll, III*
John T. Carroll, III
1201 North Market Street, Suite 1001
Wilmington, Delaware 19801
Telephone: (302) 295-2028
Fax: (302) 295-2013
Email: jcarroll@cozen.com

*Counsel for the Trustee*

George L. Miller
1628 John F. Kennedy Blvd., Suite 950
Philadelphia, PA 19103
Telephone: (215) 561-0950
Fax: (215) 561-0330
Email: gmiller@mctllp.com

*Counsel for the Trustee*