Belkys Escobar (VSB #74866)
Deputy County Attorney
COUNTY of LOUDOUN
One Harrison St, SE, 5th floor
P.O. Box 7000
Leesburg, Virginia  20177-7000
Telephone:  (703) 777-0307
Telecopier:  (703) 771-5025

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

**CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.,**

Case No.  24-11442-MFW
Chapter 7

*Debtors.*

## NOTICE OF APPEARANCE

The County of Loudoun, Virginia, by counsel, hereby notes its appearance in this case.  You are requested to serve all notices, documents and pleadings filed with the Court, including all notices required to be served under Fed. R. Bankr. Pro. 2002 and 9010, on the undersigned counsel whose contact information is set forth below.

Respectfully submitted,
The COUNTY of LOUDOUN, VIRGINIA
By counsel

LEO P. ROGERS
COUNTY ATTORNEY

By: /s/ Belkys Escobar
     Belkys Escobar (VSB #74866)
     Deputy County Attorney
     One Harrison Street, S.E., 5th Floor
     P.O. Box 7000
     Leesburg, Virginia 20177-7000
     Telephone:      (703) 777-0307
     Telecopier:     (703) 771-5025
     E-mail:  Belkys.Escobar@Loudoun.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 22, 2024, a copy of the foregoing Notice was served by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to the parties indicated below:

Steven W Golden
sgolden@pszjlaw.com
*Counsel for Debtors*

Jane M. Leamy
jane.m.leamy@usdoj.gov
*Counsel for U.S. Trustee*

Richard L. Schepacarter
richard.schepacarter@usdoj.gov
*Counsel for U.S. Trustee*

/s/ Belkys Escobar