**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC. *et al,* [1]<br><br>             Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered)<br><br>**Hearing Date:**     **January 8, 2025 at 2:00 p.m. ET**<br>**Objection Deadline:**  **December 27, 2024 at 4:00 p.m. ET** |

**NOTICE OF TRUSTEE'S APPLICATION FOR APPROVAL OF RETENTION OF
CULPEPPER IP, LLLC AS SPECIAL COPYRIGHT LITIGATION COUNSEL
AND FOR RELATED RELIEF**

      **PLEASE TAKE NOTICE** that on December 6, 2024 George L. Miller, the chapter 7 Trustee for the estates of the above-captioned Debtors (the "Trustee") has filed the *Trustee's Application for Approval of Retention of Culpepper IP, LLLC as Special Copyright Litigation Counsel and Related Relief* (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 (the "Court").

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 27, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned proposed counsel to the Trustee.

      **PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Application will be held on **January 8, 2025 at 2:00 p.m. (ET)** before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811) ("CS Entertainment"); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

2

**PLEASE TAKE FURTHER NOTICE** that only Objections made in writing and timely filed and received in accordance with the above procedures will be considered by the Court at such hearing.  If no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection.  Upon the filing of the Certification of No Objection, the Court may enter an Order granting the relief requested in the Application without further notice or a hearing.

Dated:  December 6, 2024

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com
sfraser@cozen.com

David R. Doyle (IL ARDC 6303215)
(Admitted in IL/Not admitted in DE)
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-1648 Phone
(312) 382-8910 Fax No.
daviddoyle@cozen.com

2