# EXHIBIT "B"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC. *et al,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

## DECLARATION OF KERRY CULPEPPER

I, Kerry Culpepper, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am the principal and owner of Culpepper IP, LLLC (the "Culpepper Firm").  I am a member in good standing of the Bars of Hawaii, Virgina, and the District of Columbia.  There are no disciplinary proceedings pending against me.

2.      I am authorized to submit this declaration (the "Declaration") on behalf of the Culpepper Firm and in support of the application (the "Application")[2] for entry of an order approving the Trustee's retention of Culpepper as special counsel in these Bankruptcy Cases, effective as of October 1, 2024.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

3.      If I were called upon to testify, I could and would testify competently to the facts set forth herein.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811) ("CS Entertainment"); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] All undefined terms in this Declaration shall carry the meanings set forth in the Application.

**Culpepper's Qualifications**

4.      The Culpepper Firm is a boutique intellectual property firm with substantial experience advising on copyright, patent and other intellectual property issues.  I have been practicing law in the field of intellectual property for over 15 years.  My practice is focused primarily on the areas of intellectual property matters and advising companies in the enforcement of their intellectual property rights.  I have substantial experience representing plaintiffs in infringement litigation.  Prior to the Petition Date, I served as outside copyright litigation counsel to the Debtors and will be principally responsible for providing the Copyright Litigation Services.

5.      I believe the Culpepper Firm is well qualified to represent the Estates, and I believe that Culpepper's retention and employment would be in the best interest of the Debtors, the Estates, their creditors, and other parties in interest.

**Scope of Services**

6.      Prior to the Petition Date, the Debtor Screen Media Ventures, LLC ("Screen Media") retained the Culpepper Firm to pursue copyright infringement litigation against various internet service providers ("ISPs").  As of the Petition Date, Culpepper represented Screen Media in the following pending litigation (the "Pending Litigation"):

(c) a contested proceeding over proof of claim in In re: Frontier Communications Corp. et al., Case No. 20-22476(MG) (Bankr. Court Southern District of NY) and related ancillary proceeding: In re: subpoena to Reddit, Inc., Case no. 24-3893 (Ninth Cir.), Case no. 24-80005-JD (ND Cal); and

(d) judgment enforcement litigation against Charles Muszynski et al. in: (i) In re: Charles Muszynski, Case No. 23-0-2870(MCF) (Bankr. Court Dist. Of P.R.); (ii) Muszynski v. Millennium Funding, Inc., et al. Case No. 24-11 (B.A.P. for First Cir.); (iii) Millennium Funding, Inc., et al. v. 1701 Management LLC, et al., 21-cv-20861 (S.D. Fla.); (iv) Millennium Funding, Inc., et al. v. AUH2O, LLC, et al., Claim No. NEVHCV2022/0183 (Eastern Caribbean Supreme Court in The High Court of Justice

2

St. Christopher And Nevis, Nevis Circuit); and (v) all other proceedings related to enforcement of the S.D. Fla. Judgment (collectively, the "Alleged Defendant Infringers").

In addition, the Culpepper Firm represented Screen Media in ongoing confidential, out-of-court discussions with certain ISPs (together with the Pending Litigation, the "Pending Matters").

7.      The Culpepper Firm has agreed to provide the Copyright Litigation Services, including representing the Trustee in the Pending Matters outlined above, as set forth in the Engagement Agreement.

8.      It is my understanding that Cozen O'Connor is currently representing the Trustee as counsel in these Bankruptcy Cases. Because the Culpepper Firm is not being retained to serve as the Trustee's bankruptcy counsel, the Culpepper Firm will not render "services . . . in contemplation of or in connection with the case" within the meaning of section 329(a) of the Bankruptcy Code.  The Culpepper Firm's postpetition work hereafter will be comprised of representing the Estates solely in connection with the Copyright Litigation Services and these matters do not involve representing the Trustee in the Bankruptcy Cases. Importantly, the legal services provided by the Culpepper Firm to the Trustee will be in no way duplicative of the services provided by Cozen O'Connor.  Should the scope of the Culpepper Firm's services expand beyond the scope discussed herein, the Culpepper Firm will file a supplemental retention application with the Court. As a result of the foregoing, I believe that the Culpepper Firm is qualified and well-suited to represent the Trustee as special patent counsel pursuant to section 327(e) of the Bankruptcy Code.

## Compensation

9.      The Culpepper Firm has agreed to provide the Copyright Litigation Services according to the compensation arrangement described in the Application and the Engagement

3

Agreement.  In summary, the Trustee has agreed to pay the Culpepper Firm a contingency fee based on Cash Recoveries (as defined in the Engagement Agreement) received by the Estates as follows: (1) thirty-five percent (35%) if the matter is settled without filing litigation; (2) forty percent (40%) if litigation is filed but the matter is settled prior to the defendant filing a responsive motion or answer to the Complaint; (3) forty-five percent (45%) if litigation is filed but the matter is settled or judgment is obtained after the defendant files a responsive motion or answer to the Complaint (including if the matter goes to trial); and (4) fifty percent (50%) in the event of an appeal to any appellate court initiated by defendants which the Trustee instructs the Culpepper Firm to oppose, or, an appeal initiated at the request of the Trustee (collectively, the "Contingency Fees").

