# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al* [1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 24-11442 (MFW) <br> (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 18, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL.
ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

**CONTINUED MATTERS:**

1. Motion of Joshua Pomer d/b/a Josh Pomer Films for Relief from the Automatic Stay and Related Relief
   [Filed 10/18/2024; Docket No. 400]

   | | |
   |---|---|
   | Related Documents: | None |
   | Objection Deadline: | November 1, 2024 at 4:00 p.m. ET |
   | Responses Received: | (a) Trustee's Limited Objection to the Motion of Joshua Pomer d/b/a Josh Pomer Films for Relief from the Automatic Stay and Related Relief [Filed 11/1/2024; Docket No. 449] |
   | Status: | This matter is adjourned to January 8, 2025 at 2:00 p.m. The parties are currently exchanging language regarding a revised proposed Order which the parties anticipate being filed under Certification of Counsel. |

**CONCLUDED MATTERS:**

2. Motion of WinCo Foods, LLC for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Winco Foods, LLC to Remove and Dispose of Kiosks
   [Filed 11/12/2024; Docket No. 474]

   | | |
   |---|---|
   | Related Documents: | (a) Certificate of No Objection [12/4/2024; Docket No. 504] |
   | | (b) Entered Order [12/4/2024; Docket No. 506] |
   | Objection Deadline: | November 26, 2024 at 4:00 p.m. ET |
   | Responses Received: | None |
   | Status: | Order has been entered by the Court. This matter is concluded. |

3.  Motion of 800 Third Avenue Associates, LLC for Entry of an Order Vacating the Automatic Stay With Respect to Security Deposit
    [Filed 11/19/2024; Docket No. 495]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection<br>Filed 12/4/2024; Docket No. 505] |
    | | (b) | Entered Order<br>[Filed 12/5/2024; Docket No. 507] |
    | Objection Deadline: | | December 3, 2024 at 4:00 p.m. ET |
    | Responses Received: | | None |
    | Status: | | Order has been entered by the Court.  This matter is concluded. |

4.  Motion of Kwik Trip, Inc. for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Kwik Trip, Inc. to Remove and Dispose of Kiosks
    [Filed 11/25/2024; Docket No. 499]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection<br>[Filed 12/10/2024; Docket No. 511] |
    | | (b) | Entered Order<br>[Filed 12/11/2024; Docket No. 514] |
    | Objection Deadline: | | December 9, 2024 at 4:00 p.m. ET |
    | Responses Received: | | None |
    | Status: | | Order has been entered by the Court.  This matter is concluded. |

5.  Motion of CGB Films for Relief From the Automatic Stay and Related Relief
    [Filed 12/4/2024; Docket No. 502]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection<br>[Filed 12/12/2024; Docket No. 516] |
    | | (b) | Entered Order<br>[Filed 12/12/2024; Docket No. 517] |
    | Objection Deadline: | | December 11, 2024 at 4:00 p.m. ET |
    | Responses Received: | | None |
    | Status: | | Order has been entered by the Court.  This matter is concluded. |

**MATTERS GOING FORWARD:**

6.  Motion of Recy Taylor Rosa Parks, LLC for Relief from the Automatic Stay and Related Relief [Filed 11/15/2024; Docket No. 487]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection [Filed 12/13/2024; Docket No. 518] |
    | | (b) | Proposed Order [Filed 11/15/2024; Docket No. 487] |
    | Objection Deadline: | | December 11, 2024 at 4:00 p.m. ET |
    | Responses Received: | | None |
    | Status: | | Pursuant to the Court's directive this matter is going forward. |

Dated: December 16, 2024
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*