CHAPTER 7 SIGN-IN SHEET

DATE: December 18, 2024 at 2:00 pm

COURTROOM NUMBER: 4

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING | CASE NAME |
|---|---|---|---|
| Bryan J. Hill | Chipman Brow Cicero & Cole | David W. Carickhoff, Ch. 7. Trustee | Invitae |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Chapter 7 Matters
December 18, 2024 at 2:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Thomas | vialpando | | Brian Skajem et al. | 08-13031-MFW | Video and Audio |
| Ryan | Carreon | Morris James LLP | | 24-11442-MFW | Video and Audio |
| John | Carroll | Cozen O&#039;Connor | George L. Miller, Trustee | 24-11442-MFW | Video and Audio |
| Donald | Detweiler | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Cindy | Giobbe | Womble Bond | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Cathy | Hinger | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Tara | Lattomus | Eckert Seamans Cherin & Mellott LLC | Racy Taylor Rosa Parks, LLC | 24-11442-MFW | Video and Audio |
| Louis | Occhicone | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Tara | Pakrouh | Morris James LLP | Brian Skajem et al. | 24-11442-MFW | Video and Audio |
| Christopher | Perkins | Eckert Seamans | Recy Taylor Rosa Parks, LLC | 24-11442-MFW | Video and Audio |
| Claire | Rauscher | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Samantha | Rodriguez | Morris James LLP | Brian Skajem et al. | 24-11442-MFW | Video and Audio |
| William | Rouhana | Chicken Soup for the Soul, LLC, et al | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Richard | Schepacarter | Office of the United States Trustee | U.S. Trustee | 24-11442-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 24-11442-MFW | Audio Only |
| Kate | Thomas | | | 24-11442-MFW | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | 24-11442-MFW | Audio Only |
| charles | muszynski | | pro se, admitted w/o objection | 24-11442-MFW | Audio Only |
| Bryan | Hall | Chipman Brown Cicero & Cole, LLP | Chapter 7 Trustee | 15-11786-MFW | Video and Audio |
| Jennifer | Hepner | Katten | N/A | 15-11786-MFW | Video and Audio |