IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC, *et al.*,[1] | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF C&S
WHOLESALE GROCERS, LLC, PURSUANT TO 11 U.S.C. § 362(d)(1)**

The undersigned counsel to C&S Wholesale Grocers, LLC ("C&S") hereby certifies as follows:

1. On June 29, 2024 (the "Petition Date"), each of the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On July 10, 2024, the Court entered an *Order Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code and Granting Related Relief*. [Docket No. 120].

3. On July 11, 2024, George L. Miller was appointed as the Chapter 7 Trustee (the "Trustee"). [Docket No. 130].

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); (Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

11298233.v1

4.     Prior to the Petition Date, C&S and Debtor Redbox Automated Retail, LLC, were parties to a Kiosk Operating Agreement pursuant to which Redbox installed Redbox-branded Kiosks at various retail locations.

5.     C&S has requested, and the Trustee has agreed, to stipulate to relief from the automatic stay to permit C&S to remove, relocate, disassemble, destroy, and/or otherwise dispose of the remaining Kiosks, as well as all appurtenances thereto, that remain on C&S's premises more than seven days after the entry of the Court's order (the "Stipulation").

6.     Attached hereto as **Exhibit A** is a proposed order approving the Stipulation (the "Order"), which is attached as Exhibit 1 to the Order.

**WHEREFORE,** C&S respectfully requests that the Court enter an order approving the Order.

| | |
|---|---|
| Dated: January 2, 2025<br>Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>/s/ Richard M. Beck<br>Richard M. Beck (DE Bar No. 3370)<br>Benjamin M. Fischer (DE Bar No. 7317)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware, 19801-3062<br>Telephone: (302) 426-1189<br>Email: rbeck@klehr.com<br>        bfischer@klehr.com<br><br>*Counsel to the C&S Wholesale Grocers, LLC* |

11298233.v1