# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC, *et al.*, | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |
| | Related Doc. No. 527 |

### ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF C&S WHOLESALE GROCERS, LLC, PURSUANT TO 11 U.S.C. § 362(d)(1)

C&S Wholesale Grocers, LLC, and George L. Miller, Chapter 7 Trustee for the estate of Redbox Automated Retail, LLC, having entered into the Stipulation for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1), attached as **Exhibit 1**,

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**.

Dated: January 6th, 2025  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

11171521.v4