Chicken Soup for the Soul Entertainment, Inc. 24-11442

January 8, 2025 at 2:00 pm

| First Name | Last Name | Rep | Case Number | Via |
|---|---|---|---|---|
| John | Carroll | George L. Miller, Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Katie | Catanese |  | 24-11442-MFW | Audio Only |
| Kerry | Culpepper | Debtor Screen Media Ventures, LLC | 24-11442-MFW | Video and Audio |
| Donald | Detweiler | William Rouhana | 24-11442-MFW | Video and Audio |
| Cindy | Giobbe | William Rouhana | 24-11442-MFW | Video and Audio |
| Uday | Gorrepati |  | 24-11442-MFW | Audio Only |
| Stephan | Hornung |  | 24-11442-MFW | Video and Audio |
| Andrew | Kotliar |  | 24-11442-MFW | Audio Only |
| Marc | Lebowitz | Capella | 24-11442-MFW | Video and Audio |
| Elana | Levine | Plaintiffs | 24-11442-MFW | Video and Audio |
| Kevin | Mann | 800 Third Avenue Associates, LLC and Blake Ridder | 24-11442-MFW | Video and Audio |
| George | Miller | Trustee, George L. Miller (Self) | 24-11442-MFW | Video and Audio |
| Richard | Schepacarter | United States Trustee | 24-11442-MFW | Video and Audio |
| Vince | Sullivan |  | 24-11442-MFW | Audio Only |
| Kate | Thomas |  | 24-11442-MFW | Audio Only |
| Alex | Wittenberg |  | 24-11442-MFW | Audio Only |
| Becky | Yerak | News Corp | 24-11442-MFW | Audio Only |
| Eric | Zabicki | 800 Third Avenue Associates, LLC | 24-11442-MFW | Video and Audio |
| charles | muszynski | pro se, admitted w/o objection | 24-11442-MFW | Audio Only |