# Exhibit B

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | Chapter 7 |
| In re: | : | |
| | : | Case No. 24-11442 (MFW) |
| CHICKEN SOUP FOR THE SOUL | : | (Jointly Administered) |
| ENTERTAINMENT, INC., *et al.*,[1] | : | |
| | : | **Re: Docket No. ———515** |
| Debtors. | : | |

**ORDER GRANTING MOTION OF 800 THIRD AVENUE ASSOCIATES, LLC
FOR ENTRY OF AN ORDER FOR ALLOWING CHAPTER 7 AND CHAPTER 11
ADMINISTRATIVE EXPENSE CLAIMS**

Upon consideration of the motion (the "Motion") of 800 Third Avenue Associates, LLC

("800 Third Avenue"), for entry of an Order, pursuant to 11 U.S.C. §§ 363(d)(3) and 503(b)(1)(A),

allowing chapter 7 and chapter 11 administrative expense claims in the above-captioned cases in

favor of 800 Third Avenue with respect to certain post-petition obligations under a prepetition

commercial real property lease between 800 Third Avenue and debtor Chicken Soup for the Soul

Entertainment, Inc. with respect to office premises (*i.e.*, Suite 300 and Suite 305) in the building

located at 800 Third Avenue, New York, New York; and due and adequate notice of the Motion

having been given; and the Court having reviewed the Motion and any responses thereto including

the Chapter 7 Trustee's Limited Objection to the Motion; it is hereby

---

1       The Debtors in these chapter 7 cases (collectively, the "Debtors"), along with the last four digits of each
Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup
for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul
Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media
Enterprises, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC
(3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox
Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox
Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC
(2466); and TOFG LLC (0508).  The Debtors' corporate headquarters and service address is 132 East Putnam Avenue,
Floor 2W, Cos Cob, CT 06807.

LEGAL\75007752\2 6010823/00617521
01/09/2025

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted only to the extent set forth herein.

2.      800 Third Avenue ~~shall have~~is granted an allowed Chapter 11 administrative expense claim pursuant to 11 U.S.C. §503(b)(1)(A) in the amount of $42,519.54 for the period June 28, 2024 through July 9, 2024~~, which claim shall have the distribution priority afforded to chapter 11 administrative expense claims under 11 U.S.C. § 507(a)(2) of the Bankruptcy Code.~~

~~3.~~2.     ~~800 Third Avenue shall have~~ and an allowed Chapter 7 administrative expense claim pursuant to 11 U.S.C. §503(b)(1)(A) in the amount of $70,500.40 for the period July 10, 2024 through July 29, 2024~~, which claim shall have the distribution priority afforded to chapter 7 administrative expense claims under 11 U.S.C. § 507(a)(1)(C) (the "Chapter 7 Administrative Expense Claim").~~.

~~4.      The Trustee, on behalf of the Debtors' estates, shall pay 800 Third Avenue the sum of $70,500.40 in satisfaction of the Chapter 7 Administrative Expense Claim within seven (7) business days of the entry of this Order.~~

2