IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | } | Chapter 7 |
| | } | |
| CHICKEN SOUP FOR THE SOUL | } | Case No.: 24-11442 (MFW) |
| ENTERTAINMENT, INC., et al., | } | |
| | } | Jointly Administered |
| Debtors. | } | |
| | } | |

FILED 2025 JAN 14 AM 9:40 US BANKRUPTCY CLERK DISTRICT OF DELAWARE

## MOTION TO WITHDRAW AMENDED NOTICE OF APPEAL, DOC. #544 TO DISTRICT COURT PROVIDED PURSUANT TO FRBP 8002

**TO THE HONORABLE COURT:**

1. COMES NOW admitted (without objection) party in interest Charles Muszynski, pro se, ("Movant") and, having not completed the prior amended, signed "Notice of Appeal and Statement of Election", in "Part 2: Identify the Subject of this Appeal", requests to withdraw its prior submission in Docs. #544 and #544-1.

2. Movant properly completed and signed the "Notice of Appeal and Statement of Election" and contemporaneously subsequent submitted a replacement Motion with it to the Clerk along with a duplicate "Application To Proceed In District Court Without Prepaying Fees Or Costs" (Long Form).

3. The Court Clerk, not noting the language of the prior motion, and not locating information that was to be included in "Part 2: Identify the Subject of this Appeal", mistakenly paired the unrelated matter of "Recy Taylor Rosa Parks, LLC" with Movant's motion.

RESPECTFULLY SUBMITTED, 14 January 2025, signed in the Federation of St. Christopher and Nevis.

*/s/ Charles Muszynski/*
Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies
1-424-333-0569

## CERTIFICATE OF SERVICE

The undersigned states service herein was provided upon the parties/entities related to the proceedings above by way of the Court's CM/ECF system on the date he submitted the filing below and subsequent to courier delivery at the Court's physical location in Wilmington, DE.

                                      14 January 2025
                                      Respectfully submitted,

*[signature]*

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies