UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 24-11442     BK ● AP ○

If AP, related BK case number:

**District Court Case Number:** 25-0052

Item(s) Transmitted:

| Description | Docket # | Date Entered |
|---|---|---|
| Amended and Corrected Notice of Appeal | 549 | 1/14/25 |
| Correct Order that is on Appeal | 547 | 1/14/25 |
|  |  |  |

**Notes:**
The copy of the order that was originally transmitted is incorrect. The order within this transmission is the correct order that plaintiff wants to appeal. My apologies and sorry for the confusion. Plaintiff is pro se.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/15/25      **by:** /s/ Kimberly Ross
                           **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   25-03