IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., et al., <br><br>　　　　　　Debtors, | ) Bankr. Case No. 24-11442 (MFW) <br> ) Chapter 7 <br> ) Jointly Administered <br> ) <br> ) |
| CHARLES MUSZYNSKI, <br><br>　　　　　　Appellant, <br><br> v. <br><br> CHAPTER 7 TRUSTEE GEORGE MILLER, <br><br>　　　　　　Appellee. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 25-0052 (GBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

At Wilmington, this 27th day of January 2025, the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 (D.I. 1);

IT IS HEREBY ORDERED that:

1. The application is DENIED based on Appellant's annual reported income of $39,996.

2. Within thirty (30) days from the date of this Order, Appellant shall pay the $298 filing fee payable to the United States Bankruptcy Court for the District of Delaware and delivered/mailed to the Office of Clerk, U.S. Bankruptcy Court, 824 Market Street, Wilmington, DE 19801.

**Failure to comply with this Order will result in the appeal's dismissal without prejudice.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Gregory B. Williams
　　　　　　　　　　　　　　　　　　　　United States District Judge