# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*, | Case No. 24-11442 (MFW) |
| | Jointly Administered |
| Debtors.[1] | **Re: Docket No. 556** |

## WITHDRAWAL OF MOTION OF BROOKSHIRE BROTHERS INC. FOR AN ORDER (I) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 105(a) AND 362(d) TO PERMIT REMOVAL OF KIOSKS; AND (II) AUTHORIZING THE DISPOSAL OF THE KIOSKS

Brookshire Brothers Inc. ("Brookshire"), by undersigned counsel, whereby withdraws its Motion for an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Removal of Kiosks; and (II) Authorizing the Disposal of the Kiosks [Docket No. 556].

Date: January 31, 2025

**TYDINGS & ROSENBERG LLP**

*/s/ Stephen B. Gerald*
Dennis J. Shaffer, DE Bar No. 6746
Stephen B. Gerald, DE Bar No. 5857
200 Continental Drive, Suite 401
Newark, DE 19713
Tel: (410) 752-9715
Fax: (410) 752-5460
Email: dshaffer@tydings.com
sgerald@tydings.com

*Counsel for Brookshire Brothers Inc.*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

6307592.1