# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC., *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 19, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

## CONCLUDED MATTERS:

1. Motion of Brookshire Brothers Inc. for an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(a) and 362(d) to Permit Removal of Kiosks; and (II) and (II) Authorizing the Disposal of the Kiosks
   [Filed 1/31/2025; Doc. No. 559]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Entered Order<br>[Filed 2/13/2025; Doc. No. 567] |
   | Objection Deadline: | | February 12, 2025 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court. This matter is concluded. |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Amended Agenda items appear in bold text.

**CONTINUED MATTERS:**

2. Motion of Blake Ridder Limited for Entry of an Order Compelling Trustee to Reject Motion Picture Distribution Agreement and Granting Related Relief
[Filed 12/9/2024; Docket No. 509]

| | |
|---|---|
| Related Documents: | None |
| Objection Deadline: | December 23, 2024 at 4:00 p.m. ET |
| Responses Received: | (a) Chapter 7 Trustee's Limited Objection to the Motion of Blake Ridder Limited for Entry of an Order Compelling Trustee to Reject Motion Picture Distribution Agreement and Granting Related Relief filed by George L. Miller, Trustee [Filed 12/23/2024; Docket No. 523] |
| Status: | This matter is being adjourned by agreement of the parties to March 5, 2025 at 2:00 p.m. ET. The parties anticipate submitting a consensual proposed Order under Certification of Counsel. |

**CONTESTED MATTERS GOING FORWARD:**

3. Amazon Web Services, Inc.'s Motion for Relief from the Automatic Stay to Terminate Executory Contract with Chicken Soup for the Soul Entertainment, Inc.
[Filed 1/29/2025; Docket No. 554]

| | |
|---|---|
| Related Documents: | None |
| Objection Deadline: | February 12, 2025 at 4:00 p.m. Extension granted to Trustee to February 14, 2025 at 12:00 p.m. |
| Responses Received: | (a) Objection of Trustee to Amazon Web Services, Inc.'s Motion for Relief from the Automatic Stay to Terminate Executory Contract [Filed 2/14/2025; Docket No. 568] |
| | (b) Reply in Further Support of Amazon Web Services, Inc.'s Motion for Relief from the Automatic Stay to Terminate Executory Contract with Chicken Soup for the Soul Entertainment, Inc. [Filed 2/17/2025; Docket No. 570] |
| **Status:** | **The parties have reached an agreement on a revised proposed form of Order which will be submitted under Certification of Counsel.** |

LEGAL\75708173\3 6010823/00617521
02/19/2025

Dated: February 19, 2025
       Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
     John T. Carroll, III (DE No. 4060)
     1201 N. Market Street
     Suite 1001
     Wilmington, DE 19801
     (302) 295-2000 Phone
     (302) 295-2013 Fax No.
     jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*