UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET**

Case Number: 24-11442    BK ☉  AP ◯

If AP, related BK case number:

District Court Case Number: 25-0052

Item(s) Transmitted:

| Item | Docket # | Date Entered |
|---|---|---|
| Receipt for Appeal Fee | | 2/20/2025 |
| | | |
| | | |

Notes:
Receipt for payment of $298. (Receipt # 100925424 page follows)

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 2/20/2025    by: /s/ Kimberly Ross
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: 25-03