IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 24-11442 (MFW) |
| CHICKEN SOUP FOR THE SOUL | : | (Jointly Administered) |
| ENTERTAINMENT, INC., *et al.*,[1] | : | |
| | : | **Re: Docket No. 509** |
| Debtors. | : | |

**ORDER GRANTING MOTION OF BLAKE RIDDER LIMITED FOR
ENTRY OF AN ORDER COMPELLING TRUSTEE TO REJECT MOTION
PICTURE DISTRIBUTION AGREEMENT AND GRANTING RELATED RELIEF**

Upon consideration of the *Motion of Blake Ridder Limited for Entry of an Order Compelling Trustee to Reject Motion Picture Distribution Agreement and Granting Related Relief* [D.I. 509] (the "Motion")[2], the Court having found that the Notice of the Motion and the hearing on the Motion was timely, proper and adequate under the applicable rules and procedure; and upon consideration of the Chapter 7 Trustee's Limited Objection to the Motion; and the Court having found that cause exists for approval as provided herein of the Motion, IT IS ORDERED:

1. That the Motion is GRANTED to the extent provided herein;

2. The Distribution Agreement is deemed rejected by operation of law pursuant to 11 U.S.C. § 365(d)(1).

---

1      The Debtors in these chapter 7 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

2      Capitalized terms unless expressly defined herein shall have the meanings ascribed to them in the Motion.

3. To the extent that the Trustee obtains access to the Debtors' electronic records regarding the Distribution Agreement and the Film, the Trustee shall provide BRL and its agents with reasonable access to such records and shall cooperate in good faith in granting such access to BRL and its agents. Neither the Trustee nor the Debtors' estates shall bear any of the costs associated with BRL and its agents' search of the Debtors' electronic records. The Trustee shall not seek payment from BRL for any work done by the Trustee, his counsel, or his agents.

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 5th, 2025  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE