**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC.*, et al.,*[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 16, 2025 at 2:00 p.m.**<br>**Objection Deadline: March 25, 2025 at 4:00 p.m.**<br><br>**Re: Docket No. 585** |

*AMENDED* **NOTICE REGARDING CHICKEN SOUP FOR THE SOUL, LLC'S
MOTION TO LIFT AUTOMATIC STAY TO TERMINATE LICENSE AGREEMENT**

**PLEASE TAKE NOTICE** that on March 11, 2025, the undersigned filed *Chicken Soup for the Soul, LLC's Motion to Lift Automatic Stay to Terminate License Agreement* [Docket No. 585] (the "Motion"). **You were previously served with a copy of the Motion**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 25, 2025 at 4:00 p.m. (prevailing eastern time)** and served upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing, to the extent necessary, on the Motion will now be held on **April 16, 2025 at 2:00 p.m.**[2] **(prevailing eastern time)** before the Honorable Mary F. Walrath at the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2] **The Motion was previously noticed for April 10, 2025 at 2:30 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: March 18, 2025
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**


*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com

-and-

Cathy A. Hinger
(admitted *pro hac vice*)
2001 K. Street NW
Suite 400 South
Washington, D.C. 20006
Telephone: (202) 467-6900
Facsimile:  (202) 467-6910
Email: cathy.hinger@wbd-us.com

*Counsel for Chicken Soup for the Soul, LLC*