IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 26, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED**

## CONTINUED MATTERS:

1. Taboo Productions Ltd.'s Motion for Relief from the Automatic Stay to Terminate Series Distribution Agreement and Granting Related Relief
   [Filed 3/11/2025; Docket No. 588]

    Related Documents:    (a) Notice of Adjournment of Taboo Productions Ltd.'s Motion for Relief from the Automatic Stay to Terminate Series Distribution Agreement and Granting Related Relief
    [Filed 3/19/2025; Docket No. 595]

    Objection Deadline:    March 19, 2025 at 4:00 p.m. ET

    Responses Received:    (b) Trustee's Limited Objection to Taboo Productions Ltd.'s Motion for Relief from the Automatic Stay to Terminate Series Distribution Agreement and Granting Related Relief
    [Filed 3/19/2025; Docket No. 594]

    Status:    This matter is being adjourned to April 16, 2025 at 2:00 p.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

| | |
|---|---|
| Dated: March 24, 2025<br>Wilmington, Delaware | COZEN O'CONNOR<br><br>By: */s/ John T. Carroll, III*<br>John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2000 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |

2