IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1] | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 585 & 593 |

**CERTIFICATION OF COUNSEL REGARDING CHICKEN SOUP FOR THE SOUL, LLC'S MOTION TO LIFT AUTOMATIC STAY TO TERMINATE LICENSE AGREEMENT**

The undersigned hereby certifies as follows:

1. On March 11, 2025, Chicken Soup for the Soul, LLC ("CSS") filed *Chicken Soup for the Soul, LLC's Motion to Lift Automatic Stay to Terminate License Agreement* [Docket No. 585] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion was, among other things, a proposed form of order approving the relief requested in the Motion. (the "Proposed Order").

2. Pursuant to the *Notice of Motion and Hearing* filed with the Motion, any objections or responses to the relief requested in the Motion were to be filed and served so as to be received by no later than **March 25, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"). The Objection Deadline was extended until March 27, 2025 at 4:00 p.m. (ET) for George L. Miller in his capacity as Chapter 7 Trustee (the "Trustee").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

3.      Prior to the Objection Deadline, CSS received an informal response (the "<u>Informal Response</u>") from the Trustee.  Other than the Informal Response, CSS received no other responses to the Motion and no objections or responses have been filed on the Docket.  The Informal Response was resolved by revisions to the Proposed Order, and such revised order is attached hereto as **<u>Exhibit A</u>** (the "<u>Revised Order</u>").  The Revised Order has been circulated and is acceptable to the Trustee.  For the convenience of the Court and all parties in interest, a blackline of the Revised Order against the Proposed Order is attached hereto as **<u>Exhibit B</u>**.

WHEREFORE, CSS respectfully requests that the Revised Order granting the relief requested in the Motion, attached hereto as **<u>Exhibit A</u>**, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: March 27, 2025<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>/s/ *Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>1313 N. Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br><br>-and-<br><br>Cathy A. Hinger<br>(admitted *pro hac vice*)<br>2001 K. Street NW<br>Suite 400 South<br>Washington, D.C. 20006<br>Telephone: (202) 467-6900<br>Facsimile:  (202) 467-6910<br>Email: cathy.hinger@wbd-us.com<br><br>*Counsel for Chicken Soup for the Soul, LLC* |

WBD (US) 4920-7715-5119v1