**<u>EXHIBIT B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT INC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered)<br><br>**Related Doc. No. 585** |

**ORDER ON MOTION OF CHICKEN SOUP FOR THE SOUL, LLC**
**FOR RELIEF FROM AUTOMATIC STAY**

    **UPON CONSIDERATION** of *Chicken Soup for the Soul, LLC's Motion to Lift Automatic Stay to Terminate License Agreement* [Dkt. No. ~~——~~585] (the "Motion")[2] and any responses thereto; and after due deliberation thereon; and good cause having been shown and found, it is hereby:

    **ORDERED**, that the Motion is **GRANTED**; and it is further

    **ORDERED**, that pursuant to section 362(d)(1) of the Bankruptcy Code, the automatic stay ~~shall be~~is hereby modified ~~for the purpose of: (a) permitting~~to permit Chicken Soup for the Soul, LLC ("CSS") to ~~terminate that certain~~exercise its remedies as provided for in the license agreement dated May 12, 2016, as thereafter amended (the "License Agreement") by and between CSS and debtor Chicken Soup for the Soul Entertainment Inc. ("CSSE"), including but

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

not limited to the termination of the ~~Debtors' rights, title, and interests in and to the "*Chicken Soup for the Soul*" trademark, and related trademarks, copyrights, brands, and all related or associated assets, including but not limited to the Debtors' rights, title, and interests~~ License Agreement; and it is further

~~in the Branded Video Content, Branded FAST Channels, and Branded Apps, collectively, the "Branded Assets" and all similar and/or subsequently created assets, all as further described in the Motion and License Agreement; (b) permitting CSS to recover and enforce all of CSS's rights against CSSE and its affiliated Debtors under the License Agreement; (c) requiring CSSE and its affiliated Debtors to transfer all the Debtors' rights, title, and interests under the License Agreement to CSS (or its designee), including but not limited to the "Chicken Soup for the Soul" trademark, and related trademarks, copyrights, brands, and all related or associated assets, including the Branded Assets; and (d) permitting CSS and/or any representative acting on its behalf, including counsel, to obtain information from the Debtors as to all past and future royalties due and owing under the License Agreement; and it is further~~

**ORDERED**, that the ~~Chapter 7 Trustee~~Clerk shall within fourteen (14) days of this Order remove the name "*Chicken Soup for the Soul*" from the ~~caption~~captions of these Chapter 7 cases (the "Cases") and rename the Cases by replacing the words "*Chicken Soup for the Soul*" with "*CSSE*" where applicable; and it is further

**ORDERED**, that the fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(4) shall not apply; and it is further

**ORDERED**, that the Bankruptcy Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order; and it is further

LEGAL\76544999\2 6010823/00617521

**ORDERED**, that this Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and will be effective immediately upon entry.

| Summary report: Litera Compare for Word 11.9.1.1 Document comparison done on 3/27/2025 10:59:37 AM | |
|---|---|
| **Style name:** CozenDefault | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://work.cozen.com/LEGAL/76544999/1 | |
| **Modified DMS:** iw://work.cozen.com/LEGAL/76544999/2 | |
| **Changes:** | |
| Add | 12 |
| Delete | 11 |
| Move From | 2 |
| Move To | 2 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 27 |