IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC, *et al.*,[1] | Case No. 24-11442 (MFW) (Jointly Administered) |
| Debtors. | Related Doc. Nos. 597, 598, 599, 600 |

**CERTIFICATE OF SERVICE REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE BETWEEN CHAPTER 7 TRUSTEE AND FRONTIER COMMUNICATIONS CORPORATION PURSUANT TO FED. R. BANKR. P. 9019**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as chapter 7 Trustee (the "Trustee") in the above-captioned matter, hereby certify that on March 26, 2025 the following pleadings were electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF):

1. Motion of Chapter 7 Trustee for an Order Approving Settlement Agreement and Release Between Chapter 7 Trustee and Frontier Communications Corporation Pursuant to Fed. R. Bankr. P. 9019 [Doc. No. 597] (the "Motion").

2. Motion of Chapter 7 Trustee for an Order Authorizing Trustee to File Under Seal Settlement Agreement Regarding Motion of Chapter 7 Trustee for an Order Approving Settlement Agreement and Release Between Chapter 7 Trustee and Frontier Communications Corporation Pursuant to Fed. R. Bankr. P. 9019 [Doc. No. 598] (the "Motion to Seal").

3. [SEALED] Settlement Agreement and Release Between Chapter 7 Trustee and Frontier Communications Corporation [Doc. No. 599] (the "Sealed Agreement").

4. [REDACTED] Settlement Agreement and Release Between Chapter 7 Trustee and Frontier Communications Corporation [Doc. No. 600] (the "Redacted Agreement").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

Notification of filing the Motion, Motion to Seal, Sealed Agreement and Redacted Agreement was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

I further certify that on March 27, 2025 I caused a copy of the Motion, Motion to Seal, Sealed Agreement and Redacted Agreement to be served via email on the following parties:

Jonathan Lipshie, Esquire
Office of the United States Trustee
U.S. Department of Justice
844 N. King Street, Suite 2207
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

I further certify that on March 27, 2025 I caused a copy of the Motion, Motion to Seal and Redacted Agreement to be served via regular U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "A".

Dated: March 27, 2025
Wilmington, Delaware

COZEN O'CONNOR

By: /s/ John T. Carroll, III

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*

# EXHIBIT "A"

| **In re: Chicken Soup for the Soul Entertainment, Inc.** ***et al***<br>**Case No. 24-11442 (MFW)**<br>**Service List:**<br>[Doc. No. 597] 9019 Motion Frontier Communications Corporation<br>[Doc. No. 598] Motion to Seal<br>[Doc. No. 599] Sealed Agreement<br>[Doc. No. 600] Redacted Agreement |
|---|
| Jonathan B. Troop, Esquire<br>Day Pitney LLP<br>195 Church Street<br>15th Street<br>New Haven, CT 06510<br>***Counsel to Frontier Communications Corporation*** |
| George L. Miller<br>Chapter 7 Trustee<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103-2110 |
| Joseph McMahon, Esquire<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Jonathan Lipshie, Esquire<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 N. King Street, Suite 2207<br>Wilmington, DE 19801<br>Jon.Lipshie@usdoj.gov |
| Jane M. Leamy, Esquire<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Ricardo Palacio, Esquire<br>Ashby & Geddes, P. A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>***Counsel to the Debtor*** |
| James E. O'Neill, Esquire<br>Steven W. Golden, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>***Special Counsel to the Trustee*** |

| |
|---|
| Richard M. Pachulski, Esquire<br>Alan J. Kornfeld, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067-4003<br>***Special Counsel to the Trustee*** |
| Debra I. Grassgreen, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>One Sansome Street<br>34th Floor<br>San Francisco, CA 94104<br>***Special Counsel to the Trustee*** |
| Kevin G. Collins, Esquire<br>Barnes & Thornburg LLP<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington, DE 19801<br>***Counsel to Owlpoint Capital Management LLC and Owlpoint IP Opportunities JVF I LP*** |
| Paul J. Laurin, Esquire<br>Barnes & Thornburg LLP<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>***Counsel to Owlpoint Capital Management LLC and Owlpoint IP Opportunities JVF I LP*** |
| Albert A. Pisa, Esquire<br>Dennis F. Dunne, Esquire<br>Matthew Brod, Esquire<br>Milbank LLP<br>55 Hudson Yards<br>New York, New York 10001<br>***Counsel to HPS Investment Partners, LLC*** |
| Mark D. Collins, Esquire<br>Russell C. Silberglied, Esquire<br>Emily R. Mathews, Esquire<br>Alexander R. Steiger, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>***Counsel to HPS Investment Partners, LLC*** |
| Andrew M. Leblanc, Esquire<br>Brett Lowe, Esquire<br>S. Robert Marsters, Jr., Esquire<br>Danielle Lee Sauer, Esquire |

