# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC. *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered)<br><br>Hon. Mary F. Walrath<br><br>**Re: D.I.** |

### ORDER GRANTING BROOKSHIRE GROCERY COMPANY'S MOTION FOR AN ORDER (A) COMPELLING THE ABANDONMENT OF REDBOX KIOSKS LOCATED ON BROOKSHIRE'S PREMISES AND (B) LIFTING THE AUTOMATIC STAY, TO EXTENT APPLICABLE, TO PERMIT THE REMOVAL AND DISPOSAL OF SUCH KIOSKS

Upon consideration of *Brookshire Grocery Company's Motion for an Order (A) Compelling the Abandonment of Redbox Kiosks Located on Brookshire's Premises and (B) Lifting the Automatic Stay, to the Extent Applicable, to Permit the Removal and Disposal of Such Kiosks* (the "**Motion**"[2]) filed by Brookshire's in the Bankruptcy Cases; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A, G, & O); and venue being proper in this district pursuant to 28 U. S.C. §§ 1408–09; and due and proper notice of the Motion having been served; and it appearing that no other or

---

[1] The debtors in these chapter 7 cases, along with the last four digits of each debtor's federal Tax Identification Number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

further notice need be provided; and the Court having reviewed the Motion and determined that the legal and factual bases set forth therein establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. Pursuant to section 554(b) of the Bankruptcy Code, the Kiosks located at Brookshire's Premises are abandoned from the Debtors' estates effective as of the date of this order (the "**Order**").

3. Pursuant to section 362(d)(1) of the Bankruptcy Code, to the extent the automatic stay is applicable, the automatic stay is lifted for cause to allow Brookshire's to remove the Kiosks from Brookshire's Premises and dispose of such Kiosks.

4. Brookshire's is authorized to remove the Kiosks from Brookshire's Premises and dispose of such Kiosks by any legal means in its discretion.

5. The fourteen-day stay under Bankruptcy Rule 4001(a)(3) is waived. This Order shall be immediately effective upon entry.

6. The Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

ClarkHill\M2928\502662\281509577.v1-4/1/25