IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1] | ) ) ) ) | Case No. 24-11442 (MFW) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) ) | **Re: Docket No. 316** |

**NOTICE OF FILING OF (A) NOTICE OF INTENT TO HOLD
FORECLOSURE SALE, AND (B) NOTICE OF FORECLOSURE SALE**

PLEASE TAKE NOTICE that, on September 6, 2024, the United States Bankruptcy Court for the District of Delaware entered the *Order Granting HPS Investment Partners, LLC's Motion for Relief from the Automatic Stay* [Docket No. 316] (the "Lift Stay Order").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Lift Stay Order, HPS Investment Partners, LLC, hereby files the *Notice of Intent to Hold Foreclosure Sale* and the *Notice of Foreclosure Sale*, copies of which are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

RLF1 32703387v.1

| | |
|---|---|
| Dated: April 7, 2025<br>Wilmington, Delaware | */s/ Alexander R. Steiger*<br>Mark D. Collins (No. 2981)<br>Russell C. Silberglied (No. 3462)<br>Emily R. Mathews (No. 6866)<br>Alexander R. Steiger (No. 7139)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Fax: (302) 651-7701<br>Email: collins@rlf.com<br>silberglied@rlf.com<br>mathews@rlf.com<br>steiger@rlf.com<br><br>- and –<br><br>Dennis F. Dunne (admitted *pro hac vice*)<br>Matthew Brod (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 530-5000<br>Fax: (212) 530-5219<br>Email: ddunne@Milbank.com<br>mbrod@Milbank.com<br><br>Andrew M. Leblanc (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1850 K Street, N.W.<br>Suite 1100<br>Washington, DC 20006<br>Telephone: (202) 835-7500<br>Fax: (202) 263-7586<br>Email: aleblanc@Milbank.com<br><br>*Co-Counsel to HPS Investment Partners* |