**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al* [1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 24-11442 (MFW) <br> (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 16, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL.
ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

**CONCLUDED MATTERS:**

1. Taboo Productions Ltd.s Motion for Relief from the Automatic Stay to Terminate Series Distribution Agreement and Granting Related Relief
   [Filed 3/11/2025; Docket No. 588]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certification of Counsel Regarding Order Granting Taboo Productions Ltd.s Motion for Relief from the Automatic Stay to Terminate Series Distribution Agreement and Granting Related Relief [Filed 4/11/2025; Docket No. 608] |
   | | (b) | Entered Order [Filed 4/14/2025; Docket No. 610] |
   | Objection Deadline: | | March 19, 2025 at 4:00 p.m. ET |
   | Responses Received: | (c) | Trustee's Limited Objection to Taboo Productions Ltd.s Motion for Relief from the Automatic Stay to Terminate Series Distribution Agreement and Granting Related Relief [Filed 3/19/2025; Docket No. 594] |
   | Status: | | Order has been entered by the Court. This matter is concluded. |

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION/COUNSEL:**

2. Chicken Soup for the Soul, LLC's Motion to Lift Automatic Stay to Terminate License Agreement
   [Filed 3/11/2025; Docket No. 585]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certification of Counsel Regarding Chicken Soup for the Soul, LLC's Motion to Lift Automatic Stay to Terminate License Agreement [Filed 3/27/2025; Docket No. 601] |
   | | (b) | Proposed Order [Filed 3/27/2025; Docket No. 601] |
   | Objection Deadline: | | March 25, 2025 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Movant requests entry of Proposed Order filed with Certification of Counsel. |

3. Motion of Chapter 7 Trustee for an Order Approving Settlement Agreement and Release Between Chapter 7 Trustee and Frontier Communications Corporation Pursuant to Fed. R. Bankr. P. 9019
   [Filed 3/26/2025; Docket No. 597]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Proposed Order [Filed 3/26/2025; Docket No. 597] |
   | | (b) | Certificate of No Objection [Filed 4/14/2026; Docket No. 609] |
   | Objection Deadline: | | April 9, 2025 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Certificate of No Objection has been filed. Trustee requests entry of the Proposed Order. |

4. Motion of Chapter 7 Trustee for an Order Authorizing Trustee to File Under Seal Settlement Agreement Regarding Motion of Chapter 7 Trustee for an Order Approving Settlement Agreement and Release Between Chapter 7 Trustee and Frontier Communications Corporation Pursuant to Fed. R. Bankr. P. 9019
   [Filed 3/26/2025; Docket No. 598]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | [Sealed] Settlement Agreement and Release Between Chapter 7 Trustee and Frontier Communications Corporation [Filed 3/26/2025; Docket No. 599] |
   | | (b) | [Redacted Public Version] Settlement Agreement and Release Between Chapter 7 Trustee and Frontier Communications Corporation [Filed 3/26/2025; Docket No. 600] |
   | | (c) | Proposed Order [Filed 3/26/2025; Docket No. 598] |
   | | (d) | Certificate of No Objection [Filed 4/14/2026; Docket No. 611] |
   | Objection Deadline: | | April 9, 2025 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | Certificate of No Objection has been filed. Trustee requests entry of the Proposed Order. |

LEGAL\76898402\1 6010823/00617521
04/14/2025

Dated:  April 14, 2025
   Wilmington, Delaware

               COZEN O'CONNOR

            By: */s/ John T. Carroll, III*
               John T. Carroll, III (DE No. 4060)
               1201 N. Market Street
               Suite 1001
               Wilmington, DE  19801
               (302) 295-2000 Phone
               (302) 295-2013 Fax No.
               jcarroll@cozen.com

               *Counsel to George L. Miller,*
               *Chapter 7 Trustee*