IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC, *et al.*, [1] | Case No. 24-11442 (MFW) (Jointly Administered) |
| Debtors. | Related Doc. No. 597, 609 |

### ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE APPROVING SETTLEMENT AGREEMENT AND RELEASE BETWEEN CHAPTER 7 TRUSTEE AND FRONTIER COMMUNICATIONS CORPORATION PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Motion of Chapter 7 Trustee for an Order Approving Settlement Agreement and Release Between George L. Miller in his capacity as chapter 7 trustee for the estate of Screen Media Ventures, LLC and Frontier Communications Corporation (the "Motion")[2]; the Bankruptcy Court being satisfied that the Agreement is a fair and equitable settlement which meets or exceeds the required range of reasonableness; the relief requested in the Motion appearing to be in the best interests of the Estates and the Debtors' creditors; sufficient notice of the Motion and opportunity for a hearing having been given; and upon due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

2.      Notice of the Motion given to the Service Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

3.      The Trustee is authorized to enter into the Agreement and the Agreement is **APPROVED** pursuant to Bankruptcy Rule 9019.

4.      The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Agreement.

5.      The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Agreement and/or this Order.

**Dated: April 14th, 2025**  
**Wilmington, Delaware**

          **MARY F. WALRATH**  
          **UNITED STATES BANKRUPTCY JUDGE**