IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1] | ) ) ) | Case No. 24-11442 (MFW) |
| Debtors. | ) ) ) ) ) | (Jointly Administered)  Re: Docket Nos. 316 & 606 |

**NOTICE OF FILING OF (A) RESTATED NOTICE OF INTENT TO HOLD FORECLOSURE SALE, AND (B) RESTATED NOTICE OF FORECLOSURE SALE**

PLEASE TAKE NOTICE that, on September 6, 2024, the United States Bankruptcy Court for the District of Delaware entered the *Order Granting HPS Investment Partners, LLC's Motion for Relief from the Automatic Stay* [Docket No. 316] (the "Lift Stay Order").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Lift Stay Order, on April 7, 2025, HPS Investment Partners, LLC ("HPS") filed the *Notice of Filing of (A) Notice of Intent to Hold Foreclosure Sale, and (B) Notice of Foreclosure Sale* [Docket No. 606] (the "Initial Notice").

PLEASE TAKE FURTHER NOTICE that, as set forth in greater detail in the *Notice of Intent to Hold Foreclosure Sale* and the *Notice of Foreclosure Sale*, copies of which

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

were attached as Exhibit A and Exhibit B to the Initial Notice, an auction with respect to certain assets and properties was scheduled for April 23, 2025 at 10:00 a.m. New York City time (the "Auction").

PLEASE TAKE FURTHER NOTICE that HPS hereby files the *Restated Notice of Intent to Hold Foreclosure Sale* and the *Restated Notice of Foreclosure Sale*, copies of which are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively, to reflect that the Auction has been extended to **May 7, 2025 at 10.00 a.m. New York City time**.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 15, 2025
Wilmington, Delaware

/s/ Alexander R. Steiger
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Emily R. Mathews (No. 6866)
Alexander R. Steiger (No. 7139)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com
silberglied@rlf.com
mathews@rlf.com
steiger@rlf.com

- and –

Dennis F. Dunne (admitted *pro hac vice*)
Matthew Brod (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Fax: (212) 530-5219
Email: ddunne@Milbank.com
mbrod@Milbank.com

Andrew M. Leblanc (admitted *pro hac vice*)
**MILBANK LLP**
1850 K Street, N.W.
Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Fax: (202) 263-7586
Email: aleblanc@Milbank.com

*Co-Counsel to HPS Investment Partners*