Chapter 7 Matters
April 16, 2025 at 2:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Alix | Brozman | | | 24-11442-MFW | Audio Only |
| John | Carroll | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Donald | Detweiler | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Uday | Gorrepati | | | 24-11442-MFW | Audio Only |
| Nichole | Wilcher | Womble Bond Dickinson (US) LLP | William Rouhana and Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 24-11442-MFW | Audio Only |
| John | Carroll | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 18-50633-MFW | Video and Audio |
| Steven | Coren | Coren & Ress PC | George L. Miller, Chapter 7 Trustee | 18-50633-MFW | Video and Audio |
| Evelyn | Meltzer | Troutman Pepper Locke LLP | ANConnect LLC, et al | 18-50633-MFW | Video and Audio |
| George | Miller | | George L. Miller, Trustee | 18-50633-MFW | Video and Audio |
| John | Carroll | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 21-51420-MFW | Video and Audio |
| Steven | Coren | Coren & Ress PC | George L. Miller, Chapter 7 Trustee | 21-51420-MFW | Video and Audio |
| Evelyn | Meltzer | Troutman Pepper Locke LLP | ANConnect LLC, et al | 21-51420-MFW | Video and Audio |
| George | Miller | | George L. Miller, Trustee | 21-51420-MFW | Video and Audio |
| John | Carroll | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 18-50609-MFW | Video and Audio |
| Steven | Coren | Coren & Ress PC | George L. Miller, Chapter 7 Trustee | 18-50609-MFW | Video and Audio |
| George | Miller | | George L. Miller, Trustee | 18-50609-MFW | Video and Audio |
| John | Carroll | Cozen O&#039;Connor | George L. Miller, Chapter 7 Trustee | 16-11596-MFW | Video and Audio |
| Steven | Coren | Coren & Ress PC | George L. Miller, Chapter 7 Trustee | 16-11596-MFW | Video and Audio |
| Lauren | Eastburn | Potter Anderson & Corroon LLP | Emigrant Bank and Pacific Mercantile Bank | 16-11596-MFW | Video and Audio |
| L. Katherin | Good | Potter Anderson & Corroon LLP | Emigrant Bank and Pacific Mercantile Bank | 16-11596-MFW | Video and Audio |
| Evelyn | Meltzer | Troutman Pepper Locke LLP | ANConnect LLC, Anderson Merchandisers, LLC, et al | 16-11596-MFW | Video and Audio |
| George | Miller | | George L. Miller, Trustee | 16-11596-MFW | Video and Audio |
| Uday | Gorrepati | | | 24-10223-MFW | Audio Only |
| Susan | Kaufman | Law Office of Susan E. Kaufman, LLC | Chapter 7 Trustee | 24-10223-MFW | Video and Audio |
| Dennis | Shaffer | Tydings & Rosenberg | Kelly Construction & Design, LLC | 24-10223-MFW | Video and Audio |
| William | Sullivan | Sullivan Hazeltine Allinson LLC | TPG Steelco, Inc. | 24-10223-MFW | Video and Audio |
| Mark | Felger Esq. | Cozen O&#039;Connor | Jeoffrey L. Burtch, Chapter 7 Trustee | 24-10676-MFW | Video and Audio |
| Julie | Parsons | McCreary, Veselka, Bragg, & Allen, P.C. | Midland CAD, Bell TAD and Bowie CAD | 24-10676-MFW | Video and Audio |
| William | Saldutti IV | Obermayer Rebmann Maxwell & Hippel LLP | Fair American Select Insurance Company | 24-10676-MFW | Video and Audio |