## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC, *et al.*, [1] | Case No. 24-11442 (MFW) (Jointly Administered) |
| Debtors. | **Related Doc. No. 585 and 618** |

### ORDER ON MOTION OF CHICKEN SOUP FOR THE SOUL, LLC
### FOR RELIEF FROM AUTOMATIC STAY

**UPON CONSIDERATION** of *Chicken Soup for the Soul, LLC's Motion to Lift Automatic Stay to Terminate License Agreement* [Dkt. No. 585] (the "Motion")[2] and any responses thereto; and after due deliberation thereon; and good cause having been shown and found, it is hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that pursuant to section 362(d)(1) of the Bankruptcy Code, the automatic stay is hereby modified to permit Chicken Soup for the Soul, LLC ("CSS") to exercise its remedies as provided for in the license agreement dated May 12, 2016, as thereafter amended (the "License Agreement") by and between CSS and debtor Chicken Soup for the Soul Entertainment Inc. ("CSSE"), including but not limited to the termination of the License Agreement; and it is further

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, that the Clerk of the Court is authorized to make a docket entry in case number 24-11442 (MFW) that states substantially as follows:

**"An order has been entered in this case directing that the caption of this case be changed to read**

> In re:
> CSS ENTERTAINMENT INC. (f/k/a
> CHICKEN SOUP FOR THE SOUL
> ENTERTAINMENT INC.), et al.,[3]
> Debtors.

and it is further

**ORDERED**, that the fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(4) shall not apply; and it is further

**ORDERED**, that the Bankruptcy Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order; and it is further

**ORDERED**, that this Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and will be effective immediately upon entry.

Dated: April 21st, 2025
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[3] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

2