Chicken Soup 24-11442
April 30, 2025 at 2:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Matthew | Brod | Milbank LLP | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| John | Carroll | Cozen O'Connor | | 24-11442-MFW | Video and Audio |
| Donald | Detweiler | Womble Bond Dickinson (US) LLP | William Rouhana | 24-11442-MFW | Video and Audio |
| Simon | Fraser | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Cindy | Giobbe | Womble Bond Dickinson (US) LLP | William Rouhana | 24-11442-MFW | Video and Audio |
| Cathy | Hinger | Womble Bond Dickinson (US) LLP | William Rouhana | 24-11442-MFW | Video and Audio |
| Thomas | Murphy | | Grove Street Funding, Inc. | 24-11442-MFW | Audio Only |
| Lou | Occhicone | Chicken Soup for the Soul, LLC | Chicken Soup for the Soul, LLC | 24-11442-MFW | Video and Audio |
| William | Rouhana | Chicken Soup for the Soul, LLC, et al | William Rouhana | 24-11442-MFW | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 24-11442-MFW | Audio Only |
| Alix | Brozman | | | 24-50128-MFW | Audio Only |
| John | Carroll | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 24-50128-MFW | Video and Audio |
| Simon | Fraser | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 24-50128-MFW | Video and Audio |
| Barry | Kazan | Mintz & Gold LLP | | 24-50128-MFW | Audio Only |
| Andrew | Leblanc | Milbank | HPS Investment Partners, LLC | 24-50128-MFW | Video and Audio |
| John | Lee | Milbank | HPS Investment Partners, LLC | 24-50128-MFW | Video and Audio |
| Elana | Levine | ALDERLAW, PC | Plaintiffs | 24-50128-MFW | Video and Audio |
| Stephanie | Lisko | Morris James LLP | Plaintiffs | 24-50128-MFW | Video and Audio |
| Tara | Pakrouh | Morris James LLP | Plaintiffs | 24-50128-MFW | Video and Audio |
| Samantha | Rodriguez | Morris James LLP | Plaintiffs | 24-50128-MFW | Video and Audio |
| Russell | Silberglied | Richards, Layton & Finger | HPS Investment Partners, LLC | 24-50128-MFW | Video and Audio |
| Julie | Wolf | Milbank | HPS Investment Partners, LLC | 24-50128-MFW | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 24-50128-MFW | Audio Only |