# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CSSE, Inc. f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1] | Case No. 24-11442 (MFW) |
| | (Jointly Administered) |
| Debtors. | Related to: |
| | Adv. No. 25-ap-50399 (MFW) & |
| | Adv. No. 25-ap- 50128 (MFW) |
| | RE: Docket No. 631 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on May 9, 2025, William J. Rouhana, Jr., Amy L. Newmark, Christopher Mitchell, Fred M. Cohen, Cosmo Denicola, Martin Pompadur, Christina Weiss Lurie, Diana Wilkin, Vikram Somaya, Jason Meier, and Amanda R. Edwards, (collectively, the "Movants"), former, or alleged former, directors and officers of one or more of the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Motion of William J. Rouhana, Jr., Amy L. Newmark, Christopher Mitchell, Fred M. Cohen, Cosmo Denicola, Martin Pompadur, Christina Weiss Lurie, Diana Wilkin, Vikram Somaya, Jason Meier, and Amanda R. Edwards, for Relief from the Automatic Stay to the Extent Applicable, to Allow Payment of Defense Expenses and Other Loss Under Directors and Officers of Primary Insurance Policy* [Docket No. 631] (the "Motion").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSSE, Inc. f/k/a Chicken Soup for the Soul Entertainment Inc. (0811); CSSS, LLC f/k/a Chicken Soup for the Soul Studios, LLC (9993); CSS Television Group, LLC f/k/a/ Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

PLEASE TAKE FURTHER NOTICE that the Movants hereby withdraw the Motion and intend to file a corrected Motion.

| | |
|---|---|
| Dated: May 9, 2025<br>Wilmington, Delaware | **Womble Bond Dickinson (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>1313 N. Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br><br>---and-<br><br>Cathy A. Hinger<br>(admitted *pro hac vice)*<br>2001 K. Street NW<br>Suite 400 South<br>Washington, D.C. 20006<br>Telephone: (202) 467-6900<br>Facsimile: (202) 467-6910<br>Email: cathy.hinger@wbd-us.com<br><br>*Counsel for Chicken Soup for the Soul, LLC* |

| | |
|---|---|
| **TROUTMAN PEPPER LOCKE LLP** | **SAUL EWING LLP** |
| */s/ Christopher B. Chuff* | */s/ Evan T. Miller* |
| David M. Fournier, Esq. | Evan T. Miller, Esq. |
| Christopher B. Chuff, Esq. | 1201 N. Market Street, Suite 2300 |
| Tori L. Remington, Esq. | Wilmington, Delaware 19801 |
| Tyler R. Wilson, Esq. | Telephone: (302) 421-6864 |
| Hercules Plaza | evan.miller@saul.com |
| 1313 N. Market Street, Suite 1000 | |
| Wilmington, DE 19899-1709 | *Counsel for Cosmo DeNicola* |
| Telephone: (302) 777-6500 | |
| Facsimile: (302) 421-8390 | -and- |
| David.Fournier@troutman.com | |
| Chris.Chuff@troutman.com | **HOLLAND & KNIGHT LLP** |
| Tori.Remington@troutman.com | Jessica Magee, Esq. |
| Tyler.Wilson@troutman.com | Steven J. Levitt, Esq. |
| | 1722 Routh Street, Suite 1500 |
| *Counsel for Fred M. Cohen, Martin Pompadur, Christina Weise Lurie, and Diana Wilkin* | Dallas, Texas 75201 |
| | Telephone: (214) 969-2522 |
| | Jessica.Magee@hklaw.com |
| | Steven.Levitt@hklaw.com |
| | |
| | *Counsel for Cosmo DeNicola* |

**LAW OFFICES OF THIRU VIGNARAJAH LLC**

*/s/ Thiru Vignarajah*
Thiru Vignarajah, Esq.
Ross Ingram, Esq.
211 Wendover Road
Baltimore, MD 21218
Telephone: (410) 456-7552
thiru@thirulaw.com
ross@thirulaw.com

*Counsel for Vikram Somaya*

| | |
|---|---|
| **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C** | **MCCARTER & ENGLISH, LLP** |
| */s/ Douglas P. Baumstein* | */s/ Sarah E. Delia* |
| Douglas P. Baumstein, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: 212.935.3000<br>Facsimile: 212.983.3115<br>DBaumstein@mintz.com | Sarah E. Delia, Esq.<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6342<br>sdelia@mccarter.com |
| *Counsel for Christopher Mitchell* | *Counsel for Jason Meier* |

**ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP**

*/s/ Jared R. Clark*

Jared R. Clark, Esq.
Lynn Neils, Esq.
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Telephone: (212) 321-0510
jclark@ekljnlaw.com
lneils@ekljnlaw.com

*Counsel for Amanda R. Edwards*