IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*, | : | Chapter 7 |
| | : | Case No. 24-11442 (MFW) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| CHARLES MUSZYNSKI, | : | |
| | : | |
| Appellant, | : | |
| v. | : | |
| | : | |
| GEORGE MILLER, solely in his capacity as Chapter 7 Trustee, | : | Civ. No. 25-52-GBW |
| | : | |
| Appellee. | : | |

## ORDER

At Wilmington this 22nd day of July 2025, for the reasons set forth in the accompanying Memorandum issued on this date, IT IS HEREBY ORDERED that:

1. Appellant's Motion to Strike (D.I. 11) is DENIED.

2. Appellee's Motion to Dismiss (D.I. 8) is GRANTED, and the appeal is DISMISSED.

3. The Motion for Briefing Schedule (D.I. 13) is DENIED as moot.

4. The Clerk is directed to CLOSE Civ. No. 25-52-GBW.

_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE