UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------X
In re:                                                            Chapter 7
                                                                  Case No. 24-11442 (MFW)
CHICKEN SOUP FOR THE SOUL                                         (Jointly Administered)
ENTERTAINMENT, INC., et al.,[1]

Debtors.
------------------------------------------------------------X

# APPLICATION OF DELAWARE COUNSEL
# TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Michelle McMahon, respectfully request the approval of this Court to appear in the above- captioned cases on behalf of Federal Insurance Company and Illinois National Insurance Company pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware.

I do not maintain an office for the practice of law in the District of Delaware. My office is located in New York, NY at the address indicated in my signature block below.

I respectfully request that the Court enter the proposed order attached hereto as **Exhibit A**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

22537.2003 21190060v1
CLIENTS\21842\3\35023159.v1-7/28/25

2

approving my appearance in this proceeding pursuant to Local Rule 9010-1(e)(ii).

Date: July 28, 2025                      **CULLEN AND DYKMAN LLP**

                                             */s/ Michelle McMahon*
One Battery Park Plaza, 34th Fl.
New York, New York 10004
T: (212) 510-2296
E: mmcmahon@cullenllp.com

*Counsel to Federal Insurance Company and Illinois National Insurance Company*

2

## **EXHIBIT A – PROPOSED ORDER**

CLIENTS\21842\3\35023159.v1-7/28/25

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 24-11442 (MFW) |
| CHICKEN SOUP FOR THE SOUL | (Jointly Administered) |
| ENTERTAINMENT, INC., et al.,[2] | |
| | |
| Debtors. | |

-----------------------------------------------------------X

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Michelle McMahon to appear in the above-captioned cases on behalf of *Federal Insurance Company and Illinois National Insurance Company* pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"; and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby

ORDERED, that Michelle McMahon may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.