IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | : Chapter 7 |
| | : |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*, | : Case No. 24-11442 (MFW) |
| | : |
| Debtors.[1] | : (Jointly Administered) |

---

## NOTICE OF FIRM CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the address for the Washington, D.C. office of Milbank LLP, counsel to HPS Investment Partners, LLC, has changed from:

**Milbank LLP**
**1850 K Street NW, Suite 1100**
**Washington, D.C. 20006**

to:

**Milbank LLP**
**1101 New York Avenue NW**
**Washington, D.C. 20005**

**PLEASE TAKE FURTHER NOTICE** that the address for the firm's New York office remains the same:

Milbank LLP
55 Hudson Yards
New York, NY 10001

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

RLF1 33370366v.1

**PLEASE TAKE FURTHER NOTICE** that the phone numbers and facsimile numbers for the firm's Washington, D.C. office remain the same. For the avoidance of doubt, this address change is specific to Milbank's Washington, D.C. office and does not affect the service address for its other offices. Milbank LLP's Washington, D.C. attorneys that are admitted *pro hac vice* in this matter include: Andrew M. Leblanc, Brett Lowe, S. Robert Marsters, Jr., and Danielle Lee Sauer.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents served upon Milbank's Washington, D.C. office in the above-captioned cases will be directed to the firm's new office address. The undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to the Washington, D.C. office's new address.

Dated: July 28, 2025
      Wilmington, Delaware

/s/ Alexander R. Steiger
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Emily R. Mathews (No. 6866)
Alexander R. Steiger (No. 7139)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: collins@rlf.com
      silberglied@rlf.com
      mathews@rlf.com
      steiger@rlf.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Matthew Brod (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
      mbrod@milbank.com

-and-

Andrew M. Leblanc (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
Email: aleblanc@milbank.com

*Co-Counsel to HPS Investment Partners, LLC*