IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered)<br><br>**Related Doc. No. 578, 589 & \_\_** |

### AGREED ORDER GRANTING MOTION OF A MIGHTY HAND, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND RELATED RELIEF

Upon consideration of the *Motion of A Mighty Hand, LLC for Relief from the Automatic Stay and Related Relief* [D.I. 578; filed 2/25/25] (the "Motion");[2] and the Court having found that the Notice of the Motion and the hearing on the Motion was timely, proper, and adequate under the applicable rules and procedure; and upon consideration of the Chapter 7 Trustee's Limited Objection to the Motion [D.I. 589; filed 3/11/25]; and the Court having found that cause exists under 11 U.S.C. §362(d)(1) for approval of the Motion,

IT IS ORDERED:

1. That the Motion is GRANTED to the extent provided herein.

2. The automatic stay of 11 U.S.C. §362(a) of the Bankruptcy Code is hereby modified to allow the Movant to pursue its remedies permitted under applicable law regarding the License Agreement.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2] Capitalized terms unless expressly defined herein shall have the meanings ascribed to them in the Motion.

1

3. This Order does not waive or prevent Movant from asserting its rights to payments due under the License Agreement in the bankruptcy or otherwise seeking further relief from the automatic stay to protect its rights under the License Agreement.

4. This Order does not prejudice, terminate, or otherwise affect the rights of FilmRise Acquisitions LLC ("FR") or the Debtors with respect to any rights in and to the Picture (the "Rights") pursuant to that certain Distribution Agreement (Screen Media Ventures, LLC: Screen Media, Sonar, and 1091 Libraries) dated June 29, 2022, between FR and the Debtors, as amended by that certain Amendment No. 1, dated December 19, 2023, with the term for such Rights expiring on April 30, 2030.

5. Relief from the automatic stay shall be effective immediately upon entry of this Order and the 14-day stay provided in Bankruptcy Rule 4001(1)(3) shall not apply.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: August 13th, 2025  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

LEGAL\78578802\2