# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |
| In re:<br><br>TOFG LLC<br><br>                    Debtor. | Chapter 7<br><br>Case No. 24-11463 (MFW) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 24, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

1

**MATTERS GOING FORWARD:**

1. Motion for Relief from the Automatic Stay and to Compel Abandonment of Asset Pursuant to 11 U.S.C. § 362(d) and 554(b)
   Filed by Patrick Renna, Managing Partner, Eastside Films, successor in interest to Bad Roomies, LLC (*pro se*)
   [Filed 7/1/2025; Docket No. 12] – Case No. 24-11463 (MFW)[2]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Amended Notice of Hearing [Filed 9/6/2025; Docket No. 16] - Case No. 24-11463 (MFW) |
   | Objection Deadline: | | September 17, 2025 |
   | Responses Received: | | None |
   | Status: | | This matter is going forward. |

Dated: September 22, 2025
         Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
    John T. Carroll, III (DE No. 4060)
    1201 N. Market Street
    Suite 1001
    Wilmington, DE  19801
    (302) 295-2000 Phone
    (302) 295-2013 Fax No.
    jcarroll@cozen.com

    *Counsel to George L. Miller,*
    *Chapter 7 Trustee*

---

[2] Pleading was manually filed by the Clerk's office to Case No. 24-11463.  This case is jointly administered with Case No. 24-11442.