IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

**Chicken Soup for the Soul Entertainment, Inc.,**      Case No. **24-11442-MFW**

                                                                           **Chapter 11**

                                                                           **(Jointly Administered)**

Debtor(s).

_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 9010-2(b), Scott Andron and the Broward County Attorney's Office give notice of their withdrawal as counsel of record for the Broward County Tax Collector (the "Tax Collector").

The Tax Collector has no controversy pending before the Court and undersigned counsel certifies that the party consents to withdrawal of counsel.

Future notices may be sent to the Broward Tax Collector's Office, Attn: Bankruptcy Section, 115 South Andrews Avenue, Room A-100, Fort Lauderdale, FL 33301.

Dated: October 1, 2025                            Respectfully submitted,

                                                               Andrew J. Meyers
                                                               Broward County Attorney
                                                               Governmental Center, Suite 423
                                                               115 South Andrews Avenue
                                                               Fort Lauderdale, Florida 33301
                                                               Telephone:    (954) 357-7600
                                                               Telecopier:    (954) 357-7641

                                           By:    /s/ Scott Andron
                                                               Scott Andron
                                                               Assistant County Attorney
                                                               Florida Bar No.112355
                                                               sandron@broward.org

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing was furnished by mail and/or electronic means to the Broward County Tax Collector, the Attorney for the Debtor, the Trustee and their attorney(s), and the United States Trustee and their attorney(s) on October 1, 2025

                Respectfully submitted,

                Andrew J. Meyers
                Broward County Attorney
                Governmental Center, Suite 423
                115 South Andrews Avenue
                Fort Lauderdale, Florida 33301
                Telephone: (954) 357-7600
                Telecopier: (954) 357-7641

    By  /s/ Scott Andron
        Scott Andron
        Assistant County Attorney
        Florida Bar No.112355
        sandron@broward.org