# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.) *et al.* [1], | Case No. 24-11442 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2025, I caused to be filed with the Court electronically a true and correct copy of the *Limited Objection and Reservation of Rights to Trustee's Motion for Approval of Sharing Agreement Between Chapter 7 Trustee and Agent for the Prepetition Lenders Providing for (I) Determinations and Allowance of Secured Lender's Pre-Petition Claims and Liens; (II) Trustee's Sale of Certain of Debtors' Assets and Secured Lender's Collateral; (III) Specified Carve-Out from Secured Lender Liens; and Other Matters Concerning the Trustee's Contemplated Sales and Certain Settlements* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail on the parties indicated on the attached service list.

/s/ Siena B. Cerra
Siena B. Cerra (DE Bar No. 7290)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

17581730/4

**SERVICE LIST**

John T. Carroll, III, Esquire
Simon E. Fraser, Esquire
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com
sfraser@cozen.com

*Counsel to George L. Miller Chapter 7 Trustee*

Ricardo Palacio, Esquire
Ashby & Geddes, P. A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
rpalacio@ashbygeddes.com

*Counsel to the Debtor*

Richard M. Pachulski, Esquire
Alan J. Kornfeld, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003
rpachulski@pszjlaw.com
akornfeld@pszjlaw.com

*Special Counsel to the Trustee*

Debra I. Grassgreen, Esquire
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor
San Francisco, CA 94104
dgrassgreen@pszjlaw.com

*Special Counsel to the Trustee*

George L. Miller
Chapter 7 Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110
gmiller@mctllp.com

*Chapter 7 Trustee*

James E. O'Neill, Esquire
Steven W. Golden, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
joneill@pszjlaw.com
sgolden@pszjlaw.com

*Special Counsel to the Trustee*

Joseph McMahon, Esquire
Jonathan Lipshie, Esquire
Jane M. Leamy, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov
Jon.Lipshie@usdoj.gov
jane.m.leamy@usdoj.gov

*United States Trustee*

17581730/4