IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 7<br>Case No. 24-11442 (MFW)<br>Jointly Administered<br><br>**Re: D.I. 687**<br><br><u>Objection Deadline:</u><br>Extended to October 27, 2025 at 4:00 p.m. (ET)<br><br><u>Hearing Date</u>:<br>November 12, 2025 at 2:00 p.m. (ET) |

**JOINDER OF DJCTM LENDING, LLC, IN CERTAIN OBJECTIONS
FILED IN RESPONSE TO THE CHAPTER 7 TRUSTEE'S MOTION FOR
APPROVAL OF A SHARING AGREEMENT BETWEEN CHAPTER 7 TRUSTEE,
THE AGENT FOR THE PREPETITION LENDERS AND FOR RELATED RELIEF**

DJCTM Lending, LLC ("<u>DJCTM</u>"), a creditor of debtor Screen Media Ventures LLC, by and through its undersigned counsel, joins (the "<u>Joinder</u>") in the objections filed by William J. Rouahana and others [D.I. No. 695] and by Charles Muszynski [D.I. No. 689] (together the "<u>Objections</u>"), and reserves its rights with respect to, the *Trustee's Motion for Approval of Sharing Agreement Between Chapter 7 Trustee and Agent for the Prepetition Lenders Providing for (I) Determinations and Allowance of Secured Lender's Pre-Petition Claims and Liens; (II) Trustee's Sale of Certain of Debtors' Assets and Secured Lender's Collateral; (III) Specified Carve-Out from Secured Lender Liens; and Other Matters Concerning The Trustee's Contemplated Sales*

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

*And Certain Settlements* [D.I. 687] (the "Motion"), filed by chapter 7 trustee George L. Miller (the "Trustee").

1. DJCTM joins in the objections and arguments raised in the Objections and incorporates them therein as if fully set forth herein.

2. DJCTM reserves the right to supplement and join in any other filings, and to present supplemental and further arguments at the hearing on the Motion.

WHEREFORE, for the foregoing reasons and for the reasons set forth in the Objections, DJCTM respectfully requests that the Court enter an order denying the Motion and granting DJCTM and the Objectors such other and further relief as the Court deems just and proper.

Dated: October 27, 2025

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II, Esq. (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

-and-

**PRYOR CASHMAN LLP**
Richard Levy Jr. (admitted *pro hac vice*.)
7 Times Square, 40th Floor
New York, NY 10036
Telephone: (212) 421-4100
Email: rlevy@pryorcashman.com

*Counsel to DJCTM Lending, LLC*