## CERTIFICATE OF SERVICE

I certify that on October 27, 2025, the foregoing Joinder was electronically filed and served via CM/ECF and on all parties registered to receive notice in this case and emailed to the parties listed on the Service List set out below.

*/s/ Joseph C. Barsalona II*

## SERVICE LIST

**Counsel to George L. Miller,**
**Chapter 7 Trustee**
John T. Carroll, III
**COZEN O'CONNOR**
1201 N. Market Street Suite 1001 Wilmington, Delaware 19801
jcarroll@cozen.com

**Counsel to George L. Miller,**
**Chapter 7 Trustee**
Richard M. Pachulski
Alan J. Kornfeld
Steven W. Golden
Tavi C. Flanagan
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
sgolden@pszjlaw.com
tflanagan@pszjlaw.com

**Office of the United States Trustee**
Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 Lockbox 35
Wilmington, Delaware 19801
richard.schepacarter@usdoj.gov