**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| CHICKEN SOUP FOR THE SOUL | ) Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket No. 690** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION
OF RACETRAC, INC. FOR ENTRY OF AN ORDER MODIFYING
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 105(A) AND
362(D) TO PERMIT RACETRAC, INC. TO REMOVE AND DISPOSE OF KIOSKS**

The undersigned hereby certifies that on October 15, 2025, RaceTrac, Inc., the successor in interest to RaceTrac Petroleum, Inc. (the "Movant"), filed the *Motion of Racetrac, Inc. for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 105(A) and 362(D) to Permit Racetrac, Inc. to Remove and Dispose of Kiosks* [Docket No. 690] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion as Exhibit A was a proposed form of order approving the relief requested in the Motion (the "Proposed Order"). Any objection or response to the relief requested in the Motion was to be filed and served so as to be received by no later than October 29, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprise, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

The undersigned further certifies that as of the Objection Deadline, no answer, objection, or other responsive pleading to the Motion was received by the Movant or has appeared on the Court's docket in this case.

WHEREFORE, the Movant respectfully request that the Proposed Order, attached to the Motion as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

Dated: October 30, 2024
      Wilmington, Delaware

Respectfully submitted,

*/s/ Maria Kotsiras*
R. Stephen McNeill (No. 5210)
Maria Kotsiras (No. 6840)
**POTTER ANDERSON & CORROON LLP**
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email: rmcneill@potteranderson.com
       mkotsiras@potteranderson.com

-and-

Elizabeth Rose, Esq.
**CAIOLA & ROSE, LLC**
125 Clairemont Ave.
Suite 240
Decatur, GA 30030
Telephone: (470) 300-1022
Email: elizabeth@caiolarose.com

*Counsel for RaceTrac, Inc.*