**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.), *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**Objections Due: December 1, 2025 at 4:00 p.m. (ET)
Hearing Date: December 17, 2025 at 2:00 p.m. (ET)**

**NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CHAPTER 11 COUNSEL FOR THE STRATEGIC REVIEW COMMITTEE AND THE DEBTORS FOR THE PERIOD OF JUNE 28, 2024 THROUGH JULY 10, 2024**

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP, chapter 11 counsel for the Strategic Review Committee (the "SRC") and the above-captioned debtors (the "Debtors") acting through the SRC, filed its *First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Chapter 11 Counsel for the Strategic Review Committee and the Debtors for the Period of June 28, 2024 through July 10, 2024* (the "Final Application"), seeking final compensation for the reasonable and necessary services rendered to the SRC and the Debtors in the amount of $840,907.00[2], reimbursement for

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2] This amount is net of a voluntary reduction of $497,176.50 in fees billed in connection with litigating the *Omnibus Objection to: (i) the Application of the Strategic Review Committee and the Debtors for Authorization to Employ and Retain Pachlski Stang Ziehl & Jones LLP as Chapter 11 Counsel*; and (ii) the *Application of the Chapter 7 Trustee for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Special Litigation And Transactional Counsel* [Docket No. 283] (the "Omnibus Objection") filed by Chicken Soup for the Soul, LLC

actual and necessary expenses in the amount of $8,744.98 incurred and billed between June 28, 2024 and July 10, 2024[3]. A copy of the Final Application is attached hereto for service upon you.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Final Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court") on or before **December 1, 2025 at 4:00 p.m. Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following parties (the "Notice Parties"): (i) Counsel to George L. Miller, in his capacity as Chapter 7 Trustee, Cozen O'Connor, 1201 N. Market Street, Suite 1001, Wilmington, DE 19801, Attn: John T Carroll, III (jcarroll@cozen.com) and Simon E. Fraser (sfraser@cozen.com); (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jane Leamy (jane.m.leamy@usdoj.gov); and (iii) counsel to the Strategic Review Committee and the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705 Wilmington, DE 19899-8705 (Courier 19801), Attn: Richard M. Pachulski (rpachulski@pszjlaw.com, Alan J. Kornfeld (akornfeld@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **December 17, 2025, 2025 at 2:00 p.m.** (Eastern Time) before the Honorable Mary F. Walrath,

---

("CSS"), a non-debtor indirect parent company and creditor of Chicken Soup for the Soul Entertainment, Inc. ("CSSE"), and William Rouhana, former CEO and director of CSSE, and CEO of CSS.

[3] While the Firm was only employed as Chapter 11 counsel to the SRC and the Debtors for the period of June 28, 204 through July 10, 2024, fees for services rendered in connection with the contested Omnibus Objection are included through November 12, 2024, the date of entry of the Retention Order.

United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, OR IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 6, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (*admitted pro hac*)
Alan J. Kornfeld (*admitted pro hac*)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    rpachulski@pszjlaw.com
          akornfeld@pszjlaw.com
          joneill@pszjlaw.com
          sgolden@pszjlaw.com

*Chapter 11 Counsel to the Strategic Review Committee and the Debtors*