Chapter 7 Matters
November 12, 2025 at 2:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|
| David | Ahdoot | Bush Gottlieb, a Law Corporation | Guilds, affiliated funds and MPIPHP | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Joseph | Barsalona I | Pashman Stein Walder Hayden, P.C. | DJCTM Lending, LLC | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Alix | Brozman | | | 24-11442-MFW | Chicken Soup for the Soul | Audio Only |
| John | Carroll | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Jared | Clark | Elliott Kwok Levine Jaroslaw Neils LLP | Amanda Edwards | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Donald | Detweiler | Womble Bond Dickinson (US) LLP | William Rouhana | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Simon | Fraser | Cozen O'Connor | | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Elise | Frejka | Frejka PLLC | Grove Street Funding | 24-11442-MFW | Chicken Soup for the Soul | Audio Only |
| Cynthia | Giobbe | Womble Bond | William Rouhana | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Uday | Gorrepati | | | 24-11442-MFW | Chicken Soup for the Soul | Audio Only |
| William | Green | Halloran Farkas & Kittila | Amanda Edwards | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Cathy | Hinger | Womble Bond Dickinson (US) LLP | William Rouhana | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Daniel | Kerrick | Hogan McDaniel | Bart Schwartz | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Richard | Levy | Pryor Cashman LLP | DJCTM Lending LLC | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Emily | Mathews | Richards, Layton & Finger | HPS Investment Partners, LLC | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Brett | McCartney | | Chris Mitchell | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Frank | Merola | Paul Hastings LLP | MidCap | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| George | Miller | | George L. Miller, Chapter 7 Trustee | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Thomas | Murphy | | Grove Street Funding, Inc. | 24-11442-MFW | Chicken Soup for the Soul | Audio Only |
| Lynn | Neils | Elliott Kwok Levine Jaroslaw Neils LLP | Amanda Edwards | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Russell | Silberglied | Richards, Layton & Finger | HPS Investment Partners, LLC | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Mitchell | Sockett | PointPrecedent | I merely want to watch | 24-11442-MFW | Chicken Soup for the Soul | Audio Only |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | HPS Investment Partners, LLC | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 24-11442-MFW | Chicken Soup for the Soul | Audio Only |
| charles | muszynski | | pro se | 24-11442-MFW | Chicken Soup for the Soul | Video and Audio |
| Don | Beskrone | Ashby & Geddes | Trustee | 20-10534-MFW | DirectStream, LLC | Video and Audio |
| Michael | Gibson | Duane Morris LLP | Denis Krusos | 20-10534-MFW | DirectStream, LLC | Video and Audio |
| Michael | Gibson | Duane Morris LLP | Denis Krusos | 20-10534-MFW | DirectStream, LLC | Video and Audio |
| Uday | Gorrepati | | | 20-10534-MFW | DirectStream, LLC | Audio Only |
| Denis | Krusos | | Self | 20-10534-MFW | DirectStream, LLC | Video and Audio |
| Denis | Krusos | | Self | 20-10534-MFW | DirectStream, LLC | Video and Audio |
| Ricardo | Palacio | Ashby & Geddes, P. A. | Trustee | 20-10534-MFW | DirectStream, LLC | Video and Audio |
| Jeffrey | Waxman | Morris James LLP | Denis A. Krusos | 20-10534-MFW | DirectStream, LLC | Video and Audio |
| Jeffrey | Waxman | Morris James LLP | Denis A. Krusos | 20-10534-MFW | DirectStream, LLC | Video and Audio |
| Leke | Badivuku | Mintz Levin | Christopher Mitchell | 24-50112-MFW | Golden v. Chicken Soup for | Video and Audio |

Chapter 7 Matters
November 12, 2025 at 2:00 pm

| First | Last | Firm | Representing | Case | Matter | Access |
|---|---|---|---|---|---|---|
| John | Carroll | Cozen O&#039;Connor | George L. Miller, Chapter 7 Trustee | 24-50112-MFW | Golden v. Chicken Soup for | Video and Audio |
| Siena | Cerra | Morris James LLP | Plaintiff Alex Golden et al | 24-50112-MFW | Golden v. Chicken Soup for | Video and Audio |
| Simon | Fraser | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 24-50112-MFW | Golden v. Chicken Soup for | Video and Audio |
| George | Miller | | George L. Miller, Chapter 7 Trustee | 24-50112-MFW | Golden v. Chicken Soup for | Video and Audio |
| Eric | Monzo | Morris James LLP | Plaintiff Alex Golden et al. | 24-50112-MFW | Golden v. Chicken Soup for | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 24-50112-MFW | Golden v. Chicken Soup for | Audio Only |
| Leke | Badivuku | Mintz Levin | Christopher Mitchell | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Douglas | Baumstein | Mintz Levin | Christopher Mitchell | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| John | Carroll | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Jared | Clark | Elliott Kwok Levine Jaroslaw Neils LLP | Amanda Edwards | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Sarah | Delia | McCarter & English | Jason Meier | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Tavi | Flanagan | Pachulski Stang Ziehl & Jones LLP | Special Litigation Counsel to the Chapter 7 | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Simon | Fraser | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| William | Green | Halloran Farkas & Kittila | Amanda Edwards | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Alan | Kornfeld | Pachulski Stang Ziehl & Jones LLP | Special Litigation Counsel to the Chapter 7 | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Steve | Levitt | Holland & Knight | Cosmo DeNicola | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Jessica | Magee | Holland & Knight LLP | Cosmo DeNicola | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Audio Only |
| Brett | McCartney | | Chris Mitchell | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Jason | Meier | | Jason Meier | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Evan | Miller | Saul Ewing LLP | Cosmo DeNicola | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| George | Miller | | George L. Miller, Chapter 7 Trustee | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| James | O'Neill | Pachulski Stang Ziehl & Jones LLP | Special Litigation Counsel to the Chapter 7 | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Mary | Thomas | Thomas Law LLC | Vikram Somaya | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Audio Only |
| Maliheh | Zare | McCarter & English | Jason Meier | 25-50399-MFW | Miller v. Rouhana, Jr. et al | Video and Audio |
| Stephen | Best | Brown Rudnick LLP | Young & Warshauer | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| John | Carroll | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| Roxanne | Eastes | 1201 North Market Street | DLA Piper LLP (US) | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| Carolyn | Fox | DLA Piper LLP (US) | DLA Piper LLP (US) | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| Simon | Fraser | Cozen O'Connor | George L. Miller, Chapter 7 Trustee | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| Daniel | Healy | Brown Rudnick LLP | Young & Warshauer | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| Daniel | Kerrick | Hogan McDaniel | Bart Schwartz | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| R. | Martin | DLA Piper LLP (US) | DLA Piper LLP (US) | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| George | Miller | | George L. Miller, Chapter 7 Trustee | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| Jackson | Nestor | Morris James LLP | Plaintiff Brian Skajem et al | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| Tara | Pakrouh | Morris James LLP | Plaintiff Brian Skajem et al. | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |

| First | Last | Firm | Client | Case | Matter | Type |
|---|---|---|---|---|---|---|
| Jonathan | Richman | Brown Rudnick LLP | Young & Warshauer | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| Nancy | Turner | Brown Rudnick LLP | Young & Warshauer | 24-50128-MFW | Skajem et al v. Chicken Sou | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 24-50128-MFW | Skajem et al v. Chicken Sou | Audio Only |