# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1] | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |

## APPLICATION OF DELAWARE COUNSEL
## TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Jarret P. Hitchings, respectfully request the approval of this Court to appear in the above- captioned cases on behalf of Bank of America N.A. pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. I do not maintain an office for the practice of law in the District of Delaware. My office is located in Charlotte, North Carolina at the address indicated in my signature block below.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993) Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436) Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cobb, CT 06807.

617845775

I respectfully request that the Court enter the proposed order attached hereto as **<u>Exhibit A</u>** approving my appearance in this proceeding pursuant to Local Rule 9010-1(e)(ii).

Dated: November 21, 2025            **BRYAN CAVE LEIGHTON PAISNER LLP**

                                             <u>*/s/ Jarret P. Hitchings*</u>
                                             Jarret P. Hitchings (DE 5564)
                                             301 South College Street, Suite 2150
                                             Charlotte, North Carolina 28202
                                             Telephone: (704) 749-8965
                                             Email:    jarret.hitchings@bclplaw.com

                                             *Counsel to Bank of America N.A.*

**CERTIFICATE OF SERVICE**

This is to certify that on the 21st day of November 2025, I caused the foregoing *Application of Delaware Counsel to Appear Pursuant to Local Rule 9010-1(e)(ii)* to be electronically filed using the Court's CM/ECF filing system. The CM/ECF system generated an email notice of the filing, linked to this document, to those parties registered to receive electronic notices in this case.

Dated: November 21, 2025

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (DE 5564)
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
Telephone: (704) 749-8965
Email:    jarret.hitchings@bclplaw.com

*Counsel to Bank of America N.A.*

617845775

# EXHIBIT A
## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1] | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Jarret P. Hitchings, Esq. to appear in the above-captioned cases on behalf of Bank of America N.A. pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby ORDERED, that Jarret P. Hitchings may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).

---

[1] The Debtors in these chapter 7 cases , along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993) Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436) Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).  The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cobb, CT 06807.

617845775