# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.), *et al.*,[1] | Case No. 24-11442 (MFW) |
| | (Jointly Administered) |
| Debtors. | |
| | Related to Docket No. 702 |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF BANK OF AMERICA N.A. FOR RELIEF FROM THE AUTOMATIC STAY TO CLOSE PRE-PETITION DEBTOR BANK ACCOUNTS

The undersigned hereby certifies that, as of the date hereof, Bryan Cave Leighton Paisner LLP ("BCLP"), counsel to Bank of America, N.A. (collectively, the "Bank"), has received no answer, objection, or other responsive pleading to *Motion of Bank of America, N.A. for Relief from the Automatic Stay to Close Pre-Petition Debtor Bank Accounts* filed on November 11, 2025 [Docket No. 702] (the "Motion").

The undersigned further certifies that BCLP has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than December 10, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").

It is respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 7 cases , along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993) Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436) Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cobb, CT 06807.

618000547

Dated: December 11, 2025

        Respectfully submitted,

        **BRYAN CAVE LEIGHTON PAISNER LLP**

        <u>*/s/ Jarret P. Hitchings*</u>
        Jarret P. Hitchings (DE 5564)
        One Wells Fargo Center, Suite 2150
        301 S. College Street
        Charlotte, North Carolina 28202
        Telephone:  (704) 749-8999
        Facsimile:  (704) 749-8990
        Email:  jarret.hitchings@bclplaw.com

        *Counsel to Bank of America, N.A.*

618000547

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.), *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

This is to certify that on the 11th day of December 2025, I caused the foregoing **CERTIFICATE OF NO OBJECTION REGARDING MOTION OF BANK OF AMERICA N.A. FOR RELIEF FROM THE AUTOMATIC STAY TO CLOSE PRE-PETITION DEBTOR BANK ACCOUNTS** to be electronically filed using the Court's CM/ECF filing system. The CM/ECF system generated an email notice of the filing, linked to this document, to those parties registered to receive electronic notices in this case.

Dated: December 11, 2025

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (No. 5564)
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
Telephone:   (704) 749-8965
Facsimile:    (704) 749-8990
Email:  jarret.hitchings@bclplaw.com

*Counsel to Bank of America, N.A.*

---

[1] The Debtors in these chapter 7 cases , along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993) Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436) Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).  The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cobb, CT 06807.

618000547