IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No. 702** |

## ORDER GRANTING MOTION OF BANK OF AMERICA N.A. FOR RELIEF FROM THE AUTOMATIC STAY TO CLOSE PRE-PETITION DEBTOR BANK ACCOUNTS

Upon the *Motion for Relief from the Automatic Stay to Close Pre-Petition Debtor Bank Accounts* (the "Motion")[2] of Bank of America, N.A. (the "Bank"), and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; and the Court finding that it may enter a final order consistent with Article III of the United States Constitution; and consideration of the Motion and the relief requested therein being a core proceeding within the meaning of 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having authority pursuant to 11 U.S.C. § 362(d) to order relief from the automatic stay as proposed in the Motion; and due and proper notice of the Motion having been provided under the circumstances and in accordance with the Federal

---

[1] The Debtors in these chapter 7 cases , along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993) Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises, LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436) Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cobb, CT 06807.

[2] Capitalized terms not otherwise defined in this Order are intended to have the meaning set forth in the Motion.

Rules of Bankruptcy Procedure and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Bank, Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation thereon and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Bank is granted relief from the automatic stay to close the Debtors' Accounts currently maintained at the Bank.

3. Except for the limited purpose of modifying the automatic stay as set forth in this Order, the automatic stay shall otherwise remain in full force and effect.

4. The Bank is authorized to take all actions necessary or appropriate to effectuate the foregoing.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: December 12th, 2025**　　　　　　　　　　**MARY F. WALRATH**
**Wilmington, Delaware**　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**