**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 17, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

> THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
> THE COURT HAS NO PREFERENCE.
>
> TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
> OR CLICK THE BELOW LINK:
> (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)
>
> PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
> 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.
>
> AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

**CONCLUDED MATTERS:**

1. Motion of Bank of America, N.A. for Relief from the Automatic Stay to Close Pre-Petition Debtor Bank Accounts
   [Filed 11/11/2025; Docket No. 702]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Declaration of Brian Marsh in Support of Motion for Relief from the Automatic Stay to Close Pre-Petition Bank Accounts [Filed 11/11/2025; Docket No. 704] |
   | | (b) | Certificate of No Objection [Filed 12/11/2025; Docket No. 711] |
   | | (c) | Entered Order [Filed 12/12/2025; Docket No. 712] |
   | Objection Deadline: | | December 10, 2025 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | This matter is concluded. Order has been entered by the Court. |

**UNCONTESTED MATTERS CERTIFICATE OF NO OBJECTION TO BE FILED:**

2. First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Chapter 11 counsel for the Strategic Review Committee and the Debtors for the Period of June 28, 2024 through July 10, 2024
   [Filed 11/6/2025; Docket No. 699]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Proposed Order [Filed 11/6/2025; Docket No. 699] |
   | Objection Deadline: | | December 1, 2025 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | This matter is uncontested. Certificate of No Objection to be filed by Movant. |

LEGAL\81365465\1 6010823/00617521
12/15/2025

Dated: December 15, 2025
       Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
     John T. Carroll, III (DE No. 4060)
     1201 N. Market Street
     Suite 1001
     Wilmington, DE 19801
     (302) 295-2000 Phone
     (302) 295-2013 Fax No.
     jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*