**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.), *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 699** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CHAPTER 11 COUNSEL FOR THE STRATEGIC REVIEW COMMITTEE AND THE DEBTORS FOR THE PERIOD OF JUNE 28, 2024 THROUGH JULY 10, 2024**

The undersigned chapter 11 counsel for the Strategic Review Committee (the "SRC") and the above-captioned debtors (the "Debtors") acting through the SRC hereby certifies that:

1. On November 6, 2025, Pachulski Stang Ziehl & Jones LLP ("PSZJ") filed its First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Chapter 11 Counsel for the Strategic Review Committee and the Debtors for the Period of June 28, 2024 through July 10,2024 [Docket No. 699] (the "Application").

2. Pursuant to the *Notice of Application* [Docket No. 699-1], objections to entry of an order granting the Application were due no later than December 1, 2025 at 4:00 p.m. Eastern Time (the "Objection Deadline").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

3. The undersigned has caused the U.S. Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

4. Attached hereto as **Exhibit A** is a proposed form of order approving the Application (the "Proposed Order").

5. Accordingly, the undersigned requests that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated: December 16, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (*admitted pro hac*)
Alan J. Kornfeld (*admitted pro hac*)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    rpachulski@pszjlaw.com
          akornfeld@pszjlaw.com
          joneill@pszjlaw.com
          sgolden@pszjlaw.com

*Chapter 11 Counsel to the Strategic Review Committee and the Debtors*