**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CSSE, Inc. f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.,*[1] | Case No. 24-11442 (MFW) |
| | (Jointly Administered) |
| Debtors. | Related to: |
| | **Adv. No. 25-ap-50399 (MFW) & Adv. No. 24-ap- 50128 (MFW)** |
| | <u>**Hearing Date**</u>: **February 4, 2026 at 2:00 p.m. (ET)** <br> <u>**Objection Deadline**</u>: **January 22, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, CHRISTOPHER MITCHELL, FRED M. COHEN, COSMO DENICOLA, MARTIN POMPADUR, CHRISTINA WEISS LURIE, DIANA WILKIN, VIKRAM SOMAYA, JASON MEIER, AND AMANDA R. EDWARDS FOR RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT OF DEFENSE EXPENSES AND OTHER LOSS UNDER <u>DIRECTORS AND OFFICERS EXCESS INSURANCE POLICIES</u>**

**PLEASE TAKE NOTICE** that, on January 8, 2026, William J. Rouhana, Jr., Amy L. Newmark, Christopher Mitchell, Fred M. Cohen, Cosmo Denicola, Martin Pompadur, Christina Weiss Lurie, Diana Wilkin, Vikram Somaya, Jason Meier, and Amanda R. Edwards, (collectively, the "<u>Movants</u>"), parties in interest in the above-captioned cases, filed the *Motion of William J. Rouhana, Jr., Amy L. Newmark, Christopher Mitchell, Fred M. Cohen, Cosmo Denicola, Martin*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSSE, Inc. f/k/a Chicken Soup for the Soul Entertainment Inc. (0811); CSSS, LLC f/k/a Chicken Soup for the Soul Studios, LLC (9993); CSS Television Group, LLC f/k/a/ Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

*Pompadur, Christina Weiss Lurie, Diana Wilkin, Vikram Somaya, Jason Meier, and Amanda R. Edwards for Relief from the Automatic Stay to the Extent Applicable, to Allow Payment of Defense Costs and Other Losses Under Directors and Officers Excess Insurance Policies* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief sought in the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, **January 22, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to the Movants.

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received, in accordance with the procedures above, and objections made at the Hearing, will be considered by the Court.

PLEASE TAKE FURTHER NOTICE THAT THE HEARING WITH RESPECT TO THE MOTION WILL BE HELD ON **FEBRUARY 4, 2026 at 2:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

2

WBD (US) 4903-0158-8612v2

Dated: January 8, 2026
Wilmington, Delaware

**Womble Bond Dickinson (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com
-and-
Cathy A. Hinger
(admitted *pro hac vice)*
2001 K. Street NW
Suite 400 South
Washington, D.C. 20006
Telephone: (202) 467-6900
Facsimile:  (202) 467-6910
Email: cathy.hinger@wbd-us.com

*Counsel for William J. Rouhana and Amy Newmark*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Christopher B. Chuff*
David M. Fournier, Esq.
Christopher B. Chuff, Esq.
Tori L. Remington, Esq.
Tyler R. Wilson, Esq.
Hercules Plaza
1313 N. Market Street, Suite 1000
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
David.Fournier@troutman.com
Chris.Chuff@troutman.com
Tori.Remington@troutman.com
Tyler.Wilson@troutman.com

*Counsel for Fred M. Cohen, Martin Pompadur, Christina Weise Lurie, and Diana Wilkin*

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller, Esq.
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
Telephone: (302) 421-6864
evan.miller@saul.com

*Counsel for Cosmo DeNicola*

-and-

**HOLLAND & KNIGHT LLP**
Jessica Magee, Esq.
Steven J. Levitt, Esq.
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-2522
Jessica.Magee@hklaw.com
Steven.Levitt@hklaw.com

*Counsel for Cosmo DeNicola*

3

WBD (US) 4903-0158-8612v2

**LAW OFFICES OF THIRU VIGNARAJAH LLC**

*/s/ Thiru Vignarajah*

Thiru Vignarajah, Esq.
Ross Ingram, Esq.
211 Wendover Road
Baltimore, MD 21218
Telephone: (410) 456-7552
thiru@thirulaw.com
ross@thirulaw.com

*Counsel for Vikram Somaya*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C**

*/s/ Douglas P. Baumstein*

Douglas P. Baumstein, Esq.
919 Third Avenue
New York, NY 10022
Telephone: 212.935.3000
Facsimile: 212.983.3115
DBaumstein@mintz.com

*Counsel for Christopher Mitchell*

**MCCARTER & ENGLISH, LLP**

*/s/ Sarah E. Delia*

Sarah E. Delia, Esq.
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6342
sdelia@mccarter.com

*Counsel for Jason Meier*

**ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP**

*/s/ Jared R. Clark*

Jared R. Clark, Esq.
Lynn Neils, Esq.
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Telephone: (212) 321-0510
jclark@ekljnlaw.com
lneils@ekljnlaw.com

*Counsel for Amanda R. Edwards*

4