**<u>CERTIFICATE OF SERVICE</u>**

I, Donald J. Detweiler, do hereby certify that on January 8, 2026, the *Motion of William J. Rouhana, Jr., Amy L. Newmark, Christopher Mitchell, Fred M. Cohen, Cosmo Denicola, Martin Pompadur, Christina Weiss Lurie, Diana Wilkin, Vikram Somaya, Jason Meier, and Amanda R. Edwards, for Relief from the Automatic Stay to the Extent Applicable, to Allow Payment of Defense Expenses and Other Loss Under Directors and Officers Excess Insurance Policies* was electronically filed with the Court and served via CM/ECF on all parties registered to receive notice in this case and emailed to the parties on the attached Service List.

## SERVICE LIST

**Counsel to George L. Miller,**
**Chapter 7 Trustee**
John T. Carroll, III
COZEN O'CONNOR
1201 N. Market Street Suite 1001
Wilmington, Delaware 19801
Email: jcarroll@cozen.com

**Counsel to George L. Miller,**
**Chapter 7 Trustee**
Alan J. Kornfeld
Jamie O'Neill
**PACHULSKI STANG ZIEHL**
**& JONES LLP**
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
akornfeld@pszjlaw.com
joneill@pszjlaw.com

**Counsel for Fred M. Cohen, Martin**
**Pompadur, Christina Weise Lurie,**
**and Diana Wilkin**
David M. Fournier, Esq.
Christopher B. Chuff, Esq.
Tori L. Remington, Esq.
Tyler R. Wilson, Esq.
**TROUTMAN PEPPER LOCKE LLP**
Hercules Plaza
1313 N. Market Street, Suite 1000
Wilmington, DE 19899-1709
David.Fournier@troutman.com
Chris.Chuff@troutman.com
Tori.Remington@troutman.com
Tyler.Wilson@troutman.com

**Counsel for Cosmo DeNicola**
Evan T. Miller, Esq.
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
evan.miller@saul.com

**Counsel for Cosmo DeNicola**
Jessica Magee, Esq.
Steven J. Levitt, Esq.
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Jessica.Magee@hklaw.com
Steven.Levitt@hklaw.com

**Counsel for Christopher Mitchell**
Douglas P. Baumstein, Esq.
**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY AND POPEO, P.C**
919 Third Avenue
New York, NY 10022
DBaumstein@mintz.com

**Counsel for Jason Meier**
Sarah E. Delia, Esq.
Renaissance Centre
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, DE 19801
sdelia@mccarter.com

**Counsel for Vikram Somaya**
Thiru Vignarajah, Esq.
Ross Ingram, Esq.
**LAW OFFICES OF THIRU VIGNARAJAH LLC**
211 Wendover Road
Baltimore, MD 21218
thiru@thirulaw.com
ross@thirulaw.com

**Counsel for the Insurers**
Emily S. Hart
Wiley Rein LLP
2050 M. Street NW
Washington, DC 20036
ehart@wiley.law

**Counsel for Amanda R. Edwards**
Jared R. Clark, Esq.
Lynn Neils, Esq.
**ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP**
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
jclark@ekljnlaw.com
lneils@ekljnlaw.com

**Counsel to Plaintiffs and the Proposed Class**

Michael Alder
Elana R. Levine
ALDERLAW, PC
12800 Riverside Drive, Second Floor
Valley Village, CA 91607
Email:cmalder@alderlaw.com
llevine@alderlaw.com

**Counsel to Plaintiffs and the Proposed Class**

Eric J. Monzo
Tara C. Pakrouh
Cortlan S. Hitch
Siena B. Cerra
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Email: emonzo@morrisjames.com
tpakrouh@morrisjames.com
chitch@morrisjames.com
scerra@morrisjames.com

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)