# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CSSE, Inc. f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No.: 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>Related to:<br><br>Adv. No. 24-ap-50128 (MFW)<br><br>**Ref. D.I. 718**<br><br>Hearing Date: February 4, 2026, at 2:00 PM (ET)<br><br>Objection Deadline: January 22, 2026 at 4:00 PM (ET) |

## JOINDER OF ROBERT H. WARSHAUER AND JOHN T. YOUNG, JR. TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT OF DEFENSE EXPENSES AND OTHER LOSS UNDER DIRECTORS AND OFFICERS EXCESS INSURANCE POLICIES

Robert H. Warshauer and John T. Young, Jr., by and through their undersigned counsel, hereby join and adopt the arguments set forth in the *Motion of William J. Rouhana, Jr., Amy L. Newmark, Christopher Mitchell, Fred M. Cohen, Cosmo Denicola, Martin Pompadur, Christina Weiss Lurie, Diana Wilkin, Vikram Somaya, Jason Meier, and Amanda R. Edwards, for Relief from the Automatic Stay to the Extent Applicable, to Allow Payment of Defense Expenses and*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSSE, Inc. f/k/a Chicken Soup for the Soul Entertainment Inc. (0811); CSSS, LLC f/k/a Chicken Soup for the Soul Studios, LLC (9993); CSS Television Group, LLC f/k/a/ Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

*Other Loss Under Directors and Officers Excess Insurance Policies* [D.I. 718] (the "Motion")[2] filed in the above-captioned chapter 7 case and incorporate the arguments in the Motion as Messrs. Warshauer's and Young's own arguments. Messrs. Warshauer and Young further respectfully state as follows:

1. Messrs. Warshauer and Young are defendants in an adversary proceeding pending before this Court, captioned *Brian Skajem et. al. v. Chicken Soup for the Soul Entertainment, Inc. et. al.*, Adv. No. 24-ap-50128 (MFW) (the "Skajem Action"), in their capacity as former outside directors of the above-captioned debtors and debtors in possession (the "Debtors"). The Skajem Action was commenced by Brian Skajem and several other former employees of Debtors, on behalf of themselves and other purportedly similarly situated former employees (collectively, the "Skajem Plaintiffs").

2. On or about April 30, 2025, the Court granted the Skajem Plaintiffs leave to file a First Amended Complaint, after which they added Messrs. Warshauer and Young as defendants to the Skajem Action. *See* Skajem Action, D.I. 30.

3. On or about December 9, 2025, the Court granted the Skajem Plaintiffs leave to file a Second Amended Complaint, which they filed on January 8, 2026. *See* Skajem Action, D.I. 95.

4. Messrs. Warshauer and Young have incurred, and will continue to incur, substantial attorneys' fees, expenses, and other costs in connection with the Skajem Action.

5. Messrs. Warshauer and Young are Insured Persons under the Primary Policy and the Excess Policies. The limits of the Primary Policy were exhausted after the entry of the Court's prior order lifting the stay as to that policy.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

6. While the Motion requests stay relief for the Movants and other Insured Persons, such as Messrs. Warshauer and Young, Messrs. Warshauer and Young file this joinder in an abundance of caution and to make clear that they seek the same relief.

7. Pursuant to sections 105(a) and 362(d)(1) of title 11 of the United States Code, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Rule 4001-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Messrs. Warshauer and Young respectfully request entry of an order, substantially in the form attached to the Motion as Exhibit A, for the same reasons outlined in the Motion, to confirm that the automatic stay does not apply to proceeds of the Debtors' Excess Policies, or, in the alternative, granting immediate relief from the automatic stay, so that Messrs. Warshauer and Young may receive payments, advances, and/or reimbursements of their defense expenses and other amounts in connection with the Skajem Action and any other covered loss, consistent with their rights under the Excess Policies.

8. Messrs. Warshauer and Young reserve the right to raise additional arguments with respect to the Motion at the hearing, as well as the right to file any additional necessary pleadings pursuant to 11 U.S.C. § 105.

*[Signature page follows]*

**WHEREFORE**, Messrs. Warshauer and Young respectfully request that the Court grant the relief requested in the Motion and such other and further relief as is just and proper.

Dated: January 21, 2026
       Wilmington, Delaware

**DLA PIPER LLP (US)**

By: /s/ R. Craig Martin
R. Craig Martin (DE Bar No. 5032)
Roxanne M. Eastes (DE Bar No. 6654)
1201 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@us.dlapiper.com
       roxanne.eastes@us.dlapiper.com

-and-

Stephen A. Best (admitted *pro hac vice*)
Daniel J. Healy (admitted *pro hac vice*)
Jonathan E. Richman (admitted *pro hac vice*)
Nancy H. Turner (admitted *pro hac vice*)
1900 N Street NW, Suite 400
Washington, D.C. 20036
Telephone: (202) 536-1700
Facsimile: (202) 536-1701
Email: sbest@brownrudnick.com
dhealy@brownrudnick.com
jrichman@brownrudnick.com
nturner@brownrudnick.com

*Counsel for Defendants Robert H. Warshauer and John T. Young, Jr.*

**CERTIFICATE OF SERVICE**

I, R. Craig Martin, hereby certify that on this 21st day of January 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon the parties registered to receive such notifications in this case.

                                       */s/ R. Craig Martin*
                                       R. Craig Martin (DE Bar No. 5032)