**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 4, 2026 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL.
ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2] Amended agenda items appear in **bold** text.

**CONTESTED MATTERS GOING FORWARD:**

1. Motion of William J. Rouhana, Jr., Amy L. Newmark, Christopher Mitchell, Fred M. Cohen, Cosmo Denicola, Martin Pompadur, Christina Weiss Lurie, Diana Wilkin, Vikram Somaya, Jason Meier, and Amanda R. Edwards for Relief from the Automatic Stay to the Extent Applicable, to Allow Payment of Defense Costs and Other Losses Under Directors and Officers Excess Insurance Policies
   [Filed 1/8/2026; Docket No. 718]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | **Notice of Filing of Revised Proposed Order Granting Motion of William J. Rouhana, Jr., Amy L. Newmark, Christopher Mitchell, Fred M. Cohen, Cosmo Denicola, Martin Pompadur, Christina Weiss Lurie, Diana Wilkin, Vikram Somaya, Jason Meier, and Amanda R. Edwards for Relief from the Automatic Stay to the Extent Applicable, to Allow Payment of Defense Costs and Other Losses Under Directors and Officers Excess Insurance Policies** <br>**[Filed 2/4/2026; Docket No. 727]** |
   | Objection Deadline: | | January 22, 2026 at 4:00 p.m. |
   | Responses Received: | (b) | Joinder of Robert H. Warshauer and John T. Young, Jr. to the Motion for Relief from the Automatic Stay to the Extent Applicable, to Allow Payment of Defense Expenses and Other Loss Under Directors and Officers Excess Insurance Policies [Filed 1/21/2026; Docket No. 722] |
   | | (c) | Former Employee Putative Class's Statement and Reservation of Rights with Respect to (I) Motion of William J. Rouhana, Jr., Amy L. Newmark, Christopher Mitchell, Fred M. Cohen, Cosmo Denicola, Martin Pompadur, Christina Weiss Lurie, Diana Wilkin, Vikram Somaya, Jason Meier, and Amanda R. Edwards, for Relief from the Automatic Stay to the Extent Applicable, to Allow Payment of Defense Expenses and Other Loss Under Directors and Officers Excess Insurance and (II) Joinder of Robert H. Warshauer and John T. Young, Jr. to the Motion for Relief from the Automatic Stay to the Extent Applicable, to Allow Payment of Defense Expenses and Other Loss Under Directors and Officers Excess Insurance Policies [Filed 1/22/2026; Docket No. 723] |

|     |     |
| --- | --- |
| **(d)** | **Motion of Charles Muszynski to Join Former Employees' Opposition to Trustee's Motion for D&O Relief Filed by Charles Muszynski, pro se filer (the "<u>Muszynski Joinder</u>") [1]**<br>**[Filed 2/3/2026; Docket No. 728]** |
| **(e)** | **Revised Motion for Determination of Automatic Priority Creditor Status and Opposition to Trustee's D&O Relief Motion Filed by Charles Muszynski, pro se filer (the "<u>Muszynski Revised Motion</u>")**<br>**[Filed 2/4/2026; Docket No. 729]** |
| <u>Status</u>: | This matter is going forward. |

Dated: February 4, 2026
       Wilmington, Delaware

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE 19801
      (302) 295-2000 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com

      *Counsel to George L. Miller,*
      *Chapter 7 Trustee*

---

[1] **Contrary to the statements made in the Muszynski Joinder, the Trustee has not filed a Motion for Relief from the Automatic Stay concerning the Debtors' directors and officers insurance policy. The Trustee has listed the Muszynski Joinder and Muszynski Revised Motion in an abundance of caution as they appear to be related to Agenda item no. 1.**