**Exhibit A**

**Proposed Order**

35433496

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al*[1]<br><br>                                Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**ORDER AUTHORIZING LATE FILING OF PROOF OF CLAIM**
**AND DEEMING CLAIM TIMELY FILED**

Upon the motion (the "**Motion**") of Erica L. Rapp, LLC ("**Movant**" or "**Creditor**") for entry of an order (i) authorizing Creditor to file a proof of claim after the bar date and deeming such claim timely filed, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Movant's proof of claim filed on January 5, 2026, Claim number 459-1, is hereby deemed timely filed and allowed to receive distributions made to creditors in this case and must be paid as a general unsecured creditor; and it is further

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from and related to this Motion and the implementation of this Order.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).