## Exhibit E

**Bar Date Notice and Service List**

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Chicken Soup for the Soul Entertainment, Inc.** | EIN: 81–2560811 | |
| | Name | | |
| United States Bankruptcy Court   District of Delaware | | Date case filed in chapter:   11   6/28/24 | |
| Case number:   24–11442–TMH | | Date case converted to chapter:   7   7/10/24 | |

## Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Chicken Soup for the Soul Entertainment, Inc. | |
| 2. | **All other names used in the last 8 years** | aka Chicken Soup for the Soul Entertainment | |
| 3. | **Address** | 132 East Putnam Avenue<br>Floor 2W<br>Cos Cob, CT 06807 | |
| 4. | **Debtor's attorney**<br>Name and address | Ricardo Palacio Esq<br>Ashby & Geddes, P. A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801 | Contact phone 302–654–1888<br><br>Email: rpalacio@ashbygeddes.com |
| 5. | **Bankruptcy trustee**<br>Name and address | George L. Miller<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103–2110 | Contact phone 215–561–0950<br><br>Email: gmiller@mctllp.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone 302–252–2900<br><br>Date: 7/22/24 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 20, 2024 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All times listed are in EST. | Location: **Zoom video meeting. Go to www.Zoom.us/join, Enter Meeting ID: 653 180 0746, Passcode: 7131311419, OR Call 1(267) 362–3487**<br><br>For additional information go to https://www.deb.uscourts.gov/virtual–341–meetings–creditors |

**For more information, see page 2 >**

Debtor  **Chicken Soup for the Soul Entertainment, Inc.**                    Case number **24–11442–TMH**

| | |
|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim Filing deadline: 9/18/24 (except governmental units):**<br><br>**Deadline for governmental units to file a proof   Filing deadline: 1/6/25 of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at www.deb.uscourts.gov/claims–information or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: admin | Date Created: 7/22/2024 |
| Case: 24–11442–TMH | Form ID: 309D | Total: 320 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db    Chicken Soup for the Soul Entertainment, Inc.    132 East Putnam Avenue    Floor 2W    Cos Cob, CT 06807

trans    Reliable Companies    Attn: Gene Matthews    1007 North Orange Street    Suite 110    Wilmington, DE 19801

cr    Canon Financial Services, Inc.    c/o Nicola G. Suglia, Esquire    Fleischer, Fleischer & Suglia, PC    Four Greentree Centre    601 Route 73 North, Suite 305    Marlton, NJ 08053

cr    Texas Taxing Entities Represented by McCreary, Veselka, Bragg & Allen    c/o McCreary, Veselka, Bragg & Allen    P.O. Box 1269    Round Rock, TX 78680–1269

cr    Dallas County    Linebarger Goggan Blair & Sampson, LLP    c/o John K. Turner    2777 N. Stemmons Fwy, Ste. 1000    Dallas, TX 75207

cr    Tarrant County    Linebarger Goggan Blair & Sampson, LLP    c/o John Kendrick Turner    2777 N. Stemmons Freeway    Suite 1000    Dallas, TX 75207

cr    City of El Paso    112 E. Pecan St. Suite 2200    San Antonio, TX 78205

cr    Montgomery County    Linebarger Goggan Blair & Sampson LLP    c/o Tara L. Grundemeier    P.O. Box 3064    Houston, TX 77253–3064

cr    Jefferson County    Linebarger Goggan Blair & Sampson LLP    c/o Tara L. Grundemeier    P.O. Box 3064    Houston, TX 77253–3064

cr    Galveston County    Linebarger Goggan Blair & Sampson LLP    c/o Tara L. Grundemeier    P.O. Box 3064    Houston, TX 77253–3064

cr    Texas City ISD    Linebarger Goggan Blair & Sampson LLP    c/o Tara L. Grundemeier    P.O. Box 3064    Houston, TX 77253–3064

cr    Fort Bend County    Linebarger Goggan Blair & Sampson LLP    c/o Tara L. Grundemeier    c/o Tara L. Grundemeier    Houston, TX 77253–3064

cr    Cypress–Fairbanks ISD    Linebarger Goggan Blair & Sampson LLP    c/o Tara L. Grundemeier    P.O. Box 3064    Houston, TX 77253–3064

cr    ManpowerGroup Talent Solutions, LLC    c/o Kohner, Mann & Kailas, S.C.    4650 North Port Washington Rd.    Milwaukee, WI 53212

cr    Broward County    c/o Records, Taxes & Treasurey    Attn: Bankruptcy Section    115 S. Andrews Ave # A–100    Ft. Lauderdale, FL 33301

cr    Lubbock Central Appraisal District    Perdue, Brandon, Fielder, Collins & Mott    c/o Laura J. Monroe    PO Box 817    Lubbock, TX 79408

cr    The Kroger Co.    C/O Frost Brown Todd LLP    301 E. Fourth Street    Cincinnati, OH 45202 UNITED STATES

