# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al*[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered)<br><br>**Hearing Date: April 8, 2026 at 2:00 p.m.**<br>**Objection Deadline: April 1, 2026 at 5:00 p.m.** |

## NOTICE OF HEARING ON MOTION OF ERICA L. RAPP FOR ENTRY OF AN ORDER (I) AUTHORIZING LATE FILING OF PROOF OF CLAIM AND DEEMING CLAIM TIMELY FILED FOR PURPOSES OF DISTRIBUTION, OR (II) IN THE ALTERNATIVE, ALLOWING THE TARDILY FILED CLAIM FOR PURPOSES OF DISTRIBUTION, AND (III) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that a hearing on Erica L. Rapp's (the "**Movant**") *Motion Of Erica L. Rapp For Entry Of An Order (i) Authorizing Late Filing Of Proof Of Claim And Deeming Claim Timely Filed For Purposes Of Distribution, Or (ii) In The Alternative, Allowing The Tardily Filed Claim For Purposes Of Distribution, And (iii) Granting Related Relief* (the "**Motion**") will be held on **April 8, 2026 at 2:00 p.m.** (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Mary Walrath, with the United States Bankruptcy Court for the District of Delaware (the "**Court**"), Courtroom #4, 824 North Market Street, 5th Floor, Wilmington, DE 19801, via Zoom. Those wishing to participate in the Hearing must register their appearance by 4:00 p.m. the day prior to the Hearing by using the Court's *eCourt Appearances* tool at

https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

22537.2003 21190060v1
CLIENTS\24331\2000\35477873.v1-2/13/26

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in this chapter 11 case may be obtained by visiting the Court's website at http://www.deb.uscourts.gov in accordance with the procedures and fees set forth within.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Delaware, and all General Orders applicable to chapter 11 cases in the Court; and (c) be filed electronically with the Court by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the Court (which are available on the Court's website at (http://www.deb.uscourts.gov), so as to be received on or before **April 1, 2026 at 5:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. If you fail to respond in accordance with this notice, the Court may grant the relief requested in the Motion without further notice or hearing.

Date: February 13, 2026     **CULLEN AND DYKMAN LLP**

 /s/ Michelle McMahon
One Battery Park Plaza, 34th Fl.
New York, New York 10004
T: (212) 510-2296
E: mmcmahon@cullenllp.com

*Counsel to Erica L. Rapp and Federal Insurance Company and Illinois National Insurance Company*

2