## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

### HPS INVESTMENT PARTNERS, LLC'S
### WITNESS AND EXHIBIT LIST FOR THE HEARING ON MARCH 5, 2026

HPS Investment Partners, LLC ("HPS" or the "Agent"), by and through its undersigned counsel, respectfully files this witness and exhibit list (the "Witness and Exhibit List")[2] for the hearing scheduled for **March 5, 2026, at 2:00 p.m. (Eastern Time)** (the "Hearing") before the Honorable Judge Walrath, United States Bankruptcy Judge, Courtroom 4, 824 North Market Street, Wilmington, Delaware 19801.

HPS reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing, to call any witness on any other party's witness list (regardless of whether

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2]  HPS submits this Witness and Exhibit List in its capacity as the administrative agent under that certain Amended and Restated Credit Agreement, dated as of August 11, 2022 (as amended, amended and restated, supplemented or otherwise modified from time to time, the "Credit Agreement,"), and that certain Amended and Restated Collateral Agreement, dated as of August 11, 2022, and the Supplement to the Amended and Restated Collateral Agreement, dated as of July 26, 2023 (collectively, as amended, amended and restated, supplemented, or otherwise modified from time to time, the "Collateral Agreement"), among Debtor Chicken Soup for the Soul Entertainment, Inc. and Redbox Automated Retail, LLC as borrowers, the Agent, and the lender parties thereto (collectively, the "Prepetition Lenders," and together with the Agent, the "Prepetition Secured Parties").

that party removes that witness from its list), to call any witness necessary to authenticate documents (to the extent necessary), and to call any witness to provide rebuttal or impeachment testimony (as appropriate).  HPS further reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned cases, to offer rebuttal exhibits, and to modify, supplement, or amend this Witness and Exhibit List at any time prior to or during the Hearing.  Designation of any exhibit below does not waive any objections HPS may have to any exhibit listed on any party's exhibit list or introduced at the Hearing.

## **WITNESSES**

HPS may present the testimony of **Alexey Pazukha**, Managing Director at HPS, at the Hearing.  HPS intends to rely on the *Declaration of Alexey Pazukha in Support of HPS Investment Partners, LLC's Omnibus Reply to Objections to Trustee's Motion for Approval of Sharing Agreement Between Chapter 7 Trustee and Agent for the Prepetition Lenders* [Dkt. No. 700-1] for direct testimony, but reserves the right to supplement such declaration through direct testimony, presented remotely by Zoom, of Mr. Pazukha at the Hearing.

**EXHIBITS**

| Ex. No. | Docket No. | Description |
|---------|------------|-------------|
| 1. | 29-3 (pages 13-27) | Forbearance Agreement dated as of April 29, 2024, by and among Chicken Soup for the Soul Entertainment Inc., Redbox Automated Retail, LLC, the other Guarantors listed on the signature pages thereto, the Lenders party to the Credit Agreement listed on the signature pages thereto, and HPS Investment Partners, LLC, in its capacity as Administrative Agent and Collateral Agent under the Credit Agreement |
| 2. | 85 | *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* |
| 3. | 85-1 | Chicken Soup for the Soul Entertainment Inc. DIP Term Sheet |
| 4. | 243-4 | Amended and Restated Credit Agreement dated as of August 11, 2022, among Chicken Soup for the Soul Entertainment Inc. as Primary Borrower, Redbox Automated Retail LLC as Original Borrower, the Lenders Party Thereto, and HPS Investment Partners LLC, as Administrative Agent and Collateral Agent |
| 5. | 243-5 | Amended and Restated Collateral Agreement dated and effective as of August 11, 2022, among Chicken Soup for the Soul Entertainment, Inc., as Primary Borrower, Redbox Automated Retail LLC, as Original Borrower, each Subsidiary Loan Party thereto, and HPS Investment Partners LLC, as Collateral Agent |
| 6. | 243-6 | Compiled UCC Financing Statements |
| 7. | 243-7 | Compiled Form Notices of Grant of Security Interests |
| 8. | 243-8 | Compiled Certificates and Notices of Recordation |

RLF1 35443828v.1

| Ex. No. | Docket No. | Description |
|---|---|---|
| 9. | 243-9 | Compiled Deposit Account Control Agreements |
| 10. | 687-4 | Sharing Agreement Between Chapter 7 Trustee and Agent for the Prepetition Lenders Providing for (I) Determinations and Allowance of Secured Lender's Pre-petition Claims and Liens; (II) Trustee's Sale of Certain Debtors' Assets and Secured Lender's Collateral; (III) Specified Carve-out from Secured Lender Liens; and Other Matters Concerning the Trustee's Contemplated Sales and Certain Settlements |
| 11. | 700-1 | *Declaration of Alexey Pazukha in Support of HPS Investment Partners, LLC's Omnibus Reply to Objections to Trustee's Motion for Approval of Sharing Agreement Between Chapter 7 Trustee and Agent for the Prepetition Lenders* |

Dated: March 2, 2026
Wilmington, Delaware

/s/ Alexander R. Steiger
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Alexander R. Steiger (No. 7139)
**RICHARD, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Email: collins@rlf.com
       silberglied@rlf.com
       steiger@rlf.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Matthew Brod (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 530-5000
Email: ddunne@milbank.com
       mbrod@milbank.com

Andrew M. Leblanc (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Ave. NW
Washington, D.C. 20005
Telephone:  (202) 835-7500
Email: aleblanc@milbank.com

*Counsel to HPS Investment Partners, LLC*

RLF1 35443828v.1