# SIGN-IN SHEET

**CASE NAME:** Chicken Soup for the Soul Entertainment, Inc.    **COURTROOM NUMBER:** 4

**CASE NUMBER:** 24-11442 (MFW)    **DATE:** March 5, 2026 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Donald Detweiler | Womble Bond Dickinson | William Rouhana |
| Russell Silberglied | Richards Layton & Finger | HPS |
| Andrew LeBlanc | Milbank | HPS |
| Julie Wolf | Milbank | HPS |
| John T. Carroll III | Cozen | |
| Simon Fraser | Cozen | |
| | | George L. Miller, as Ch. 7 Trustee |
| | | George L. Miller, as Ch. 7 Trustee |

Chicken Soup 24-11442
March 5, 2026 at 2:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| David | Ahdoot | Bush Gottlieb, a Law Corporation | Guilds, affiliated Funds, MPIPHP | 24-11442-MFW | Video and Audio |
| Rick | Archer | Law360 | | 24-11442-MFW | Audio Only |
| Joseph | Barsalona II | Pashman Stein Walder Hayden, P.C. | DJCTM Lending, LLC | 24-11442-MFW | Video and Audio |
| Matt | Brod | | 202-835-7500 | 24-11442-MFW | Video and Audio |
| Alix | Bronzman | | | 24-11442-MFW | Audio Only |
| Siena | Cerra | Morris James LLP | Former Employee Putative Class | 24-11442-MFW | Video and Audio |
| Jared | Clark | Elliott Levine Jaroslaw Neils LLP | Amanda Edwards | 24-11442-MFW | Video and Audio |
| Sarah | Delia | McCarter & English | Jason Meier | 24-11442-MFW | Video and Audio |
| Donald | Detweiler | Womble Bond Dickinson (US) LLP | William Rouhana | 24-11442-MFW | Video and Audio |
| Elise | Frejka | Frejka PLLC | Grove Street | 24-11442-MFW | Video and Audio |
| Clara | Geoghegan | Law360 | | 24-11442-MFW | Audio Only |
| Uday | Gorrepati | | | 24-11442-MFW | Audio Only |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Interested Party | 24-11442-MFW | Video and Audio |
| Susan | Kaufman | Law Office of Susan E. Kaufman, LLC | Guilds, Affiliated Funds and MPIPHP | 24-11442-MFW | Video and Audio |
| Alan | Kornfeld | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 24-11442-MFW | Video and Audio |
| Marc | Lebowitz | Lebowitz Law Office LLC | Capella | 24-11442-MFW | Video and Audio |
| John | Lee | | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Steve | Levitt | Holland & Knight | Cosmo DeNicola | 24-11442-MFW | Video and Audio |
| Kenneth | Listwak | Troutman Pepper Locke LLP | F. Cohen, M. Pompadur, C. Lurie & D. Wilkin | 24-11442-MFW | Video and Audio |
| Evan | Miller | Saul Ewing LLP | Cosmo DeNicola | 24-11442-MFW | Video and Audio |
| George | Miller | | George L. Miller, Trustee | 24-11442-MFW | Video and Audio |
| Monica | Molitor | Troutman Pepper Locke LLP | F. Cohen, M. Pompadur, C. Lurie & D. Wilkin | 24-11442-MFW | Video and Audio |
| Thomas | Murphy | | | 24-11442-MFW | Audio Only |
| Charles | Muszynsnki | | pro se | 24-11442-MFW | Video and Audio |
| Charles | Nestor | Morris James LLP | Former Employee Putative Class | 24-11442-MFW | Video and Audio |
| Tara | Pakrouh | Morris James LLP | Former Employee Putative Class | 24-11442-MFW | Video and Audio |
| Alexey | Pazukha | | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Charles | Persons | Paul Hastings LLP | Interested Party | 24-11442-MFW | Video and Audio |
| Al | Pisa | | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Russell | Silberglied | Richards, Layton & Finger | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Mitchell | Sockett | PointPrecedent, Inc. | None | 24-11442-MFW | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 24-11442-MFW | Audio Only |
| Jeffrey | Tarkenton | Womble Bond Dickinson (US) LLP | William Rouhana | 24-11442-MFW | Audio Only |
| Alex | Wittenberg | | | 24-11442-MFW | Audio Only |

Chicken Soup 24-11442
March 5, 2026 at 2:00 pm

| Julie | Wolf | | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
|---|---|---|---|---|---|
| Becky | Yerak | Wall Street Journal | News Corp | 24-11442-MFW | Audio Only |
| charles | muszynski | | | 24-11442-MFW | Video and Audio |