# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.) *et al.*, | Case No. 24-11442-MFW |
| | (Jointly Administered) |
| Debtors.[1] | |

### ORDER APPROVING STIPULATION BETWEEN AND AMONG THE CHAPTER 7 TRUSTEE, AMAZON WEB SERVICES, INC., AND SLF 2016 RB HOLDINGS, L.P REGARDING ACCESS AGREEMENT

Upon consideration of the *Stipulation Between and Among the Chapter 7 Trustee, Amazon Web Services, Inc. and SLF 2016 RB Holdings, L.P Regarding Access Agreement* (the "Stipulation") between and among George L. Miller, in his capacity as Chapter 7 Trustee for Debtor Chicken Soup for the Soul Entertainment, Inc. (the "Chapter 7 Trustee"), SLF 2016 RB Holdings, L.P ("HPS"), and Amazon Web Services, Inc. ("AWS," and together with the Chapter 7 Trustee and HPS collectively, the "Parties") attached hereto as Exhibit 1; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

IT IS HEREBY ORDERED THAT:

A. The Stipulation is Approved and incorporated by reference into this Order as if fully set forth herein.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

B. Amazon Web Services, Inc. shall, subject to the terms and conditions set forth in the Agreement,[2] grant HPS access to the AWS Accounts, including by resetting account credentials associated with the AWS Accounts.

C. The Parties are authorized to perform under the terms of the Agreement without further notice.

D. The Court retains jurisdiction to interpret this Order.

Dated: March 13th, 2026  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not defined in this Order shall have the meanings given to them in the Stipulation.