**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CSSE, Inc. f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.*, et al.,*[1] | Case No. 24-11442 (MFW) |
| | (Jointly Administered) |
| Debtors. | |
| | **Hearing Date:  April 22, 2026 at 2:00 p.m. (ET)** **Objection Deadline: April 15, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF WILLIAM J. ROUHANA, JR. FOR RELIEF FROM THE
AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT OR
SETTLEMENT OF DEFENSE EXPENSES, CLAIMS OR OTHER LOSS
UNDER DIRECTORS AND OFFICERS INSURANCE POLICY**

**PLEASE TAKE NOTICE** that on March 20, 2026 William J. Rouhana, Jr. ( "Movant"),

a party in interest in the above-captioned cases, filed the *Motion of William J. Rouhana, Jr. for*

*Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment or Settlement of*

*Defense Expenses, Claims or Other Losses Under Directors and Officers Insurance Policy*

(the "Motion") with the United States Bankruptcy Court for the District of Delaware (the

"Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the relief sought

in the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 N.

Market Street, 3rd Floor, Wilmington, Delaware 19801, **April 15, 2026 at 4:00 p.m. (ET)** (the

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSSE, Inc. f/k/a Chicken Soup for the Soul Entertainment Inc. (0811); CSSS, LLC f/k/a Chicken Soup for the Soul Studios, LLC (9993); CSS Television Group, LLC f/k/a/ Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

"Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to the Movant.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, and objections made at the Hearing, will be considered by the Court.

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING WITH RESPECT TO THE MOTION WILL BE HELD ON **APRIL 22, 2026 at 2:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 20, 2026
       Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**


*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com

—and—

Cathy A. Hinger
(admitted *pro hac vice*)
2001 K. Street NW
Suite 400 South
Washington, D.C. 20006
Telephone: (202) 467-6900
Facsimile:  (202) 467-6910
Email: cathy.hinger@wbd-us.com

*Counsel for William J. Rouhana*

3