**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1] | Case No. 24-11442 (MFW) (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
APRIL 8, 2026 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE
HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE
PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT
APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME
WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM
INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

LEGAL\114588525\1 6010823/00617521
04/06/2026

**UNCONTESTED MATTERS GOING FORWARD:**

1.  Motion of Erica L. Rapp for Entry of an Order (i) Authorizing Late Filing of Proof of Claim and Deeming Claim Timely Filed for Purposes of Distribution, or (ii) in the Alternative, Allowing the Tardily Filed Claim for Purposes of Distribution, and (iii) Granting Related Relief [Filed 2/13/2026; Docket No. 736]

> Related Documents:      (a)    Proposed Order
> [Filed 2/13/2026; Docket No. 736]
>
> (b)    Certificate of No Objection
> [Filed 4/2/2026; Docket No. 762]
>
> Objection Deadline:      April 1, 2026 at 5:00 p.m. ET
>
> Responses Received:      None
>
> Status:      This matter is uncontested.  Movant requests entry of the proposed Order.

Dated:  April 6, 2026                                    COZEN O'CONNOR
        Wilmington, Delaware

> By:    */s/ John T. Carroll, III*
> John T. Carroll, III (DE No. 4060)
> 1201 N. Market Street
> Suite 1001
> Wilmington, DE  19801
> (302) 295-2000 Phone
> (302) 295-2013 Fax No.
> jcarroll@cozen.com
>
> *Counsel to George L. Miller,*
> *Chapter 7 Trustee*

2