**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 22, 2026 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

---

THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL.
ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

LEGAL\114919112\1 6010823/00617521
04/20/2026

**CONTESTED MATTERS GOING FORWARD:**

1. Motion of William J. Rouhana, Jr. for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment or Settlement of Defense Expenses, Claims or Other Losses Under Directors and Officers Insurance Policy
   [Filed 3/20/2026; Docket No. 757]

   | Related Documents: | (a) | Proposed Order [Filed 3/20/2026; Docket No. 757] |
   |---|---|---|

   Objection Deadline:          April 15, 2026 at 4:00 p.m. ET

   | Responses Received: | (b) | Former Employee Putative Class's Statement and Reservation of Rights with Respect to the Motion of William J. Rouhana, Jr., for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment or Settlement of Defense Expenses, Claims or Other Loss Under Directors and Officers Insurance Policy [Filed 4/15/2026; Docket No. 767] |
   |---|---|---|

   Status:          This matter is going forward.

Dated:  April 20, 2026                                    COZEN O'CONNOR
        Wilmington, Delaware


                                        By:     */s/ John T. Carroll, III*
                                                John T. Carroll, III (DE No. 4060)
                                                1201 N. Market Street
                                                Suite 1001
                                                Wilmington, DE  19801
                                                (302) 295-2000 Phone
                                                (302) 295-2013 Fax No.
                                                jcarroll@cozen.com

                                                *Counsel to George L. Miller,*
                                                *Chapter 7 Trustee*

LEGAL\114919112\1 6010823/00617521
04/20/2026