**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CSSE, Inc. f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.*, et al.,*[1] | Case No. 24-11442 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 757** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF**
**WILLIAM J. ROUHANA, JR. FOR RELIEF FROM THE AUTOMATIC STAY,**
**TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT OR SETTLEMENT**
**OF DEFENSE EXPENSES, CLAIMS OR OTHER LOSS UNDER DIRECTORS**
**AND OFFICERS INSURANCE POLICY**

The undersigned hereby certifies as follows:

1.      On March 20, 2026, William J. Rouhana, Jr. (the "Movant") filed his *Motion of William J. Rouhana, Jr. for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment or Settlement of Defense Expenses, Claims or Other Loss Under Directors and Officers Insurance Policy* [Docket No. 757] (the "Motion"). Attached as Exhibit A to the Motion was a proposed form of order (the "Original Order").

2.      On April 15, 2026, the Former Employee Putative Class filed the *Former Employee Putative Class's Statement and Reservation of Rights with Respect to the Motion of William J. Rouhana, Jr., for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment or*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSSE, Inc. f/k/a Chicken Soup for the Soul Entertainment Inc. (0811); CSSS, LLC f/k/a Chicken Soup for the Soul Studios, LLC (9993); CSS Television Group, LLC f/k/a/ Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

*Settlement of Defense Expenses, Claims or Other Loss Under Directors and Officers Insurance Policy* [Docket No. 767] (the <u>Reservation of Rights</u>).

3.      A hearing on the Motion is scheduled for April 22, 2026 at 2:00 p.m. (prevailing Eastern Time).

4.      Attached hereto as **Exhibit A** is a revised proposed order (the "<u>Revised Order</u>") which resolves the Reservation of Rights.

5.      Attached hereto as **Exhibit B** is a blackline version of the Revised Order against the Original Order, incorporating the modifications requested by the Former Employee Putative Class.   The blackline version of the Revised Order has been circulated to counsel to the Former Employee Putative Class and the Revised Order is acceptable to the Former Employee Putative Class.

**WHEREFORE**, Movant respectfully requests entry of the Revised Order granting the relief requested in the Motion, at the earliest convenience of the Court.

Dated: April 21, 2026
        Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com

—and—

Cathy A. Hinger
(admitted *pro hac vice)*
2001 K. Street NW
Suite 400 South
Washington, D.C. 20006
Telephone: (202) 467-6900
Facsimile:  (202) 467-6910
Email: cathy.hinger@wbd-us.com

*Counsel for William J. Rouhana*

3