**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al*<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Christopher Kwan Shek Wong, Esq. of ArentFox Schiff LLP to represent 123 Street Gang, LLC in the above-referenced bankruptcy cases.

Dated: April 29, 2026

**THE ROSNER LAW GROUP LLC**
*/s/ Zhao Liu*
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
liu@teamrosner.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: April 29, 2026

*/s/ Christopher Kwan Shek Wong*
Christopher Kwan Shek Wong, Esq.
ArentFox Schiff LLP
555 South Flower Street, 43rd Floor
Los Angeles, CA 90071
Telephone: 213.443.7512
E-mail: christopher.wong@afslaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

4933-0001-3478, v. 1