## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

2026 MAY 20  P 2: 41

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | (Re: Emergency Motion Hearing) |
| | ) | 10 June 2026 |

## MOTION FOR JUDICIAL NOTICE

TO THE HONORABLE COURT:

Movant, Charles Muszynski, pro se, moves this Court for judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. The Nevis High Court Order dated May 15, 2025 (NEVHCV2022/0183) ordering Claimants (including the Estate) to pay $30,000 security for costs (Exhibit A);

2. The PML Process Management Limited website statement: "We offer returns of 30% of net revenue (the rest is distributed to the partners... e.g. law firms)" (Exhibit B);

3. The administrative dissolution of Facterra, Inc. (Document No. P12000099668, September 22, 2017) and Brackett Films, LLC (Document No. L13000041184, September 25, 2015) by the Florida Department of State, Division of Corporations (Grove Street/AMFL principal Tom Murphy's prior entities) (Exhibit C);

4. The Law360 Article dated May 19, 2026, confirming Culpepper's admissions of dual representation (Exhibit D); and

5. The docket of Southern District of Florida Case No. 1:21-cv-20862 showing

Trustee's pending motion for relief from stay, duplicative of Nevis collection action (Exhibit E).

These facts are not subject to reasonable dispute because they are either (A) generally known within the jurisdiction, or (B) capable of accurate determination from sources whose accuracy cannot reasonably be questioned per FRE 201(b).

WHEREFORE, Movant requests the Court take judicial notice of the foregoing.

Dated this 20th day of May 2026
Respectfully submitted,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I served a copy of the foregoing Limited Notice of Special Appearance via CM/ECF and first-class mail, postage prepaid, on:

George L. Miller
Chapter 7 Trustee
c/o Cozen O'Connor
John T. Carroll, III
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

Kerry S. Culpepper
Culpepper IP, LLLC
42 Ventures, LLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740

United States Trustee
District of Delaware
824 Market Street, 3rd Floor

Wilmington, DE 19801

[Additional parties of record as applicable]

Dated this 20th day of May 2026

Respectfully submitted,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies