## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

2026 MAY 20  P 2:40

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|  | ) |  |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.*, | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) | (Re: Emergency Motion Hearing) |
|  | ) | 10 June 2026 |

## INTERROGATORIES TO KERRY S. CULPEPPER

INTERROGATORIES TO KERRY S. CULPEPPER

1. Identify each of the 38 creditors (other than SMV) represented in the Nevis action and produce their written consents to your dual representation under § 327(c).

2. Describe in detail your compensation arrangement with PML Process Management Limited and Benjamin Perino, including the 30% revenue split referenced on PML's website and any contingency or fee-sharing agreements.

3. State the percentage of your legal fees in this bankruptcy case that are paid or reimbursed by PML, Perino, or any third party other than the Estate.

4. Explain why 42 Ventures, LLC—which you own—is a plaintiff in Nevis while you serve as Special Counsel to the Estate in Delaware, and how this does not violate Model Rule 1.7 and § 327(c).

5. Confirm or deny your Law360 admission that you are simultaneously "representing the estate and the other 38 parties when pursuing their claims" in Case No. 1:21-cv-20862.

6. Did you disclose PML and Perino as clients in Doc #508? If not, why not?

7. Do you acknowledge that under FRBP 9021, the January 8, 2025 oral statement is not a binding judicial determination?

8. Produce all communications with Law360 regarding this case, including drafts of your statements to the press.

Dated this 20th day of May 2026

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I served a copy of the foregoing Limited Notice of Special Appearance via CM/ECF and first-class mail, postage prepaid, on:

George L. Miller
Chapter 7 Trustee
c/o Cozen O'Connor
John T. Carroll, III
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

Kerry S. Culpepper
Culpepper IP, LLLC
42 Ventures, LLC
75-170 Hualalai Road, #B204
Kailua Kona, HI, 96740

United States Trustee
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

[Additional parties of record as applicable]

Dated this 20th day of May 2026

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies