## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: )   Chapter 7
)
CHICKEN SOUP FOR THE SOUL )   Case No. 24-11442 (MFW)
ENTERTAINMENT, INC., *et al.*, )
)
*Debtors.* )   (Jointly Administered)
)   (Re: Emergency Motion Hearing)
)   10 June 2026

2026 MAY 20 P 2: 40

## SUBPOENA FOR RULE 2004 EXAMINATION

TO: George L. Miller
Bankruptcy Trustee

YOU ARE COMMANDED to appear in person before the United States Bankruptcy Court for the District of Delaware on June 10, 2026, at 1:00 p.m. ET (60 minutes prior to 2:00 p.m. hearing), to testify at the Emergency Motion Hearing in the above-captioned case.

YOU ARE COMMANDED to produce the documents listed in Schedule A attached hereto and incorporated by reference.

WITNESS FEE: $40.00 plus mileage.

OBJECTIONS: Any objection must be served before June 3, 2026.

PENALTY FOR NONCOMPLIANCE: Failure to comply may subject you to contempt under Fed. R. Bankr. P. 9020 and may result in an adverse inference that the requested documents do not exist.

Dated this 20th day of May 2026,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## CERTIFICATE OF SERVICE

I certify service on June 4, 2026 via [method].

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies