## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7    2026 MAY 20 ⌐ 2:41 |
| | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.*, | ) | US BANKRUPT... |
| | ) | DISTRICT OF DELAW... |
| | ) | (Jointly Administered) |
| Debtors. | ) | (Re: Emergency Motion Hearing) |
| | ) | 10 June 2026 |

## THIRD-PARTY SUBPOENA FOR RULE 2004 EXAMINATION

TO: PML Process Management Limited
c/o legal representative Kerry S. Culpepper
Larnaca, Cyprus
Email: info@pmlprocess.com or as available

YOU ARE COMMANDED to produce at the offices of the U.S. Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, DE 19801, on or before June 3, 2026:

1. All agreements with Kerry S. Culpepper, Culpepper IP, LLLC, or any affiliate regarding: a. Litigation funding for Chicken Soup for the Soul Entertainment, Inc.; b. Revenue-sharing arrangements (including the 30% distribution referenced on your website); c. Representation of 39 joined creditors in NEVHCV2022/0183.

2. All wire transfers, bank records, or financial documents showing payments to or from the Estate, Culpepper, 42 Ventures, LLC, or any Nevis plaintiff.

3. Documents showing ownership/control of Millennium Funding, Inc., Screen Media Ventures, LLC, and the other 38 Nevis plaintiffs, including organizational charts, beneficial ownership records, or management agreements.

4. Communications with George L. Miller or the Trustee regarding authorization for litigation funding or retention of Culpepper.

WITNESS FEE: $40.00 tendered herewith (international service).

OBJECTIONS: Any objection must be served within 14 days.

Dated this 20th day of May 2026,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## CERTIFICATE OF SERVICE

I certify service on June 4, 2026 via [method].

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies