## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                 )      Chapter 7     2026 MAY 20  P 2: 41

)

CHICKEN SOUP FOR THE SOUL    )     Case No. 24-11442 (MFW)
ENTERTAINMENT, INC., *et al.*,     )       US BANKRUPTCY
                                 )          DISTRICT OF DELAWARE
                                 )     (Jointly Administered)
           *Debtors.*          )     (Re: Emergency Motion Hearing)
                                 )     10 June 2026

## INTERROGATORIES TO GEORGE L. MILLER

1. Did you or your counsel verify that Culpepper obtained written consent from each of the 38 creditors (other than SMV) before authorizing his retention under § 327(c)? If so, identify each creditor and produce the consent documents.

2. What due diligence did you perform regarding American Films, Inc. (AMFL), Grove Street Partners LLC, and Thomas E. Murphy prior to signing the Sharing Agreement?

3. Did you authorize Culpepper to engage PML Process Management Limited or Benjamin Perino for TPLF, and if so, when and for what consideration?

4. What is the total amount expended by the Estate to date on the Nevis litigation, including payments to Rowe & Rowe, the $30,000 security order, and related expenses?

5. Are you aware that Culpepper owns 42 Ventures, LLC, a plaintiff in the Nevis action, and if so, when did you learn this?

6. Do you acknowledge that by submitting the Estate to Nevis jurisdiction, you are estopped from denying the Nevis costs order under judicial estoppel?

7. Are you aware Culpepper admitted to Law360 (May 19, 2026) that he is "representing the estate and the other 38 parties simultaneously"? Did you authorize this dual representation?

Dated this 20th day of May 2026

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I served a copy of the foregoing Limited Notice of Special Appearance via CM/ECF and first-class mail, postage prepaid, on:

George L. Miller
Chapter 7 Trustee
c/o Cozen O'Connor
John T. Carroll, III
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

Kerry S. Culpepper
Culpepper IP, LLLC
42 Ventures, LLC
75-170 Hualalai Road, #B204
Kailua Kona, HI, 96740

United States Trustee
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

[Additional parties of record as applicable]

Dated this 20th day of May 2026,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies