**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1]<br><br>                                        Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered)<br><br>Re D.I. __784__ , 801 |

**ORDER GRANTING TRUSTEE'S MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND SECTION 105(a) OF THE BANKRUPTCY CODE TO APPROVE COMPROMISE WITH WIDEOPENWEST FINANCE, LLC**

Upon consideration of the *Trustee's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 and Section 105(a) of the Bankruptcy Code to Approve Compromise with WideOpenWest Finance, LLC* (the "Motion"),[2] the Court having reviewed the Motion; the Court finding that the relief requested in the Motion is in the best interests of the Debtors' Estates, creditors, and other parties in interest; notice of the Motion and the hearing thereon having been appropriate under the circumstances; and after due deliberation and cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Stipulation is hereby APPROVED.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2] Unless otherwise defined herein, capitalized terms shall have the meanings given in the Motion.

LEGAL\115191443\2 6010823/00617521

3.     The Trustee is authorized to enter into, and take any and all actions necessary to implement, the Stipulation.

4.     Notwithstanding any procedural rule or other applicable law that may be interpreted to the contrary, this Order shall take effect and be fully enforceable immediately upon entry.

**Dated: May 26th, 2026**                                            MARY F. WALRATH
**Wilmington, Delaware**                                         **UNITED STATES BANKRUPTCY JUDGE**

2