**Exhibit 7:**

**Served Discovery Notices (May 17, 2026)**

*moneywise*

# ackRock duped into loaning $430M to telecom entrepreneur who allegedly faked voices. How to avoid a similar scam



/Getty Images

ielle Antosz
uary 25, 2026 • 5 min read

 

ckRock, the world's largest asset manager (1), recently shared it lent more than $430 million through its private credit , HPS Investment Partners, to a group of companies now under investigation for fraud.

nt the money based on collateral that may not have ever existed — invoices that allegedly showed the group of rowers were owed millions in receivables by major telecom groups.

## ust Read

hanks to Jeff Bezos, you can now become a landlord for as little as $100 — and no, you don't have to deal with tenants r fix freezers. Here's how

ave Ramsey warns nearly 50% of Americans are making 1 big Social Security mistake — here's what it is and 3 simple teps to fix it ASAP

urning 50 with $0 saved for retirement? Most people don't realize they're actually just entering their prime earning ecade. Here are 6 ways to catch up fast

e Department of Justice has since launched an investigation into these invoices and entities tied to executive Bankim ahmbhatt (2).

lier in 2025, a court filing accused Brahmbhatt and his companies of "an extraordinarily brazen and widespread fraud," eging the invoices used to verify the receivables were fabricated.

This new filing highlights a troubling trend affecting large firms and everyday Americans alike: The Federal Trade Commission recently reported that Americans lost $12.5 billion to fraud in 2024, a 25% increase from the previous year (3).

## Why BlackRocks' losses matter to consumers and smaller businesses

According to Reuters, HPS began lending to companies tied to Brahmbhatt in 2020, based on receivables the firms claimed were owed to them. But court filings claim those documents were fabricated — meaning the purported revenue may never have existed.

This type of scheme is often called receivables fraud or invoice fraud.

In simple terms, a borrower claims that customers owe them money for services rendered or previous purchases, thereby artificially inflating the borrower's value.

A lender then agrees to advance cash based on those outstanding invoices. If the invoices are fake or inflated, the lender is effectively lending against non-existent revenue.

Private credit, where asset managers lend directly to companies outside traditional banks, has grown rapidly in recent years. Many of these loans rely heavily on documents such as invoices and accounts receivable as collateral. If that paperwork is falsified, the entire deal can quickly unravel, leaving the borrower with potential losses (4).

Story Continues

View Comments

Terms and Privacy Policy    Privacy Dashboard

## Recommended Stories