**Exhibit 9:**

**Joseph Rowe Letter re: $30k Payment (May 26, 2025)**



Joseph | Rowe

26th May 2025

**Mrs. Melissa Flemming**
Assistant Registrar
Nevis High Court Registry
R G Solomon Arcade
Charlestown
**NEVIS**

Dear Mrs. Flemming,

<u>RE: Security for Costs - Claim No. NEVHCV2022/0183 Millennium
Funding Inc and Ors v AUH20 LLC and Charles Muszynski</u>

Reference is made to the captioned matter wherein we continue to act on behalf of the Claimants.

By order dated 15th May 2025, the Court ordered that the Claimants pay the sum of US$30,000.00 into Court on or before 15th June 2025.

In this regard, please find enclosed, Republic Bank (EC) Limited cheque No.000949 in the sum of Thirty Thousand Dollars United States Currency (US$30,000.00) which is made payable to the Nevis Island Administration on behalf of the Claimants.

Should you have any questions, kindly contact the undersigned.

Yours faithfully,

Edisha Greene
**JOSEPH ROWE**
Attorneys-at-Law

Attorneys-at-Law
Notaries Public

DAHLIA JOSEPH ROWE
LL.B. (Hons), U.W.I.,
LL.M. (Merit), Lond.

DAISY JOSEPH ANDALL
LL.B. (Hons), U.W.I.

EDISHA K. GREENE
LL.B. (Hons), U.W.I.

KAELA KING-JAMES
LL.B. (Hons), U.W.I.

Unit #5, Long Stone House
Main Street
Charlestown
Nevis W.I.

+1 (869) 469-1015 (T)
+1 (869) 762-1015 (M)

Suite 1A, Sugars Complex
Frigate Bay,
St. Kitts W.I.

+1 (869) 465-1015 (T)
+1 (869) 763-1216 (M)

info@josephrowelaw.com
josephrowelaw.com