**Exhibit 10:**

**Engagement Agreement Excerpt (D.I. 508-3, p.4)**

In the event that Client receives funding from a third party such as a Litigation Funding company agreed upon by Client, which funding shall be subject to approval of the Bankruptcy Court, the Law Firm is permitted to apply funds received from said Litigation Funding company to the above costs.

Client agrees that Law Firm, in their sole discretion, may associate other attorneys to assist in prosecuting Client's claim or to be co-counsel in pursuing Client's claim, which co-counsel shall be employed and paid by Law Firm. Client agrees to fully cooperate with and assist these attorneys in prosecuting such claim. Client understands that Law Firm is licensed in Virginia, Hawaii and the District Columbia, and will have to associate with local counsel for any Civil Actions or litigation filed outside of Hawaii.

The Law Firm agrees to charge nothing for their professional services rendered in the prosecuting Claim(s) if there are no Cash Recoveries.

Client agrees that Law Firm may withdraw from representation of Client in this claim at any time, on reasonable notice to Client and in compliance with applicable Rules of Professional Responsibility of Lawyers.

If Client discharges Law Firm while the Law Firm has been actively pursuing enforcement of Client's rights in a particular matter, then (i) Client agrees to pay to Law Firm their full applicable attorney's fee of 40% or 45% as provided above plus reimbursement of all costs and expenses pertaining to such matter where such Cash Recovery is made in such matter without the assistance of substitute counsel; and (ii) Client agrees to pay Law Firm thirty-five percent (35%) of the Cash Recovery relating to such matter, plus reimbursement of all costs and expenses pertaining to such matter, if it was with the assistance of substitute counsel.

- 4 -