**Exhibit 15:**

**Email Admissions re: PML/Perino Representation**

12/7/25, 7:56 AM                        (4) All mail | usfilefolder@protonmail.com | Proton Mail

# improper contact of my clients

From    Kerry Culpepper <kculpepper@culpepperip.com>

To      usfilefolder@protonmail.com

Date    Wednesday, January 22nd, 2025 at 2:29 PM

Mr. Muszynski,

It has come to my attention that you have been improperly contacting my clients and mentioning subpoenas despite you knowing that your bankruptcy case was dismissed.  Please explain the legal basis and from which case you are issuing "subpoena" .

Kerry Culpepper

**This message needs your attention**

• This is a personal email address.
• This is their first email to your company.

Report or Mark Safe

Good day Mr. Veregin:

As you represent Mr. Perino of PML Process Management Limited in the Republic of Cyprus ("PML") and PML has partnered with Kerry Culpepper in Hawaii to engage in barratry throughout the U.S., and a both are subjects of a criminal investigation proceeding in the Federation of St. Christopher and Nevis as predicate to filing of fraud charges in U.S. courts, might we schedule a brief chat to determine when it would be convenient to schedule acceptance of a subpoena for Mr. Perino for deposition?

Sincerely,


Charles Muszynski

> **From:** usfilefolder <usfilefolder@protonmail.com>
> **Sent:** Sunday, January 19, 2025 4:33 PM
> **To:** Lawrence Veregin <lveregin@airdberlis.com>
> **Subject:** Re: Benjamin Perino and Kerry Culpepper