**Exhibit 16:**

**First Circuit B.A.P. Statement of Interested Parties**

# UNITED STATES BANKRUPTCY APPELLATE PANEL
## FOR THE FIRST CIRCUIT

---

### BAP NO. PR 23-23

---

### Bankruptcy Case No. 23-02870-MCF

---

### In re: CHARLES MUSZYNSKI
**Debtor**

---

### CHARLES MUSZYNSKI
**Debtor - Appellant**

**v.**

### ROBERTO ROMAN VALENTIN, Chapter 7 Trustee
**Trustee - Appellee**

---

## STATEMENT REGARDING INTERESTED PARTIES 1st Cir. BAP L.R. 8010-1(b)(4)

The undersigned certifies that the following parties have an interest in the outcome of this appeal. These representations are made to enable the judges of the Panel to evaluate possible disqualification or recusal.

The Movants, Kerry S. Culpepper, Culpepper IP, LLLC, SRIP Law, and PML Process Management Limited.

Publicly held entity Chicken Soup for the Soul Entertainment, Inc. owns more than 10% of the stock of Movant SCREEN MEDIA VENTURES, LLC.

Movants VOLTAGE HOLDINGS, LLC and AFTER II MOVIE, LLC are owned by Movant VOLTAGE PICTURES, LLC.

Movant VENICE PI, LLC is owned by Lost Dog Productions, LLC and Lost Dog Productions, LLC is owned by V Movant VOLTAGE PICTURES, LLC.

11

Movants LHF PRODUCTIONS, INC. and BODYGUARD PRODUCTIONS, INC. are owned by MILLENNIUM FUNDING, INC.

Movants OUTPOST PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC. and RAMBO V PRODUCTIONS, INC., are owned by Movant MILLENNIUM IP, INC.

DATED: Kailua-Kona, Hawaii, July 1, 2024.

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
*Admitted Pro Hac Vice*