**Exhibit 17:**

**April 27/May 4, 2021 Contradictory Affidavits**

Contradictory Filings Regarding Movant's Whereabouts:

A) Affidavit of sanctioned Process Server Janie Kessler (April 27, 2021), SDFL Doc. #[insert], stating **"no other address...in public records"**; and

B) Writ of Bodily Attachment Description Sheet (May 4, 2021), Orange County Case No. [insert], admitting Movant is **"citizen of St. Kitts Island by Golden Visa Programme"** and resident of Puerto Rico since 2018

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

Case No.: _ 21-cv-20862-BLOOM/Otazo-Reyes___

MILLENNIUM FUNDING, INC.,
a Nevada corporation, HUNTER
KILLER PRODUCTIONS,INC.,
a Nevada corporation, and VOLTAGE
HOLDINGS, LLC, a Nevada
corporation,

      Plaintiffs,

      vs.

1701 MANAGEMENT LLC, a Puerto
Rico limited liability company,
CHARLES MUSZYNSKI ,
individually, and DOES 1-100,

      Defendants.

---

## AFFIDAVIT OF JANIE KESSLER

I, JANIE KESSLER, being first duly sworn, depose and say the following.

I am over the age of 18 years of age, a resident of Livingston, Texas, and not a party to this action. I am giving this affidavit under my own free will for the purpose of describing the successful serve of Defendant CHARLES MUSZYNSKI.

I am a licensed to work as a process server in the state of Texas. I have worked as a process server in Texas for over 15 years.

Kerry S. Culpepper sent me a copy of the Summons to Defendant CHARLES MUSZYNSKI [Doc. #19] and Complaint [Doc. #1] with Exhibits ("Legal Documents") and instructed me to personally serve the Legal Documents on CHARLES MUSZYNSKI at the address in the summons.

I investigated and determined that 204 Rainbow Dr is a private mailbox service center and 10485 is the mailbox number for CHARLES MUSZYNSKI.

20-023DBa

I further investigated and determined that there was no other address for CHARLES MUSZYNSKI in public records.

This address in the summons is the address CHARLES MUSZYNSKI put on his Texas driver's license.

Pursuant to Fla. Statute 48.031(6), I went to the mailbox center address 204 Rainbow Dr on the summons on April 23, 2021 at 13:04 local time and personally handed the legal documents to Meghan Murphy, an adult at the address of suitable age and in charge of the mailboxes who indicated she will provide the legal documents to CHARLES MUSZYNSKI.

I mailed a copy of the legal documents to CHARLES MUSZYNSKI at the address on April 26, 2021.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.


DATED: Livingston, TX, April 26, 2021.

Janie Kessler
615 N. Washington Avenue
Livingston, Texas 77351
tel:1-936-327-8447

2

20-023DBa

Filing # 126098005 E-Filed 05/04/2021 09:59:54 AM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

IN RE: THE MARRIAGE OF                         CASE NO.: 2013-DR-18828-O

CHARLES A. MUSZYNSKI,

     Petitioner/Former Husband,

And.

MARCIA E. MUSZYNSKI n/k/a
MARCIA E. WADDELL,

     Respondent/Former Wife.
_____/

## SECOND AMENDED WRIT OF BODILY ATTACHMENT
(amended to change purge amount)

THIS CAUSE is before this Court on Respondent/Former Wife's Verified Motion Seeking Entry of a Deficiency Final Judgment of Equitable Distribution and Alimony and Seeking Issuance of a Second Writ of Bodily Attachment of April 30th, 2021. This Court hereby reaffirms its rulings on January 2, 2020, and finds as follows:

1.    Former Husband CHARLES MUSZYNSKI, had actual notice of the hearing but failed to appear.

2.    The notice of hearing filed by Former Wife's Counsel on November 6, 2019 complied with the Family Law Rules of Procedure and specifically notified Former Husband that failure to appear at the hearing may result in the Court issuing a Writ of Bodily Attachment for his arrest and that he may be held in jail up to 48 hours before a hearing is held.

3.    This Court finds Former Husband to be in contempt of court for willfully failing to make alimony payments as previously ordered by this Court. Former Husband is found to be able to presently pay the amount of $152,731.68 the source of funds being monies held in various Charles Schwab accounts entered into evidence,

(5227-0002) - 00378672 v1

investment funds held in St. Kitts and/or assets held by the 120@53 Trust as more fully described in the Final Judgment.

IT IS THEREFORE ADJUDGED as follows:

1) Former Husband, CHARLES A. MUSZYNSKI, is in willful contempt of this Court.

