**Exhibit 24:**

**PML Process Management Limited website/documentation showing
70/30 fee-splitting arrangement and NPE structure**



## THOMAS NOWAK, KARLSRUHE, GERMANY

**NETWORK**

- currently
- previously

### Quarterly Exports in CSV

Now available in CSV format and optimized for applications in AI and Analytics: North Data's quarterly exports have become the industry standard for company information.

**GUARDALEY LTD.**

2 May 2022 in United Kingdom
Director: Thomas Nowak · No longer Director: Benjamin Perino · Secretary: SL24 Ltd. · No longer Secretary: L4 YOU CO SEC Ltd

24 Jul 2018
Director: Thomas Nowak · No longer Director: Benjamin Perino

17 May 2016 in United Kingdom
Director: Thomas Nowak · No longer Director: Benjamin Perino

**MAVERICKEYE UG**

11 Apr 2018
Managing Director: Thomas Nowak · Change of headquarters: Maverickeye UG · Address · Capital: €300.00 · Shareholder agreement · Proxy · Corporate Purpose

21 Oct 2014
Managing Director: Thomas Nowak · No longer Managing Director: Yanick Gabriel

# PML PROCESS MANAGEMENT LTD., LARNAKA, CYPRUS





# PARKALO MARKETING LTD., LEFKOSIA, CYPRUS

**Dossier**   **Watch**

**NAME**
Parkalo Marketing Ltd.

**REGISTER**
MCIT HE 290601

**ADDRESS**
Σπύρου Κυπριανού 32, Floor 2, Flat/Office 3, 1075 Λευκωσία, Cyprus

**HISTORY**

Registration

2011  2012  2013  2014  2015  2016  2017  2018  2019  2020  2021  2022  2023  2024

**NETWORK**

- Pharmatrans Logistics Ltd. τ
- Goethe Spritzer Partnership
- Nomalos Invest Ltd.
- BS Stone Ceramics Partnership
- Gmischter Satz Ltd.
- Ifyouchange Ltd.
- Parkalo Marketing Ltd.
- Smallcon Ltd.
- ECC Economic and Corporate Consultants
- previously
- ECL Management and Handling Ltd
- HS-Activa Ltd.
- Selfware Ltd.
- Pbackoon Partnership

**DATA SERVICES**
Unlock the full potential of processed company data with our API or Quarterly Exports.

**MENTIONS**
via Cyprus Registrar of Companies in MCIT
Secretary: WM Sunpower Ltd.



## GUARDALEY LTD., EGGENSTEIN-LEOPOLDSHAFEN, GERMANY

Dossier    Watch

**NAME**
GUARDALEY Ltd

**REGISTER**
District Court of Mannheim HRB 705042
Companies House 08675149

**ADDRESS**
Daimlerstr. 9, 76344 Eggenstein-Leopoldshafen, Germany
bei Karlsruhe, Germany

**CORPORATE PURPOSE**
Network technology and security, internet service, research and programming as well as the trade in software

**ADDITIONAL INFO**
Other information technology and computer service activities
Data processing, hosting and related activities

**HISTORY**

**NETWORK**

**DATA SERVICES**
Unlock the full potential of processed company data with our API or Quarterly Exports.

**PUBLICATIONS**

€ 22 Sept 2023 in United Kingdom, also 23/09/2022, 17/09/2021, 12/11/2020, 03/09/2019, 26/09/2018, 19/10/2017
Unaudited abridged accounts made up to 2022-12-31

7 Jun 2023 in United Kingdom, also 25/04/2022
Confirmation statement made with no updates

30 Apr 2021 in United Kingdom, also 27/04/2020, 26/04/2019, 04/05/2018, 25/04/2017
Confirmation statement made with updates

31 Dec 2020
Data of the head office changed, now: Branch of "GUARDALEY Ltd." based in West Yorkshire /...

9 Nov 2020 in United Kingdom
Secretary: 91 24 Ltd. - No longer Secretary: L4 YOU DO SEO Ltd.    Address

24 Jul 2018
Director: Thomas Nowak - No longer Director: Benjamin Perino

11 Jun 2018 in United Kingdom
Change of details for Mr Benjamin Perino as a person with significant control

17 May 2018 in United Kingdom
Director: Thomas Nowak - No longer Director: Benjamin Perino

08 Apr 2018 in United Kingdom
Change of details for Mr Benjamin Perino as a person with significant control - Director's details changed for Mr ...

