# Notice Recipients

District/Off: 0311−1

Case: 24−11442−MFW

User: admin

Form ID: van441

Date Created: 6/1/2026

Total: 1

**Recipients of Notice of Electronic Filing:**

aty          James E O'Neill          joneill@pszjlaw.com

TOTAL: 1