**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| CHICKEN SOUP FOR THE SOUL | ) | Case No. 24-11442 (MFW) |
| ENTERTAINMENT, INC., *et al.*, [1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Re: Docket No. 811** |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I, Alexander R. Steiger, do hereby certify that on June 3, 2026, I caused a copy of the following document to be served as indicated on the attached list:

- *HPS Investment Partners, LLC's Limited Objection to Emergency Motion of Charles Muszynski for I) Injunctive Relief to Halt Parallel SDFL Proceedings; II) Disqualification of Conflicted Special Counsel for Failure to Obtain Required Consent; III) Recognition of Automatic Priority Administrative Expense Status; IV) Imposition of Constructive Trust on HPS Assets; V) Order Directing Entry of Written Order Under FRBP 9021; and VI) Appointment of Counsel* [Docket No. 811]

/s/ Alexander R. Steiger
Alexander R. Steiger (No. 7139)

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

*In re:* **Chicken Soup for the Soul Entertainment Inc., 24-11442 (MFW)**
<u>**Email Service List**</u>

*Counsel to Chapter 7 Trustee*

John T. Carroll, III
Simon E. Fraser
**COZEN O'CONNOR**
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Email: jcarroll@cozen.com
    sfraser@cozen.com


 -and-

James E. O'Neill
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: joneill@pszjlaw.com


-and-

Steven W. Golden
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Email: sgolden@pszjlaw.com


-and-

Richard M. Pachulski
Alan J. Kornfeld
Steven W. Golden
Tavi C. Flanagan
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
Email: rpachulski@pszjlaw.com
    akornfeld@pszjlaw.com
    sgolden@pszjlaw.com
    tflanagan@pszjlaw.com

RLF1 36036716v.1

*Charles Muszynski, Party-in-Interest*

Charles Muszunski, pro se
P.O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies
Email: usfilefolder@protonmail.com

*Counsel to Former Employee Putative Class*

Eric J. Monzo
Tara C. Pakrouh
Cortlan S. Hitch
Siena B. Cerra
**MORRIS JAMES LLP**
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
E-mail: emonzo@morrisjames.com
        tpakrouh@morrisjames.com
        chitch@morrisjames.com
        scerra@morrisjames.com

-and-

Michael Alder
Elana R. Levine
**ADLER LAW**
12800 Riverside Drive, Second Floor
Valley Village, CA 91607
E-mail: cmalder@alderlaw.com
        llevine@alderlaw.com
        mtanzer@alderlaw.com

*Counsel to MidCap Financial Trust*

Frank A. Merola
William P. Reily
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Email: frankmerola@paulhastings.com
        williamreily@paulhastings.com

*Counsel for Defendant Cosmo Denicola*

Evan T. Miller
**SAUL EWING LLP**
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Email: evan.miller@saul.com

-and-

Jessica Magee (admitted *pro hac vice*)
Steven J. Levitt (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Email: Jessica.Magee@hklaw.com
        Steven.levitt@hklaw.com

*Counsel for Defendants Fred M. Cohen, Christina Weiss Lurie,
Martin Pompadur, and Diana Wilkin*

David M. Fournier
Christopher B. Chuff
Taylor B. Bartholomew
Tori L. Remington
Tyler R. Wilson
**TROUTMAN PEPPER LOCKE LLP**
1313 N. Market Street, Suite 1000
Wilmington, DE 19899-1709
Email: david.fournier@troutman.com
        chris.chuff@troutman.com
        tori.remington@troutman.com
        tyler.wilson@troutman.com

*Counsel for Defendant Vikram Somaya*

Mary S. Thomas
**THOMAS LAW LLC**
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Email: mthomas@marythomaslaw.com

-and-

Thiru Vignarajah
Ross Ingram
**LAW OFFICES OF THIRU VIGNARAJAH LLC**
211 Wendover Road
Baltimore, MD 21218
Email: thiru@thirulaw.com
        ross@thirulaw.com

*Counsel to William Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul Productions, LLC, Chicken Soup for the Soul, LLC, and Chicken Soup for the Soul Holdings, LLC*

Morgan L. Patterson
**WOMBLE BOND DICKINSON (US) LLP**
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Email: morgan.patterson@wbd-us.com

-and-

Cathy A. Hinger (admitted *pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
2001 K. Street, NW Suite 400 South
Washington, D.C. 20006
Email: cathy.hinger@wbd-us.com

-and-

James S. Derrick (admitted *pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
301 South College Street, Suite 3500
Charlotte, NC 28202
Email: james.derrick@wbd-us.com


*Counsel to DJCTM Lending, LLC*

Joseph C. Barsalona II
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Email: jbarsalona@pashmanstein.com

-and-

Richard Levy Jr. (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square, 40th Floor
New York, NY 10036
Email: rlevy@pryorcashman.com

RLF1 36036716v.1