## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                          )      Chapter 7
                                                )
CHICKEN SOUP FOR THE SOUL          )      Case No. 24-11442 (MFW)
ENTERTAINMENT, INC., *et al.*,              )
                                                )      (Jointly Administered)
      *Debtors.*              )      (Re: D.I. 789 Emergency Motion
                                                )      Hearing, 10 June 2026)
_____ )

### MOVANT'S URGENT MOTION FOR LEAVE TO SUBSTITUTE
### CORRECTED AUTHORITY AND CORRECT INADVERTENT ERRORS

Movant Charles Muszynski hereby certifies, pursuant to Federal Rule of

Bankruptcy Procedure 9011(b), that to the best of his knowledge, information, and

belief formed after an inquiry reasonable under the circumstances: (1) this motion is

not presented for any improper purpose, such as to harass, cause unnecessary delay, or

needlessly increase the cost of litigation; (2) the claims, defenses, and other legal

contentions are warranted by existing law or by a nonfrivolous argument for

extending, modifying, or reversing existing law or for establishing new law; (3) the

allegations and other factual contentions have evidentiary support; and (4) this motion

is filed in good faith to correct the record and ensure the Court has accurate authorities

before it.

Movant appears specially and pro se pursuant to the Limited Notice of Special

Appearance filed at Docket No. 793 and expressly reserves all rights, defenses, and

objections set forth therein.

**INTRODUCTION AND BACKGROUND**

1. On June 4, 2026, Movant filed his Reply to Chapter 7 Trustee's Omnibus Objection (D.I. 813) (the "Reply").

2. Upon diligent post-filing review, Movant discovered the submitted document was an incorrect draft containing three inadvertent errors requiring immediate correction to ensure the accuracy of the record before the June 10, 2026 hearing.

3. Movant apologizes to the Court and counsel for these oversights and files this motion at the earliest possible opportunity to correct them. Courts routinely exercise discretion to allow correction of first-time *pro se* errors made in good faith. *See Al-Hamim v. Star Hearthstone, LLC*, 2024 COA 128 (Colo. App. 2024).

**ERROR 1: INCORRECT CITATION FOR FRAUD ON THE COURT**

4. The Reply cites *Arturo Gonzalez*, No. 2:23-bk-14833-NB, 2024 WL 2162359 (Bankr. C.D. Cal. May 10, 2024). This citation contains an incorrect case number and Westlaw identifier.

5. Movant respectfully requests leave to strike this citation and substitute *In re Old Carco LLC*, 423 B.R. 40, 54 (Bankr. S.D.N.Y. 2010), which supports the same legal proposition that fraud on the court under Rule 60(d)(3) is not time-barred.

**ERROR 2: INCORRECT "SEE ALSO" CITATION**

6. The Reply includes a "see also" citation to *Lockett v. Deutsche Bank National Company*, No. 23-CV-12502, 2024 WL 387802 (E.D. Mich. Jan. 31, 2024).

This citation contains an incorrect docket number and Westlaw identifier.

7. Movant respectfully requests leave to strike this citation entirely. The underlying proposition is fully supported by *In re Old Carco LLC*, 423 B.R. 40, 54 (Bankr. S.D.N.Y. 2010) and *Simon v. Navon*, 116 F.3d 1, 5 (1st Cir. 1997), both correctly cited in the Reply.

**ERROR 3: INCORRECT CHARACTERIZATION OF SDFL DOC. #532**

8. In prior filings including the Reply, Movant characterized the $11,700 order in S.D.F.L. Case No. 1:21-cv-20862, Doc. #532 as a "sanction" for "vexatious litigation."

9. Upon review of the underlying order, Movant corrects the record: the $11,700 was an award of garnishee fees, not a sanction under 28 U.S.C. § 1927 or Rule 11.

10. Movant respectfully requests leave to substitute this corrected characterization for any prior characterization to the contrary.

**CONCLUSION**

These errors were unintentional proofreading oversights made in good faith while intending to promptly reply to Trustee's belated filing. To conserve the resources of the Court and the parties, and to ensure a clean record for the upcoming hearing, Movant respectfully requests the Court grant leave to make these corrections *nunc pro tunc* to the Reply filed June 4, 2026.

**WHEREFORE**, for the foregoing reasons, Movant respectfully requests that this Court enter an order:

(A) GRANTING Movant leave to substitute corrected authority and corrected factual characterizations as outlined herein;

(B) DEEMING the substitutions and corrections identified herein made *nunc pro tunc* to the Reply filed June 4, 2026; and

(C) GRANTING such other and further relief as is just and proper.

Dated this 4th day of June 2026,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

I certify that this motion complies with the word limit requirements of LBR 9013-1(c), or respectfully requests leave to exceed any limits given the complexity of the issues. Good faith attempts to confer with opposing counsel were made but were unsuccessful. I further certify that this motion is well-grounded in fact and law and is not filed for delay, in accordance with Fed. R. Bankr. P. 9011. Specifically, Movant certifies under Rule 9011(b) that this motion is not presented for any improper purpose, the claims are warranted by existing law, and the factual contentions have evidentiary support.

Dated this 4th day of June 2026,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

## CERTIFICATE OF SERVICE

I, Charles Muszynski, hereby certify that on June 4, 2026, I served a copy of the foregoing via courier delivery to the D. DE Bankruptcy Court Clerk's office for uploading to the Court's CM/ECF system (which will provide electronic notice to all registered parties) and by email and first-class mail, postage prepaid, on the following:

**George L. Miller**
Chapter 7 Trustee
c/o Cozen O'Connor
John T. Carroll, (DE Bar No. 4060)

1201 North Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com

**HPS Investment Partners, LLC**
c/o Milbank LLP
Matthew Brod
55 Hudson Yards
New York, NY 10001-2163
MBrod@milbank.com

**Erin N. Weyl**
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Weyl@rlf.com

**Pachulski Stang Ziehl & Jones LLP**
Robert J. Stang, (DE Bar No. 1533)
919 North Market Street, Suite 1500
P.O. Box 8705
Wilmington, DE 19899-8705
rjs@pszj.com

**United States Trustee for the District of Delaware**
824 North Market Street, 3rd Floor
Wilmington, DE 19801

And via email to those copied on Ms. Weyl's email:

emonzo@morrisjames.com
tpakrouh@morrisjames.com
chitch@morrisjames.com
scerra@morrisjames.com
cmalder@alderlaw.com
llevine@alderlaw.com
mtanzer@alderlaw.com
evan.miller@saul.com
Jessica.Magee@hklaw.com
Steven.levitt@hklaw.com
david.fournier@troutman.com
david.fournier@troutman.com
chris.chuff@troutman.com

tori.remington@troutman.com
tyler.wilson@troutman.com
mthomas@marythomaslaw.com
thiru@thirulaw.com
ross@thirulaw.com
Steiger@RLF.com

All other parties of record to be noticed via CM/ECF electronic service subsequent to courier delivery to the D. DE Clerk of hard copies the morning of 4 June 2026:

Dated this 4th day of June 2026,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies
424-333-0569