**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Re:  D.I.  818** |

**ORDER GRANTING TRUSTEE'S MOTION FOR LEAVE TO FILE SURREPLY TO MOVANT'S REPLY TO CHAPTER 7 TRUSTEE'S OMNIBUS OBJECTION (D.I. 813); MOTION TO STRIKE FOR PROCEDURAL DEFAULT; AND MEMORANDUM OF LAW IN SUPPORT**

The Court having considered the *Trustee's Motion for Leave to File Surreply to Movant's Reply to Chapter 7 Trustee's Omnibus Objection (D.I. 813); Motion To Strike For Procedural Default; And Memorandum Of Law In Support* (the "Motion for Leave");[2] having reviewed all pleadings related thereto; and having determined that just cause exists for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.     The Motion for Leave is **GRANTED**; and

2.     The Trustee is authorized to file the Surreply that is attached to the Motion for Leave as Exhibit "A," and the Surreply is hereby deemed filed.

**Dated: June 8th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2] Capitalized terms not otherwise defined in this Order shall have the meanings provided in the Motion for Leave.