**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED

2026 JUN -9 A 8: 44

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| CSS ENTERTAINMENT INC. | ) |
| (f/k/a CHICKEN SOUP FOR THE | ) Case No. 24-11442 (MFW) |
| | ) (Jointly Administered) |
| SOUL ENTERTAINMENT INC.), et al. | ) |
| | ) |
| Debtors. | ) |
| | ) |

**CORRECTED MASTER NOTICE OF SERVICE OF**
**COMPLETE EVIDENTIARY EXHIBIT BINDER**

**CORRECTED MASTER NOTICE OF SERVICE OF COMPLETE**
**EVIDENTIARY EXHIBIT BINDER FOR JUNE 10, 2026 HEARING**

**TO THE HONORABLE COURT AND ALL PARTIES:**

Movant Charles Muszynski, appearing specially and pro se, respectfully files this Corrected Master Notice of Service of Complete Evidentiary Exhibit Binder (the "Master Notice") to supersede all prior Notices of Service filed by Movant. This Master Notice provides a complete, unified exhibit index for the evidentiary hearing scheduled for June 10, 2026, at 2:00 PM ET.

This comprehensive virtual exhibit binder encompasses all exhibits from Movant's **(a)** Emergency Motion (D.I. 789); **(b)** the Revised Enhanced Supplemental Motion in Support (D.I. 789); and **(c)** the Opposition to Trustee's Motion for Leave to File Surreply and Motion to Strike for Procedural Default (filed June 8, 2026, re: D.I. 818).

[This space intentionally left blank]

**CATEGORY A:   FLORIDA INSOLVENCY FINDINGS (Impeachment of "Wherewithal to Pay")**

Exhibit 1:   Circuit Court of Orange County, FL Order (Nov. 10, 2025), Case No. 2013-DR-18828-O - denying contempt, finding lack of present ability to pay. Source: Opposition Exhibit; certified copy.

Exhibit 2:   Circuit Court of Orange County, FL Order (Mar. 19, 2026), Case No. 2013-DR-18828-O - recalling writ, finding no assets, circumstances not willful. Source: Opposition Exhibit; certified copy.

Exhibit 3:   Circuit Court of Orange County, FL Order (Jun. 5, 2026), Case No. 2013-DR-18828-O - dissolving writ, terminating alimony after $586,000 waiver. Source: Opposition Exhibit; certified copy.

**CATEGORY B:   TEXAS PROCESS SERVER DISCIPLINARY RECORDS (Fraudulent Service / Void Judgment Foundation)**

Exhibit 4:   Texas JBCC Public Database Record - Janie Kessler, Cause No. PSC-0190, Reprimand, April 19, 2022. Source: Supplemental Motion Exhibit; public database printout pending certified copy.

Exhibit 5:   Texas JBCC Public Database Record - Marquisha Graves-Lewis, Cause No. PSC-0382, Reprimand, August 7, 2023. Source: Supplemental Motion Exhibit; public database printout pending certified copy.

Exhibit 6:   Texas JBCC Public Database Record - Marquisha Graves-Lewis, Cause No. PSC-0749, Reprimand, November 7, 2025. Source: Supplemental Motion Exhibit; public database printout pending certified copy; documents pattern of fraudulent returns.

**CATEGORY C:   SOUTHERN DISTRICT OF FLORIDA JUDGMENT AND SANCTIONS**

Exhibit 7:   SDFL Order Adopting Report and Recommendation, Case No. 1:21-cv-20862-BB, Doc. #532 (Aug. 21, 2023) - sanctioning Plaintiffs $11,700 for vexatious litigation. Source: Supplemental Motion Exhibit.

Exhibit 8:   SDFL Order Sanctioning Joel B. Rothman $249,357.50, Case No. 21-cv-80740, D.E. 66 (Jul. 19, 2022). Source: Supplemental Motion Exhibit.

Exhibit 9:   SDFL Doc. #584-1 - Notice of Bankruptcy in Frontier Communications (S.D.N.Y. Case No. 20-22476-mg) and Order Converting Cases to Chapter 7 (D.I. 120), filed July-August 2024. Source: Supplemental Motion Exhibit.

Exhibit 10:   Culpepper SDFL Motion (Doc. #594) - motion to lift stay or for relief, filed April 29, 2026. Source: Emergency Motion Exhibit E.

Exhibit 11:   Movant's Notice to SDFL (May 20, 2026). Source: Filed document.

Exhibit 12:   Movant's Reply in SDFL (May 27, 2026). Source: Supplemental Motion Exhibit.

**CATEGORY D:    BANKRUPTCY COURT FILINGS, ORDERS, AND RETENTION DOCUMENTS**

Exhibit 13:   Order Converting Cases from Chapter 11 to Chapter 7 (D.I. 120, July 10, 2024). Source: Supplemental Motion Exhibit.

Exhibit 14:   Trustee's Motion for Approval of Sharing Agreement (D.I. 687, filed Oct. 1, 2025). Source: Supplemental Motion Exhibit.

Exhibit 15:   HPS Sharing Agreement selected paragraphs (Paragraphs 9, 12, 13, 15) - $500M+ claim, $100M sale, 80/85% splits, Non-Collateral Assets. Source: Supplemental Motion Exhibit.

Exhibit 16:   Culpepper Retention Application and Declaration (D.I. 508 & 508-4, para. 11) - sworn statement of "no connection with...any other party in interest." Source: Supplemental Motion Exhibit.

Exhibit 17:   Engagement Agreement Excerpt (D.I. 508-3, p. 4) - $25,000 Expense Cap requiring express written approval for overages. Source: Supplemental Motion Exhibit.

