# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 10, 2026 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

> THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
> THE COURT HAS NO PREFERENCE.
>
> TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
> OR CLICK THE BELOW LINK:
> (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)
>
> PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN
> 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.
>
> AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

**CONTESTED MATTERS GOING FORWARD:**

1.      (Emergency) Motion for I) Injunctive Relief to Halt Parallel SDFL Proceedings; II) Disqualification of Conflicted Special Counsel for Failure to Obtain Required Consent; III) Recognition of Automatic Priority Administrative Expense Status; IV) Imposition of Constructive Trust on HPS Assets; V) Order Directing Entry of Written Order Under FRBP 9021; and VI) Appointment of Counsel Filed by Charles Muszynski
        [Filed 5/15/2026; Docket No. 789]

   (a)   Limited Notice of Special Appearance, Reservation of Rights, and Motion to Strike Unreduced Oral Ruling filed by Charles Muszynski
         [Filed 5/20/2026; Docket No. 793]

   (b)   Motion for Judicial Notice filed by Charles Muszynski
         [Filed 5/20/2026; Docket No. 795]

   (c)   Revised Enhanced Supplemental Motion in Support of Pending Emergency Motion for Order to Show Cause Why Special Counsel Should not be Sanctioned, and for Protective Order filed by Charles Muszynski
         [Filed 5/28/2026; Docket No. 806]

Objection Deadline:          June 3, 2026

Responses Received:

   (d)   HPS Investment Partners, LLC's Limited Objection to Emergency Motion of Charles Muszynski for I) Injunctive Relief to Halt Parallel SDFL Proceedings; II) Disqualification of Conflicted Special Counsel for Failure to Obtain Required Consent; III) Recognition of Automatic Priority Administrative Expense Status; IV) Imposition of Constructive Trust on HPS Assets; V) Order Directing Entry of Written Order Under FRBP 9021; and VI) Appointment of Counsel
         [Filed 6/3/2026; Docket No. 811]

   (e)   Trustee's Omnibus Objection to Motions Filed by Charles Muszynski from May 15, 2026 through May 28, 2026
         [Filed 6/3/2026; Docket No. 813]

   (f)   Response to HPS Investment Partners, LLC's Limited Objection (D.I. 811); Motion to Substitute Corrected Authority; and Memorandum of Law in Support of Disqualification of Special Counsel filed by Charles Muszynski
         [Filed 6/4/2026; Docket No. 814]

   (g)   Response to Chapter 7 Trustee's Omnibus Objection (D.I. 813); Motion to Strike for Procedural Default; and Memorandum of Law in Support filed by Charles Muszynski
         [Filed 6/4/2026; Docket No. 816]

(h)    Trustee's Motion for Leave to File Surreply to Movant's Reply to Chapter 7 Trustee's Omnibus Objection (D.I. 813); Motion to Strike for Procedural Default; and Memorandum of Law in Support
[Filed 6/5/2026; Docket No. 818]

**(i)    Order Granting Trustee's Motion for Leave to File Surreply to Movant's Reply to Chapter 7 Trustee's Omnibus Objection (D.I. 813); Motion to Strike for Procedural Default; and Memorandum of Law in Support**
**[Filed 6/8/2026; Docket No. 820]**

**(j)    Response of Charles Muszynski's Opposition to Trustee's Motion for Leave to File Surreply and Motion to Strike for Procedural Default filed by Charles Muszynski**
**[Filed 6/8/2026; Docket No. 821]**

Related Documents:

(k)    Notice of Filing Delayed and Supplemental Exhibits in Support of Pending Emergency Motion and Supplemental Motion; Apology for Delayed Submission filed by Charles Muszynski
[Filed 6/3/2026; Docket No. 810]

(l)    Movant's Urgent Motion for Leave to Substitute Correct Authority and Correct Inadvertent Errors filed by Charles Muszynski
[Filed 6/4/26; Docket No. 817]

**(m)    Corrected Master Notice of Service of Complete Evidentiary Exhibit Binder filed by Charles Msuzynski**
**[Filed 6/9/2026; Docket No. 822]**

**(n)    Notice of Supplemental Authority and Revised Argument in Support of Emergency Motion (D.I. 789) and In Response to Trustee's Surreply (D.I. 820) filed by Charles Muszynski**
**[Filed 6/9/2026; Docket No. 823]**

Status:          This matter is going forward.

Dated:  June 9, 2026                                                    COZEN O'CONNOR
        Wilmington, Delaware

By:    */s/ John T. Carroll, III*
        John T. Carroll, III (DE No. 4060)
        1201 N. Market Street
        Suite 1001
        Wilmington, DE  19801
        (302) 295-2000 Phone
        (302) 295-2013 Fax No.
        jcarroll@cozen.com

        *Counsel to George L. Miller,*
        *Chapter 7 Trustee*