Chapter 7 Matters - Chicken Soup 24-11442
June 10, 2026 at 2:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Matt | Brod | | CSSE | 24-11442-MFW | Video and Audio |
| Alix | Bronzman | | | 24-11442-MFW | Audio Only |
| John | Carroll | Cozen O'Connor | George L. Miller, Trustee | 24-11442-MFW | Video and Audio |
| Kerry | Culpepper | Culpepper IP, LLLC | George L. Miller, Trustee | 24-11442-MFW | Video and Audio |
| Michelle | Dero | Womble Bond Dickinson (US) LLP | William Rouhana | 24-11442-MFW | Video and Audio |
| Donald | Detweiler | Womble Bond Dickinson (US) LLP | William Rouhana | 24-11442-MFW | Video and Audio |
| Simon | Fraser | Cozen O'Connor | George L. Miller, Trustee | 24-11442-MFW | Video and Audio |
| Uday | Gorrepati | | | 24-11442-MFW | Audio Only |
| Andrew | Leblanc | | CSSE | 24-11442-MFW | Video and Audio |
| John | Lee | | CSSE | 24-11442-MFW | Video and Audio |
| Stephanie | Lisko | Morris James LLP | Former Employee Putative Class | 24-11442-MFW | Audio Only |
| George | Miller | | George L. Miller, Trustee | 24-11442-MFW | Video and Audio |
| Charles | Muszynsnki | John Joseph Moakley U.S. Courthouse | pro se | 24-11442-MFW | Video and Audio |
| Tara | Pakrouh | Morris James LLP | Former Employee Putative Class | 24-11442-MFW | Video and Audio |
| Alexey | Pazukha | | CSSE | 24-11442-MFW | Video and Audio |
| Al | Pisa | | CSSE | 24-11442-MFW | Video and Audio |
| Russell | Silberglied | Richards, Layton & Finger | CSSE | 24-11442-MFW | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | HPS Investment Partners, LLC | 24-11442-MFW | Video and Audio |
| Julie | Wolf | | CSSE | 24-11442-MFW | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 24-11442-MFW | Audio Only |
| charles | muszynski | | pro se | 24-11442-MFW | Video and Audio |