**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| CSS ENTERTAINMENT INC. (f/k/a | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | |
| ENTERTAINMENT INC.), *et al.,*[1] | ) | Case No. 24-11442 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | **Objections due by: June 17, 2026 at 4:00 p.m.** |
| | ) | **Hearing Date:  June 24, 2026 at 2:00 p.m.** |
| | ) | |

**NOTICE OF MOTION OF STATER BROS. MARKETS FOR RELIEF**
**FROM THE AUTOMATIC STAY AND/OR**
**TO COMPEL ABANDONMENT OF PROPERTY**

TO:   CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOULD ENTERTAINMENT INC.), *et al., Debtors*

   George L. Miller, Chapter 7 Trustee

   John T. Carroll, III
   **Cozen & O'Connor,** *Counsel to the Chapter 7 Trustee*

   Mark W. Eckard
   **Raines Feldman Littrell, LLP,** *[Former] Counsel to the Debtors*

   Jane M. Leamy, Richard L. Schepacarter
   **Office of the United States Trustee**

   Russell C. Silberglied
   **Richards, Layton & Finger, P.A.,** *Counsel to HPS Investment Partners, LLC*

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

260610 Stater Bros Motion FRFS and to Compel Abandonment.docx

Stater Bros. Markets ("Movant"), by and through its counsel, has filed a *Motion for Relief from the Automatic Stay and/or to Compel Abandonment of Property* ("Motion") which seeks, *inter alia*, the following relief: relief from the automatic stay and/or to compel abandonment of property so that Movant may remove and dispose of certain DVD "kiosks."

A HEARING ON THE MOTION WILL BE HELD ON JUNE 24, 2026 at 2:00 P.M. before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon Movant's attorney:

Christopher D. Loizides
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 654-0248
Email: loizides@loizides.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED: JUNE 10, 2026

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 654-0248
Email:          loizides@loizides.com

*Counsel for Stater Bros. Markets*