**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| CSS ENTERTAINMENT INC. (f/k/a | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | |
| ENTERTAINMENT INC.), *et al.,*[1] | ) | Case No. 24-11442 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on June 10, 2026, I did cause to be served true and correct copies of the foregoing *Motion of Stater Bros. Markets for Relief from the Automatic Stay and/or to Compel Abandonment of Property* on the parties on the attached service list as indicated thereon.

Dated:  June 10, 2026.

*/s/ Christopher D. Loizides*
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 654-0248
Email:           loizides@loizides.com

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

## SERVICE LIST

## VIA CM/ECF

All parties on the Clerk's service list.

## VIA FIRST-CLASS MAIL

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

Chicken Soup for the Soul Entertainment, Inc.  et al.
132 East Putnam Avenue
Floor 2W
Cos Cob, CT 06807
FAIRFIELD-CT

*Debtors*

## VIA EMAIL AND FIRST-CLASS MAIL

John T. Carroll, III
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com

*Counsel to the Chapter 7 Trustee*

Mark W. Eckard
Raines Feldman Littrell, LLP
1200 North Broom Street
Wilmington, DE 19806
meckard@raineslaw.com

*[Former] Counsel to the Debtors*


## VIA EMAIL

Jane M. Leamy
Richard L. Schepacarter
**Office of the United States Trustee**
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35

260610 Stater Bros Motion FRFS and to Compel Abandonment.docx

2

Wilmington, DE 19801
Jane.m.leamy@usdoj.gov
Richard.schepacarter@usdoj.gov

*Counsel to the Office of the United States Trustee*

Russell C. Silberglied
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

*Counsel to HPS Investment Partners, LLC*