EXHIBIT "C"



**VARNER&BRANDT** LLP

January 11, 2026

*sean.varner@varnerbrandt.com*

**<u>VIA FEDERAL EXPRESS</u>**

Kathy Choi
Founding Partner, General Counsel
HPS Investment Partners, LLC
30 West 57th Street, 33rd Floor
New York, New York 10019

     *Re: Disposition of Redbox Kiosks in Stater Bros. Markets' Possession*

Dear Ms. Choi,

  As you are aware, this firm represents Stater Bros. Markets ("<u>SBM</u>"). We write to follow up on our letter dated November 25, 2025 (attached as <u>Exhibit A</u>), concerning the disposition of certain Redbox-branded DVD rental kiosks in SBM's possession, as well as our prior attempts to contact HPS Investment Partners, LLC ("<u>HPS</u>") by telephone and written correspondence. To date, HPS has not responded.

  As detailed in our prior letter, Redbox Automated Retail, LLC ("<u>Redbox</u>") breached its lease obligations and abandoned the kiosks in an inoperable condition. Since the commencement of Redbox's Chapter 7 bankruptcy case, the Redbox bankruptcy estate has taken no action to retrieve the kiosks, and HPS, as a secured creditor, has provided no direction regarding disposition of the kiosks. SBM has continued to store the kiosks at significant ongoing expense.

  Absent written direction from HPS asserting an interest in the kiosks and stating its intent to exercise rights with respect to them, SBM intends to dispose of the kiosks in a commercially reasonable manner. Unless HPS provides written confirmation no later than **<u>January 23, 2026</u>**, that it claims an interest in the kiosks and intends to retrieve the kiosks or otherwise direct their disposition, SBM will proceed without further notice.

  Please direct any response to the undersigned.

        Very truly yours,

        Sean S. Varner
        VARNER & BRANDT LLP

*Riverside Office*
3750 University Ave.
6th Floor
Riverside, CA 92501
*Tel* 951 274 7777
*Fax* 951 274 7770

*Ontario Office*
3237 E. Guasti Road
Suite 220
Ontario, CA 91761
*Tel* 909 931 0879
*Fax* 909 931 9219

varnerbrandt.com   3750 University Avenue | 6th Floor | Riverside, CA 92501-3323 | *Tel* 951 274 7777 | *Fax* 951 274 7770

**EXHIBIT A**



November 25, 2025

*sean.varner@varnerbrandt.com*

**VIA FEDERAL EXPRESS**

Kathy Choi
Founding Partner, General Counsel
HPS Investment Partners, LLC
40 West 57th Street, 33rd Floor
New York, New York 10019

> *Re:   Status of Interest in Certain Redbox Kiosks – Request for Direction Regarding Disposition*

Dear Ms. Choi,

We represent Stater Bros. Markets, a California corporation ("SBM"), which currently possesses inoperable Redbox-branded DVD rental kiosks formerly owned and operated at SBM locations by Redbox Automated Retail, LLC ("Redbox"). Redbox currently has a case pending, in the Chapter 7 case *In re Chicken Soup for the Soul Entertainment, Inc.*, et al., Case No. 24-11442 (TMH) (Bankr. D. Del.) before the United States Bankruptcy Court for the District of Delaware.

We understand that HPS Investment Partners, LLC ("HPS") is identified as a secured creditor under an Amended and Restated Collateral Agreement with Chicken Soup for the Soul Entertainment, Inc. and Redbox, and that HPS also filed a UCC-1 financing statement (U.C.C. Initial Filing No. 2017 7000539) asserting a security interest in "all assets" of the debtor entities. Based on this information, it appears that the kiosks in SBM's possession may fall within the collateral description of HPS's asserted lien.

SBM originally entered into a lease agreement with Redbox under which Redbox installed the kiosks on SBM's property. Redbox subsequently breached that lease, leaving the kiosks unattended and inoperable. Following that breach, bankruptcy proceedings commenced, and since that time no party, including Redbox, the bankruptcy estate, the trustee, or any asset purchaser, has taken steps to retrieve, address, or otherwise direct the disposition of the kiosks. As a result, SBM continues to hold these units in storage for an extended period at significant cost.

*Riverside Office*
3750 University Ave.
6th Floor
Riverside, CA 92501
*Tel* 951 274 7777
*Fax* 951 274 7770

*Ontario Office*
3237 E. Guasti Road
Suite 220
Ontario, CA 91761
*Tel* 909 931 0879
*Fax* 909 931 9219

varnerbrandt.com

HPS Investment Partners, LLC
November 25, 2025
Page 2

We have communicated with the bankruptcy trustee overseeing the Redbox estate, who advised us that we should direct any questions regarding remaining interests in the kiosks to HPS. Our office has also made multiple attempts to reach HPS by telephone, to resolve this matter, without success.

Accordingly, we seek clarification from you on the handling of the kiosks in accordance with any rights you may claim. Specifically, we request clarification regarding:

1.  Whether HPS currently claims, or continues to hold, any security interest in the kiosks currently in SBM's possession;

2.  If so, whether HPS intends to retrieve the kiosks, authorize their transfer, or otherwise assert rights over them; and

3.  If not, whether HPS consents to SBM's disposing of the kiosks in a commercially reasonable manner.

We respectfully ask that you provide written clarification no later than **December 8, 2025**, so that SBM can determine the appropriate next steps. Please direct your response to the undersigned. We appreciate your attention to this matter and look forward to your prompt clarification.

Very truly yours,

Sean S. Varner
VARNER & BRANDT LLP



ORIGIN ID:RIVA   (951) 274-7777
FAITH JONES
VARNER & BRANDT LLP
3750 UNIVERSITY AVE
STE 610
RIVERSIDE, CA 92501
UNITED STATES US

SHIP DATE: 25NOV25
ACTWGT: 1.00 LB
CAD: 256923711/INET4535

BILL SENDER

TO KATHY CHOI
HPS INVESTMENT PARTNERS, LLC
40 WEST 57TH STREET, 33RD FLOOR

NEW YORK NY 10019
(951) 274-7777        REF: S068.0000
INV:
PO:                        DEPT:

WED - 26 NOV 10:30A
PRIORITY OVERNIGHT
TRK# 8863 9337 8502                ASR
                                    10019
XA QNYA                  EWR
                  NY-US

FedEx Express

**FedEx**

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

Pull to open.

◄ Insert shipping
  document here.

10/15/2025 06:11

ORIGIN ID:RIVA        (951) 274-7777
FAITH ANN JONES
VARNER & BRANDT LLP
3750 UNIVERSITY AVE
STE 610
RIVERSIDE, CA 92501
UNITED STATES US

SHIP DATE: 12JAN26
ACTWGT: 1.00 LB
CAD: 256923711/INET4535

BILL SENDER

TO  **KATHY CHOI**

**HPS INVESTMENT PARTNERS, LLC**

**30 WEST 57TH STREET, 33RD FLOOR**

**NEW YORK NY 10019**
(951) 274-7777          REF: S068.0000
INV:
PO:                              DEPT:

FedEx
Express



WED - 14 JAN 5:00P
** 2DAY **

TRK# 0201   8878 4379 8706

**SA QNYA**                    10019
                  NY-US   **EWR**

**FedEx**

This envelope is only for FedEx Express® shipments.

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

◄ Insert shipping document here.