**EXHIBIT "D"**



VARNER&BRANDT LLP

February 4, 2026

*sean.varner@varnerbrandt.com*

**VIA EMAIL AND U.S. MAIL**

John T. Carroll, III
Cozen O'Connor
1201 North Market Street
Suite 1001
Wilmington, Delaware 19801

**Re:** *Abandoned Redbox Kiosks – Request for Authority to Dispose*

Dear Mr. Carroll,

Our firm represents Stater Bros. Markets ("SBM"), which currently possesses multiple inoperable and abandoned Redbox-branded DVD rental kiosks. As reflected in our prior communications, Redbox Automated Retail, LLC ("Redbox") installed these kiosks under a now-breached lease agreement. Since the commencement of the Chapter 7 proceedings in *In re Chicken Soup for the Soul Entertainment, Inc., et al.*, Case No. 24-11442 (TMH) (Bankr. D. Del.), no party has retrieved or maintained them.

During our earlier discussions, you advised that we should direct inquiries concerning any remaining interests in the kiosks to HPS Investment Partners, LLC ("HPS"), based on their asserted security interest under an Amended and Restated Collateral Agreement and its corresponding UCC-1 financing statement. In accordance with that instruction, we sent a written request to HPS on November 25, 2025, seeking clarification regarding their claims to and intentions for the kiosks.

HPS has now responded and confirmed the following:

1.  HPS has not foreclosed on the kiosks;
2.  HPS does not intend to foreclose on, retrieve, or otherwise assert rights over the kiosks; and
3.  HPS has no objection to SBM disposing of the kiosks.

Given this confirmation, the kiosks are still the bankruptcy estate's property. However, no party—including Redbox, the estate, any asset purchaser, or any secured creditor—has taken responsibility for their removal. SBM has stored these units for an extended period of time and the storage costs continue to accrue.

*Riverside Office*
3750 University Ave.
6th Floor
Riverside, CA 92501
*Tel* 951 274 7777
*Fax* 951 274 7770

*Ontario Office*
3237 E. Guasti Road
Suite 220
Ontario, CA 91761
*Tel* 909 931 0879
*Fax* 909 931 9219

John T. Carroll, III
February 4, 2026
Page 2

       Accordingly, SBM respectfully requests your written authorization, as Trustee, approving SBM's disposal of the kiosks. In the alternative, please arrange for the retrieval of the kiosks within ten (10) days and payment of the storage costs.  Thank you for your attention to this matter. We look forward to your response so that SBM may proceed with the appropriate next steps.

                                          Very truly yours,

                                          Sean S. Varner
                                          VARNER & BRANDT LLP

## VB VARNER&BRANDT LLP

3750 University Avenue | 6th Floor | Riverside, CA 92501-3323



quadient

FIRST-CLASS MAIL
IMI

$000.74 ⁰

02/05/2026  ZIP 92501
043M31221432

US POSTAGE

John T. Carroll, III
Cozen O'Connor
1201 North Market Street
Suite 1001
Wilmington, Delaware 19801