**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[5] | Case No. 24-11442 (MFW) (Jointly Administered) |
| Debtors. | Related Doc. I.D. 809 |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF**
**COREN & RESS, P.C. AS SPECIAL LITIGATION COUNSEL FOR GEORGE L.**
**MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF**
**CONTINGENT FEE FOR THE PERIOD FROM**
**MARCH 3, 2025 THROUGH MARCH 31, 2026**

The Court having reviewed the First Interim Fee Application of Coren & Ress, P.C. ("C&R") as Special Litigation Counsel for George L. Miller, Chapter 7 Trustee, for Allowance and Payment of Contingent for the Period from March 3, 2025 through March 31, 2026 (the "First Interim Fee Application"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of Title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and having found that due and proper notice of the First Interim Fee Application has been provided to parties in interest;

**IT IS HEREBY ORDERED** the First Interim Fee Application is **GRANTED.**

---

[5] The Debtors in these chapter 7 cases along with the last four digits of each Debtors' federal tax identification numbers (where applicable) are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150): Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Ventures, LLC (2466); Screen Media Films, LLC; TOFG LLC (0508).

**IT IS FURTHER ORDERED:** that C&R (a) is awarded compensation in the form of a contingent fee in the amount of $230,000.00 as requested in the Application; and the Trustee is authorized and directed to make payment to C&R.

Dated: June 22nd, 2026
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

LEGAL\115831620\1