**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| CSS ENTERTAINMENT INC. (f/k/a | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | |
| ENTERTAINMENT INC.), *et al.,*[1] | ) | Case No. 24-11442 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. 828,  835** |
| | ) | |
| | ) | |

**ORDER GRANTING THE**
**MOTION OF STATER BROS. MARKETS FOR**
**RELIEF FROM THE AUTOMATIC STAY**
**AND/OR TO COMPEL ABANDONMENT OF PROPERTY**

Upon consideration of the *Motion of Stater Bros. Markets for Relief from the Automatic Stay and/or to Compel Abandonment of Property* (D.I. 828, the "Motion"); and this Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157(b), 1334(b) and the Amended Standing Order of Reference; and the Motion comprising a core proceeding within the meaning of 28 U.S.C. § 157(b); and venue being proper under 28 U.S.C. § 1409; and it appearing that notice of the Motion was proper and sufficient and that no other or further notice of the Motion is necessary; and upon consideration of any opposition to the Motion and the evidence before the Court; and it appearing that 'cause' exists for granting the relief requested in the Motion; and that the Debtors and their estates lack any interest in the Kiosks[2] that are the subject of the Motion

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and that such property is not necessary to an effective reorganization; and upon further funding

that such property is burdensome to the Debtors and their estates and is otherwise of

inconsequential value; it is hereby ORDERED that:

1.      The Motion is GRANTED.

2.      Pursuant to 11 U.S.C. § 362(d)(1) and (d)(2), Movant Stater Bros. Markets is

granted relief from the automatic stay of 11 U.S.C. § 362(a) so that it may take any and all legal

actions to remove the Kiosks from its property and to dispose of same without any liability to the

Debtors, their estates or to the Trustee or any creditor of the Debtors.

3.      The Kiosks are deemed abandoned pursuant to 11 U.S.C. § 554(b).

4.      The Court retains jurisdiction over the interpretation and implementation of this

Order.

**Dated: June 22nd, 2026**
**Wilmington, Delaware**

MARY F. WALRATH
**UNITED STATES BANKRUPTCY JUDGE**

2