**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1] | Case No. 24-11442 (MFW) (Jointly Administered) |
| Debtors. | **Re: D.I. No.  825** |

**CERTIFICATE OF NO OBJECTION REGARDING**
**APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF CIARDI CIARDI & ASTIN AS**
**SPECIAL COUNSEL, *NUNC PRO TUNC* TO MAY 1, 2026**

On June 9, 2026, the *Application of the Chapter 7 Trustee for an Order Authorizing the Employment and Retention of Ciardi Ciardi & Astin as Special Counsel, Nunc Pro Tunc to May 1, 2026* [D.I. 825] (the "Application").

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application has been received.  The undersigned further certifies that upon review of the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon.

---

[1]     The Debtors in these chapter 7 cases along with the last four digits of each Debtors' federal tax identification numbers (where applicable) are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150): Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Ventures, LLC (2466); Screen Media Films, LLC; TOFG LLC (0508).

Dated:  June 22, 2026
      Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE  19801
Telephone:  484-437-2676
Email:  jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III
Sonali N. Doshi
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Email: aciardi@ciardilaw.com
      sdoshi@ciardilaw.com

*Proposed Special Counsel to George L. Miller, the Chapter 7 Trustee*