**Chicken Soup for the Soul Entertainment, Inc.**
**Bankruptcy Case No. 24-11442**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Chicken Soup for the Soul Entertainment, Inc. | 800 3rd Avenue Associate | 4/9/2024 | WIRE | $ 20,000.00 |
| | | | | $ 20,000.00 |