# SCHEDULE 1

1. Deloitte Tax LLP

2. Lebowitz Law Office, LLC

3. IQVIA, Inc.

4. Cooksey Toolen Gage Duffy & Woog

5. Bluefin Payment Systems LLC

6. Nasdaq, Inc.

7. FIRST Insurance Funding Corp.

8. The Locksmith Film LLC

9. Back House Entertainment Advisors LLC

10. ReedSmith LLP

11. Softeon, Inc.

12. Clear Treasury UK Trading

13. Prologis

14. Filmrise, Inc.