**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 8, 2026 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**CONTESTED MATTERS GOING FORWARD:**

1.      Cell Content, Inc.'s Motion for Order Compelling Abandonment and Surrender of Personal Property Under 11 U.S.C. §554(b) (the "Motion")
[Filed 6/18/2026; Docket No. 831]

Objection Deadline:          July 1, 2026 at 4:00 p.m., with an agreed extension to July 3, 2026 at 5:00 p.m.

Responses Received:          None.

Related Documents:          None.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

Status:    Movant's and Trustee's counsel are in the process of negotiating a revised proposed order which will be filed under Certification of Counsel.


Dated:  July 6, 2026                                    COZEN O'CONNOR
        Wilmington, Delaware


                                By:    */s/ John T. Carroll, III*
                                       John T. Carroll, III (DE No. 4060)
                                       1201 N. Market Street
                                       Suite 1001
                                       Wilmington, DE  19801
                                       (302) 295-2000 Phone
                                       (302) 295-2013 Fax No.
                                       jcarroll@cozen.com

                                       *Counsel to George L. Miller,*
                                       *Chapter 7 Trustee*


                                2