**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CSSE, Inc. f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.,*[1] | Case No. 24-11442 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 930** |

**CERTIFICATE OF SERVICE**

I, Donald J. Detweiler, do hereby certify that the *Order Granting Motion of William J. Rouhana, Jr. for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment of Defense Expenses and Other Loss Under Directors and Officers Insurance Policy* [Docket No. 930] was entered and served on July 31, 2026 via CM/ECF on all parties registered to receive notice in these cases and emailed to the parties listed on the attached Service List.

Dated: July 31, 2026
    Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email:  don.detweiler@wbd-us.com

—and—

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

Cathy A. Hinger (admitted *pro hac vice*)
2001 K. Street, NW
Suite 400 South
Washington, D.C. 20006
Telephone: (202) 467-6900
Facsimile:  (202) 467-6910
Email:  cathy.hinger@wbd-us.com

*Counsel for William J. Rouhana*

## <u>SERVICE LIST</u>

John T. Carroll, III, Esquire
*Cozen O'Connor*
1201 North Market Street Suite 1001
Wilmington, Delaware 19801
Email: jcarroll@cozen.com

Alan J. Kornfeld, Esquire
James E. O'Neill, Esquire
*Pachulski Stang Ziehl & Jones LLP*
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Email:  akornfeld@pszjlaw.com
        joneill@pszjlaw.com

Jane M. Leamy, Esquire
*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Email:  jane.m.leamy@usdoj.gov

R. Craig Martin, Esquire
*DLA Piper LLP (US)*
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Email:  craig.martin@dlapiper.com

Eric J. Monzo, Esquire
*Morris James LLP*
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Email:  emonzo@morrisjames.com