**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 5, 2026 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**\*\*THIS HEARING HAS BEEN CANCELLED BY THE COURT\*\***

**MATTER WITH ORDER ENTERED:**

1.      Motion of William J. Rouhana, Jr. for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment or Settlement of Defense Expenses, Claims or Other Losses Under Directors and Officers Insurance Policy
[Filed 7/10/26; D.I. No. 925]

Objection Deadline:              July 29, 2026 at 4:00 p.m.

Responses Received:           None.

Related Documents              (a)        Certificate of No Objection Regarding Motion of William J. Rouhana, Jr. for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment or Settlement of Defense Expenses, Claims or Other Loss Under Directors and Officers Insurance Policy
[Filed 7/31/26; D.I. 929]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

(b)   Order Granting Motion of William J. Rouhana, Jr. for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment of Defense Expenses and Other Loss Under Directors and Officers Insurance Policy
[Filed 7/31/26; D.I. No. 930]

Status:   The Order has been entered in this matter and the hearing has been cancelled.

Dated: July 31, 2026        COZEN O'CONNOR
    Wilmington, Delaware

          By:  */s/ John T. Carroll, III*
             John T. Carroll, III (DE No. 4060)
             1201 N. Market Street
             Suite 1001
             Wilmington, DE  19801
             (302) 295-2000 Phone
             (302) 295-2013 Fax No.
             jcarroll@cozen.com

             *Counsel to George L. Miller,*
             *Chapter 7 Trustee*