**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1] | Case No. 24-11442 (MFW) (Jointly Administered) |
| Debtors. | **Related Doc. No. 933** |

**CERTIFICATE OF SERVICE REGARDING APPLICATION OF COZEN O'CONNOR, AS COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>JULY 16, 2024 THROUGH APRIL 30, 2026</u>**

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "<u>Trustee</u>") for the estates of the above-captioned Debtors (collectively, the "<u>Debtors</u>" or "<u>Estates</u>") hereby certify that on July 31, 2026 the *Application of Cozen O'Connor, as Counsel to the Trustee, for Allowance of First Interim Compensation and Reimbursement of Expenses for the Period July 16, 2024 Through April 30, 2026* (the "<u>Cozen Fee Application</u>") was electronically filed with the Court using the Court's Case Management/ Electronic Case Files system ("<u>CM/ECF</u>").

Notification of filing the Cozen Fee Application was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

---

[1] The Debtors in these chapter 7 cases along with the last four digits of each Debtors' federal tax identification numbers (where applicable) are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150): Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Ventures, LLC (2466); Screen Media Films, LLC; TOFG LLC (0508).

I further certify that on July 31, 2026, I caused a copy of the Notice of Cozen Fee Application Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "A".

Dated:  July 31, 2026                                COZEN O'CONNOR

By:    /s/ *John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE  19801
      (302) 295-2028 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com

      *Counsel to George L. Miller*
      *Chapter 7 Trustee*

2

EXHIBIT "A"

In re: Chicken Soup for the Soul
Entertainment, Inc. et.al
Case No. 24-11442 (MFW)

Service List:

First Fee Application of Cozen O'Connor [D.I. 933] filed
7.31.2026

George L. Miller
Chapter 7 Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

Joseph McMahon, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

Jonathan Lipshie, Esquire
Office of the United States Trustee
U.S. Department of Justice
844 N. King Street, Suite 2207
Wilmington, DE 19801

Jane M. Leamy, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

Kerry S. Culpepper
Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona, Hawaii 96740
Special.Counsel.to.the.Trustee.

Richard L. Brophy
Zachary C. Howenstine
Angela B. Kennedy
Melanie E. King
Armstrong Teasdale LLP
7700 Forsyth Blvd, Suite 1800
St. Louis, Missouri 63105
Counsel.to.WideOpenWest.Finance.LLC

Ricardo Palacio, Esquire
Ashby & Geddes, P. A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Counsel.to.the.Debtor

James E. O'Neill, Esquire
Steven W. Golden, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
Special.Counsel.to.the.Trustee

Richard M. Pachulski, Esquire
Alan J. Kornfeld, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003
Special.Counsel.to.the.Trustee

Debra I. Grassgreen, Esquire
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor
San Francisco, CA 94104
Special Counsel to the Trustee

Kevin G. Collins, Esquire
Barnes & Thornburg LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801
Counsel.to.Owlpoint.Capital.Management.LLC.and.
Owlpoint.IP.Opportunities.JVF.I.LP

Paul J. Laurin, Esquire
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Counsel.to.Owlpoint.Capital.Management.LLC.and.
Owlpoint.IP.Opportunities.JVF.I.LP

Albert A. Pisa, Esquire
Dennis F. Dunne, Esquire
Matthew Brod, Esquire
Milbank LLP
55 Hudson Yards
New York, New York 10001
Counsel.to.HPS.Investment.Partners?LLC

Mark D. Collins, Esquire
Russell C. Silberglied, Esquire
Emily R. Mathews, Esquire
Alexander R. Steiger, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Counsel.to.HPS.Investment.Partners?LLC

Andrew M. Leblanc, Esquire
Brett Lowe, Esquire
S. Robert Marsters, Jr., Esquire
Danielle Lee Sauer, Esquire
Milbank LLP
1101 New York Avenue NW
Washington, DC 20005
Counsel.to.HPS.Investment.Partners?LLC

Nicola G. Suglia, Esquire
Allison L. Domowitch, Esquire
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053
Counsel.to.Canon.Financial.Services?Inc¡

Joseph A. Kohanski, Esquire
David E. Ahdoot, Esquire
Kirk Prestegard, Esquire
Bush Gottlieb, A Law Corporation
801 North Brand Boulevard
Suite 950
Glendale, CA 91203
Counsel.to.the.Guilds.and.Union.Entities

Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street
Suite 460
Wilmington, DE 19801
Counsel.to.the.Guilds.and.Union.Entities

Julie Anne Parsons, Esquire
McCreary, Veselka, Bragg, & Allen, P.C.
P.O. Box 1269
Round Rock, TX78680-1269
Counsel.to.Texas.Taxing.Entities

Don Stecker, Esquire
Linebarger Goggan Blair & Sampson LLP
112 E. Pecan Street
Suite 2200
San Antonio, TX  78205
Counsel.to.City.of.El.Paso.and.numerous.taxing.
entities

Donald J. Detweiler, Esquire
Womble Bond Dickinson (US) LLP
1313 North Market Street
Suite 1200
Wilmington, DE 19801
Counsel.to.William.Rouhana.and.
Chicken.Soup.for.the.Soul?LLC

Cathy A. Hinger, Esquire
Claire J. Rauscher, Esquire
Womble Bond Dickinson (US) LLP
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Counsel.to.William.Rouhana.and.
Chicken.Soup.for.the.Soul?LLC

Tara L. Grundemeier, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
Counsel.to.Cypress_Fairbanks.ISD
and.numerous.taxing.entities

Samuel C. Wisotzkey, Esquire
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Counsel.to.ManpowerGroup.Talent.Solutions?LLC

Scott Andron, Esquire
Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Counsel.to.Broward.County?Florida?c-o.the.Records?
Taxes?and.Treasury.Division

Laura J. Monroe, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P. P.O. Box
817
Lubbock, TX 79408
Counsel.to.Lubbock.Central.Appraisal.District

Elizabeth Bando Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street
Suite 640
Arlington, TX  76010
Counsel.to.Richardson.ISD.and.numerous.taxing.
entities

Linda D. Reece, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1919 S. Shiloh Road
Suite 640, LB 40
Garland, TX 75042
Counsel.to.City.of.Garland.and.numerous.taxing.
entities

Michelle Leeson, Paralegal, Collections
Ken Burton, Jr.,
Manatee County Tax Collector
1001 3rd Avenue W, Suite 240
Bradenton, FL  34205-4835

Heike M. Vogel, Esquire
Eva M. Thomas, Esquire
A.Y. Strauss LLC
290 West Mount Pleasant Avenue
Suite 3260
Livingston, NJ 07039
Counsel.to.Sony.DADC.US.Inc¡

William A. Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
919 N. Market Street
Suite 420
Wilmington, DE 19801
Counsel.to.Sony.DADC.US.Inc¡

A.J. Webb, Esquire
Joy D. Kleisinger, Esquire
Frost Brown Todd LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Counsel.to.The.Kroger.Co¡

Joseph C. Barsalona II, Esquire
Pashman Stein Walder Hayden P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
Counsel.to.Sony.Pictures.Entertainment?Inc¡

Leib M. Lerner, Esquire
Alston & Bird LLP
350 South Grand Avenue, 51st Floor
Los Angeles, California 90071
Counsel.to.Sony.Pictures.Entertainment?Inc¡

Seth A. Niederman, Esquire
Fox Rothschild LLP
1201 North Market Street
Suite 1200
Wilmington, DE 19801
Counsel.to.Automotive.Rentals?Inc¡.and.ARI.Fleet.LT

Richard A. Aguilar, Esquire
Mark J. Chaney III, Esquire
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Counsel.to.Automotive.Rentals?Inc¡.and.ARI.Fleet.LT

Karen C. Bifferato, Esquire
Connolly Gallagher LLP
1201 N. Market Street
20th Floor
Wilmington, DE 19801
Counsel.to.Velocity?A.Managed.Services.Company?.
LLC

David J. Coyle, Esquire
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604
Counsel.to.Velocity?A.Managed.Services.Company?.
LLC

Jamie Kirk, Esquire
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, Texas 75251
Counsel.to.the.Texas.Comptroller.of.Public.Accounts

Hiram Gutierrez, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P. P.O. Box 2916
McAllen, TX 78502
Counsel.to.Brownsville.and.Weslaco.Independent.
School.District.and.numerous.taxing.entities

Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX  78760-7428
Counsel.to.Rio.Grande.City.Grulla.ISD.and.numerous.
taxing.entities

Christopher J. Giaimo, Esquire
Squire Patton Boggs (US) LLP
2550 M St. NW
Washington, DC 20037
Counsel.to.EG.Retail.(America)?LLC

Matthew B. Harvey, Esquire
Sophie Rogers Churchill, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St.
16th Floor
Wilmington, DE 19801
Counsel.to.MidCap.Financial.Trust

Frank A. Merola, Esquire
Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
Counsel.to.MidCap.Financial.Trust

William Reily, Esquire
Paul Hastings LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606
Counsel.to.MidCap.Financial.Trust

R. Grant Dick IV, Esquire
Cooch and Taylor, P.A
The Brandywine Building
1000 N. West St., Suite 1500
Wilmington, DE 19801
Counsel.for.CVS.Pharmacy?Inc¡

Geoffrey S. Goodman, Esquire
Foley & Lardner, LLP
321 N. Clark St., Ste. 3000
Chicago, IL 60654-4762
Counsel.for.CVS.Pharmacy?Inc¡

David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
Counsel.to.Concentrix.CVG.Customer.Management.
Group?Inc¡

Jody C. Barillare, Esquire
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Counsel.for.the.Paramount.Global.Entities

Stephan E. Hornung, Esquire
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Counsel.for.the.Paramount.Global.Entities

John K. Turner, Esquire
Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
Counsel.to.City.of.Lucas.and.numerous.taxing.entities

John M. Boyko, Esq.
Law Offices of John M. Boyko
27555 Ynez Rd., Suite 110
Temecula, California 92591
Counsel.to.Bungalow.Media.LLC

Vince Ravine
Law Offices of Vince Ravine, PC
17879 Ridgeway Road
Granada Hills, CA 91344
Counsel to Filmrise, Inc. and
Filmrise Acquisition, LLC

Kimberly A. Brown, Esq.
Joshua B. Brooks, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, Delaware 19801
Counsel.to.The.Kroger.Co¡

Joseph C. Barsalona II, Esq.
Pashman Stein Walder Hayden, P.C.
824 North Market Street
Suite 800
Wilmington, DE 19801
Counsel.to.DJCTM.Lending?LLC

Richard Levy, Jr., Esq.
Daniel Brenner, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569
Counsel.to.DJCTM.Lending?LLC

Charles Muszynski, pro se
P.O. Box 1423
Basseterre, St. Kitts, W.I.

Geoffrey G. Grivner, Esquire
Buchanan Ingersoll & Rooney PC
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Counsel.to.Albertsons.Companies?Inc¡

Daniel M. Pereira, Esquire
Stradley, Ronon, Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
On behalf of Stradley, Ronon, Stevens & Young, LLP

James Tobia, Esquire
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
Counsel.to.Joshua.Pomer.d–b–a.Josh.Pomer.Films

Geoffrey G. Grivner, Esquire
Buchanan Ingersoll & Rooney PC
500 Delaware Avenue
Suite 720
Wilmington, DE 19801
Counsel.to.Sheetz?Inc¡

Caroline R. Djang, Esq.
Buchalter, A Professional Corporation
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
Counsel.to.Vizio.Services.Inc¡

Scott J. Leonhardt, Esq.
Esbrook P.C.
1000 N. West Street
Suite 1200
Wilmington, DE 19801
Counsel.to.Ralf.Hartmann.™.Capella.International?Inc¡

Marc A. Lebowitz
Lebowitz Law Office LLC
103 Banks Lane
Clermont, NY 12526
Counsel.to.Ralf.Hartmann.™.Capella.International?Inc¡

Douglas J. Pick, Esq.
Pick & Zabicki LLP
369 Lexington Avenue
12th Floor
New York, New York 10017
Counsel.to.466.Third.Avenue.LLC

Shanti M. Katona, Esq.
Michael V. DiPietro, Esq.
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
Counsel.to.Demoulas.Super.Markets?Inc¡

James P. Menton, Jr.
Robins Kaplan LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Counsel.to.Demoulas.Super.Markets?Inc¡

James Tobia, Esquire
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
Counsel.to.LoveDog.Productions

Jody C. Barillare, Esquire
Morgan, Lewis & Bockius LLP
1201 N. Market Street
Suite 2201
Wilmington, Delaware 19801
Counsel.for.Sony.Music.Entertainment

Stephan E. Hornung
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Counsel.for.Sony.Music.Entertainment

Belkys Escobar
Deputy County Attorney
One Harrison Street, S.E.,
5th Floor P.O. Box 7000
Leesburg, Virginia 20177-7000
Counsel.for.The.County.of.Loudoun?Virginia

Paul M. Lopez, Esq.
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd, Ste. 300
McKinney, Texas 75069
Counsel.for.Taxing.Entities

Larry R. Boyd, Esq.
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd, Ste. 300
McKinney, Texas 75069
Counsel.for.Taxing.Entities

Emily M. Hahn, Esq.
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd
Ste. 300
McKinney, Texas 75069
Counsel.for.Taxing.Entities

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Laura L. McCloud
P.O. Box 20207
Office of the Attorney
General Bankruptcy Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Counsel.to.TN.Dept.of.Revenue

J. Jeffery Rich, County Attorney
Madison County, Alabama
100 Northside Square, Suite 700
Huntsville, Alabama 35801
Counsel.to.Madison.County?Alabama

Delia Garza
Travis County Attorney
Attn:  Jason A. Starks
Assistant County Attorney
P.O. Box 1748
Austin, TX 78767
Counsel.to.Travis.County

Jennifer R. Hoover
John C. Gentile
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, Delaware 19801
Counsel.to.Taboo.Productions?Inc¡

Evan T. Miller, Esquire
Saul Ewing LLP
1201 North Market Street
Suite 2300
Wilmington, DE 19801
Counsel.to.Cosmo.DeNicola.(80_169655)

Jessica B. Magee, Esq.
Steven J. Levitt, Esq.
Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Counsel.to.Cosmo.DeNicola.(80_169655)

Mary S. Thomas, Esq.
Thomas Law LLC
1521 Concord Pike
Suite 301
Wilmington, DE  19801
Counsel.to.Vikram.Somaya.(80_169655)

Sarah E. Delia, Esq. Maliheh Zare, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Counsel.to.Jason.Meier.(80_169655)

Brett M. McCartney, Esq.
Elizabeth A. Powers, Esq.
Mutaz A. Ali, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Counsel.to.Christopher.Mitchell.(80_169655)

Douglas P. Baumstein, Esq.
Andrew J. Bernstein, Esq.
Kaitlin R. Walsh, Esq.
Lekë Badivuku, Esq.
Mintz, Levin, Cohn, Ferris
919 Third Avenue
New York, NY  10022
Counsel.to.Christopher.Mitchell.(80_169655)

James G. McMillan, III, Esq.
Halloran Farkas + Kittila LLP
5722 Kennett Pike
Wilmington, Delaware 19807
Counsel.to.Amanda.R¡.Edwards

Michelle McMahon, Esq.
Cullen and Dykman LLP
One Battery Park Plaza
34th Fl.
New York, New York 10004
Counsel.to.Federal.Insurance.Company.and.Illinois.
National.Insurance.Company

Jarret P. Hitchings
301 South College Street
Suite 2150
Charlotte, North Carolina 28202
Counsel.to.Bank.of.America.N¡A¡

Illinois Department of Employment Security
C/O Revenue Division, Bankruptcy Unit
115 S. LaSalle Street, Floor LL2
Chicago, IL 60603

TOP.THIRTY.UNSECURED.CREDITORS

U.S. Bank National Association, as indenture trustee
Laura L. Moran
214 N. Tryon St., 26th Fl.
Charlotte, NC 28202

Universal Studios Home Entertainment LLC
Michael Bonner
12563 Collection Center Dr.
Chicago, IL 60693

Universal City Studios Productions LLLP
Michael Bonner
12563 Collection Center Dr.
Chicago, IL 60693

Guggenheim Securities, LLC
Ethan Sawyer
330 Madison Ave., Fl. 8
New York, NY 10017

Sony Pictures Home Entertainment
Maria Anguelova
10202 Washington Blvd.
Culver City, CA 90232

BBC Studios Americas, Inc.
Matt Perry
1120 Avenue of the Americas, 5th Floor
New York, NY 10036

Ellation, LLC
Maria Anguelova
444 Bush St.
San Francisco, CA 94108

Walgreen Company
Claire Redington Kasson
14130 Collection Center Dr.
Chicago, IL 60693

Lionsgate Entertainment
Jim Packer
4 Chase Metrotech Center, 7th Fl.
E Brooklyn, NY 11245

120DB Film Finance LLC
Peter Graham
75 Mill River Rd, South
Salem, NY 10590

Wal-Mart Stores, Inc.
Anne Johnson
702 SW 8th St.
Bentonville, AR 72716

PJT Partners
Jamie O'Connell
280 Park Ave.
New York, NY 10017

VIZIO Services, LLC
Mike O'Donnell
39 Tesla
Irvine, CA 92618

Sony Pictures Television Inc.
Maria Anguelova
21872 Network Pl.
Chicago, IL 60673

Culver Digital Distribution Inc.
Maria Anguelova
10202 West Washington Blvd.
Culver City, CA 90232

MGM Domestic Television Distribution LLC
Edrianne Wenger
245 N. Beverly Drive
Beverly Hills, CA 90210

Warner Bros. Home Entertainment
Mike Takac
Dept Ch # 10255
Palatine, IL 60055

FUNimation Productions, LLC
Fadhilah Lee
1200 Lakeside Pkwy
Flower Mound, FL 75028

Paramount Pictures Corporation
Craig White
5555 Melrose Ave.
Los Angeles, CA 90038

Automotive Rentals, Inc.
Hannah Ogle
PO Box 8500-4375
Philadelphia, PA 19178

BRE Imagination Office Holdco LLC
Carrie Szarzynski
PO Box 209259
Austin, TX 78720

Continental Stock Transfer & Trust Co.
Luis Ortiz
1 State St. Fl. 30
New York, NY 10004

Langley Television Distribution, LLC
Morgan Langley
1111 Broadway
Santa Monica, CA 90401

TheMathCompany Pvt. Ltd.
Piyush Mundhra
4512 Legacy Dr., Unit 100
Plano, TX 75024

Joseph P. Day Realty Corp.
Rich Teichman
9 E 40th St.
New York, NY 10016

828 Media
Stephanie Denton
30671 Steeplechase Dr San Juan
Capistrano, CA 92675

Plex GmbH
Audrey Layman
6370 Stans, Nidwalden
Hansmatt 31
Switzerland

Comsys Information Technology Serv.
Elaina Buchanan
29810 Network Place
Chicago, IL 60673

Glewed Media, LLC
Matt Herpich
5901 Broken Sound Pkwy
Suite 450
Boca Raton, FL 33487

Paramount Home Entertainment
Craig White
PO Box 70650
Chicago, IL 60673