IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 938** |

**CERTIFICATION OF JOHN D. MCLAUGHLIN, JR. IN SUPPORT OF ORDER
APPROVING TOLLING AGREEMENT**

I, John D. McLaughlin, Esq., of Ciardi Ciardi & Astin, counsel for the Chapter 7 Trustee

("Trustee") in the above-captioned cases, hereby certify as follows:

1.      The Trustee's counsel, and counsel to the party listed on the **Schedule 1** attached

hereto (collectively, the "Parties") agreed to toll and suspend, subject to court approval, certain

statute of limitations and other time-barred defense deadlines as set forth in the Tolling Agreement

(as hereinafter defined).

2.      The Trustee's counsel and the Party's respective counsel entered into the Tolling

Agreement attached hereto as collective **Exhibit A** (the "Tolling Agreement").

3.      The Parties respectfully request that the Court enter the Order attached hereto as

**Exhibit B,** approving the Tolling Agreement.

Dated: August 7, 2026                    **CIARDI, CIARDI & ASTIN**
Wilmington, Delaware                 */s/ John D. McLaughlin, Jr.*
                                                            John D. McLaughlin, Jr. (No. 4123)

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508) (collectively referred to as the "Debtors"). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
Tel: ( 484) 437-2676
Email: jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Sonali N. Doshi, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
Email: aciardi@ciardilaw.com
        sdoshi@ciardilaw.com

*Counsel for Chapter 7 Trustee*