# SCHEDULE 1

1. Back House Entertainment Advisors LLC