**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 26, 2026 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**UNCONTESTED MATTER GOING FORWARD:**

1. Motion of Public Storage Pursuant to 11 U.S.C. Sections 362(b)(3) & 362(d)(1) for Relief From the Automatic Stay
[Filed 8/5/2026; D.I. 935]

Objection Deadline: August 19, 2026 at 4:00 p.m. (ET)

Responses Received: None.

Related Documents

(a) Declaration of Chanda Keawe in Support of Motion of Public Storage Pursuant to 11 U.S.C. Sections 362(b)(3) & 362(d)(1) for Relief From the Automatic Stay
[Filed 8/5/2026; D.I. 937]

(b) Certificate of No Objection Regarding Motion of Public Storage Pursuant to 11 U.S.C. Sections 362(b)(3) and 362 (d)(1) for Relief from the Automatic Stay
[Filed 8/24/2026; D.I. 942]

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

Status Awaiting entry of Order.

**CONCLUDED MATTER WITH ENTERED ORDER:**

1. Application of Cozen O'Connor, as Counsel to the Trustee, for Allowance of First Interim Compensation and Reimbursement of Expenses for the Period July 16, 2024 Through April 30, 2026
[Filed 7/31/2026; D.I. 933]

Objection Deadline: August 19, 2026 at 4:00 p.m. (ET)

Responses Received: None.

Related Documents

(a) Certification of No Objection to Application of Cozen O'Connor, as Counsel to the Trustee, for Allowance of First Interim Compensation and Reimbursement of Expenses for the Period July 16, 2024 Through April 30, 2026
[Filed 8/20/2026; D.I. 940]

(b) Order entered approving Application of Cozen O'Connor as Counsel to the Trustee for Allowance of First Interim Compensation and Reimbursement of Expenses for the Period July 16, 2024 Through April 30, 2026
[Filed 8/21/2026; D.I. 941]

Status: This matter is concluded as the Order has been entered.

Dated: August 24, 2026
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*