**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **CHICKEN SOUP FOR THE SOUL. ENTERTAINMENT, INC.,** ***et al.,***[1] | § | **Case No. 24-11442 (TMH)** |
| **Debtor** | § | **(Jointly Administered)** |

**AMENDED REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

The following Creditors hereby request service of all notices and other documents in which notice is required under 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9013

The County of Anderson, Texas
The County of Bastrop, Texas
Tax Appraisal District of Bell County
The County of Bosque, Texas
Bowie Central Appraisal District
The County of Brazos, Texas
Brown County Appraisal District
Burnet Central Appraisal District
Calhoun County Appraisal District
The County of Callahan, Texas
The County of Cherokee, Texas
Cherokee Central Appraisal District
The County of Comal, Texas
The County of Comanche, Texas
The County of Coryell, Texas
The County of Denton, Texas
Eastland County Appraisal District
The County of Erath, Texas
The County of Freestone, Texas
Gladewater Independent School District
The City of Gladewater, Texas
Grimes Central Appraisal District

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

The County of Guadalupe, Texas
The County of Hardin, Texas
The County of Harrison, Texas
Harrison Central Appraisal District
Hartley County Appraisal District
The County of Hays, Texas
The County of Henderson, Texas
The County of Hill, Texas
Hill County Appraisal District
Jasper County Tax Units
Lampasas Central Appraisal District
The County of Leon, Texas
The County of Limestone, Texas
Lynn County Appraisal District
Mason Central Appraisal District
McCulloch County Appraisal District
The County of Medina, Texas
Midland Central Appraisal District
The County of Milam, Texas
The County of Newton, Texas
Pine Tree Independent School District
Reeves County Tax District
The County of Runnels, Texas
Shackelford County Appraisal District
The City of Somerville, Texas
Tatum Independent School District
The County of Stephens, Texas
The City of Westworth Village, Texas
Central Appraisal District of Taylor County
City of Waco and/or Waco ISD
The County of Wharton, Texas
The County of Williamson, Texas

Said creditors request that such notice be given electronically to:

Jessica L. Cousineau
McCreary, Veselka, Bragg, & Allen, P.C.
Physical address: 700 Jeffrey Way, Suite 100, Round Rock, TX 78665
Mailing address: P.O. Box 1269, Round Rock, TX78680-1269
Direct telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com

and that all notices to Julie Anne Parsons be terminated.

Dated: August 28, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon Bar Number 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email:
jessica.cousineau@mvbalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the above on those parties listed on the Court's Notice of Electronic Filing.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau