**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 966** |

**PROPOSED ORDER APPROVING SECOND AMENDED TOLLING AGREEMENTS**

Upon review of the *Certification of John D. McLaughlin, Jr. In Support of Order Approving Second Amended Tolling Agreements* (the "Certification")[2] filed by counsel to George L. Miller, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estates of the above-captioned Debtors (the "Debtors"), for an Order approving the Second Amended Tolling Agreements (the "Order") attached as **Exhibit B** to the Certification, and the Court (the "Court") finding that (a) the Court has jurisdiction over this matter pursuant to U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) and the Court further determining that just cause for the relief granted herein; it is HEREBY ORDERED that:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508) (collectively referred to as the "Debtors"). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

[2] Unless otherwise defined herein, capitalized terms shall have the same meanings as ascribed in the Motion.

1. The Second Amended Tolling Agreements attached as **Exhibit A** to the Certification are hereby **APPROVED** and the applicable statute of limitations and time-based defenses set forth in the Second Amended Tolling Agreements are tolled and suspended as set forth therein.

2. This Court retains jurisdiction to resolve any disputes arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

**Dated: September 30th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**