**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11442-MFW<br>Jointly Administered |
| George L. Miller, Chapter 7 Trustee for the Estate of CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>See Defendants listed on the **Exhibit "A"** attached hereto,<br><br>Defendants. | **Hearing Date: October 28, 2026, at 2:00 p.m. ET**<br>**Objection Deadline: October 8, 2026, at 4:30 p.m. ET**<br><br>**Re: D.I. 964** |

**ORDER APPROVING FIRST OMNIBUS MOTION AND INDIVIDUAL SETTLEMENT AGREEMENTS**

Upon the first omnibus motion (the "Motion")[1] of George L. Miller, Chapter 7 Trustee (the "Trustee") for the Estate of Chicken Soup for the Soul Entertainment, Inc., et al. (collectively, the "Debtor"), to approve the settlement agreements (the "Settlement Agreements") by and between the Parties; and the Court (the "Court") having reviewed the Motion; it appearing to the Court that the Settlement Agreements are in the best interests of the Debtor's Estate; the Court finding that notice of the Motion given by the Trustee is appropriate under the

[1] Each capitalized term not defined herein shall have the meaning ascribed to such term in the Motion.

circumstances; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the approval of the Settlement Agreements;

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED.
2. The Settlement Agreements attached to the Motion and hereto as **Exhibit "B"** are hereby APPROVED.
3. The Trustee is authorized to take all necessary steps to implement the terms of the Settlement Agreements.
4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the Settlement Agreements and/or implementation of this Order.

**Dated: October 13th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**