# EXHIBIT "A"

| **Adversary Defendant** | **Adv. Pro. No.** | **Demand Amount/Settlement Amount** | **Affirmative Defense/Reason for Settlement** |
|---|---|---|---|
| Bright White Light | 26-50496 | $23,214.15/$3,500.00 | Defendant asserted the ordinary course of business and new value defense and provided supporting documentation, which the Trustee carefully reviewed in evaluating the merits of the claim. |
| AMEX TRS Co, Inc. | 26-50489 | $52,669.01/$18,000.00 | Defendant asserted the ordinary course of business and new value defense and provided supporting documentation, which the Trustee carefully reviewed in evaluating the merits of the claim. |
| Golden Seagull Investments | 26-50510 | $13,377.00/$2,600.00 | Defendant asserted the ordinary course of business and new value defense and provided supporting documentation, which the Trustee carefully reviewed in evaluating the merits of the claim. |
| Robert Half Finance | 26-50524 | $10,000.00/$5,000.00 | Defendant asserted the ordinary course of business and new value defense and provided supporting documentation, which the Trustee carefully reviewed in evaluating the merits of the claim. |
| T-Mobile, USA, Inc. | 26-50555 | $20,535.18/$7,500.00 | Defendant asserted the ordinary course of business and new value defense and provided supporting documentation, which the Trustee carefully reviewed in evaluating the merits of the claim. |
| Alliance Executive Search LLC d/b/a The Alliance Group | 26-50556 | $152,842.50/ $10,000.00 | Defendant asserted the ordinary course of business and new value defense and provided supporting documentation, which the Trustee carefully reviewed in evaluating the merits of the claim. |