**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11442-MFW<br>Jointly Administered<br><br>Re: D.I. |

**CERTIFICATE OF NO OBJECTION**

On October 7, 2026, George L. Miller, Chapter 7 Trustee, filed his **Second Omnibus Motion of George L. Miller, Chapter 7 Trustee for the Estate of Chicken Soup for the Soul Entertainment, Inc., *et al.,* to Approve Settlement Agreements** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Objections to the Motion were to be filed and served no later than October 21, 2026.

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion has been received. The undersigned further certifies that upon review of the Court's Docket in this case, no answer, objection, or other responsive pleading to the Motion appears thereon.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508) (collectively referred to as the "Debtors"). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

Dated: October 28, 2026
Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

***/s/ John D. McLaughlin, Jr.***
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, DE 19801
Telephone: 484-437-2676
Email: jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215-557-3550
Fax: 215-557-3551
Email: aciardi@ciardilaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*