10.     As set forth fully in the Engagement Agreement, the Trustee has also agreed to reimburse the Culpepper Firm, solely from Cash Recoveries, for all costs and expenses incurred by the firm in connection with the Copyright Litigation Services in an amount not to exceed $25,000, subject to increase upon the Trustee's express approval (the "Expenses").  The Culpepper Firm has agreed to charge nothing for its professional services if there are no Cash Recoveries.

### Connections and Lack of Adverse Interests

11.     The Culpepper Firm holds a claim against the Estates in the amount of $75,496.47 representing outstanding costs and expenses in connection with professional services rendered prior to the Petition Date.  The Trustee and the Culpepper Firm have agreed, subject to Court approval, that the claim shall be offset against the amounts held in the Culpepper Firm's IOLTA account, over which account the firm asserts an attorney's lien.

12.     In connection with our proposed employment by the Trustee, the Culpepper Firm sought to determine whether the Culpepper Firm or I have any conflicts or other relationships that

4

might cause us to hold or represent an interest adverse to the Trustee or the Estates with respect to the matters on which the Culpepper Firm is being employed. Specifically, the Culpepper Firm first researched its client database to determine connections with individuals and entities involved in the matters on which the firm is being employed.  The Culpepper Firm then researched its client database to determine whether the firm represented any parties in connection with these Bankruptcy Cases. Finally, the Culpepper Firm obtained from the Trustee's counsel the names of the Debtor entities and affiliates, the members of the U.S. Trustee's office, and the parties in interest in these Bankruptcy Cases; such parties are listed on Schedule 1 attached hereto.

13.     To the best of my knowledge and after due inquiry, Schedule 2 hereto sets forth the Culpepper Firm's current client connections with the entities listed on Schedule 1 and identifies the name of the entity searched, the name of the entity or affiliate that is a current client of the Culpepper Firm, and the status of the engagement. To the best of my knowledge, information, and belief, insofar as we have been able to ascertain after reasonable inquiry, the Culpepper Firm holds no interest adverse to the Trustee or the Estates with respect to the Copyright Litigation Services and represents no party that has interests adverse to the Estates regarding the matters on which the Culpepper Firm is being employed, as required by section 327(e) of the Bankruptcy Code, except as indicated herein.

14.     The Culpepper Firm is not currently representing any creditor or other party in interest in connection with the above-captioned cases to the best of the undersigned's knowledge, information, and belief.

15.     To the extent the Culpepper Firm represents other parties in interest in ongoing matters unrelated to the Trustee and these Bankruptcy Cases, to the best of my knowledge, none of the representations are adverse to the interests of the Estates that are the subject of the Culpepper

5

Firm's representation as special counsel. Moreover, pursuant to section 327(c) of the Bankruptcy Code, the Culpepper Firm is not disqualified from acting as special patent counsel merely because it represents certain of the Debtors' creditors or other parties in interests in matters unrelated to these Bankruptcy Cases.

16.     Except as set forth herein and on Schedule 2, based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, the Culpepper Firm, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the creditors of the Estates, or any other parties in interest, the United States Trustee, or any person employed in the office of the United States Trustee for the District of Delaware, any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Dated: Nov. 28, 2024

CULPEPPER IP, LLLC

Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

LEGAL\74393334\2

**Schedule 1**

| |
|---|
| **Client:** |
| George L. Miller, Trustee |
| |
| **Debtors:** |
| Chicken Soup for the Soul Entertainment, Inc. |
| 757 Film Acquisition LLC |
| Chicken Soup for the Soul Studios, LLC |
| Chicken Soup for the Soul Television Group, LLC |
| Crackle Plus, LLC |
| CSS AVOD Inc. |
| CSSESIG, LLC |
| Digital Media Enterprises LLC |
| Halcyon Studios, LLC |
| Halcyon Television, LLC |
| Landmark Studio Group LLC |
| Locomotive Global |
| Pivotshare, Inc. |
| RB Second Merger Sub LLC |
| Redbox Automated Retail, LLC |
| Redbox Entertainment, LLC |
| Redbox Holdings, LLC |
| Redbox Incentives LLC |
| Redwood Intermediate, LLC |
| Screen Media Ventures, LLC |
| Screen Media Films, LLC |
| TOFG LLC |
| |
| **Non-Debtor Affiliates:** |
| Chicken Soup for the Soul Holdings, LLC |
| Chicken Soup for the Soul, LLC |
| Chicken Soup for the Soul Productions, LLC |
| |
| **Lenders:** |
| HPS Investment Partners LLC |
| Midcap Financial Trust |
| |
| **Professionals:** |
| Reed Smith LLP |
| Ashby & Geddes, P.A. |
| Pachulski Stang Ziehl & Jones LLP |
| Miller Coffey Tate LLP |
| **Former Directors & Officers:** |
| Amy L. Newmark |
| Bart M. Schwartz, CEO |

| |
|---|
| Christina Weiss Lurie |
| Christopher Mitchell |
| Cosmo DeNicola |
| David Ellender |
| David Fannon |
| Diana Wilkin |
| Fred Cohen |
| Jason Meier |
| John T. Young |
| Joshua Mandel |
| Martin Pompadur |
| Robert H. Warshauer |
| Scott Anderson |
| Steven Goldsmith |
| Sunder Aaron |
| Vikram Somaya |
| William J Rouhana, Jr. |
| |
| **Top 30 Consolidated Unsecured Creditors:** |
| U.S. Bank National Association, as indenture trustee |
| Universal Studios Home Entertainment LLC |
| University City Studios Productions LLLP |
| Guggenheim Securities, LLC |
| Sony Pictures Home Entertainment |
| BBC Studios Americas, Inc. |
| Ellation, LLC |
| Walgreen Company |
| Lionsgate Entertainment |
| 120DB Film Finance LLC |
| Wal-Mart Stores, Inc. |
| PJT Partners |
| VIZIO Services, LLC |
| Sony Pictures Television Inc. |
| Culver Digital Distribution Inc. |
| MGM Domestic Television Distribution LLC |
| Warner Bros. Home Entertainment |
| FUNimation Productions, LLC |
| Paramount Pictures Corporation |
| Automotive Rentals, Inc. |
| BRE Imagination Office Holdco LLC |
| Continental Stock Transfer & Trust Co. |
| Langley Television Distribution, LLC |
| TheMathCompany Pvt. Ltd. |
| Joseph P. Day Realty Corp. |
| 828 Media |
| Plex GmbH |

2

| Comsys Information Technology Serv. |
| Glewed Media, LLC |
| Paramount Home Entertainment |

**Office of the United States Trustee**
**Region 3 - Wilmington DE - Staff Directory**
**as of February 27, 2024**

| | |
|---|---|
| Andrew R. Vara | United States Trustee |
| Joseph McMahon | Assistant U.S. Trustee |
| Lauren Attix | OA Assistant |
| Malcolm M. Bates | Trial Attorney |
| Fang Bu | Trial Attorney |
| Linda Casey | Trial Attorney |
| Joseph Cudia | Trial Attorney |
| Holly Dice | Auditor |
| Shakima L. Dortch | Paralegal Specialist |
| Timothy J. Fox, Jr. | Trial Attorney |
| Diane Giordano | Bankruptcy Analyst |
| Michael Girello | Paralegal Specialist |
| Christine Green | Paralegal Specialist |
| Benjamin Hackman | Trial Attorney |
| Nyanquoi Jones | Auditor |
| Jane Leamy | Trial Attorney |
| Jonathan Lipshie | Trial Attorney |
| Hannah M. McCollum | Trial Attorney |
| Jonathan Nyaku | Auditor Bankruptcy |
| James R. O'Malley | Bankruptcy Analyst |
| Linda Richenderfer | Trial Attorney |
| Richard Schepacarter | Trial Attorney |
| Edith A. Serrano | Paralegal Specialist |
| Rosa Sierra- Fox | Trial Attorney |
| Elizabeth Thomas | Paralegal Specialist |
| Dion Wynn | Paralegal Specialist |

3

LEGAL\74393334\2

<table>
<tr><td colspan="2"><strong>Bankruptcy Judges<br>United States Bankruptcy Court<br>District of Delaware</strong></td></tr>
</table>

| | |
|---|---|
| Hon. Laurie Selber Silverstein | Chief Judge |
| Hon. John T. Dorsey | Judge |
| Hon. Craig T. Goldbatt | Judge |
| Hon. Thomas M. Horan | Judge |
| Hon. Karen B. Owens | Judge |
| Hon. Brendan L. Shannon | Judge |
| Hon. J. Kate Stickles | Judge |
| Hon. Mary F. Walrath | Judge |

<table>
<tr><td colspan="2"><strong>Judicial Staff<br>United States Bankruptcy Court<br>District of Delaware</strong></td></tr>
</table>

| | |
|---|---|
| Al Lugano | Courtroom Deputy |
| Danielle Gadson | Courtroom Deputy |
| Laurie Capp | Courtroom Deputy |
| Lora Johnson | Courtroom Deputy |
| Marquietta Lopez | Courtroom Deputy |
| Nickita Barksdale | Courtroom Deputy |
| Rachel Bello | Courtroom Deputy |
| Robert Cavello | Courtroom Deputy |
| Amanda Hrycak | Judicial Assistant |
| Cacia Batts | Judicial Assistant |
| Catherine Farrell | Judicial Assistant |
| Claire Brady | Judicial Assistant |
| Demitra Yeager | Judicial Assistant |
| Jill Walker | Judicial Assistant |
| Joan Ranieri | Judicial Assistant |
| Laura Haney | Judicial Assistant |
| Paula Subda | Judicial Assistant |

<table>
<tr><td colspan="2"><strong>Clerk of the United States Bankruptcy Court<br>District of Delaware<br>(Effective 9/1/2016)</strong></td></tr>
</table>

| | |
|---|---|
| Una O'Boyle | |

4

LEGAL\74393334\2

## Schedule 2

None.

LEGAL\74393334\2