| |
|---|
| Milbank LLP<br>1850 K Street, N.W.<br>Suite 1100<br>Washington, DC 20006<br>***Counsel to HPS Investment Partners, LLC*** |
| Nicola G. Suglia, Esquire<br>Allison L. Domowitch, Esquire<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 North, Suite 305<br>Marlton, NJ 08053<br>***Counsel to Canon Financial Services, Inc.*** |
| Joseph A. Kohanski, Esquire<br>David E. Ahdoot, Esquire<br>Kirk Prestegard, Esquire<br>Bush Gottlieb, A Law Corporation<br>801 North Brand Boulevard<br>Suite 950<br>Glendale, CA 91203<br>***Counsel to the Guilds and Union Entities*** |
| Susan E. Kaufman, Esquire<br>Law Office of Susan E. Kaufman, LLC<br>919 N. Market Street<br>Suite 460<br>Wilmington, DE 19801<br>***Counsel to the Guilds and Union Entities*** |
| Julie Anne Parsons, Esquire<br>McCreary, Veselka, Bragg, & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX78680-1269<br>***Counsel to Texas Taxing Entities*** |
| Don Stecker, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio, TX 78205<br>***Counsel to City of El Paso and numerous taxing entities*** |
| Donald J. Detweiler, Esquire<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>***Counsel to William Rouhana and<br>Chicken Soup for the Soul, LLC*** |
| Cathy A. Hinger, Esquire<br>Claire J. Rauscher, Esquire |

| |
|---|
| Womble Bond Dickinson (US) LLP<br>2001 K. Street, NW<br>Suite 400 South<br>Washington, DC 20006<br>***Counsel to William Rouhana and Chicken Soup for the Soul, LLC*** |
| Tara L. Grundemeier, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>***Counsel to Cypress-Fairbanks ISD and numerous taxing entities*** |
| Samuel C. Wisotzkey, Esquire<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1059<br>***Counsel to ManpowerGroup Talent Solutions, LLC*** |
| Scott Andron, Esquire<br>Andrew J. Meyers<br>Broward County Attorney<br>Governmental Center, Suite 423<br>115 South Andrews Avenue<br>Fort Lauderdale, FL 33301<br>***Counsel to Broward County, Florida, c/o the Records, Taxes, and Treasury Division*** |
| Laura J. Monroe, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P. P.O. Box 817<br>Lubbock, TX 79408<br>***Counsel to Lubbock Central Appraisal District*** |
| Elizabeth Bando Calvo, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>500 E. Border Street<br>Suite 640<br>Arlington, TX 76010<br>***Counsel to Richardson ISD and numerous taxing entities*** |
| Linda D. Reece, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>1919 S. Shiloh Road<br>Suite 640, LB 40<br>Garland, TX 75042<br>***Counsel to City of Garland and numerous taxing entities*** |
| Michelle Leeson, Paralegal, Collections<br>Ken Burton, Jr.,<br>Manatee County Tax Collector |

| |
|---|
| 1001 3rd Avenue W, Suite 240<br>Bradenton, FL 34205-4835 |
| Heike M. Vogel, Esquire<br>Eva M. Thomas, Esquire<br>A.Y. Strauss LLC<br>290 West Mount Pleasant Avenue<br>Suite 3260<br>Livingston, NJ 07039<br>***Counsel to Sony DADC US Inc.*** |
| William A. Hazeltine, Esquire<br>Sullivan Hazeltine Allinson LLC<br>919 N. Market Street<br>Suite 420<br>Wilmington, DE 19801<br>***Counsel to Sony DADC US Inc.*** |
| A.J. Webb, Esquire<br>Joy D. Kleisinger, Esquire<br>Frost Brown Todd LLP<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>***Counsel to The Kroger Co.*** |
| Joseph C. Barsalona II, Esquire<br>Pashman Stein Walder Hayden P.C.<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>***Counsel to Sony Pictures Entertainment, Inc.*** |
| Leib M. Lerner, Esquire<br>Alston & Bird LLP<br>350 South Grand Avenue, 51st Floor<br>Los Angeles, California 90071<br>***Counsel to Sony Pictures Entertainment, Inc.*** |
| Seth A. Niederman, Esquire<br>Fox Rothschild LLP<br>1201 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>***Counsel to Automotive Rentals, Inc. and ARI Fleet LT*** |
| Richard A. Aguilar, Esquire<br>Mark J. Chaney III, Esquire<br>Adams and Reese LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, Louisiana 70139<br>***Counsel to Automotive Rentals, Inc. and ARI Fleet LT*** |
| Karen C. Bifferato, Esquire<br>Connolly Gallagher LLP |

| |
|---|
| 1201 N. Market Street<br>20th Floor<br>Wilmington, DE 19801<br>***Counsel to Velocity, A Managed Services Company, LLC*** |
| David J. Coyle, Esquire<br>Shumaker, Loop & Kendrick, LLP<br>1000 Jackson Street<br>Toledo, OH 43604<br>***Counsel to Velocity, A Managed Services Company, LLC*** |
| Jamie Kirk, Esquire<br>Assistant Attorney General<br>Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>12221 Merit Drive, Suite 825<br>Dallas, Texas 75251<br>***Counsel to the Texas Comptroller of Public Accounts*** |
| Hiram Gutierrez, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P. P.O. Box 2916<br>McAllen, TX 78502<br>***Counsel to Brownsville and Weslaco Independent School District and numerous taxing entities*** |
| Diane W. Sanders, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX  78760-7428<br>***Counsel to Rio Grande City Grulla ISD and numerous taxing entities*** |
| Christopher J. Giaimo, Esquire<br>Squire Patton Boggs (US) LLP<br>2550 M St. NW<br>Washington, DC 20037<br>***Counsel to EG Retail (America), LLC*** |
| Matthew B. Harvey, Esquire<br>Sophie Rogers Churchill, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market St.<br>16th Floor<br>Wilmington, DE 19801<br>***Counsel to MidCap Financial Trust*** |
| Frank A. Merola, Esquire<br>Paul Hastings LLP<br>1999 Avenue of the Stars, 27th Floor<br>Century City, CA 90067<br>***Counsel to MidCap Financial Trust*** |
| William Reily, Esquire<br>Paul Hastings LLP<br>71 S. Wacker Drive, 45th Floor |

| |
|---|
| Chicago, IL 60606<br>***Counsel to MidCap Financial Trust*** |
| R. Grant Dick IV, Esquire<br>Cooch and Taylor, P.A<br>The Brandywine Building<br>1000 N. West St., Suite 1500<br>Wilmington, DE 19801<br>***Counsel for CVS Pharmacy, Inc.*** |
| Geoffrey S. Goodman, Esquire<br>Foley & Lardner, LLP<br>321 N. Clark St., Ste. 3000<br>Chicago, IL 60654-4762<br>***Counsel for CVS Pharmacy, Inc.*** |
| David M. Klauder, Esquire<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>***Counsel to Concentrix CVG Customer Management Group, Inc.*** |
| Jody C. Barillare, Esquire<br>Morgan, Lewis & Bockius LLP<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>***Counsel for the Paramount Global Entities*** |
| Stephan E. Hornung, Esquire<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>***Counsel for the Paramount Global Entities*** |
| John K. Turner, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207<br>***Counsel to City of Lucas and numerous taxing entities*** |
| John M. Boyko, Esq.<br>Law Offices of John M. Boyko<br>27555 Ynez Rd., Suite 110<br>Temecula, California 92591<br>***Counsel to Bungalow Media LLC*** |
| Vince Ravine<br>Law Offices of Vince Ravine, PC<br>17879 Ridgeway Road<br>Granada Hills, CA 91344<br>***Counsel to Filmrise, Inc. and***<br>***Filmrise Acquisition, LLC*** |
| Kimberly A. Brown, Esq. |

| |
|---|
| Joshua B. Brooks, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>***Counsel to The Kroger Co.*** |
| Joseph C. Barsalona II, Esq.<br>Pashman Stein Walder Hayden, P.C.<br>824 North Market Street<br>Suite 800<br>Wilmington, DE 19801<br>***Counsel to DJCTM Lending, LLC*** |
| Richard Levy, Jr., Esq.<br>Daniel Brenner, Esq.<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036-6569<br>***Counsel to DJCTM Lending, LLC*** |
| Charles Muszynski, *pro se*<br>P.O. Box 1423<br>Basseterre, St. Kitts, W.I. |
| Geoffrey G. Grivner, Esquire<br>Buchanan Ingersoll & Rooney PC<br>500 Delaware Avenue, Suite 720<br>Wilmington, DE 19801<br>***Counsel to Albertsons Companies, Inc.*** |
| Daniel M. Pereira, Esquire<br>Stradley, Ronon, Stevens & Young, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>***On behalf of Stradley, Ronon, Stevens & Young, LLP*** |
| James Tobia, Esquire<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>***Counsel to Joshua Pomer d/b/a Josh Pomer Films*** |
| Geoffrey G. Grivner, Esquire<br>Buchanan Ingersoll & Rooney PC<br>500 Delaware Avenue<br>Suite 720<br>Wilmington, DE 19801<br>***Counsel to Sheetz, Inc.*** |
| Caroline R. Djang, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue<br>Suite 800 |

| |
|---|
| Irvine, CA 92612<br>***Counsel to Vizio Services Inc.*** |
| Scott J. Leonhardt, Esq.<br>Esbrook P.C.<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801<br>***Counsel to Ralf Hartmann & Capella International, Inc.*** |
| Marc A. Lebowitz<br>Lebowitz Law Office LLC<br>103 Banks Lane<br>Clermont, NY 12526<br>***Counsel to Ralf Hartmann & Capella International, Inc.*** |
| Douglas J. Pick, Esq.<br>Pick & Zabicki LLP<br>369 Lexington Avenue<br>12th Floor<br>New York, New York 10017<br>***Counsel to 800 Third Avenue LLC*** |
| Shanti M. Katona, Esq.<br>Michael V. DiPietro, Esq.<br>Polsinelli PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801<br>***Counsel to Demoulas Super Markets, Inc.*** |
| James P. Menton, Jr.<br>Robins Kaplan LLP<br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, CA 90067<br>***Counsel to Demoulas Super Markets, Inc.*** |
| James Tobia, Esquire<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>***Counsel to LoveDog Productions*** |
| Jody C. Barillare, Esquire<br>Morgan, Lewis & Bockius LLP<br>1201 N. Market Street<br>Suite 2201<br>Wilmington, Delaware 19801<br>***Counsel for Sony Music Entertainment*** |
| Stephan E. Hornung<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue |

| |
|---|
| New York, New York 10178<br>***Counsel for Sony Music Entertainment*** |
| Belkys Escobar<br>Deputy County Attorney<br>One Harrison Street, S.E.,<br>5th Floor P.O. Box 7000<br>Leesburg, Virginia 20177-7000<br>***Counsel for The County of Loudoun, Virginia*** |
| Paul M. Lopez, Esq.<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd, Ste. 300<br>McKinney, Texas 75069<br>***Counsel for Taxing Entities*** |
| Larry R. Boyd, Esq.<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd, Ste. 300<br>McKinney, Texas 75069<br>***Counsel for Taxing Entities*** |
| Emily M. Hahn, Esq.<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd<br>Ste. 300<br>McKinney, Texas 75069<br>***Counsel for Taxing Entities*** |
| TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 |
| Laura L. McCloud<br>P.O. Box 20207<br>Office of the Attorney<br>General Bankruptcy Division<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207<br>***Counsel to TN Dept of Revenue*** |
| J. Jeffery Rich, County Attorney<br>Madison County, Alabama<br>100 Northside Square, Suite 700<br>Huntsville, Alabama 35801<br>***Counsel to Madison County, Alabama*** |
| Delia Garza, Travis County Attorney<br>Attn: Jason A. Starks<br>Assistant County Attorney<br>P.O. Box 1748<br>Austin, TX 78767 |

| ***Counsel to Travis County*** |
| --- |
| Jennifer R. Hoover<br>John C. Gentile<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>1313 North Market Street<br>Suite 1201<br>Wilmington, Delaware 19801<br>***Counsel to Taboo Productions, Inc.*** |
| **TOP THIRTY UNSECURED CREDITORS** |
| U.S. Bank National Association, as indenture trustee<br>Laura L. Moran<br>214 N. Tryon St., 26th Fl.<br>Charlotte, NC 28202 |
| Universal Studios Home Entertainment LLC<br>Michael Bonner<br>12563 Collection Center Dr.<br>Chicago, IL 60693 |
| Universal City Studios Productions LLLP<br>Michael Bonner<br>12563 Collection Center Dr.<br>Chicago, IL 60693 |
| Guggenheim Securities, LLC<br>Ethan Sawyer<br>330 Madison Ave., Fl. 8<br>New York, NY 10017 |
| Sony Pictures Home Entertainment<br>Maria Anguelova<br>10202 Washington Blvd.<br>Culver City, CA 90232 |
| BBC Studios Americas, Inc.<br>Matt Perry<br>1120 Avenue of the Americas, 5th Floor<br>New York, NY 10036 |
| Ellation, LLC<br>Maria Anguelova<br>444 Bush St.<br>San Francisco, CA 94108 |
| Walgreen Company<br>Claire Redington Kasson<br>14130 Collection Center Dr.<br>Chicago, IL 60693 |
| Lionsgate Entertainment<br>Jim Packer<br>4 Chase Metrotech Center, 7th Fl.<br>E Brooklyn, NY 11245 |

| |
|---|
| 120DB Film Finance LLC<br>Peter Graham<br>75 Mill River Rd, South<br>Salem, NY 10590 |
| Wal-Mart Stores, Inc.<br>Anne Johnson<br>702 SW 8th St.<br>Bentonville, AR 72716 |
| PJT Partners<br>Jamie O'Connell<br>280 Park Ave.<br>New York, NY 10017 |
| VIZIO Services, LLC<br>Mike O'Donnell<br>39 Tesla<br>Irvine, CA 92618 |
| Sony Pictures Television Inc.<br>Maria Anguelova<br>21872 Network Pl.<br>Chicago, IL 60673 |
| Culver Digital Distribution Inc.<br>Maria Anguelova<br>10202 West Washington Blvd.<br>Culver City, CA 90232 |
| MGM Domestic Television Distribution LLC<br>Edrianne Wenger<br>245 N. Beverly Drive<br>Beverly Hills, CA 90210 |
| Warner Bros. Home Entertainment<br>Mike Takac<br>Dept Ch # 10255<br>Palatine, IL 60055 |
| FUNimation Productions, LLC<br>Fadhilah Lee<br>1200 Lakeside Pkwy<br>Flower Mound, FL 75028 |
| Paramount Pictures Corporation<br>Craig White<br>5555 Melrose Ave.<br>Los Angeles, CA 90038 |
| Automotive Rentals, Inc.<br>Hannah Ogle<br>PO Box 8500-4375<br>Philadelphia, PA 19178 |
| BRE Imagination Office Holdco LLC<br>Carrie Szarzynski |

| |
|---|
| PO Box 209259<br>Austin, TX 78720 |
| Continental Stock Transfer & Trust Co.<br>Luis Ortiz<br>1 State St. Fl. 30<br>New York, NY 10004 |
| Langley Television Distribution, LLC<br>Morgan Langley<br>1111 Broadway<br>Santa Monica, CA 90401 |
| TheMathCompany Pvt. Ltd.<br>Piyush Mundhra<br>4512 Legacy Dr., Unit 100<br>Plano, TX 75024 |
| Joseph P. Day Realty Corp.<br>Rich Teichman<br>9 E 40th St.<br>New York, NY 10016 |
| 828 Media<br>Stephanie Denton<br>30671 Steeplechase Dr San Juan<br>Capistrano, CA 92675 |
| Plex GmbH<br>Audrey Layman<br>6370 Stans, Nidwalden<br>Hansmatt 31<br>Switzerland |
| Comsys Information Technology Serv.<br>Elaina Buchanan<br>29810 Network Place<br>Chicago, IL 60673 |
| Glewed Media, LLC<br>Matt Herpich<br>5901 Broken Sound Pkwy<br>Suite 450<br>Boca Raton, FL 33487 |
| Paramount Home Entertainment<br>Craig White<br>PO Box 70650<br>Chicago, IL 60673 |
| **LOCAL GOVERNMENT AGENCIES** |
| Office of the United States Attorney<br>for the District of Delaware<br>Hercules Building<br>U.S. Attorney's Office<br>1313 N Market Street |

| |
|---|
| PO Box 2046<br>Wilmington, DE 19801 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| Bettina Dunn, Paralegal Specialist (3RC60)<br>US EPA Region 3<br>Office of Regional Counsel<br>Four Penn Center<br>Philadelphia, PA 19103-2852 |
| U.S. Department of Justice<br>Office of the Inspector General<br>Office of the General Counsel<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530 |
| Delaware Department of Justice<br>Office of the Attorney General<br>Kathy Jennings<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801 |
| Delaware Division of Revenue<br>Bankruptcy Service<br>Attn:  Bankruptcy Administrator<br>Carvel State Building<br>820 N. French Street, 8th Floor<br>Wilmington, DE  19801 |
| Delaware State Treasury<br>820 Silver Lake Blvd.<br>Suite 100<br>Dover, DE 19904 |
| Delaware Division of Corporations<br>John G. Townsend Bldg<br>401 Federal Street, Suite 4<br>Dover, DE 19901 |
| Department of Labor<br>Division of Unemployment Insurance<br>P.O. Box 9953<br>Wilmington, DE 19809-0953 |