cr    Eagle Pass ISD    Linebarger Goggan Blair & Sampson, LLP    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Pearsall ISD    Linebarger Goggan Blair & Sampson, LLP    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    LaSalle County    Linebarger Goggan Blair & Sampson, LLP    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Culberson County    Linebarger Goggan Blair & Sampson, LLP    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Winkler County    Linebarger Goggan Blair & Sampson, LLP    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Reeves County    Linebarger Goggan Blair & Sampson, LLP    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Kinney CAD    Linebarger Goggan Blair & Sampson, LLP    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Dilley ISD    Linebarger Goggan Blair & Sampson, LLP    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Ector CAD    Linebarger Goggan Blair & Sampson, LLP    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Culberson Co – Allamoore ISD    Linebarger Goggan Blair & Sampson    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Wilson County    Linebarger Goggan Blair & Sampson    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Karnes City ISD    Linebarger Goggan Blair & Sampson    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, Tx 78205

cr    City of Eagle Pass    Linebarger Goggan Blair & Sampson    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    City of Pleasanton    Linebarger Goggan Blair & Sampson    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Frio Hospital District    Linebarger Goggan Blair & Sampson    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Val Verde County    Linebarger Goggan Blair & Sampson    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr    Pecos County    Linebarger Goggan Blair & Sampson    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

cr   Zavala CAD   Linebarger Goggan Blair & Sampson   c/o Don Stecker   112 E. Pecan Street, Suite 2200   San Antonio, TX 78205

cr   Ward County   Linebarger Goggan Blair & Sampson   c/o Don Stecker   112 E. Pecan Street, Suite 2200   San Antonio, TX 78205

cr   Gonzales County   Linebarger Goggan Blair & Sampson   c/o Don Stecker   112 E. Pecan Street, Suite 2200   San Antonio, TX 78205

cr   Atascosa County   Linebarger Goggan Blair & Sampson   c/o Don Stecker   112 E. Pecan Street, Suite 2200   San Antonio, TX 78205

cr   Bexar County   Linebarger Goggan Blair & Sampson   c/o Don Stecker   112 E. Pecan Street, Suite 2200   San Antonio, TX 78205

cr   Texas Comptroller of Public Accounts, Revenue Accounting Division   Jamie Kirk   PO Box 12548   Austin, TX 78711-2548

cr   Brownsville Independent School District, Weslaco Independent School District, City of Palmview, City of Penitas, City of Sullivan, City of Mercedes, City of La Feria   c/o Hiram Gutierrez   P.O. Box 2916   McAllen, Tx 78502 UNITED STATES

tr   George L. Miller   1628 John F. Kennedy Blvd.   Suite 950   Philadelphia, PA 19103-2110

op   REED SMITH LLP   599 Lexington Avenue   22nd Floor   New York, NY 10022 UNITED STATES

cr   City of Pasadena   Linebarger Goggan Blair & Sampson LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253-3064

cr   Harris County ESD #24   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3046   Houston, TX 77253-3046

cr   Harris County ESD #10   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3046   Houston, TX 77253-3046

cr   Harris County ESD #20   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3064

cr   Harris County ESD #47   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3064 UNITED STATES

cr   Harris County ESD #29   Linebarger Goggan Blair & Sampson LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253-3064

cr   Harris County ESD #25   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3064

cr   Harris County ESD #16   Linebarger Goggan Blair & Sampson LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253-3064

cr   Harris County ESD #13   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3046   Houston, TX 77253-3046

cr   Harris County ESD #04   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3046   Houston, TX 77253-3046

cr   Harris County ESD #03   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3046

cr   Harris County ESD #02   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3064 UNITED STATES

cr   Harris County ESD #01   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3064 UNITED STATES

cr   City of Nassau Bay   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3046   Houston, TX 77253-3064

cr   City of Humble   Linebarger Goggan Blair & Sampson LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253-3064

cr   City of Webster   Linebarger Goggan Blair & Sampon LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253-3064

cr   Harris County ID #01   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3064 UNITED STATES

cr   Harris County ESD #09   Linebarger Goggan Blair & Sampson LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253-3064

cr   Harris County ESD #48   Linebarger Goggan Blair & Sampson LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253-3064

cr   Lone Star College System   Linebarger Goggan Blair & Sampson LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253-3064

cr   Harris County ESD #05   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3046   Houston, TX 77253-3046

cr   Houston Community College System   Linebarger Goggan Blair & Sampson LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253-3064

cr   Harris County ESD #17   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3046   Houston, TX 77253-3046

cr   Harris County ESD #21   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3046   Houston, TX 77253-3046

cr   Houston ISD   Linebarger Goggan Blair & Sampson LLP   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3064 UNITED STATES

cr   c/o Tara L, Grundeme City of Houston   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3064 UNITED STATES

cr   Harris County ESD #11   Linebarger Goggan Blair & Sampson LLP   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3064 UNITED STATES

cr   Harris County ESD #08   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3046   Houston, TX 77253-3046

cr   Harris County ESD #50   c/o Tara L. Grundemeier   Linebarger Goggan Blair & Sampson LLP   PO Box 3046   Houston, TX 77253-3046

cr   Harris County ESD #12   Linebarger Goggan Blair & Sampson LLP   Linebarger Goggan Blair & Sampson LLP   PO Box 3064   Houston, TX 77253-3064 UNITED STATES

| cr | Harris County ESD #46 | c/o Tara L. Grundemeier | Lineberger Goggan Blair & Sampson LLP | PO Box 3046 | Houston, TX 77253–3046 |
|---|---|---|---|---|---|

cr | Harris County ESD #46 | c/o Tara L. Grundemeier | Lineberger Goggan Blair & Sampson LLP | PO Box 3046 | Houston, TX 77253–3046

cr | Harris County ESD #14 | c/o Tara L. Grundemeier | Lineberger Goggan Blair & Sampson LLP | PO Box 3046 | Houston, TX 77253–3064

cr | Harris County ID #03 | Tara L. Grundemeier | Lineberger Goggan Blair & Sampson LLP | PO Box 3046 | Houston, TX

cr | City of South Houston | c/o Tara L. Grundemeier | Lineberger Goggan Blair & Sampson LLP | PO Box 3046 | Houston, TX

cr | City of Jersey Village | c/o Tara L. Grundemeier | Lineberger Goggan Blair & Sampson LLP | PO Box 3046 | Houston, TX 77253–3064

cr | Deer Park ISD | c/o Tara L. Grundemeier | Lineberger Goggan Blair & Sampson LLP | PO Box 3064 | Houston, TX 77253–3064

cr | Harris County ESD #80 | c/o Tara L. Grundemeier | Lineberger Goggan Blair & Sampson LLP | PO Box 3046 | Houston, TX 77253–3064

cr | Harris County ESD #28 | Lineberger Goggan Blair & Sampson LLP | Tara L. Grundemeier | PO Box 3064 | Houston, TX 77253–3064

cr | Harris County ESD #07 | Lineberger Goggan Blair & Sampson LLP | c/o Tara L. Grundemeier | PO Box 3064 | Houston, TX 77253–3064

cr | City of Seabrook | c/o Tara L. Grundemeier | Lineberger Goggan Blair & Sampson LLP | PO Box 3046 | Houston, TX 77253–3046

cr | Harris County ESD #60 | c/o Tara L. Grundemeier | Lineberger Goggan Blair & Sampson LLP | PO Box 3064 | Houston, TX 77253–3064

cr | Katy ISD | Lineberger Goggan Blair & Sampson LLP | c/o Tara L. Grundemeier | PO Box 3046 | Houston, TX 77253–3064

intp | City of Haltom City | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder et al | 500 E. Border Street, Suite 640 | Arlington, TX 76010

cr | Cuty of Wylie | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX, 75207 UNITED STATES

cr | Little Elm ISD | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX, 75207 UNITED STATES

cr | City of Prosper | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX, 75207 UNITED STATES

cr | Allen ISD | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX, 75207 UNITED STATES

cr | City of Northlake | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX, 75207 UNITED STATES

cr | Lewisville ISD | Lineberger Goggan Blair & Sampson, LLP | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas, TX 75207

cr | City of Frisco | Lineberger Goggan Blair & Sampson, LLP | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas, TX 75207

cr | Northwest ISD | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX, 75207 UNITED STATES

cr | City of Roanoke | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX, 75207 UNITED STATES

cr | City of Carrollton | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX, 75207 UNITED STATES

cr | City Of Allen | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX, 75207 UNITED STATES

cr | City of Lucas | c/o John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX, 75207 UNITED STATES

aty | John T. Carroll, III | Cozen O'Connor | 1201 North Market Street, Suite 1001 | Wilmington, DE 19801

aty | A.J. Webb | Frost Brown Todd LLC | 3300 Great American Tower | 301 East Fourth Street | Cincinnati, OH 45202

aty | Alan J. Kornfeld | Pachulski Stang Ziehl & Jones LLP | 10100 Santa Monica Blvd, 11th Floor | Los Angeles, CA 90067–4003

aty | Alexander R. Steiger | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington, DE 19801

aty | Andrew M. Leblanc | Milbank LLP | 1850 K Street, NW | Suite 1100 | Washington, DC 20006

aty | Brett Philip Lowe | Milbank LLP | 1850 K Street, N.W. | Suite 1100 | Washington, DC 20006

aty | Cathy A. Hinger | Womble Bond Dickinson (US) LLP | 2001 K. Street, NW | Suite 400 South | Washington, DC 20006

aty | Christopher J. Giaimo | Squire Patton Boggs (US) LLP | 2550 M Street, NW | Washington | Washington, DC 20037

aty | Claire J Rauscher | Womble Bond Dickinson (US) LLP | 2001 K. Street, NW | Suite 400 South, NW | Washington, DC 20006

aty | Danielle Lee Sauer | Milbank LLP | 1850 K Street, N.W. | Suite 1100 | Washington, DC 20006

aty | David Ahdoot | Bush Gottlieb | 801 N. Brand Blvd., Suite 950 | Suite 800 | Glendale, CA 91203

aty | David J. Coyle | Shumaker Loop & Kendrick LLP | 1000 Jackson Street | Toledo, OH 43604

aty | David M. Klauder | Bielli & Klauder, LLC | 1204 N. King Street | Wilmington, DE 19801

aty | Debra Grassgreen | Pachulski Stang Ziehl & Jones LLP | One Sansome Street, 34th Floor | San Francisco, CA 94104 UNITED STATES

aty | Dennis F Dunne | Milbank LLP | 55 Hudson Yards | New York, NY 10001

aty | Diane W. Sanders | Lineberger Goggan Blair & Sampson, LLP | P.O. Box 17428 | Austin, TX 78760

aty | Don Stecker | Lineberger Goggan Blair & Sampson, LLP | 112 E. Pecan Street, Suite 2200 | Weston Centre | San Antonio, TX 78205

aty | Douglas Harris | Alston & Bird LLP | 350 South Grand Avenue | 51st Floor | Los Angeles, CA 90071

| | | | | | |
|---|---|---|---|---|---|
| aty | Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott LL | 500 E Border St, Suite 640 | Arlington, TX 76010 | |
| aty | Elizabeth Banda Calvo | Perdue, Brandon, Fielder, Collins & Mott | c/o Elizabeth Banda Calvo | 500 E. Border Street    Suite 640    Arlington, TX 76010 | |
| aty | Emily Rae Mathews | Richards, Layton & Finger, P.A. | One Rodney Square    920 King Street    Wilmington, DE 19801 | | |
| aty | Eva M. Thomas | A.Y. Strauss LLC | 290 West Mount Pleasant Avenue    Suite 3260    Livingston, NJ 07039 | | |
| aty | Frank A. Merola | Paul Hastings LLP | 1999 Avenue of the Stars, 27th Floor    Century City, CA 90067 | | |
| aty | Geoffrey S. Goodman | Foley & Lardner LLP | 321 North Clark Street    Suite 3000    Chicago, IL 60654 | | |
| aty | Gregory A. Taylor | Ashby & Geddes | 500 Delaware Avenue, 8th Floor    P.O. Box 1150    Wilmington, DE 19899 | | |
| aty | Heike M. Vogel | A.Y. Strauss LLC | 290 West Mount Pleasant Avenue    Suite 3260    Livingston, NJ 07039 | | |
| aty | Hiram Abif Gutierrez | Perdue Brandon Fielder Collins & Mott LL | 2805 Fountain Plaza Blvd., Suite B    Edinburg, TX 78539 | | |
| aty | James E O'Neill | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street, 17th Floor    Wilmington, DE 19801 | | |
| aty | Jamie Kirk | Texas Office of Attorney General | 12221 Merit Dr.    Ste. 650    Dallas, TX 75251 | | |
| aty | Jody C. Barillare | Morgan, Lewis & Bockius LLP | 1201 North Market Street    Suite 2201    Wilmington, DE 19801 | | |
| aty | John Kendrick Turner | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway    Suite 1000    Dallas, TX 75207 | | |
| aty | Joseph A. Kohanski | Bush Gottlieb, A Law Corporation | 801 N. Brand Blvd.    Suite 950    Glendale, CA 91203 | | |
| aty | Joseph Charles Barsalona II | Pashman Stein Walder Hayden, P.C. | 824 North Market Street    Suite 800    Wilmington, DE 19801 | | |
| aty | Joy D Kleisinger | Frost Brown Todd LLP | 3300 Great American Tower    301 East Fourth Street    Cincinnati, OH 45202 | | |
| aty | Julie Anne Parsons | McCreary, Veselka, Bragg, & Allen, P.C. | PO Box 1269    700 Jeffrey Way    Suite 100    Round Rock, TX 78680 | | |
| aty | Karen C. Bifferato | Connolly Gallagher LLP | 1201 North Market Street, 20th Floor    Wilmington, DE 19801 | | |
| aty | Kevin G. Collins | Barnes & Thornburg LLP | 222 Delaware Avenue    Suite 1200    Wilmington, DE 19801 | | |
| aty | Kirk Prestegard | Bush Gottlieb, ALC | 801 N. Brand Blvd.    Ste 950    Glendale, CA 91203 | | |
| aty | Laura J. Monroe | Perdue Brandon Fielder Collins Mott LLP | P.O. Box 817    Lubbock, TX 79408 | | |
| aty | Leib Lerner | Alston & Bird LLP | 350 South Grand Avenue    51st Floor    Los Angeles, CA 90071 | | |
| aty | Linda D. Reece | Perdue Brandon Fielder Collins & Mott | 1919 S. Shiloh Rd.    Suite 640, LB 40    Garland, TX 75042 | | |
| aty | Marc A. Lebowitz | Lebowitz Law Office, LLC | 103 Banks Lane    Clermont, NY 12526 | | |
| aty | Mark A. Lebowitz | Lebowitz Law Office, LLC | 103 Banks Lane    Clermont, NY 12526 | | |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A. | One Rodney Square    920 North King Street    Wilmington, DE 19801 | | |
| aty | Mark J. Chaney, III | Adams and Reese LLP | 701 Poydras Street    Suite 4500    New Orleans, LA 70130 | | |
| aty | Mark W. Eckard | Reed Smith LLP | 1201 N. Market St.    Suite 1500    Wilmington, DE 19801 | | |
| aty | Mary E. Augustine | A M Saccullo Legal, LLC | 27 Crimson King Drive    Bear, DE 19701 | | |
| aty | Matthew L. Brod | Milbank LLP | 55 Hudson Yards    New York, NY 10001 | | |
| aty | Maxim B. Litvak | Pachulski Stang Ziehl & Jones LLP | One Sansome Street    34th Floor    San Francisco, CA 94104 | | |
| aty | Morgan L. Patterson | Womble Bond Dickinson (US) LLP | 1313 North Market Street    Suite 1200    Wilmington, DE 19801 | | |
| aty | Nicola G. Suglia | Fleischer, Fleischer & Suglia, P.C. | Four Greentree Centre    601 Route 73 North    Suite 305    Marlton, NJ 08053 | | |
| aty | Paul J. Laurin | Barnes & Thornburg LLP | 2029 Century Park East    Suite 300    Los Angeles, CA 90067 | | |
| aty | R. Grant Dick, IV | Cooch and Taylor, P.A. | 1000 N. West St.    Ste 1500    Wilmington, DE 19801 | | |
| aty | Ricardo Palacio, Esq | Ashby & Geddes, P. A. | 500 Delaware Avenue    8th Floor    Wilmington, DE 19801 | | |
| aty | Richard A. Aguilar | Adams and Reese LLP | 701 Poydras Street    45th Floor    New Orleans, LA 70139 | | |
| aty | Richard M. Pachulski | Pachulski Stang Ziehl & Jones LLP | 10100 Santa Monical Blvd. 11 th Floor    919 N. Market Street, 17th floor    Los Angeles, CA 90067–4003 | | |
| aty | Russell C. Silberglied | Richards, Layton & Finger | One Rodney Square    920 North King Street    Wilmington, DE 19801 | | |
| aty | S. Roberts Marsters, Jr. | Milbank LLP | 1850 K Street, N.W.    Suite 1100    Washington, DC 20006 | | |
| aty | Samuel C. Wisotzkey | Kohner, Mann & Kailas | Washington Bldg.    Barnabas Business Ctr.    4650 North Port Washington Rd.    Milwaukee, WI 53212–1059 | | |
| aty | Scott Andron | Broward County Attorney's Office | 115 S. Andrews Ave. Rm. 423    Fort Lauderdale, FL 33301 | | |
| aty | Scott J. Leonhardt | The Rosner Law Group LLC | 824 Market Street    Suite 810    Wilmington, DE 19801 | | |
| aty | Seth A. Niederman | Fox Rothschild LLP | 919 North Market Street, Suite 300    PO Box 2323    Wilmington, DE 19899 | | |
| aty | Shanna Kaminski | PO Box 247 | Grass Lake, MI 49240 | | |
| aty | Stephan E. Hornung | Morgan, Lewis & Bockius LLP | 101 Park Avenue    New York, NY 10178 | | |

aty    Steven W Golden    Pachulski Stang Ziehl & Jones LLP    780 Third Avenue, 34th Floor    New York, NY 10017

aty    Susan E. Kaufman    Law Office of Susan E. Kaufman, LLC    919 N. Market Street    Suite 460    Wilmington, DE 19801

aty    Tara L. Grundemeier    Linebarger Goggan Blair & Sampson LLP    P.O. Box 3064    Houston, TX 77253–3064

aty    William Reily    Paul Hastings LLP    71 S. Wacker Drive    45th Floor    Chicago, IL 60606

aty    William A. Hazeltine    Sullivan Hazeltine Allinson LLC    919 North Market Street    Suite 420    Wilmington, DE 19801

19230522    11850 REEDY CREEK DR    APT 103    Orlando, FL 32836

19230581    Aaron August Schippert    1225 Monterey Street    APT 2    Pittsburgh, PA 15212

19230584    Agnieszka Castellon    542 Highlands Cir    Erie, CO 80516

19230596    Alexander Li    2624 Newton Avenue    Naperville, IL 60564–2624

19165760    Alvarado ISD    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165761    Alvarado ISD    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165815    Anan ISD    c/o Linda D. Reece    Perdue Brandon Fielder Collins Mott    1919 S. Shiloh Rd. ,Suite 640, LB 40    Garland, TX 75042

19230532    Ann–Marie Chediak    7908 Shoshone Ave    Northridge, CA 91325

19230641    Antonio Ramirez    PO Box 1418    Sugarloaf, CA 92368    ,

19165826    BankDirect Capital Finance    150 N. Field Dr., Ste. 190    Lake Forest, IL 60045

19230433    Barbara Gabriel    6751 S Lamar St    Littleton, CO 80128

19161940    Bexar County    c/o Don Stecker    112 E. Pecan Street, Suite 2200    San Antonio, TX 78205

19165822    Bonham ISD    c/o Linda D. Reece    Perdue Brandon Fielder Collins Mott    1919 S. Shiloh Rd. ,Suite 640, LB 40    Garland, TX 75042

19230592    Brian Fugate    4116 N Lowell    chicago, IL 60641

19162473    Brooks County    c/o Diane W. Sanders    Linebarger Goggan Blair & Sampson, LLP    P.O. Box 17428    Austin, TX 78760

19162475    Brooks County    c/o Diane W. Sanders    Linebarger Goggan Blair & Sampson, LLP    P.O. Box 17428    Austin, TX 78760

19165765    Burleson ISD    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19162470    Cameron County    c/o Diane W. Sanders    Linebarger Goggan Blair & Sampson, LLP    P.O. Box 17428    Austin, TX 78760

19149873    Canon Financial Services, Inc.    c/o Nicola G. Suglia, Esquire    Fleischer, Fleischer & Suglia, PC    Four Greentree Centre    601 Route 73 North, Suite 305    Marlton, NJ 08053

19165811    Carrollton–Farmers Branch ISD    c/o Linda D. Reece    Perdue Brandon Fielder Collins Mott    1919 S. Shiloh Rd. ,Suite 640, LB 40    Garland, TX 75042

19165752    Castleberry ISD    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19230595    Christina Guerrero Rivera    5844 W Grand Ave    Chicago, IL 60639–2852

19162638    Christopher J. Giaimo    SQUIRE PATTON BOGGS (US) LLP    2550 M St. NW    Washington, DC 20037

19165762    City of Alvarado    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165813    City of Anna    c/o Linda D. Reece    Perdue Brandon Fielder Collins Mott    1919 S. Shiloh Rd. ,Suite 640, LB 40    Garland, TX 75042

19165753    City of Azle    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165756    City of Benbrook    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165735    City of Burleson    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165764    City of Cleburne    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165750    City of Colleyville    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165740    City of Colorado    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165806    City of Garland    c/o Linda D. Reece    Perdue Brandon Fielder Collins Mott    1919 S. Shiloh Rd. , Suite 640, LB 40    Garland, TX 75042

19165807    City of Garland    c/o Linda D. Reece    Perdue Brandon Fielder Collins Mott    1919 S. Shiloh Rd. , Suite 640, LB 40    Garland, TX 75042

19165737    City of Glen Rose    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165729    City of Grandview    c/o Elizabeth Banda Calvo    Perdue, Brandon, Fielder, Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165754    City of Haslet    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165820    City of Highland Village    c/o Linda D. Reece    Perdue Brandon Fielder Collins Mott    1919 S. Shiloh Rd. ,Suite 640, LB 40    Garland, TX 75042

19165759    City of Joshua    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165731    City of Keene    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

19165755    City of Lake Worth    c/o Elizabeth Banda Calvo    Perdue Brandon Fielder Collins & Mott    500 E. Border Street, Suite 640    Arlington, Texas 76010

| | | | | |
|---|---|---|---|---|
| 19230739 | City of Lucas | Linebarger Goggan Blair & Sampson, LLP | c/o John Kendrick Turner | 2777 N. Stemmons Freeway    Suite 1000    Dallas, TX 75207 |
| 19165747 | City of Pottsboro | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19165816 | City of Princeton | c/o Linda D. Reece | Perdue Brandon Fielder Collins Mott | 1919 S. Shiloh Rd. ,Suite 640, LB 40    Garland, TX 75042 |
| 19165733 | City of Rio Vista | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19165742 | City of Roscoe | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19165743 | City of Sweetwater | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19165763 | Cleburne ISD | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19165739 | Colorado ISD | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19230598 | Cori Sakurai | 2117 NW Talus Dr | Issaquah, WA 98027 | |
| 19230689 | Cryptid LLC | 130 Bay Ridge Parkway | APT 2D | Brooklyn, NY 11209 |
| 19165727 | DCURD | c/o Elizabeth Banda Calvo | Perdue, Brandon, Fielder, Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 760 I 0 |
| 19149928 | Dallas County | Linebarger Goggan Blair & Sampson, LLP | c/o John Kendrick Turner | 2777 N. Stemmons Freeway    Suite 1000    Dallas, TX 75207 |
| 19230545 | David Aimone | 150 Amberly Drive | Unit B | Manalapan, NJ 07726 |
| 19230498 | David Bierhaus | 1024 Martingale Ln. | Round Lake Beach, IL 60073 | |
| 19230578 | David Wayne Hall | 5444 Valley Ridge Avenue | Los Angeles, CA 90043 | |
| 19230620 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 |
| 19230786 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 |
| 19230764 | Derek Driscoll | 2358 Bordona Drive | Riverbank, CA 95367 | |
| 19230603 | Diana C Reid | 3819 25th St | Lubbock, TX 79410–79410 | |
| 19165751 | Eagle Mountain–Saginaw ISD | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19230583 | Eleanor Hamilton | 1625 Ewing St | 1/2 | LOS ANGELES, CA 90026 |
| 19165827 | Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & MottLLP | 500 E. Border Street, Suite 640    Arlington, TX 76010 | |
| 19230621 | Ellen Slights, Assistant US Attorney | P.O. Box 2046 | Wilmington, DE 19899–2046 | |
| 19230688 | Elouise Milholland | 625 W Vernon Ave | Apt 2 | Los Angeles, CA 90037 |
| 19230756 | Eric W. Kopp | 339 Cornwall Ave | South Elgin, IL 60177 | |
| 19230431 | Erin Tuttle | 2102 Mathews Ave #C | Redondo Beach, CA 90278 | |
| 19165746 | Forney ISD | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19230537 | Francesca Spinelli | 14 Mystic Ln | Northport, NY 11768 | |
| 19165371 | Frank A. Merola, Esq. | PAUL HASTINGS LLP | 1999 Avenue of the Stars, 27th Floor | Century City, CA 90067 |
| 19230747 | Franklin Brown | 175 Mallard Trail | Shepherdsville, KY 40165 | |
| 19165812 | Frisco ISD | c/o Linda D. Reece | Perdue Brandon Fielder Collins Mott | 1919 S. Shiloh Rd. ,Suite 640, LB 40    Garland, TX 75042 |
| 19165808 | Garland ISD | c/o Linda D. Reece | Perdue Brandon Fielder Collins Mott | 1919 S. Shiloh Rd. , Suite 640, LB 40    Garland, TX 750 |
| 19165495 | Geoffrey S. Goodman, Esq. | Foley & Lardner, LLP | 321 N. Clark St., Ste. 3000 | Chicago, IL 60654–4762 |
| 19165736 | Glen Rose ISD | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19230631 | Grady Walsh | 422 Primrose Walk Fort Mill, SC 29715 | Fort Mill, SC 29715 | |
| 19165730 | Grandview ISD | c/o Elizabeth Banda Calvo | Perdue, Brandon, Fielder, Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19165749 | Grapevine–Colleyville ISD | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19162479 | Hidalgo County | c/o Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | P.O. Box 17428    Austin, TX 78760 |
| 19230506 | Holly Barker | 162 Cutter Circle | Bluffton, SC 29909 | |
| 19230509 | JOHN CHWATAL | 75 BARNEY RUSH ROAD | DEVILLE, LA 71328 | |
| 19230754 | Jacob Avila | 3231 Sunray Ct | Clifton, CO 81520 | |
| 19230607 | James P. Williams Jr. | 1942 Elmwood Ave. Apt. 2F | BERWYN, IL 60402 | |
| 19230432 | James Spencer Crisco III | 113 Gregory Court | Mt Holly, NC 28120 | |
| 19230528 | Jeffery Roddy | 402 Normandy Rd | Lafayette, LA 70503 | |
| 19230766 | Jeffrey Lorenzo | 173 Vernon Drive | Bolingbrook, IL 60440–2420 | |
| 19230767 | Jenna West | 12 N River Rd | Naperville, IL 60540 | |
| 19230511 | John Safranek | 8938 North Wisner Street | Apt 2E | Niles, IL 60714 |
| 19165728 | Johnson County | c/o Elizabeth Banda Calvo | Perdue, Brandon, Fielder, Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19230495 | Joseph Lance Birtciel | 309 Rancho Trail | Amarillo, TX 79108 | |
| 19230551 | Joseph Maxwell Nicholson IV | 819 Wade Dr | Paso Robles, CA 93446 | |
| 19230771 | Joshua Gregory | 1012 Monadale Trail | round rock, TX 78664 | |
| 19165758 | Joshua ISD | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640    Arlington, Texas 76010 |
| 19230594 | Judith Matteson | 409 county road 28 | Longmont, CO 80504 | |

| | | | |
|---|---|---|---|
| 19230654 | Kathy L. Lay | 744 Hidden Meadows Dr. | Miamisburg, OH 45342 |
| 19165732 | Keene ISD | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640 | Arlington, Texas 76010 |

19230654   Kathy L. Lay   744 Hidden Meadows Dr.   Miamisburg, OH 45342
19165732   Keene ISD   c/o Elizabeth Banda Calvo   Perdue Brandon Fielder Collins & Mott   500 E. Border Street, Suite 640   Arlington, Texas 76010
19230600   Kelly Jonathan Summers   2958 Fraternity Church Road   WINSTON SALEM, NC 27127
19230544   Kevin Brewster   508 manor dr   Kingsport, TN 37660
19165819   Krum ISD   c/o Linda D. Reece   Perdue Brandon Fielder Collins Mott   1919 S. Shiloh Rd. ,Suite 640, LB 40   Garland, TX 75042
19165862   Linda D. Reece   Perdue Brandon Fielder Collins & MottLLP   1919 S. Shiloh Rd., Suite 640, LB 40   Garland, TX 75042
19230625   Lindsay Weber   140 Ginkgo St   Bolingbrook, IL 60490
19230599   Lisa Bertram   7801 Board Xing, Conroe, TX   Conroe, TX 77304
19149979   MICHAEL P. COOLEY   REED SMITH LLP   2850 N. HARWOOD ST., SUITE 1500   DALLAS, TX 75201
19230427   MISSISSIPPI CREATIVE OFFICES LLC, a Delaware LLC   Nico N. Tabibi, Esq.   LAW OFFICES OF NICO N. TABIBI APC   9454 Wilshire Blvd., Penthouse   Beverly Hills, CA 90212
19149987   ManpowerGroup Talent Solutions, LLC   c/o Kohner, Mann & Kailas, S.C.   4650 North Port Washington Rd.   Milwaukee, WI 53212
19230752   Mark Henderson   16685 Candlewood Rd.   Apple Valley, CA 92307
19230737   Matthew Boeke   265 N Illinois St   Elmhurst, IL 60126
19230601   Matthew J McKeown   31 Oakland Beach Avenue   Rye, NY 10580
19230523   Matthew John Dishko   9963 Golden Field Ln   Brookshire, TX 77423
19230728   Matthew Kabrel   9801 Stonelake Blvd, APT 517   Austin, TX 78759
19230512   Matthew M Saucedo   604 Timber View   Friendswood, TX 77546
19230527   Maura Gray   502 TOPAZ LN   SPRING CITY, PA 19475
19162471   McLennan County   c/o Diane W. Sanders   Linebarger Goggan Blair & Sampson, LLP   P.O. Box 17428   Austin, TX 78760
19230604   Monica Johnson   511 Creek Drive   Oswego, IL 60543
19230546   Nghi Huynh   420 E 80th St Apt 10B   New York, NY 10075–1069
19165744   Nolan County   c/o Elizabeth Banda Calvo   Perdue Brandon Fielder Collins & Mott   500 E. Border Street, Suite 640   Arlington, Texas 76010
19162477   Nueces County   c/o Diane W. Sanders   Linebarger Goggan Blair & Sampson, LLP   P.O. Box 17428   Austin, TX 78760
19165814   Plano ISD   c/o Linda D. Reece   Perdue Brandon Fielder Collins Mott   1919 S. Shiloh Rd. ,Suite 640, LB 40   Garland, TX 75042
19165748   Pottsboro ISD   c/o Elizabeth Banda Calvo   Perdue Brandon Fielder Collins & Mott   500 E. Border Street, Suite 640   Arlington, Texas 76010
19165817   Princeton ISD   c/o Linda D. Reece   Perdue Brandon Fielder Collins Mott   1919 S. Shiloh Rd. ,Suite 640, LB 40   Garland, TX 75042
19165494   R. Grant Dick IV, Esq   Cooch and Taylor, P.A   The Brandywine Building   1000 N. West St., Suite 1500   Wilmington, DE 19801
19230655   Randstad USA Inc.   3625 Cumberland Blvd., Suite 600   Atlanta, GA 30339
19230758   Renada Holloway   3635 W 79th Pl   Chicago, IL 60652–1801
19165726   Richardson ISD   c/o Elizabeth Banda Calvo   Perdue, Brandon, Fielder, Collins & Mott   500 E. Border Street, Suite 640   Arlington, Texas 760 I 0
19162469   Rio Grande City Grulla ISD   c/o Diane W. Sanders   Linebarger Goggan Blair & Sampson, LLP   P.O. Box 17428   Austin, TX 78760
19165734   Rio Vista ISD   c/o Elizabeth Banda Calvo   Perdue Brandon Fielder Collins Mott   500 E. Border Street, Suite 640   Arlington, Texas 76010
19230516   Robert C. Blakeslee   105 Barrett Rd   Gillett, PA 16925
19230637   Ronald A Diaz   9905 Talleyrand Court   Fort Worth, TX 76108
19165741   Roscoe ISD   c/o Elizabeth Banda Calvo   Perdue Brandon Fielder Collins & Mott   500 E. Border Street, Suite 640   Arlington, Texas 76010
19230770   Sarah Beth Whitley   N8885 N Belliveau Rd   Tomahawk, WI 54487
19165738   Somervell County   c/o Elizabeth Banda Calvo   Perdue Brandon Fielder Collins & Mott   500 E. Border Street, Suite 640   Arlington, Texas 76010
19162478   Starr County   c/o Diane W. Sanders   Linebarger Goggan Blair & Sampson, LLP   P.O. Box 17428   Austin, TX 78760
19230619   State of Delaware   Division of Revenue   820 N. French Street, 8th Floor   Wilmington, DE 19801–0820
19230785   State of Delaware   Division of Revenue   820 N. French Street, 8th Floor   Wilmington, DE 19801–0820
19230550   Stephanie Leitner   4333 McConnell Blvd.   Los Angeles, CA 90066
19230434   Stephen Wagoner   846 Grape Vine Avenue   Henderson, NV 89002
19230597   Steven Demunster   1839 Grassy Knoll Dr.   Romeoville, IL 60446
19230762   Steven Rocha   935 Baker Dr.   Ripon, CA 95366
19149881   Texas Taxing Entities Represented by   McCreary, Veeselka, Bragg & Allen   P.O. Box 1269   Round Rock, TX 78680–1269
19230426   Timothy D Keating   645 Village Square Dr.   Hazelwood, MO 63042–3311
19230753   Timothy Ware   354 Valley Rd   Cos Cob, CT 06807
19165757   Town of Pantego   c/o Elizabeth Banda Calvo   Perdue Brandon Fielder Collins & Mott   500 E. Border Street, Suite 640   Arlington, Texas 76010
19230514   Trisha Beightley   2625 Longleaf pine circ   Leland, NC 28451
19165823   Trophy Club MUD # 1   c/o Linda D. Reece   Perdue Brandon Fielder Collins Mott   1919 S. Shiloh Rd. ,Suite 640, LB 40   Garland, TX 75042
19149980   US TRUSTEE (HOUSTON)   OFFICE OF THE US TRUSTEE   515 RUSK AVENUE STE. 3516   HOUSTON, TX 77002
19165856   Watertown Road Properties, LLC   c/o Atty. Timothy T. Kay   Kay & Kay Law Firm   675 N. Brookfield Rd., STE 200   Brookfield, WI 53045

| | | | | |
|---|---|---|---|---|
| 19165745 | Whitney ISD | c/o Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott | 500 E. Border Street, Suite 640   Arlington, Texas 76010 |
| 19162472 | Willacy County | c/o Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | P.O. Box 17428   Austin, TX 78760 |
| 19165372 | William Reily, Esq. | PAUL HASTINGS LLP | 71 S. Wacker Drive, 45th Floor | Chicago, IL 60606 |
| 19230765 | William Scott Waltner | 200 W. Main St. | Eaton, OH 45320–1748 | |
| 19165818 | Wylie ISD | c/o Linda D. Reece | Perdue Brandon Fielder Collins Mott | 1919 S. Shiloh Rd. ,Suite 640, LB 40   Garland, TX 75042 |
| 19230435 | Yiu Yan Wong | 732 Greenwood Cir Apt 208 | Naperville, IL 60563 | |
| 19162474 | Zapata County | c/o Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | P.O. Box 17428   Austin, TX 78760 |
| 19162476 | Zapata County | c/o Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | P.O. Box 17428   Austin, TX 78760 |

TOTAL: 320