2) TO ALL AND SINGULAR SHERIFFS AND OTHER AUTHORIZED LAW ENFORCEMENT PERSONNEL OF THE STATE OF FLORIDA YOU ARE ORDERED to take custody of Former Husband, CHARLES A. MUSZYNSKI, (see attached description sheet) and confine him in the county jail. The individual failed to appear at a properly noticed hearing and failed to comply with the previous order of the court.

**Service of this writ may be made on any day of the week and any time of the night or day, including Sundays and holidays.**

YOU ARE FURTHER DIRECTED to bring this person before the court within 48 hours of execution of the writ for a hearing to determine the individual's present ability to pay support and, if so, whether failure to pay such support is willful, pursuant to Rule 12.615©(2)(B), Florida Family Law Rules of Procedure.

3) Former Husband may be purged of this sentence and released upon paying $384,220.65. **Payment shall be made to the Clerk of the Circuit Court by either cash or cashier's check. If payment is made after 4:45 p.m., the payment shall be made to Central Booking, 2436 West 33rd Street, Orlando, Florida, in cash or cashier's check made payable to the Sheriff of Orange County, Florida.**

4) Upon taking said Former Husband, CHARLES A. MUSZYNSKI, into custody shall inform the Court at (407) 836-2039; Marcia Waddell at (917) 724-1905; and

(5227-0002) - 00378672 v1

2

Jon Oden, Esquire at (407) 222-0333 at the earliest time during business hours.

DONE AND ORDERED in Chambers at Orlando, Orange County, Florida, this 4th day of May 2021.

_Vincent S. Chiu_

HONORABLE VINCENT CHIU
CIRCUIT COURT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2021 a true and correct copy of the foregoing has been furnished to: Angela L. Leiner, Esq., 600 N. Willow Avenue Suite 101, Tampa, FL 33606, angela@mlfloridalaw.com and Service@mlfloridalaw.com; Sara F. Holladay-Tobias, Esq., 50 North Laura Street, Suite 3300, Jacksonville, FL 32202, stobias@mcguirewoods.com; flservice@mcguirewoods.com;   KimberlyMydock,   kmydock@mcguirewoods.com; sjerreld@mcguirewoods.com; Monica L. Haddad Forbes,mforbes@mcguirewoods.com; kcoleman@mcguirewoods.com; Douglas K. Gartenlaub, Esq., 200 S. Orange Ave., Ste. 800, Orlando, FL 32801, dgartenlaub@burr.com, mrannell@burr.com, lloving@burr.com; Andrew R. Herron, Esq., Homer Bonner, 1200 Four Seasons Tower 1441 Brickell Ave., Miami, FL 33131, gservice@homerbonner.com, and via U.S. Mail to Charles Muszynski, 204 Rainbow Dr, #10485, Livingston, TX 77399; Keith Haag, keith@waste-resources.com; Ashley N. Rosenthal, Esq., The Rosenthal Law Firm, P.A., 4767 New Broad St., Orlando, FL 32814, jrosenthal@therosenthallaw.com,   arosenthal@therosenthallaw.com, service@therosenthallaw.com.

(5227-0002) - 00378672 v1

3

Respectfully submitted,

/s/: Jon Marshall Oden
JON MARSHALL ODEN, ESQ.
Florida Bar No. 0038172
WILLIS ODEN, PL
2121 S. Hiawassee Road, Suite 116
Orlando, FL 32835-8762
Phone: (407) 903-9939
Primary Email: joden@willisoden.com
Secondary Email: ddrake@willisoden.com
Attorney for Respondent/Former Wife

(5227-0002) - 00378672 v1

4

# DESCRIPTION SHEET

NAME: **CHARLES ALEXANDER MUSZYNSKI** DATE OF BIRTH: **12/28/1964**
OTHER NAMES THE INDIVIDUAL GOES BY {ALIASES OR NICKNAMES): **CHARLIE MUSZYNSKI/**
**ALEXANDER MUSZYNSKI** ADDRESS: **1000 PRIMERA BOULEVARD, SUITE 2150, LAKE MARY,**
**FLORIDA 32746** ALTERNATE ADDRESS: **SAN JUAN, PUERTO RICO** TELEPHONE: **407-461-7732**
(cell) ALTERNATE PHONE: 866-733-8800 SOCIAL SECURITY NUMBER: ███████ GENDER: Male
RACE: White HEIGHT: _6'1" WEIGHT: _190 EYE COLOR: Blue/Green HAIR COLOR, LENGTH, STYLE:
LIGHT GREY/DARK GREY, **short style, middle aged, clean-cut w/ receding hairline and parted on**
**the left side.** DISTINGUISHING MARKS, SCARS, TATTOOS: **Thick eyebrows, pock-mark cheeks,**
**asymmetrical face, with partial paralysis on the left side, due to gun shot wound to the left temple,**
**which creates lack of hearing on the left ear. Only hears sounds from the right side of the body. No**
**ability to hear in stereo. The right side of his face is higher and more static. When smiling his lips**
**move on the left side only.** OTHER CHARACTERISTICS: EMPLOYER: **Self-employed, Talismark**
EMPLOYER PHONE: 866-733-8800 EMPLOYER ADDRESS: **1000 Primera Boulevard, Suite 2150, Lake**
**Mary, Florida** VEHICLE {MAKE/MODEL): **Silver, Porche 911, 2004 or 2007/2008 convertible, Tag No.**
**MO9 4MG,** FLORIDA DRIVER'S LICENSE NUMBER: **M252-141-64-468-0**

**Please use the space below for any additional information you would like to provide.**

Suspect has become a resident in San Juan, Puerto Rico in 2018, and used in prior documentation
with a certain notary named Mercybelle Redondo Rafuls in San Juan, PR. Suspect has several
Charles Schwab Bank Accounts in which he wires funds from other accounts/Trusts. Suspect is
now a citizen of St. Kitts Island by Golden Visa Programe, Sustainable Growth Fund on Central
Street in Basseterre St. Kitts/Nevis Island, and funnels hundreds of thousands of dollars to in the
last year. Suspect has had a 20 year relationship in business with a partner named Marshall
Staiman and his wife Kelley Staiman from Hollywood, Florida. Who's address is 3660 North 46th
Avenue, Hollywood, FL 33021. He's American, very little Spanish; however, attends Amercian-
friendly bars in Puerto Rico.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | (Re: Emergency Motion Hearing) |
| | ) | 10 June 2026 |

### SUBPOENA FOR RULE 2004 EXAMINATION

TO: Kerry S. Culpepper, Esq.
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740

YOU ARE COMMANDED to appear by Zoom videoconference before the United States Bankruptcy Court for the District of Delaware on June 10, 2026, at 1:00 p.m. ET (60 minutes prior to 2:00 p.m. hearing), to testify at the Emergency Motion Hearing in the above-captioned case.

YOU ARE COMMANDED to produce the documents listed in Schedule B attached hereto and incorporated by reference.

WITNESS FEE: $40.00 (Zoom appearance—no mileage).

OBJECTIONS: Any objection must be served before June 3, 2026.

PENALTY FOR NONCOMPLIANCE: Failure to comply may subject you to contempt under Fed. R. Bankr. P. 9020 and may result in an adverse inference that the requested documents do not exist, proving the § 327(c) violation alleged.

Dated this 20th day of May 2026,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## CERTIFICATE OF SERVICE

I certify service on June 4, 2026 via [method].

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                                     )      Chapter 7
                                           )
CHICKEN SOUP FOR THE SOUL                  )      Case No. 24-11442 (MFW)
ENTERTAINMENT, INC., *et al.*,             )
                                           )      (Jointly Administered)
                    *Debtors*.             )      (Re: Emergency Motion Hearing)
                                           )      10 June 2026
_____    )

## THIRD-PARTY SUBPOENA FOR RULE 2004 EXAMINATION

TO: PML Process Management Limited
c/o legal representative Kerry S. Culpepper
Larnaca, Cyprus
Email: info@pmlprocess.com or as available

YOU ARE COMMANDED to produce at the offices of the U.S. Bankruptcy Court

for the District of Delaware, 824 Market Street, Wilmington, DE 19801, on or before

June 3, 2026:

1. All agreements with Kerry S. Culpepper, Culpepper IP, LLLC, or any affiliate

   regarding: a. Litigation funding for Chicken Soup for the Soul Entertainment, Inc.;

   b. Revenue-sharing arrangements (including the 30% distribution referenced on

   your website); c. Representation of 39 joined creditors in NEVHCV2022/0183.

2. All wire transfers, bank records, or financial documents showing payments to or

   from the Estate, Culpepper, 42 Ventures, LLC, or any Nevis plaintiff.

3. Documents showing ownership/control of Millennium Funding, Inc., Screen

   Media Ventures, LLC, and the other 38 Nevis plaintiffs, including organizational

   charts, beneficial ownership records, or management agreements.

4. Communications with George L. Miller or the Trustee regarding authorization for litigation funding or retention of Culpepper.

WITNESS FEE: $40.00 tendered herewith (international service).

OBJECTIONS: Any objection must be served within 14 days.

Dated this 20th day of May 2026,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## CERTIFICATE OF SERVICE

I certify service on June 4, 2026 via [method].

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

RECEIVED

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | 2026 MAY 20 ₽ 2: 41 |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW)<br>ENTERTAINMENT, INC., *et al.*, | ) | DISTRICT OF DELAWARE |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | (Re: Emergency Motion Hearing) |
| | ) | 10 June 2026 |

### SUBPOENA FOR RULE 2004 EXAMINATION

TO: George L. Miller
Bankruptcy Trustee

YOU ARE COMMANDED to appear in person before the United States Bankruptcy Court for the District of Delaware on June 10, 2026, at 1:00 p.m. ET (60 minutes prior to 2:00 p.m. hearing), to testify at the Emergency Motion Hearing in the above-captioned case.

YOU ARE COMMANDED to produce the documents listed in Schedule A attached hereto and incorporated by reference.

WITNESS FEE: $40.00 plus mileage.

OBJECTIONS: Any objection must be served before June 3, 2026.

PENALTY FOR NONCOMPLIANCE: Failure to comply may subject you to contempt under Fed. R. Bankr. P. 9020 and may result in an adverse inference that the requested documents do not exist.

Dated this 20ᵗʰ day of May 2026,

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED

2026 MAY 20 P 2:41

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | (Re: Emergency Motion Hearing) |
| | ) | 10 June 2026 |

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## SUBPOENA FOR RULE 2004 EXAMINATION

TO: Kerry S. Culpepper, Esq.
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740

YOU ARE COMMANDED to appear by Zoom videoconference before the United States Bankruptcy Court for the District of Delaware on June 10, 2026, at 1:00 p.m. ET (60 minutes prior to 2:00 p.m. hearing), to testify at the Emergency Motion Hearing in the above-captioned case.

YOU ARE COMMANDED to produce the documents listed in Schedule B attached hereto and incorporated by reference.

WITNESS FEE: $40.00 (Zoom appearance—no mileage).

OBJECTIONS: Any objection must be served before June 3, 2026.

PENALTY FOR NONCOMPLIANCE: Failure to comply may subject you to contempt under Fed. R. Bankr. P. 9020 and may result in an adverse inference that the requested documents do not exist, proving the § 327(c) violation alleged.

Dated this 20th day of May 2026,

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                    )   Chapter 7
                                          )
CHICKEN SOUP FOR THE SOUL                 )   Case No. 24-11442 (MFW)
ENTERTAINMENT, INC., *et al.*,            )
                                          )   (Jointly Administered)
                 *Debtors.*               )   (Re: Emergency Motion Hearing)
                                          )   10 June 2026
_____)

**LIMITED NOTICE OF SPECIAL APPEARANCE,
RESERVATION OF RIGHTS, AND MOTION TO
<u>STRIKE UNREDUCED ORAL RULING</u>**

TO THE HONORABLE COURT:

Charles Muszynski ("Movant") enters this LIMITED SPECIAL APPEARANCE

pursuant to Fed. R. Bankr. P. 2004 and this Court's inherent authority, invoking this

Court's authority under *Stern v. Marshall*, 564 U.S. 462 (2011), for the limited and

specific purposes of:

1. Contesting the Trustee's authority to maintain inconsistent litigation positions in

   derogation of his voluntary submission to the Nevis High Court (Claim No.

   NEVHCV2022/0183);

2. Seeking recognition of the Nevis High Court's May 15, 2025 costs order under

   principles of international comity and judicial estoppel;

3. Requesting injunctive relief under 11 U.S.C. § 105(a) to prevent waste of estate

   assets through duplicative proceedings in the Southern District of Florida (Case

   No. 1:21-cv-20862);

4. Moving for disqualification of conflicted counsel under 11 U.S.C. § 327(e) and

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE RECEIVED

IN RE: )

CHICKEN SOUP FOR THE SOUL )    Case No. 24-11442 (MFW)
ENTERTAINMENT, INC., *et al.*, )                      US BANKRO. ...
                                             )                      DISTRICT OF DELAWARE
             Debtors. )    (Jointly Administered)
                                             )    (Re: Emergency Motion Hearing)
                                             )    10 June 2026

Chapter 7     2026 MAY 20  P 2: 44

## INTERROGATORIES TO KERRY S. CULPEPPER

INTERROGATORIES TO KERRY S. CULPEPPER

1. Identify each of the 38 creditors (other than SMV) represented in the Nevis action and produce their written consents to your dual representation under § 327(c).

2. Describe in detail your compensation arrangement with PML Process Management Limited and Benjamin Perino, including the 30% revenue split referenced on PML's website and any contingency or fee-sharing agreements.

3. State the percentage of your legal fees in this bankruptcy case that are paid or reimbursed by PML, Perino, or any third party other than the Estate.

4. Explain why 42 Ventures, LLC—which you own—is a plaintiff in Nevis while you serve as Special Counsel to the Estate in Delaware, and how this does not violate Model Rule 1.7 and § 327(c).

5. Confirm or deny your Law360 admission that you are simultaneously "representing the estate and the other 38 parties when pursuing their claims" in Case No. 1:21-cv-20862.

6. Did you disclose PML and Perino as clients in Doc #508? If not, why not?

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE   RECEIVED

IN RE:                                    )    Chapter 7        2026 MAY 20 ₽ 2: 41
                                          )
CHICKEN SOUP FOR THE SOUL                 )    Case No. 24-11442 (MFW)
ENTERTAINMENT, INC., *et al.*,            )               US BANKRUPTCY
                                          )               DISTRICT OF DELAWARE
                                          )    (Jointly Administered)
            *Debtors.*                    )    (Re: Emergency Motion Hearing)
                                          )    10 June 2026
_____    )

## MOTION FOR JUDICIAL NOTICE

TO THE HONORABLE COURT:

Movant, Charles Muszynski, pro se, moves this Court for judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. The Nevis High Court Order dated May 15, 2025 (NEVHCV2022/0183) ordering Claimants (including the Estate) to pay $30,000 security for costs (Exhibit A);

2. The PML Process Management Limited website statement: "We offer returns of 30% of net revenue (the rest is distributed to the partners... e.g. law firms)" (Exhibit B);

3. The administrative dissolution of Facterra, Inc. (Document No. P12000099668, September 22, 2017) and Brackett Films, LLC (Document No. L13000041184, September 25, 2015) by the Florida Department of State, Division of Corporations (Grove Street/AMFL principal Tom Murphy's prior entities) (Exhibit C);

4. The Law360 Article dated May 19, 2026, confirming Culpepper's admissions of dual representation (Exhibit D); and

5. The docket of Southern District of Florida Case No. 1:21-cv-20862 showing

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE  RECEIVED

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7   2026 MAY 20 P 2: 41 |
| | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.*, | ) | US BANKRUPTCY |
| | ) | DISTRICT OF DELAWARE |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | (Re: Emergency Motion Hearing) |
| | ) | 10 June 2026 |

## THIRD-PARTY SUBPOENA FOR RULE 2004 EXAMINATION

TO: PML Process Management Limited
c/o legal representative Kerry S. Culpepper
Larnaca, Cyprus
Email: info@pmlprocess.com or as available

YOU ARE COMMANDED to produce at the offices of the U.S. Bankruptcy Court

for the District of Delaware, 824 Market Street, Wilmington, DE 19801, on or before

June 3, 2026:

1. All agreements with Kerry S. Culpepper, Culpepper IP, LLLC, or any affiliate

   regarding: a. Litigation funding for Chicken Soup for the Soul Entertainment, Inc.;

   b. Revenue-sharing arrangements (including the 30% distribution referenced on

   your website); c. Representation of 39 joined creditors in NEVHCV2022/0183.

2. All wire transfers, bank records, or financial documents showing payments to or

   from the Estate, Culpepper, 42 Ventures, LLC, or any Nevis plaintiff.

3. Documents showing ownership/control of Millennium Funding, Inc., Screen

   Media Ventures, LLC, and the other 38 Nevis plaintiffs, including organizational

   charts, beneficial ownership records, or management agreements.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.,* | ) | |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | (Re: Emergency Motion Hearing) |
| | ) | 10 June 2026 |

2026 MAY 20 P 2: 41

US BANKRUPTCY
DISTRICT OF DELAWARE

### INTERROGATORIES TO GEORGE L. MILLER

1. Did you or your counsel verify that Culpepper obtained written consent from each of the 38 creditors (other than SMV) before authorizing his retention under § 327(c)? If so, identify each creditor and produce the consent documents.

2. What due diligence did you perform regarding American Films, Inc. (AMFL), Grove Street Partners LLC, and Thomas E. Murphy prior to signing the Sharing Agreement?

3. Did you authorize Culpepper to engage PML Process Management Limited or Benjamin Perino for TPLF, and if so, when and for what consideration?

4. What is the total amount expended by the Estate to date on the Nevis litigation, including payments to Rowe & Rowe, the $30,000 security order, and related expenses?

5. Are you aware that Culpepper owns 42 Ventures, LLC, a plaintiff in the Nevis action, and if so, when did you learn this?

6. Do you acknowledge that by submitting the Estate to Nevis jurisdiction, you are estopped from denying the Nevis costs order under judicial estoppel?