15 Feb 2018
Befreiender Jahresabschluss gem. §325 a HGB zum Geschäftsjahr vom 01.01.2016 bis zum 31.12.2016

24 Jan 2017
Befreiender Jahresabschluss gem. §325 a HGB zum Geschäftsjahr vom 01.01.2015 bis zum 31.12.2015

€ 15 Sept 2016 in United Kingdom, also 23/09/2015, 24/09/2014, 08/10/2013, 26/09/2012, 04/10/2011, 19/10/2010
Total exemption small company accounts made up to 2015-12-31

€ 24 Apr 2016 in United Kingdom
Capital: €3.00

7 Apr 2016
Befreiender Jahresabschluss gem. §325 a HGB zum Geschäftsjahr vom 01.01.2014 bis zum 31.12.2014

3 Mar 2016
Annual report for the year ending 31/12/2014 - Balance sheet for 31/12/2014

08 Jan 2016 in United Kingdom
Insolvency: Dismissal of Winding Up Petition

8 Dec 2015 in United Kingdom
Insolvency: Petitions to Wind Up (Companies)

€ 24 Apr 2015 in United Kingdom
Capital: €1.00

7 Apr 2015
Data of the head office corrected ex officio in: Branch of "GUARDALEY LIMITED" with registered office in ...

27 Feb 2015
Annual report for the year ending 31/12/2013

20 Feb 2015
Annual report for the year ending 31/12/2013 - Balance sheet for 31/12/2013



## PATRICK ACHACHE, IMMENSEE, SWITZERLAND

### AL IMMO GMBH

**20 May 2021**
No longer Managing Director: Patrick Achache

**17 Feb 2012 as AL Abfallservice GmbH**
Registration · Managing Director: Patrick Achache, Jürgen Lehner · Address · Capital: €25,000 · Shareholder agreement · Proxy · Corporate Purpose

### COPYRIGHT MANAGEMENT SERVICES LTD. ↑

**19 Oct 2022**
Director: Lubesly J. Teilidua · No longer Director: Eleanor E. Powell, Patrick Achache

**19 Nov 2019**
Director: Eleanor E. Powell · No longer Director: Patrick Achache

**23 Oct 2014 as Copyright Collections Ltd.**
Registration: 23/10/2014 · Director: Patrick Achache · Capital: £1.00

### IP EQUITY GMBH ↑

**23 Feb 2011**
Chair of the board: Patrick Achache · Managing Director: Stephan Bolliger · Name: IP Equity GmbH · Company statute

**4 Mar 2010 as BP Equity LLC**
Registration · Managing Director: Patrick Achache · Shareholder (1) · Address · Company statute

### INTERSDA GMBH

**3 Apr 2018**
Chair of the board: Patrick Achache · Managing Director: Daniel Wyss · Shareholder (1) · Address · Company statute

**5 Dec 2012**
Chair of the board: Patrick Achache · Shareholder (1) · Company statute

**3 Jan 2012**
Managing Director: Patrick Achache, Maximilian Friedery · Shareholder (1)

**5 Oct 2009**
Registration · Managing Director: Patrick Achache · Shareholder (1) · Company statute



### YANICK GABRIEL, KARLSRUHE, GERMANY

**Watch**

**NETWORK**

Thomas Nowak — Maverickeye UG — Yanick Gabriel

—— currently
—— previously

**JOBS AT NORTH DATA**
- Modern Java Developer

**MAVERICKEYE UG**

**21 Oct 2014**
Managing Director: Thomas Nowak · No longer Managing Director: Yanick Gabriel

**23 Jul 2012**
Registration · Managing Director: Yanick Gabriel · Address · Capital: €300,00 · Shareholder agreement · Proxy · Corporate Purpose



## MAVERICKEYE UG, EGGENSTEIN-LEOPOLDSHAFEN, GERMANY

**Dossier**    **Watch**

**NAME**
Maverickeye UG

**REGISTER**
District Court of Mannheim HRB 730194
District Court of Stuttgart HRB 741895

**ADDRESS**
Daimlerstr. 9, 76344 Eggenstein-Leopoldshafen, Germany
Stuttgart, Germany

**CORPORATE PURPOSE**
Services for the protection of performance rights and investigation of IT information, such as the search of IP addresses and the electronic preservation of data.

**HISTORY**

**NETWORK**

Yanick Gabriel · Maverickeye UG · GUARDALEY Ltd. · Thomas Nowak

—— currently
—— previously

**DATA SERVICES**
Unlock the full potential of processed company data with our API or Quarterly Exports.

**PUBLICATIONS**

21 Mar 2021
Original document: "Liste der Gesellschafter"

23 Apr 2018
Change of headquarters: Maverickeye UG · Seat: Eggenstein-Leopoldshafen (Amtsgericht Mannheim HRB 730194 ), Germany

11 Apr 2018
Managing Director: Thomas Nowak · Change of headquarters: Maverickeye UG · Address · Capital: €300.00 · Shareholder agreement · Proxy · Corporate Purpose

30 Dec 2016
Annual report for the year ending 31/12/2015 · Balance sheet for 31/12/2015

4 Dec 2015
Annual report for the year ending 31/12/2014 · Balance sheet for 31/12/2014

6 Jan 2015
Annual report for the year ending 31/12/2013 · Balance sheet for 31/12/2013

21 Oct 2014
Managing Director: Thomas Nowak · No longer Managing Director: Yanick Gabriel

13 Feb 2014
Annual report for the year ending 31/12/2012 · Balance sheet for 31/12/2012

23 Jul 2012
Registration · Managing Director: Yanick Gabriel · Address · Capital: €300.00 · Shareholder agreement · Proxy · Corporate Purpose



# PML Process Management Ltd

# *the resource at your disposal*

Did you know that unauthorised file-sharing via Bit Torrent platforms accounts for between 43% and 70% of all internet traffic (depending on location) and in an average month over 240 million files are downloaded and shared via BitTorrent, often without authorisation of the copyright owner?

Copyright infringement via BitTorrent accounts for

PML Process Management Ltd helps rightsholders to protect copyright and recover some of the losses suffered as a result of illegal and unauthorised file-sharing via the Internet.

**MORE ABOUT US**

---

# About Us

Our aim is to significantly reduce unauthorized copyright infringement via file-sharing and return lost revenue to the rightful owner.

In order to do that we provide the following services :

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish. **Privacy Policy**    ACCEPT



**Process Management Ltd.**

requests.

- We liaise with the law firm, data supplier and you, with the aim of causing as little disruption as possible to you, to ensure a smooth process of protecting your copyright and returning revenue to you.

We have over ten years of experience in this field and provide seamless service delivery on behalf of our clients. We offer returns of 30% of net revenue (the rest is distributed to the partners working on the project, e.g. law firms and data supplier) in exchange for providing this service.

## EXPERTS

First and foremost we are experts. Lawyers, project managers, IT specialists. The team comprises of experts in their field, all with complimentary skills to provide you with an expert service.

## EXPERIENCE

The team has many years' experience in their field, in some cases over 20 years, which ensures that we can deliver excellence on the service we offer our clients.

## GLOBAL

The Team has collectively run and managed global project management services on behalf of clients for over ten years and has appeared before the highest courts in many countries around the world including The Supreme Court of Canada, The United States Supreme Court, The Supreme Courts of Sweden, Denmark, Finland and Norway, the Intellectual Property Enterprise Court and Patents Court in the United Kingdom, The Federal Court of Justice in Germany and The Supreme Federal Court in

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish. **Privacy Policy**   ACCEPT



support your projects is of the highest quality possible.

# Legal Notice

PML Process Management Ltd.

Lordou Vyronos, 61-63,

Floor 5

6023, Larnaca

Cyprus

CEO Ioannis Papapetrou (Parkalo Marketing Limited)


Phone:


E-Mail: pml@processmanagement.global

Internet: processmanagement.global


Registered in Cyprus

Company Registration No: HE 396059


**DISCLAIMER**

**1. Content**

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish. **Privacy Policy**   ACCEPT