Exhibit 18:   January 8, 2025 Hearing Transcript (D.I. 552) - full transcript of retention hearing. Source: Emergency Motion Exhibit A; Supplemental Motion Exhibit.

Exhibit 19:   Emergency Motion (D.I. 789) - original motion with incorporated exhibits. Source: Filed document; for reference.

Exhibit 20:   Motion to Strike / Limited Notice of Special Appearance, Reservation of Rights (D.I. 793). Source: Filed document.

Exhibit 21:   Revised Enhanced Supplemental Motion in Support of Pending Emergency Motion (D.I. 789) - with incorporated exhibits. Source: Filed document; for reference.

**CATEGORY E:    NEVIS ENFORCEMENT AND UNAUTHORIZED ESTATE PAYMENT**

Exhibit 22:    Nevis High Court Order re: $30,000 Security for Costs (D.I. 680-1, May 15, 2025). Source: Emergency Motion Exhibit B; Supplemental Motion Exhibit.

Exhibit 23:    Joseph Rowe Letter re: $30,000 Payment, Nevis High Court Claim No. NEVHCV2022/0183 (May 26, 2025) - confirming payment "on behalf of the Claimants." Source: Supplemental Motion Exhibit.

**CATEGORY F:    THIRD-PARTY LITIGATION FUNDING (PML) AND CONCEALMENT**

Exhibit 24:    PML Process Management Limited Website/Documentation - 70/30 fee-splitting arrangement and NPE structure. Source: Supplemental Motion Exhibit.

Exhibit 25:    Email Admissions re: PML/Perino Representation (January 2025). Source: Supplemental Motion Exhibit.

Exhibit 26:    First Circuit B.A.P. Statement of Interested Parties - showing PML Process Management Limited as interested party in Movant's bankruptcy appeal. Source: Supplemental Motion Exhibit.

Exhibit 27:    Law360 Article (May 20, 2026) - confirming Culpepper's admissions of dual representation. Source: Supplemental Motion Exhibit.

Exhibit 28:    Heirl Letter (TPLF Evidence) - evidence of third-party litigation funding arrangement. Source: Emergency Motion Exhibit F.

**CATEGORY G:    CONTRADICTORY FILINGS AND DEFECTIVE SERVICE (Void Judgment Foundation)**

Exhibit 29:    Affidavit of Process Server Janie Kessler (April 27, 2021), SDFL - stating "no other address...in public records." Source: Supplemental Motion Exhibit.

Exhibit 30:    Writ of Bodily Attachment Description Sheet (May 4, 2021), Orange County Case No. 2013-DR-18828-O - admitting Movant is "citizen of St. Kitts Island by Golden Visa Programme" and resident of Puerto Rico since 2018. Source: Supplemental Motion Exhibit.

Exhibit 31:    Nardella & Nardella Memorandum (November 21, 2024) - regarding Debtor's interest in SDFL judgment under § 541(a)(1) and void ab initio nature of unauthorized enforcement actions. Source: Opposition Exhibit; item of record.

**CATEGORY H:   HPS FRAUD AND ASSET TRANSFER (Constructive Trust Foundation)**

Exhibit 32:   WSJ/Financial Times Article (November 17, 2025) - U.S. probes firms that borrowed $400M from HPS; HPS accused of "brazen fraud" with fabricated receivables. Source: Supplemental Motion Exhibit.

Exhibit 33:   American Films, Inc. Revocation (FL SOS 2024) - Florida Secretary of State revocation of American Films, Inc. Source: Emergency Motion Exhibit D.

Exhibit 34:   In re Coudert Bros. LLP, 447 B.R. 706 (S.D.N.Y. 2011) - unfinished business doctrine and law firm conflict principles. Source: Supplemental Motion Exhibit.

**CATEGORY I:   RULE 2004 DISCOVERY AND INTERROGATORIES**

Exhibit 35:   Subpoena for Rule 2004 Examination directed to George L. Miller (May 20, 2026). Source: Discovery.

Exhibit 36:   Subpoena for Rule 2004 Examination directed to Kerry S. Culpepper (May 20, 2026). Source: Discovery.

Exhibit 37:   Interrogatories to Kerry S. Culpepper (May 20, 2026). Source: Discovery.

Exhibit 38:   Interrogatories to George L. Miller (May 20, 2026). Source: Discovery.

**CATEGORY J:   PRIOR OPPOSITION AND SUPPORTING AUTHORITY**

Exhibit 39:   Movant's Opposition to Trustee's Motion for Leave to File Surreply and Motion to Strike (filed June 8, 2026, D.I. 821). Source: Filed document; for reference.

---

Movant respectfully advises the Court that Exhibits 4, 5, and 6 (Texas JBCC records) are provided as high-quality public database printouts pending receipt of certified copies. Movant further advises that Exhibits 1, 2, and 3 are certified copies obtained from the Circuit Court of Orange County, Florida.

Movant respectfully notes that Exhibits 19, 21, and 39 are documents already filed on the docket in these proceedings. They are included in the virtual exhibit

binder for the Court's convenience and for ease of reference during screen-sharing at

the hearing; they will not be formally "offered" as new evidence but will be relied

upon as part of the established record.

## CERTIFICATE OF SERVICE

The complete virtual exhibit binder containing all exhibits listed herein (Exhibits 1-39) in pre-marked PDF format is being served via electronic mail to counsel for the Trustee (John T. Carroll, III at jcarroll@cozen.com) and to the Court's chambers, contemporaneously with this filing, in compliance with Judge Walrath's requirement for virtual binders. This Master Notice supersedes all prior Notices of Service filed by Movant and will be uploaded to the ECF system after courier delivery to the Court Clerk and receipt of a clock-in receipt after submission today.

Respectfully submitted,
8 June 2026,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies